BARRY M. SABIN
ACTING UNITED STATES ATTORNEY

MICHAEL P. SULLIVAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

DENA DOUGLAS-PATTERSON
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
601 D STREET, NW
WASHINGTON, DC 20005
TELEPHONE: (202) 353-3116

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. **CR 04-0127-C-BLW** |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | |
| ) | |
| DAVID ROLAND HINKSON, ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

### INTRODUCTION

At all times relevant to this indictment:

1. The defendant, DAVID ROLAND HINKSON, was the owner and operator of the business Water Oz in Idaho County, Idaho;

2. Edward J. Lodge was a United States District Court Judge for the District of Idaho assigned as the principal judge hearing federal civil and criminal cases in the Northern and Central Divisions of the District of Idaho, in Moscow and Coeur d' Alene;

3. Nancy D. Cook was an Assistant United States Attorney (AUSA) for the District of Idaho assigned to the Coeur d'Alene branch office and specifically assigned to the grand jury investigation of and subsequent prosecution of defendant DAVID ROLAND HINKSON on federal criminal charges arising out of his operation of the business Water Oz in the case titled United States of America v. David Roland Hinkson, Cr. No. 02-142-C-EJL;

4. Steven M. Hines was the Internal Revenue Service, Criminal Investigation Division, Special Agent assigned to the criminal investigation of defendant DAVID ROLAND HINKSON and his business, Water Oz;

5. Beginning in approximately the summer of 2000, the Internal Revenue Service, Criminal Investigation Division, through Special Agent Steven M. Hines, initiated a criminal investigation into whether defendant DAVID ROLAND HINKSON had failed to file income tax returns and to account for, collect and pay employment taxes for his Water Oz workers. In the summer of 2000, Special Agent Hines sent defendant DAVID ROLAND HINKSON a letter informing him of the criminal investigation.

6. In July of 2001, Assistant United States Attorney Nancy D. Cook caused grand jury subpoenas to be prepared and served on certain Water Oz employees for their appearance at the grand jury in Coeur d'Alene in September of 2001 in connection with the investigation into defendant DAVID ROLAND HINKSON's tax violations. The subpoenas bore AUSA Cook's name and were served by Special Agent Hines. At least one Water Oz employee discussed the requested grand jury appearance with defendant DAVID ROLAND HINKSON.

7. On April 16, 2002, defendant DAVID ROLAND HINKSON filed a civil suit against Special Agent Hines, AUSA Cook, and others in the United States District Court for the District of Idaho, Case No. CV 02-171-C. The case ultimately was assigned to Judge Lodge.

8. On July 17, 2002, a federal grand jury in Coeur d'Alene returned a 43 count indictment charging defendant DAVID ROLAND HINKSON with three counts of failure to file an income tax return, thirteen counts of failure to account for, collect and pay over employment taxes, four counts of introducing and causing to be delivered for introduction into interstate commerce a misbranded drug, four counts of introducing and causing to be delivered for introduction into interstate commerce an adulterated drug, one count of introducing and causing to be delivered for introduction into interstate commerce a misbranded device, one count of introducing and causing to be delivered for introduction into interstate commerce an adulterated device, sixteen counts of structuring financial transactions and one count of criminal forfeiture.

9. On November 21, 2002, the defendant, DAVID ROLAND HINKSON, was arrested by Special Agent Hines and others and made his initial appearance on the charges contained in the July 17, 2002, indictment. The criminal case also was assigned to Judge Lodge.

10. On February 11, 2003, Judge Lodge dismissed the civil case in its entirety.

## COUNT ONE
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

In or about January of 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that JH engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade JH to engage in such conduct, that is, to murder United States District Court Judge Edward J. Lodge, an officer of the United States, in

violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT TWO
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

In or about January of 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that JH engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade JH to engage in such conduct, that is to murder Assistant United States Attorney Nancy D. Cook, an officer of the United States, in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT THREE
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

In or about January of 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that JH engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade JH to engage in such conduct, that is to murder Internal Revenue Service Special Agent Steven M. Hines, an officer of the United States,

in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT FOUR
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

On or about March 17, 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that JH engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade JH to engage in such conduct, that is to murder United States District Court Judge Edward J. Lodge, an officer of the United States in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT FIVE
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

