David Roland Hinkson
HCR Box 114B
Grangeville, Idaho 83530
Currently, Inmate Ada County Jail
No Phone
*in propria persona*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| THE UNITED STATES,<br><br>Plaintiff,<br>v.<br><br>DAVID ROLAND HINKSON,<br><br>Defendant. | Case No. CR-04-0127-C-BLW<br><br>MOTION TO DISMISS BY David Roland Hinkson FOR LACK OF *IN PERSONAM* AND SUBJECT MATTER JURISDICTION UNDER RULE 12 |

The state of Idaho, de jure, One of )
the fifty proper States of the Union   ss.
In the county of Ada                              )

I, David Roland Hinkson, herewith move the Court for Dismissal of the above case, without waiving any of my rights, privileges, immunities and all defenses and I am proceeding in propria persona moving sui juris, only in relation to Idaho de jure, under oath, deposes and states that I agree to tell the truth and all the truth based upon my current knowledge, information and belief for the purpose of this MOTION TO DISMISS FOR LACK OF *IN PERSONAM* AND SUBJECT MATTER JURISDICTION UNDER RULE 12, Fed. R. Civ. P. pursuant to my Affidavit of June 23, 2004, which is attached hereto and marked as Exhibit "A" that rebuts rebuttable presumptions and thereupon, for the purpose of this MOTION TO DISMISS UNDER RULE 12, Fed.R.Civ.P., I agree to be bound by the penalties of perjury under the law(s) of the state of Idaho de jure and further sayeth:

1. The above action should be dismissed because the Plaintiff, UNITED STATES OF AMERICA is not recognized as a principal and has no standing under Title 18 United States Code, Sections 2 and/or 5 and in relation to Section 373, 1114 and 115(a)(1)(B), and thus the Court lacks subject matter jurisdiction over this case. (See attached Affidavit marked as Exhibit "A".) Defendant seeks a determination of this Court as to what party has standing.

2. The person named as the Plaintiff does not exist under Title 18 United States Code, therefore the above action must be dismissed for lack of a real party in interest under Rule 17(a) Fed.R.Civ.P. (See attached Affidavit marked as Exhibit "A".)

3. The above action should be dismissed because the Defendant, "DAVID ROLAND HINKSON" is a fictitious person and I have no relation to DAVID ROLAND HINKSON, I am not a party and thus this action has no application to me and should be dismissed for lack of *in personam* jurisdiction. (See attached Affidavit marked as Exhibit "A".)

4. The above action should be dismissed because the only evidence in this case is that, at all times relevant hereto, I have not territorially entered in to the United States in relation to the claims raised under Title 18, United States Code and I have been moving, animating and conducting myself in relation to Idaho and explicitly non-territorial to the United States and thus the Commerce Clause of the United States Constitution has not been tripped or invoked and thus this Court does not have subject matter jurisdiction over the alleged conduct which arises under Title 18 Section 373, 1114 and 115(a)(1)(B) which Title 18 depends upon the said Commerce Clause as a nexus to grant jurisdiction to the United States. (See attached Affidavit marked as Exhibit "A".)

5. This case should be dismissed because there is no subject matter jurisdiction over the facts, circumstances and conduct alleged to have occurred as there is no showing that I engaged

in interstate commerce in relation to the conduct charged. (See attached Affidavit marked as Exhibit "A".)

6. This case should be dismissed because there is no subject matter jurisdiction over the facts, circumstances and conduct alleged to have occurred as there is no showing that I am effectively connected to the United States. (See attached Affidavit marked as Exhibit "A".)

WHEREFORE, without admitting jurisdiction, either *in personam* or as to subject matter, I move the Court to enter an Order Of Dismissal for lack of jurisdiction, With Prejudice.

Further I, the undersigned affiant, sayeth naught.

Dated this 24 day of June A.D. 2004 without prejudice.

_____
David Roland Hinkson
without prejudice, without waiver of any and all
rights, privileges, immunities and defenses

NOTARY

Before me, the undersigned a notary public acting in and for said County and State, did on the 24 day of June, A.D. 2004, personally identify David Roland Hinkson who did appear before me and who executed the foregoing MOTION TO DISMISS OF David Roland Hinkson FOR LACK OF *IN PERSONAM* AND SUBJECT MATTER JURISDICTION UNDER RULE 12 and acknowledged to me that he executed the same as his free and voluntary act which expressed the will and intent of David Roland Hinkson given under my hand and seal the day and year last written above.

