BARRY M. SABIN
Acting United States Attorney
Counterterrorism Section

MICHAEL P. SULLIVAN
Special Assistant United States Attorney
MICHAEL D. TAXAY
Trial Attorney
United States Department of Justice
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-3125

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>DAVID ROLAND HINKSON,<br>      Defendant. | )<br>)<br>)<br>)<br>)  Case No. CR-04-127-C-RCT<br>)<br>)<br>)<br>) |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL SUBMISSION REGARDING DEFENDANT'S MOTION
### TO SUPPRESS EVIDENCE OF DEFENDANT'S ALLEGED CONFESSION

COMES NOW the United States of America, by and through its undersigned attorneys, and respectfully requests leave to file a Supplemental Submission Regarding Defendant's Motion To Suppress Evidence Of Defendant's Alleged Confession, a copy of which is attached hereto.

This supplemental submission seeks to address an issue that was raised during the evidentiary

hearing and oral argument on December 7, 2004; specifically, whether the Defendant initiated a generalized discussion about the investigation.

A form of order is also attached.

Respectfully submitted,

*[signature]*

MICHAEL P. SULLIVAN
Special Assistant United States Attorney
MICHAEL D. TAXAY
Trial Attorney
United States Department of Justice
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-3125

Dated: December 14, 2004