IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

2004 DEC 17 PM 12:38

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR-04-127-S-RCT |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAVID ROLAND HINKSON, ) | |
| ) | |
| Defendant. ) | |

# 101

Pending before the Court is the Government's Motion for Leave to File Supplemental Submission Regarding Defendant's Motion to Suppress Evidence of Defendant's Alleged Confession (not yet docketed). Having reviewed the motion and the opposition filed thereto, the Court DENIES the Government's Motion.

IT IS SO ORDERED.

DATED this 17th day of December, 2004, in Seattle, Washington.

RICHARD C. TALLMAN
United States Circuit Judge
for the Ninth Circuit, sitting by designation

102

```
              United States District Court
                        for the
                   District of Idaho
                    December 17, 2004
```

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  1:04-cr-00127

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

```
    Michael Patrick Sullivan, Esq.  1-202-514-8714
    US Dept of Justice
    601 D Street, NW
    Washington, DC  20005

    Michael D Taxay, Esq.
    US DEPT OF JUSTICE
    Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC  20530

    Marla B Tusk, Esq.
    US DEPT OF JUSTICE
    Counterterrorism Section
    950 Pennsylvania Ave, NW
    Washington, DC  20530

    Wesley W Hoyt, Esq.      1-208-926-7554
    HC 66 Box 313 A
    Kooskia, ID  83539

    Thomas J Nolan, Esq.
    600 University Ave
    Palo Alto, CA  94301


    U.S. Marshal
    HAND DELIVERED

    Probation
    HAND DELIVERED

    _____ Chief Judge B. Lynn Winmill
    _____ Judge Edward J. Lodge
    _____ Chief Magistrate Judge Larry M. Boyle
    _____ Magistrate Judge Mikel H. Williams

    Visiting Judges:
    _____ Judge David O. Carter
    _____ Judge John C. Coughenour
    _____ Judge Thomas S. Zilly
      ✓    Judge Tallman
```

Cameron S. Burke, Clerk

Date: 12-17-04     BY: ___Jill Angelo___
                      (Deputy Clerk)