UNITED STATES vs. DAVID ROLAND HINKSON
Case No.: CR-04-0127-C-RCT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-04-0127-C-RCT |
| Plaintiff, | ) ) | **EXHIBIT A** |
| vs. | ) ) ) | STATEMENT OF FACTS TO MOTION TO DISMISS SUPERSEDING INDICTMENT FOR |
| DAVID ROLAND HINKSON, | ) ) | PROSECUTORIAL MISCONDUCT, OUTRAGEOUS GOVERNMENTAL |
| Defendant. | ) ) | CONDUCT AND VINDICTIVE PROSECUTION (and Request For Discovery, Evidentiary Hearing and Sanctions) |

## TABLE OF EXHIBITS

| | | |
|---|---|---|
| A | **STATEMENT OF FACTS** | |
| B | **Filed Under Seal:** Mariana Raff FBI 302 Report | 1 |
| C | Juan Carlos FBI 302 Report | 7 |
| D | David Hinkson Talk Radio Show 01-08-03 | 9 |
| E | David Hinkson Testimony, Tax Case | 27 |
| F | David Hinkson Tax Exemption Notice and W-4 | 60 |
| G | Gerald Vernon Testimony | 62 |
| H | Kofahl Application for Tax Reward | 70 |
| I | Deposition of Shawn McDonald | 73 |
| J | Steve Barnard Affidavit and Exhibits | 100 |
| K | Paul Ewald Deposition | 123 |
| L-1 | Bob Harris Deposition | 150 |
| L | Idaho Department of Labor §1501 | 165 |
| M | Writ of Seizure | 166 |
| N | **Under Seal:** Confidential Settlement Agreement, IDOL/Hinkson | 167 |
| O | Deposition of Dana Lohrey | 173 |
| P | Memorandum of Telephone Interview with Agent Vernon | 182 |
| Q | Vernon Testiony of 4/29 | 184 |
| R. | **Under Seal:** Grand Jury Testimony of Kofahl | 208 |
| S. | **Under Seal:** Grand Jury Testimony of Hasalone | 225 |
| T. | Affidavit if Kevin Hagen | 241 |
| U. | Health Testimonial of Annette Hasalone | 245 |
| V. | Art Bell Litigation Settlement Articles | 247 |
| W. | Report of James Prochnow | 250 |
| X. | Testimony of Agent William Long, 12-7-04 | 255 |
| Y. | Affidavit of Jeri Gray re credit shut-down | 285 |
| Z. | Grand Jury Testimony of Joe Swisher | 287 |

| | | |
|---|---|---|
| AA. | Affidavit of John Humphries | 306 |
| BB | **Under Seal:** Report of Jerry D. Doke, Ph.D. | 308 |
| CC | **Under Seal:** Doke Letter of 11-28-04 | 321 |
| DD | Albers Letter | 322 |
| EE | **Under Seal:** FBI 302 Report Annie Bates | 324 |
| FF | **Under Seal:** FBI 302 Report "J.C." Harding | 327 |
| GG | **Under Seal:** Grand Jury Testimony, Annie Bates | 331 |
| HH | **Under Seal:** Grand Jury Testimony, "J.C." Harding | 339 |
| II | Blenkinsop Trial Testimony, Tax Case | 354 |
| JJ | Transcript of Detention Hearing | 368 |
| KK | Transcript of Body wire recording Hinkson/Harding conversation | 394 |
| LL | Affidavit of Wesley W. Hoyt | 439 |
| MM | Criminal Records of Mariana Raff | 442 |
| NN | Bauman, Informant Article | 458 |
| OO | Affidavit of Noah Clark | 459 |
| PP | Affidavit of Richard Beck | 170 |
| QQ | Affidavit of Frank Leslie Nicolai | 481 |