On or about March 17, 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that JH engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade JH to engage in such conduct, that is to murder Assistant United States Attorney Nancy D. Cook, an officer of the United States, in

violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT SIX
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

On or about March 17, 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that JH engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade JH to engage in such conduct, that is to murder Internal Revenue Service Special Agent Steven M. Hines, an officer of the United States, in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT SEVEN
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

Between about December 2002 and February 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that EJS engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade EJS to engage in such conduct, that is to murder United States District Court Judge Edward J. Lodge, an officer of

the United States, in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT EIGHT
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

Between about December 2002 and February 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that EJS engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade EJS to engage in such conduct, that is to murder Assistant United States Attorney Nancy D. Cook, an officer of the United States in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT NINE
(Violation 18 U.S.C. §373)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

Between about December 2002 and February 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, with the intent that EJS engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade EJS to engage in such conduct, that is to murder Internal Revenue Service Special Agent Steven M. Hines, an

officer of the United States, in violation of Title 18, United States Code, Section 1114; in violation of Title 18, United States Code, Section 373.

## COUNT TEN
(Violation 18 U.S.C. §115)

Paragraphs 1 through 10 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

Between about January 2003 and March 31, 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, did unlawfully threaten to murder the children of Nancy D. Cook, Assistant United States Attorney, by stating to AB, a woman living in his house, that he wanted to kill AUSA Cook's children in front of AUSA Cook, with the intent to impede, intimidate, interfere with and retaliate against AUSA Cook on account of the performance of her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT ELEVEN
(Violation 18 U.S.C. §115)

Paragraphs 1 through 11 of this indictment are hereby realleged in their entirety and incorporated by reference herein.

Between about January 2003 and March 31, 2003, the precise date being unknown to the grand jury, in the District of Idaho, the defendant, DAVID ROLAND HINKSON, willfully and unlawfully did threaten to murder the children of Steven M. Hines, Special Agent, Internal Revenue Service, by stating to AB, a woman living in his house, that he wanted to kill Special Agent Hines' children in front of Special Agent Hines, with the intent to impede, intimidate, interfere with and retaliate against Special Agent Hines on account of the performance of his official duties, in violation

of Title 18, United States Code, Section 115(a)(1)(B).

Dated this _____ day of June, 2004.

A TRUE BILL

*Kristina J. Crawford,*
FOREPERSON

BARRY M. SABIN
ACTING UNITED STATES ATTORNEY

for DENA DOUGLAS-PATTERSON
Trial Attorney
United States Department of Justice

MICHAEL P. SULLIVAN
Special Assistant United States Attorney

# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| **DEFENDANT'S NAME:** | DAVID ROLAND HINKSON | **Juvenile:** | No |
| **DEFENSE ATTORNEY:** Address | Wesley Hoyt HC 66 Box 313A Kooskia, Idaho 83539 (208) 926-7553 | **Service Type:** | Warrant/ Non-Secret |
| **Telephone No.:** | | **Interpreter:** If yes, language: | No |
| **INVESTIGATING AGENCY & AGENT:** | William long FBI 208/661-7266 | | |

CR 04 - 0127 - C - BLW

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)
CR No. 02-142-C-EJL; CV 02-171-C-EJL

## CRIMINAL CHARGING INFORMATION

| Complaint | Yes Indictment | Information | _ Superseding Indictment |
|---|---|---|---|
| Yes Felony | __Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Idaho | | Estimated Trial Time: 15 days | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. 373 | 1-9 | Solicitation to Commit a Crime of Violence | Not more than 20 years imprisonment; $125,000 fine; $100 Special Assessment per count; Not more than 5 years supervised release. |
| 18 U.S.C. 115-(a)(1)(B) | 10-11 | Influencing, Impeding or Retaliating Against a Federal Official by Threatening or Injuring a Family Member | Not more than 10 years imprisonment; $250,000 fine; $100 Special Assessment per count; Not more than 3 years supervised release. |

Date: June 22, 2004

DOJ Trial Attorney: Dena Dougla-Patterson
Telephone No.: (202) 353-3116

*M. P. Sullivan*