_____
Notary Public of the State of Idaho

Residing at Boise
My commission expires 11-7-06

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2004, a true and correct copy of the foregoing MOTION TO DISMISS OF David Roland Hinkson FOR LACK OF *IN PERSONAM* AND SUBJECT MATTER JURISDICTION UNDER RULE 12 was served by First Class U.S. Mail upon Michael P. Sullivan and Dena Douglas-Patterson, U.S. DOJ, 601 D Street, NW, Wash. DC 20005.

_____

MOTION TO DISMISS of David Roland Hinkson FOR    3
LACK OF *IN PERSONAM* AND SUBJECT MATTER
JURISDICTION UNDER RULE 12

ADA COUNTY RECORDER J. DAVID NAVARRO
BOISE IDAHO 06/24/04 04:⬛M
DEPUTY NEAVA HANEY
RECORDED-REQUEST OF
Cathy Sparks
AMOUNT 18.00
104080056

AFFIDAVIT OF
David Roland Hinkson
FOR THE PURPOSE OF REBUTTAL OF
REBUTTABLE PRESUMPTIONS REGARDING CONDUCT
IN RELATION TO ANY UNITED STATES OFFICERS, AND/OR
WILLFUL FAILURE TO FILE INCOME TAX RETURNS, ALLEGED
WILLFUL FAILURE TO ACCOUNT FOR, COLLECT AND PAY OVER EMPLOYMENT
TAXES, STRUCTURING FINANCIAL TRANSACTIONS AND FORFEITURE

The state of Idaho, de jure, One of ) 
the fifty proper States of the Union  ss.
In the county of Ada ) 

  I, David Roland Hinkson, in propria persona moving sui juris, only in relation to Idaho de jure, and explicitly non-territorial to the United States, under oath, depose and state that I agree to tell the truth and all the truth based upon my current knowledge, information and belief for the purpose of rebutting rebuttable presumptions entertained by the United States (as defined herein) and thereupon, for the purpose of this Affidavit, I agree to be bound by the penalties of perjury under the law(s) of the state of Idaho de jure and further sayeth:

  1. My name is David Roland Hinkson and hereinafter I shall refer to myself by name or by applicable pronouns such as "I" or "me," etc.; I am a natural living person. I deny any relation to the name of "DAVID ROLAND HINKSON," which name, when in all capitalized letters is a vivid personification of an inanimate object that has been given a name (see: United States Styles Manual, Sec. 3.33); and,

  2. At all times relevant to these matters, I am, and intend always to have been animating, moving and conducting myself explicitly non-territorial to the "United States"; I am not a debtor of the "United States", nor do I owe a debt to the "United States"; I have not engaged in any business with, nor am I effectively connected to, the "United States"; I deny entering territorially into the "United States" in relation to the claims raised under Title 18, United States Code; I deny the existence of "UNITED STATES OF AMERICA"; I deny that this "UNITED STATES OF AMERICA" is a principal in relation to Title 18 United States Code, Sections 2 and/or 5 thereof, and in relation to Section 373, 1114 and 115(a)(1)(B); I deny that "UNITED STATES OF AMERICA" has any standing to make a claim under Title 18, United States Code; I am not a debtor of "UNITED STATES OF AMERICA", nor do I owe a debt to "UNITED STATES OF AMERICA"; I have not engaged in any business with, nor am I effectively connected to "UNITED STATES OF AMERICA"; and,

Affidavit of David Roland Hinkson for the Purposes of   1
Rebuttal of Rebuttable Presumptions Regarding Conduct
In Relation To any United States Officers and/or Claims In
Relation To Willful Failure to File Income Tax Returns,
Willful Failure to Account For, Collect and Pay Over
Employment Taxes, Structuring Financial Transactions
and Forfeiture

EXHIBIT
A

3. Under oath and as a natural living person, I state that I have the status of a legal person who exists in natural form only; I do not exist nor do I have a relation to any other artificial or fictitious person or theory of a person created by "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) where the appearance of reality is substituted for reality (herein "fictitious person"); and any allegation that I do have a relation to any such fictitious person is incorrect, wrong, false, fraudulent, specious, spurious, baseless, groundless, frivolous and wholly without merit and I deny the same under oath; and,

4. Under oath, I deny having any valid Social Security Number (herein "SSN"), any Social Security Administration (herein "SSA") an agency of "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) an "SSA" account or "SSN" card and reject said "SSN" as it has no relation to me and I state that I have not voluntarily consented to nor do I not accept any purported benefits appertaining thereto at all times relevant to these matters, from the beginning as I am permitted to do by law; and,

5. Under oath, I deny the validity of any "SSN" or "SSA" account or "SSN" card that is alleged to have existed in relation to me based upon the "SSA" and its use of deception, concealment, fraud, fraud in the inducement, undue influence, duress, misrepresentation, improper enticement, sham transaction, unclean hands, failure of fair, adequate and valuable consideration, deceptive proprietary trade practice, fraudulent concealment of the true nature of the forum and failure to disclose material terms, conditions, duties and obligations associated with the "SSN" as it relates to the inducement in obtaining a so called "voluntary" "SS5" Application for a "SSN" from me and the account or card created therefor; and,

6. Under oath, and upon information, I state that the "SSA" is an agency of a bankrupt and insolvent person acting in a proprietary capacity as the "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above), which "SSA" practiced deception upon me, David Roland Hinkson, the natural living person, at the time I filled out said "SS5" application of the "SSA" for an "SSN" (herein the "beginning"); and,

7. Under oath, I state that at the beginning, I was under the age of 18 years and not sui juris and at that time, I was misinformed by the "SSA" and other agencies of "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above), that I was required to have a "SSN" in order to work; I was materially deceived by those misrepresentations which constitutes a deception, I relied on them and then acted upon that deception practiced by the "SSA"; the fraud created by these misrepresentations entailed the following: there were representations of fact by "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) and its agencies that caused me to act in a manner that I believed, at that time, was acting voluntary when signing the "SS5" form; the representation was false; the representation was material; the "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) and its agencies knew of the falsity; the intent of the "UNITED STATES OF AMERICA" (whatever

Affidavit of David Roland Hinkson for the Purposes of　　2
Rebuttal of Rebuttable Presumptions Regarding Conduct
In Relation To any United States Officers and/or Claims In
Relation To Willful Failure to File Income Tax Returns,
Willful Failure to Account For, Collect and Pay Over
Employment Taxes, Structuring Financial Transactions
and Forfeiture

that may be) and/or the "United States" (see paragraph 2 above) and it agencies was that the representations should be acted upon (ie., relied upon by me) in the manner reasonably contemplated; I was ignorant of its falsity; I relied upon the representations as if they were true; I had the right to rely upon the representations of "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) and its agencies; and I was proximately injured and/or damaged thereby; consequently, I have suffered a loss as a result of these fraudulent misrepresentations, which renders the signing of the "SS5" form void or voidable; and,

8. Under oath, I hereby freely, voluntarily and knowingly waive any and all benefits in relation to the "SSN" that may have accrued or may accrue from the "SSA", its account or card and I did not previously consent to and I do not accept, but reject, any "SSN" benefits nunc pro tunc from the beginning and at all times relevant past, present and future; and,

9. Under oath, I deny that there is a valid "SS5" application for "SSN" for me, or a "SSN" or an account or card that the "SSA", acting as an agent for the aforesaid "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above), can produce that was NOT obtained by fraud, fraud in the inducement, deception, concealment, undue influence, duress, misrepresentation, improper enticement, sham transaction, unclean hands, failure of fair, adequate and valuable consideration, deceptive proprietary trade practice, fraudulent concealment of the true nature of the forum and failure to disclose material terms, conditions, duties and obligations associated with the SSN; and,

10. Under oath, and based on the facts and circumstances stated in paragraphs numbered 1 through 9 above, I deny that the aforesaid "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) acting as the principal, can produce a valid proprietary commercial claim, under any statute or law, against David Roland Hinkson which has NOT been obtained by deception, concealment, fraud, fraud in the inducement, undue influence, duress, misrepresentation, improper enticement, sham transaction, unclean hands, failure of fair, adequate and valuable consideration, deceptive proprietary trade practice, fraudulent concealment of the true nature of the forum and failure to disclose material terms, conditions, duties and obligations associated with the "SSN"; and,

11. Under oath I deny ever having been, at any time in my life, a United States citizen (herein "U.S. citizen") under the purported 14th Amendment, of the Constitution of the United States and deny acceptance of any benefits therefrom and reject any and all benefits associated with that status based upon my right to attack rebuttable presumptions under the principle announced in the U.S. Congressional Act entitled: "An Act concerning the Rights of American Citizens in Foreign States;" which Act states "that any Declaration, instruction, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation is hereby declared inconsistent with the fundamental principles of this government" 40th Congress, Session 2 chapter 249, 250 A.D. 1868; said Act as amended is binding upon the United States; and,

Affidavit of David Roland Hinkson for the Purposes of                3
Rebuttal of Rebuttable Presumptions Regarding Conduct
In Relation To any United States Officers and/or Claims In
Relation To Willful Failure to File Income Tax Returns,
Willful Failure to Account For, Collect and Pay Over
Employment Taxes, Structuring Financial Transactions
and Forfeiture

12. Under oath, I deny that the aforesaid "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) can bring forth any valid evidence, including documents, **not obtained** by fraud, fraud in the inducement, deception, unclean hands, improper enticement, sham transaction, deceptive proprietary trade practice and fraudulent concealment of the true state of the forum to establish a U.S. citizenship presumption in relation to my person; and,

13. Under oath, I do not waive, but claim a commercial right, and I **do** object to, protest, deny, dispute and question the validity of the public debt of the aforesaid "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) in the teeth of the purported 14th Amendment, Section 4; and,

14. Under oath, I do not waive any 6th Amendment Right under *Crawford v. Washington*, 124 S. Ct. 1354, decided March 8, 2004.the Supreme Court of the United States to face a proper accuser; further, under oath, I deny that any proper accuser exists as against me or as known to the "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) or has appeared in relation to alleged threats or solicitation for murder of United States Officers and/or their families and I do not waive any of my rights to face my accusers, cross examine witnesses or act in relation to any such rights; and,

15. Under oath, I explicitly do not consent to accept the role as 'defendant' in the theory of the United States as a fictitious person and I do not consent to accept estoppel as a means to identify me as a fictitious person-defendant in any case, based on the assertions and affirmative defenses set forth in this Affidavit and I do not consent to waive the commercial right to contract except by extinguishment of debt and do not consent to the use of currency not redeemable in valuable specie without prejudice and at all times in relation to the matter of alleged threats and/or solicitation for murder of any United States officers and/or their families, or alleged willful failure to file income tax returns, willful failure to account for, collect and pay over employment taxes, structuring financial transactions and forfeiture.

16. I have not done a commercial act involved in interstate commerce nor have I done a commercial act in a Federal venue of the United States nor is there any commercial nexus between myself and the United States or any officer of the United States and/or their family members or alleged willful failure to file income tax returns, willful failure to account for, collect and pay over employment taxes, structuring financial transactions and forfeiture at all times relevant to these matters.

Affidavit of David Roland Hinkson for the Purposes of  4
Rebuttal of Rebuttable Presumptions Regarding Conduct
In Relation To any United States Officers and/or Claims In
Relation To Willful Failure to File Income Tax Returns,
Willful Failure to Account For, Collect and Pay Over
Employment Taxes, Structuring Financial Transactions
and Forfeiture

17. Under oath, I do not consent to a release in this matter in favor of the aforesaid "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) to make an appearance, except in proper proprietary capacity, solvent and non-bankrupt in relation to the obligations and securities, redeemable in specie of the United States; I deny any proper party in the role of 'plaintiff' has appeared in any actions filed against me by the United States; I deny that "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) is a principal under Title 18 United States Code, Sections 2 and/or 5 and that NO real party in interest has appeared as a Plaintiff, and,

18. Under oath, I deny any material, substantive Commerce Clause nexus, and I deny being effectively connected to the aforesaid "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) by proprietary conduct that does or did exist at any and all times material in relation to these matters which has NOT been obtained by deception, concealment, fraud, fraud in the inducement, undue influence, duress, misrepresentation, improper enticement, sham transaction, unclean hands, failure of fair, adequate and valuable consideration, deceptive proprietary trade practice, fraudulent concealment of the true nature of the forum and failure to disclose material terms, conditions, duties and obligations; and,

19. Under oath, I explicitly refuse to waive any and all Rights, privileges and immunities against any person in relation to any part of this affidavit or in relation to the matter of threats or solicitation for murder of United States officers and/or their families or alleged willful failure to file income tax returns, willful failure to account for, collect and pay over employment taxes, structuring financial transactions and forfeiture; and,

20. I declare that a controversy exists as to whether the Commerce Clause of the United States Constitution has been invoked by any conduct attributed to me that is effectively connected to interstate commerce involving United States officers and/or their families or alleged willful failure to file income tax returns, willful failure to account for, collect and pay over employment taxes, structuring financial transactions and forfeiture based on the fact that I am not a citizen of the United States, Washington D.C. or any of the Territorial States of the United States nor have I accepted benefits from the SSA and that I have not engaged in interstate commerce at all times relevant to these matters nor have I ever knowingly, willingly commercially territorially entered into relations with any purported United States officers and/or their families in the matter of alleged threats and alleged solicitation for murder thereof and that no event or conduct involving me has occurred on any property over which "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above) has executive, legislative or judicial jurisdiction, *in rem* or *in personam*. I have not in the past, I do not now in the present, nor will I in the future voluntarily submit my person to the jurisdiction of "UNITED STATES OF AMERICA" (whatever that may be) and/or the "United States" (see paragraph 2 above).

Affidavit of David Roland Hinkson for the Purposes of            5
Rebuttal of Rebuttable Presumptions Regarding Conduct
In Relation To any United States Officers and/or Claims In
Relation To Willful Failure to File Income Tax Returns,
Willful Failure to Account For, Collect and Pay Over
Employment Taxes, Structuring Financial Transactions
and Forfeiture

21. I have timely raised the affirmative defenses asserted in this Affidavit based on information, belief and my personal knowledge and understanding.

Further I, the undersigned affiant, sayeth naught.

Dated this _27th_ day of June A.D. 2004 without prejudice.

_David Roland Hinkson_
David Roland Hinkson
without prejudice, without waiver of any and all
rights, privileges, immunities and defenses

## NOTARY

Before me, the undersigned a notary public acting in and for said County and State, did on the _27th_ day of June, A.D. 2004, personally identify David Roland Hinkson who did appear before me and who executed the foregoing Affidavit of David Roland Hinkson for the Purposes of Rebuttal of Rebuttable Presumptions Regarding Conduct in Relation to any United States Officers and/or Alleged Willful Failure to File Income Tax Returns, Willful Failure to Account For, Collect and Pay Over Employment Taxes, Structuring Financial Transactions and Forfeiture and acknowledged to me that he executed the same as his free and voluntary act which expressed the will and intent of David Roland Hinkson given under my hand and seal the day and year last written above.

_Cathy Sparks_
Notary Public of the State of Idaho

SEAL [Cathy Sparks Notary Public State of Idaho]

Residing at _Boise_

My commission expires _11-7-06_

Affidavit of David Roland Hinkson for the Purposes of
Rebuttal of Rebuttable Presumptions Regarding Conduct
In Relation To any United States Officers and/or Claims In
Relation To Willful Failure to File Income Tax Returns,
Willful Failure to Account For, Collect and Pay Over
Employment Taxes, Structuring Financial Transactions
and Forfeiture

6

STATE OF IDAHO, COUNTY OF ADA, ss.
I, J. David Navarro, Recorder for Ada County, do hereby certify that the Annexed is a full, true and correct copy of Inst. No. _104070056_
as it appears on record in Book _____ of _____
_____ at Page _____ Records of Ada County, State of Idaho.
IN WITNESS WHEREOF, I have set my hand and affixed my official seal this
_24_ day of _June_ 20_04_
J DAVID NAVARRO, Recorder
By _____ Deputy