IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

UNITED STATES OF AMERICA, Plaintiff,

VS

DAVID ROLAND HINKSON, Defendant.

No. 02-0142-C-EJL

TRANSCRIPT OF A WIRE TAP OF DAVID HINKSON HAD ON THE 27th DAY OF MARCH, 2003

TRANSCRIBED BY: KEITH M. EVANS, RPR, CSR NO. 655

(Thereupon the following oral proceedings were had as follows, to-wit:)

AGENT LONG: Agent William R. Long. The date is 3-27-03 at 5:49 p.m. I'm placing a body recorder on a cooperating witness in anticipation of a conversation with David Hinkson. We are in Grangeville, Idaho.

THE INFORMANT: You guys coming up behind me so hopefully you can hear this. You might want to hold back a second, you're right up on my butt. I'm going to go ahead and call you and make sure you are getting this. All three pieces of equipment are engaged, otherwise you wouldn't be getting this transmission. So, I'm going to take off right now. I'm going to call you, verify, and that's the size of that. Are you picking me up? Can you hear me?

Okay, good. I was just telling you that I was on. I was live and I would call you on the phone. All right. Okay, okay. I'm headed in. I've got everything on. I've got the blue bag. It's on. It's on operating. I got the battery engaged. I just hit the mic at the red light, we're good to go. Okay. No, thank you guys. Okay, thank you. I'm pulling into the drive. (Inaudible) shit hole. (Inaudible) (inaudible) What are you doing? What are you doing? (Inaudible) yeah, what are you doing? What are you doing? What are you guys doing? Hi babies. Hi babies. (Inaudible) you're looking healthy, yeah. Good dogs. You guys are such

(inaudible). Wow, this thing is slicker than shit. Man, this porch (inaudible.)

MR. HINKSON: (Inaudible.)

THE INFORMANT: Hey, guys. Getting you all that good stuff. Do you want the door locked or unlocked?

MR. HINKSON: I keep it locked all the time.

THE INFORMANT: Yeah, I would, too. That's what I was thinking.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Well, no, but she left it. She was, you know, for the landlord. She told me where she left it so I was thinking I'd go over there for a couple of days.

MR. HINKSON: (Inaudible.)

THE INFORMANT: I'm sorry, say that one more time, dude.

MR. HINKSON: (Inaudible.)

THE INFORMANT: No, no, she was going to call them at the first and say, hey, this is what's going on or, you know how Annie is. She procrastinates everything. So I guess she'll call in the next couple of days. It's only like, what, the 26th or something?

MR. HINKSON: Yeah, but where are you going to camp?

THE INFORMANT: Well, I camped there because, I mean, she's --

MR. HINKSON: (Inaudible.)

THE INFORMANT: Yeah, because she left the keys in a

place. She was going to call her landlord and say, here's where I left the keys. Go ahead, you know.

MR. HINKSON: (Inaudible.)

THE INFORMANT: You do what?

MR. HINKSON: (Inaudible.)

THE INFORMANT: No. Shit.

MR. HINKSON: You don't see her with a brand new car.

THE INFORMANT: No, and you know what, somebody ran her off the road last night.

MR. HINKSON: In Boise?

THE INFORMANT: She's driving and somebody came down there and --

MR. HINKSON: You know, she has more stories to tell. It's too unbelievable.

THE INFORMANT: Yeah, well, it crashed up her truck pretty good so I don't know.

MR. HINKSON: Yeah, I mean, she's always got a story.

THE INFORMANT: She's just a person that life happens to, I guess, you know.

MR. HINKSON: I guess.

THE INFORMANT: Well, look at you, I mean, you're a person that life happens to.

MR. HINKSON: Well, I know, but I've never had all the stuff happen to me that she says happens to her.

THE INFORMANT: I don't know.

394 KK

MR. HINKSON: I've been robbed a lot.

THE INFORMANT: You got a pretty good life going. It's pretty well crazy so.

MR. HINKSON: I don't know, just something strange about her.

THE INFORMANT: I'll tell you she is an odd bird, but she is just, I guess, she's a closet case. She's a closet case or something, I guess, you know.

MR. HINKSON: She's something.

THE INFORMANT: What do you do with people like that? What do you do? What can you do?

MR. HINKSON: I don't know. Stay away from them.

THE INFORMANT: That's kind of like (inaudible.)

MR. HINKSON: Like she said to me, you know, why are you going to see Dave. It's obvious to me she didn't care for me at all in any way. She only came over when she wanted something. When she was here she was real anxious to move out as absolute quick as she could, not that I care at this point. I'm just (inaudible.)

THE INFORMANT: Well, and I think that's --

MR. HINKSON: (Inaudible.)

THE INFORMANT: I think she thought she implied that she wanted to come up here and learn and be taught and grow with the factory and didn't think about the love issue, but she's not a lonely person.

MR. HINKSON: Inaudible. the love issue anyway, but I mean, the point is she just -- she's flaky. She don't know what she wants. She's a typical U.S. girl.

THE INFORMANT: She's 25 years old. They are children, man.

MR. HINKSON: Yeah.

THE INFORMANT: You might have a girl from a third-world country coming over that's got it together, but they have to grow up early, you know. Like you said, they're also hookers at 14 --

MR. HINKSON: Yeah.

THE INFORMANT: -- So, I mean, it's either --

MR. HINKSON: Where (inaudible.)

THE INFORMANT: Life doesn't wait for you over there. Over here you have all the time in the world to grow up, people on Social Security, whatever, people, welfare, I mean, people will baby you all the way through if you don't -- I know 55-year-old guys that don't get it yet.

MR. HINKSON: Really, they don't get it yet.

THE INFORMANT: Oh, come on.

MR. HINKSON: They're 55.

THE INFORMANT: Come on. How many do you know? I mean, seriously, you get out there, you start meeting people (inaudible).

MR. HINKSON: Marie has got a brother who's 40 and hasn't

kissed a girl yet, but he was a Mormon. I figured that was his excuse, you know.

THE INFORMANT: Well, that's a whole other doesn't get it. He doesn't get any loving. That's different from doesn't get life, but then maybe he doesn't get life that's why he doesn't get any loving.

MR. HINKSON: I see all these girls that are loose goose that run around like Marianna screwing everything that moves and then -- I just wanted a girlfriend that treated me decent. The nicer I am to a girl the worse they treat me. I'm just used to it. But I won't take it anymore. Show no -- nothing. My wife would come home at, what, midnight every night. It's crazy.

THE INFORMANT: Why do you think that is? Why do you think that pattern happens with you and women? Too nice?

MR. HINKSON: I'm too nice to them. But now I'm real nice and they treat me bad then I run them off. That's the pattern now.

THE INFORMANT: That's a shitty pattern.

MR. HINKSON: I'm not going to go 20 years (inaudible) you're right about the third-world nation thing. That's really what we need to get going here, some girls that (inaudible) serious. I know when I was -- I am at an age now where I am in a different generation than Annie's in. When I was 22 years old I was interested in commitment with a girl. You go to a

foreign nation, a third-world nation like you just said, they're interested in commitment. They're interested in finding the guy they want to be with.

THE INFORMANT: They see enough turmoil and crap. They want to settle down.

MR. HINKSON: But this country it's going downhill so fast. I don't know how people can make a living (inaudible.) They're shutting industry down. They're picking on the ranchers. They're picking on the mining. They are picking on people. The third-world countries, they're being picked on, too. They're having a hard time making a living but at least they want life.

THE INFORMANT: I don't know how -- I don't know how -- I don't know how we change our people. I don't know how we change our women.

MR. HINKSON: This whole culture is based on greed and bullshit, you know. I had a girl I was dating, her name was Deanne West, you know.

THE INFORMANT: Deanne West.

MR. HINKSON: Deanne West. That was her name, dumb Mormon. I took her out and I took her to some movies, shows, spent some time with her. She says you are the nicest guy I've ever gone with. I just love you to death. You are the greatest. And I don't care if you're not active in the church, you're just the greatest. Of course that's how she started

345

out, and pretty soon it was my bishop wants to talk to you. He wants to know if he can convert you (inaudible) active in the church. She just, she just --

THE INFORMANT: She was going to convert you, that's the whole thing.

MR. HINKSON: I finally just said, look, I think the Mormon church is satanic. I don't want any part of it.

THE INFORMANT: How did she take that?

MR. HINKSON: She left.

THE INFORMANT: Take that as a no.

MR. HINKSON: Yeah. But it's interesting because before she left I just told her, you know, I'm not going to suck into that brainwashing dweeb thing you call a religion. I want no part of it.

THE INFORMANT: How long ago was that?

MR. HINKSON: A couple of years back. That's the only girlfriend I had.

THE INFORMANT: Man. Well, I just figured --

MR. HINKSON: They're not happy unless they're controlling you, these Mormons.

THE INFORMANT: I don't know much about them, but I do know that you need to go with the flow or it can go wrong for you, you know what I mean, so --

MR. HINKSON: They'll tell your wife to divorce your ass if you're not a good enough Mormon.

THE INFORMANT: I heard about that, about the fundamentalist Mormons. I don't know how prolific that is or -- oh, cool.

MR. HINKSON: What's that?

THE INFORMANT: Little phone, which means I got a little message.

MR. HINKSON: You think they're fundamentalists (inaudible.)

THE INFORMANT: They are?

MR. HINKSON: Yeah. I like the ones down by St. George better than the (inaudible.)

THE INFORMANT: Do you think still, the Mormons still are that crazy or still has that much power?

MR. HINKSON: The whole church is insane, but they got a lot of money and power. They're definitely right wing.

THE INFORMANT: Hold on, check this message real quick.

MR. HINKSON: I'm out of bread. This is it, man. I am dizzy. (Inaudible) fighting the flu again. There's something new going around.

THE INFORMANT: Well, Annie was sick. I mean, just the last two or three days she said she felt better. Two days started to feel a little bit better and she's still (informant coughing) so --

MR. HINKSON: Yeah.

THE INFORMANT: So I've got - I got to worry about --

MR. HINKSON: You got to realize to really learn things it takes time. You don't just go spend a week somewhere and gather up all the knowledge. You have to, you know --

THE INFORMANT: Dedicate yourself.

MR. HINKSON: Yeah, to whatever you're doing, you know. I know this Annie is very dedicated on getting her EMT license, you know. She never --

THE INFORMANT: Well, just keeping it up. She's had it for years. But just keeping it renewed while she was here, wanting to make sure she didn't lose it. Yeah, I guess, priorities.

MR. HINKSON: I wouldn't waste your time. I wouldn't waste your time going to the Ukraine unless you are serious about bringing a girl back. It takes four or five months to get her here. It takes, you know -- you got to be serious about it. I was over there and I met with some guys, you know, people down there looking for a wife or girlfriend, whatever --

THE INFORMANT: Right.

MR. HINKSON: -- and they were really discouraged. They only had four days. Really, I mean, it really helps if you know somebody there.

THE INFORMANT: Well, you do. That was the whole idea.

MR. HINKSON: That's the point.

THE INFORMANT: You're always saying you're going to, so, you know, great.

MR. HINKSON: I know some people there.

THE INFORMANT: I mean --

MR. HINKSON: It's just interesting.

THE INFORMANT: It sounds like Fantasy Island. How do you not want to go?

MR. HINKSON: Yeah. One of the problems you've got in places like the Ukraine is there's two different cultures. I mean, in Kiev you've got these girls that would put out when they are 15 for 20 bucks. They're really warm. They'll French kiss you and everything. They act like you're -- like they're married to you. We're talking just girls -- they're warm even if they're pros. They are warm.

THE INFORMANT: That's the definition of broke, then.

MR. HINKSON: Yeah, but you get out of Kiev to the rural area and the girls are high morals. I mean --

THE INFORMANT: Farm girls.

MR. HINKSON: Yeah, they're just different animals.

THE INFORMANT: Country girls.

MR. HINKSON: Tonya is from the country. I said -- she says, oh, I miss you. I says, what do you miss about me? She says, I got nobody to kiss. I says, well, you have other guys there you can go kiss. I was hassling her. She says, dude, she says, I've only kissed one man in my whole life.

THE INFORMANT: And you do believe her?

MR. HINKSON: Yeah, I believe her.

396

THE INFORMANT: Wow.

MR. HINKSON: She says, no man has had his tongue in my mouth but you, Dave. Okay, Tonya. I'm waiting, she said.

THE INFORMANT: Wow. Yeah, the minute -- Fantasy Island (inaudible), hot horny Ukrainian chicks. Sign me up.

MR. HINKSON: Not necessarily horny. She wants to come back.

THE INFORMANT: I know, but you mentioned the other girls from Kiev.

MR. HINKSON: She's a different generation.

MR. HINKSON: I went to -- I went to spring break in Orlando. I didn't go to spring break, I just happened (inaudible) new generation. The guy's got a box of Trojans and he's saying, okay, all you girls pick a guy for sex, and he's throwing these rubbers to these girls. They're standing there. Must have been 300 18-year-olds and their tits are hanging. There's a wet T-shirt contest and they're trying to decide so all the girls ripped off their T-shirts. 300 beautiful gorgeous 18-year-old girls standing there with their tits hanging, 18, 19, 20, average, you know, and so, all clutching rubbers and putting them in their pockets with their tits dangling. They all make a wild run for these guys to pick a guy for sex.

THE INFORMANT: Like Lemmings.

MR. HINKSON: Oh, my God. I was watching this, you

know.

THE INFORMANT: (Inaudible.)

MR. HINKSON: The hotel balcony had big posters, Trojan, Trojan, Trojan.

THE INFORMANT: Sponsored by.

MR. HINKSON: Yeah, and that night there was this big party. I couldn't sleep because they were making all this noise with the boom, boom, boom, boom, you know, the base instruments, you know. And I go out to the balcony. I look and I see these guys. They say security on their shirts. They've got these yellow shirts with black writing.

THE INFORMANT: Right, standing out.

MR. HINKSON: They have these stretchers and as these young people would pass out unconscious, two guys would come out, pick the body up, and they would take the body away. You think I'm joking. I'm serious.

THE INFORMANT: Capitalist America. Everybody has got to make a buck. What's your job? I'm security. I pick up people that have passed out.

MR. HINKSON: The worst part of it was every night all night long somebody had to pull the fire alarm.

THE INFORMANT: Everybody is running around, all that noise and then it's just a nothing.

MR. HINKSON: Insane is the word. Insane.

THE INFORMANT: And you don't know so you want to get up

and find out.

MR. HINKSON: (Inaudible) I don't want to stand there and have a girl run at me and pick me. I'm standing there with $1,000 in my wallet. Those girls were all shedding their tops for $100 profit. I'm thinking, wow, what could I buy with a thousand?

THE INFORMANT: Only in America, my friend.

MR. HINKSON: So, you know, you got that -- you got that extreme. You got two extremes. You've got extremely loose like that and you got extremely -- like Annie. Where is the in between girls? Where is the girls that are just girls, you know?

THE INFORMANT: Ukraine, the Ukraine, I guess. I don't know.

MR. HINKSON: Well, yeah, I mean, I'm just talking but

THE INFORMANT: Yeah, I know. But, I mean, you make it sound so good. You make the place sound so palatable.

MR. HINKSON: The Ukraine, not all the girls are worth marrying, but I'll tell you what, the prostitutes I bought, every one of them was marriable (sic). Every one of them. They knew their job. They knew what they were there for. They were there to make me happy and they were nice girls, actually.

THE INFORMANT: You should actually be on the Travel Guide for the travel agency. The Ukraine, every hooker I bought was worth marrying, you know, and have your thumb up

like that, and I'm Dave Hinkson. I mean, I want to go now. Now that you told me I want to go.

MR. HINKSON: I come here and I can't get a girl to show any warmth. I just miss the Ukraine. I miss Tonya, too. I called Mark after I talked to you.

THE INFORMANT: Yeah.

MR. HINKSON: He said he had a girl that wanted to come up and go on a date. I'm like, whoa.

THE INFORMANT: Okay, what did she say she looked like? How old is she?

MR. HINKSON: He says that's going to have to be a surprise. He won't even tell me her age.

THE INFORMANT: See, that's -- he wouldn't tell me either. I did the same thing. That makes me leery, but I would know before I got her up here, you know.

MR. HINKSON: I don't know if I want her up here. If you're hanging around maybe I'll let you date her. Tonya is going to be here in such a short time and these people are all so gossipy. I could just hear them now telling Tonya, yeah, he had a girl here last week.

THE INFORMANT: Yeah.

MR. HINKSON: She would be angry. She's got a temper.

THE INFORMANT: Oh, yeah.

MR. HINKSON: I'm her man. She considers us married already.

397

THE INFORMANT:  That's cool.

MR. HINKSON:  You heard her on the phone.

THE INFORMANT:  Oh, yeah.

MR. HINKSON:  I'm your wife, she says.  So I think if I had a fling here and she found out, I --

THE INFORMANT:  (Inaudible.)

MR. HINKSON:  I think I would be in trouble.

THE INFORMANT:  But it would be fun.  I would definitely like to see what Mark has got up his sleeve, how hot this chick is.  If she is hot and you bring her up here and you don't want her, I mean, sure, I'll have to take her.  That's a code of honor among men.

MR. HINKSON:  Code of honor.

THE INFORMANT:  How are you feeling?

MR. HINKSON:  Like I got the flu.

THE INFORMANT:  Oh, I'm sorry, buddy.

MR. HINKSON:  I don't feel real good.

THE INFORMANT:  I was surprised to see the kids over.  Never actually see them over here.  I know they come occasionally, but I've never seen them.

MR. HINKSON:  They've been here all week, man.

THE INFORMANT:  Why, what's mom doing?

MR. HINKSON:  She's in Utah.  Her brother was trying to throw the old lady in a nursing home.

THE INFORMANT:  Got you.  Got you.  I didn't know.

MR. HINKSON:  I got my Mustang back painted.

THE INFORMANT:  Oh, yeah.  How did he do?

MR. HINKSON:  Not a scratch on it.

THE INFORMANT:  What the Hell is his name?

MR. HINKSON:  Patrick.

THE INFORMANT:  Patrick.  That's what it was.

MR. HINKSON:  Last name Sweeney, I think it was.

THE INFORMANT:  I like old Patrick.  He's a neat guy.

MR. HINKSON:  He's definitely a patriot.

THE INFORMANT:  Oh, yeah, he's a serious fellow.

MR. HINKSON:  He's a little negative but --

THE INFORMANT:  Why do you say a little negative?

MR. HINKSON:  Well, (inaudible) the world is coming to an end.  He's probably a realist.

THE INFORMANT:  I mean, that's his interpretation or you're saying it is?

MR. HINKSON:  He's saying America is going down and he means now.  Yeah, he's not real happy with what he sees this country doing.

THE INFORMANT:  Well --

MR. HINKSON:  It wouldn't have been so traumatic for me if I hadn't experienced it on a personal basis.

THE INFORMANT:  Yeah, that would be -- I wouldn't be thrilled.

MR. HINKSON:  Basically everything they accuse me of is a

lie.  I've got my troubles, but by law, you know, if you're doing something wrong and a federal agent supposedly knows about it, they are supposed to give you notice to stop.

THE INFORMANT:  Yeah.  Why didn't they just come out here and just ask you, you know.  Hey, are you doing this or --

MR. HINKSON:  I got a call today from a doctor.  He said he was a doctor.  If you inject silver directly into your vein does that do something for your brain?  I'm like, I don't know.  Why do you ask me these stupid questions?  I could tell he was a federal agent.  Just stupid (inaudible) bunch of bullshit.  He asked me three or four times because I kept saying, I don't know.  Why are you asking me?

THE INFORMANT:  If you put silver -- I got a new one for you -- if you put silver in your engine and you breathe the tail pipe, will you actually get better?

MR. HINKSON:  You're sounding like him, you know.

THE INFORMANT:  That's what I mean, how stupid is that.  Inject it into your brain.

MR. HINKSON:  He says if we inject the silver directly into your bloodstream along with a needle and other things, what will that do for your brain?

THE INFORMANT:  How would you know?  Why would you have done studies on that?

MR. HINKSON:  I didn't.

THE INFORMANT:  That's like saying if I shoved a cat up

your ass (inaudible) means nothing.

MR. HINKSON:  Well, I told him I didn't know, why are you asking me these questions?  He wasn't getting anywhere with me.  He decided he didn't want to talk anymore, just some cockroach.

THE INFORMANT:  That's stupid.

MR. HINKSON:  I said, if you've got some problems with your brain it's probably from all the blackboard chalk (inaudible) quit (inaudible.)

THE INFORMANT:  Oh, he had brain problems?  He was a doctor.  I thought maybe he was -

MR. HINKSON:  No, he was just talking shit.

THE INFORMANT:  You never knew where he was coming from, what he was doing.

MR. HINKSON:  His words made me suspicious, are you kidding.

THE INFORMANT:  Inject silver.  You know I had thought about it if he had like blood poisoning or something but I thought --

MR. HINKSON:  Mad cow (inaudible.)

THE INFORMANT:  See that's what I was wondering if you couldn't cure some brain stuff with it but it's real scary.  And who would want (inaudible) lab rats.

MR. HINKSON:  I'm real suspicious if I get a call on my private line and I don't recognize the guy's name.

398

THE INFORMANT: How did he say he got your number?

MR. HINKSON: He didn't.

THE INFORMANT: Did you ask him?

MR. HINKSON: I just -- I don't know (inaudible).

THE INFORMANT: Good.

MR. HINKSON: (Inaudible) the only thing I said was calcium carbonate (inaudible). What do they do to get rid of that? I said, I don't know.

THE INFORMANT: Good, good, more (inaudible) more of my special water. Got enough juice there?

MR. HINKSON: (Inaudible) that's what I told you, you know, after being a (inaudible) I never could figure out what she even wants period even with you. I just (inaudible.)

THE INFORMANT: I think that's what attracts me to her is I can't put my finger on it, you know what I mean, the bad girl thing.

MR. HINKSON: Yeah, (inaudible) when she first got here (inaudible) I want to go to Lewiston. I want to go to the gym. I gotta work out, right. Well, I was going to buy a Bow Flex because she calls up and found that Bow Flex and I brought it here. Not one time did she do one exercise on that Bow Flex.

THE INFORMANT: She never touched it.

MR. HINKSON: (Inaudible) I was running on the Gazelle. I said why don't you try this. I hate it.

THE INFORMANT: The Gazelle is cool. I always wanted to try the Gazelle. That's the one that does this thing, right, like Tony Little's machine, you know, that guy that invented the Gazelle?

MR. HINKSON: (Inaudible.)

THE INFORMANT: No, his dad sold me my first detector when I was a kid back in the early 60s. My very first detector, a real one, not a Radio Shack one which I started out with, but --

MR. HINKSON: Yeah.

THE INFORMANT: -- yeah, he sold me my first detector. He said, my son is a professional body builder so I just -- kind of a fun little deal but --

MR. HINKSON: Yeah. That's really interesting, see, she wants to go -- drive all the way to Lewiston because she has to work out.

THE INFORMANT: Right.

MR. HINKSON: But when we had the gym she won't touch it. The reason I mention this is it's like nothing made sense. I'm just giving you one example. Nothing made sense. You think, well, if it was so important to her to drive all the way to Lewiston just to go find a gym, wouldn't you think (inaudible.)

THE INFORMANT: Working out was --

MR. HINKSON: Work out down there. Yeah, I mean --

THE INFORMANT: I think she got here, was miserable because it wasn't what she thought and I think the people inside there intimidated her. She really liked Doug and Scooter, and you know --

MR. HINKSON: She alienated people that are some of the -- like Paul.

THE INFORMANT: Who is Paul?

MR. HINKSON: Paul, the mechanic. He's the most kindest, gentle, loving --

THE INFORMANT: I don't think that's right, Dave. Come on. You know, Annie and I know Annie. I'm going to ask her. I forgot you told me that. I'm going to ask her.

MR. HINKSON: She insulted him.

THE INFORMANT: I can't -- no.

MR. HINKSON: I defended him. I said, Annie, he's the best mechanic in the world. She says, oh, no, he messed my car up (inaudible).

THE INFORMANT: She never mentioned that to me.

MR. HINKSON: Doesn't matter. She's gone. Who cares. It's just old news. My point is nothing made sense. She says I don't drink any alcohol then she (inaudible) drinking hard shots in the bar. This is a girl that don't drink any alcohol. She's down there. You sit here and you say, okay, I got some buffalo. Oh, no, I don't want any buffalo. And she'll go down there and buy these synthetic patties with citric acid in them.

She's woofing those down. You want some? I'm like, no, I'll keep the buffalo, you know. She just didn't make any logical sense to me. She's got to go to this. One night, Saturday night, she says, I got to go work in the gym in Grangeville. Okay. See you later, she says. She gets in her car. She drives to Grangeville. The gym is closed. She knew it was closed. You guys picked the schedule out when you were here. She had to drive to --

THE INFORMANT: She just wanted to get out. You think she was just stir crazy?

MR. HINKSON: I think so, but she's seen going bar-hopping. The thing about this town, gossip, God.

THE INFORMANT: I can't imagine that by Annie going bar-hopping -- she just went in to -- she just went in to get a phone call made or something.

MR. HINKSON: Whatever.

THE INFORMANT: I don't know.

MR. HINKSON: She said she doesn't drink alcohol. She wouldn't have a glass -- swig of wine with me, but she's plastered and shit-faced down there. One girl says, oh, she only had two beers. I think she' had two beers. The other girl says, no, she had two beers and two of these boilermakers.

THE INFORMANT: Right. That's what she said. She did say she had two and two, and she left right away.

MR. HINKSON: That's a girl that don't drink alcohol.

399

THE INFORMANT: Yeah, I think she just wanted to play. You know sometimes -- I don't know. I like to defend people.

MR. HINKSON: I'm just saying --

THE INFORMANT: (Inaudible).

MR. HINKSON: She's talking a lot of words that aren't true. That is my point. In other words, I don't care if she wants to get drunk, that's her business, but don't tell me you don't drink any alcohol and go get shit-faced. I mean, inconsistent.

THE INFORMANT: Right.

MR. HINKSON: I just --

THE INFORMANT: Well, I don't drink alcohol and I will never get shit-faced, but that's me.

MR. HINKSON: I don't drink alcohol but I have a swig of wine every once in a while but I buy the wine with no sulfates, you know.

THE INFORMANT: Different, that's different. That's for the meal and digestion. Slamming brews and shots over at the bar is a whole different thing.

MR. HINKSON: Oh, I don't really care. I'm not judging her for it. My only complaint was she says I don't drink any alcohol basically, you know, it's against her principles, then she's down there. And I'm like, okay. I'm telling you from what I see everything out of her mouth is either a half truth or maybe it changes on a day-to-day basis. One minute she's,

you know, she's a vegetarian and the next minute -- I mean, it's never -- and I never saw her eat enough food to survive. I didn't know how she was surviving. She just wouldn't eat. I'll put some cheese on there. So I don't know. I guess what I'm trying to say, too, is I don't think she's going to be happy anywhere. She's not a happy person. She's not going to be happy in Boise. And the first thing some guy ran her off the road and I have heard nothing about Boise. I hear stories about people going up her stairs in Grangeville. She's always got some --

THE INFORMANT: No, that was real. I was there when that happened on several occasions and they hung up on me.

MR. HINKSON: Why are they after her?

THE INFORMANT: I don't know if anybody is after her. I think it's like one of the girls messing with her or somebody. You never know. When you're a single girl that's scary stuff.

MR. HINKSON: I mean (inaudible) I don't know. It's easy to get paranoid is my point, really paranoid.

THE INFORMANT: You know a whacko that lives out in the middle of nowhere in Idaho and --

MR. HINKSON: It's like that dingy Mormon girl. First time she come up to Idaho to visit me, you know, oh, you could be a rapist. This is so far out here. I'm scared (inaudible) that was a weird one, that girl, Deanne West.

THE INFORMANT: No action?

MR. HINKSON: She had lots of action.

THE INFORMANT: No, I mean, ass action I mean, loving, no --

MR. HINKSON: Yeah.

THE INFORMANT: Oh, wow. I didn't think you got hooked up.

MR. HINKSON: That's all she wanted to do, every two hours wanted to climb and mount my ass. Are you kidding?

THE INFORMANT: Wait a minute. I thought you were the Mr. Goody two shoes. Hadn't had a broad in eight years. What happened to that, you little slut?

MR. HINKSON: I lied.

THE INFORMANT: What's up?

MR. HINKSON: I didn't dump her. She dumped me.

THE INFORMANT: Man.

MR. HINKSON: I'll tell you what, I was happy when she did it. She come down here, try to seduce me then go back and repent, tell her bishop how bad it was (inaudible.)

THE INFORMANT: How old was she?

MR. HINKSON: 25, 26.

THE INFORMANT: Oh.

MR. HINKSON: I would never go out with a guy your age, she says. You look so young.

THE INFORMANT: Oh, you've had a few doozies then.

MR. HINKSON: She was a Mormon. Lobotomy would have

fixed her.

THE INFORMANT: Hey, look it, I'll be quiet because the kids are here, but look it, Marie is gone and out of your fucking hair other than the fact you got to pay her a little the money. So you did good. I think anything beyond Marie is good. You got rid of the ex, count your blessings.

MR. HINKSON: You're right about one thing.

THE INFORMANT: What's that?

MR. HINKSON: Just a lot of these people can't make a decision and they just don't want to commit. They don't know what they want. It's like that girl Sam out there. She goes to the bar every night chasing Dick and Harry, too.

THE INFORMANT: See Dick run. See Sam chase Dick.

MR. HINKSON: Makeup all over her face. (Inaudible) thought I'd have some of this. Oh, man. I'm just tired of the -- my life. I'm just tired of all these people (inaudible) people, vindictive. I get tired of them.

THE INFORMANT: I hope I'm not bugging you.

MR. HINKSON: No, you're not.

THE INFORMANT: I look forward to this. This is like calming. I get to come up here and hang out with you and listen to your insanity. When I can share your insanity then I go, oh, yeah, my life is totally normal.

MR. HINKSON: You children want to eat something? It's already 7:00. (Inaudible) salad (inaudible).

THE INFORMANT: Holy moly, three little rugrats.

(Kids chattering in the background.)

(Discussion regarding food with children.)

THE INFORMANT: So these are the little Hinksons? I've only seen the big Hinksons.

MR. HINKSON: You've never met these little Hinksons?

THE INFORMANT: No. I've only seen Kim and Maddy.

(Continued discussion about food. Eating.)

THE INFORMANT: That's right. You've been kind of lingering in and out for being sick for about three weeks, too. Whatever it is healthy people hold onto it for about a month or two I've noticed, and the sick people just get it and they're sick for a month. But the healthy people kind of linger in and out of it for a while until they finally wear it off, you know.

MR. HINKSON: Okay, bud (inaudible) still screaming.

THE INFORMANT: What's your name?

(Children chattering.)

MR. HINKSON: (Inaudible) Mark is a nuisance. Try my homemade bread. I made that (inaudible).

THE INFORMANT: That's all right. I'll get it from you. I'll learn it.

MR. HINKSON: You got Annie's address (inaudible.)

THE INFORMANT: Well, I will. I don't know where she went yet. I haven't been able to talk to her. She doesn't have a phone.

MR. HINKSON: She doesn't have a phone? Wait for her to call you?

THE INFORMANT: Yeah.

MR. HINKSON: There is more salad dressing if that runs out. Finish that.

THE INFORMANT: I feel kind of bad talking to you. I feel like you liked her a whole bunch, too.

MR. HINKSON: I did, too, but I'm happy (inaudible) I just can't figure out the American women right now. Becky is a normal girl.

THE INFORMANT: Why waste time on it? Well, Becky is, what, 10, 12 years old?

MR. HINKSON: Yeah, but I raised her. She normal. She's not whacked.

(Children chattering.)

MR. HINKSON: Will you take your toys somewhere else.

(Children chattering.)

MR. HINKSON: Put your meat on top of the piece. I know what I'm going to have, a little piece of this.

THE INFORMANT: I've never been here when you had people here. This is so weird. Pretty fun. Place is always a quiet zone, you know. I'm thinking about going out with you. You're cooking, domesticated.

MR. HINKSON: Domesticated?

(Children chattering.)

THE INFORMANT: You don't crap on the carpet. I like that in a man.

MR. HINKSON: Well, they decided not to put their grandfather in the nursing home. Marie's brother Francis, he's pushing really hard, wants to incarcerate him.

THE INFORMANT: Incarcerate them for not putting a grandfather in a home? I don't understand the charges. I'm no attorney, but I do believe that's a violation of their rights.

MR. HINKSON: When you're old you don't have any rights. Put you in that nursing home and drug you up and stick you in the corner. You get to hum.

THE INFORMANT: You always have a nice way of coloring things. So when I get old I can look forward to sitting in a corner humming in some --

MR. HINKSON: And they really diaper you. That's really bad too because they medicate you to the point you can't even act like you're a person.

THE INFORMANT: I don't mind the diaper. I don't have to get up and go anywhere. I can sit here and talk. Is it that way with everyone? You think it's that dark and depraved with everybody?

MR. HINKSON: Well, I think these people are just really sick in America. I mean, physically, mentally.

THE INFORMANT: I think a lot of people concur there. I mean, there's a lot of bad stuff in the foods and people are

content with just eating whatever is given to them, taste.

MR. HINKSON: It's like right now, you got 6.6 million people in federal prison from what I figure. Think about the people that put them there.

THE INFORMANT: Wait a minute. Back up. Say that one more time.

MR. HINKSON: 6.6 million people in federal prisons. Most of them are political prisoners. I figure it took 12 to put, U.S. people, to put each one of those people in prison.

THE INFORMANT: I see what you're saying, 12 times 5 is 60. Gotcha. Sure.

MR. HINKSON: Got the grand juries, 16 (inaudible.)

THE INFORMANT: Do you think sincerely there are people --

MR. HINKSON: (Inaudible). Do you want more buffalo?

(Discussion with children eating.)

THE INFORMANT: Do you sincerely think there are people in federal prisons who did not -- you don't think these guys do their homework? This is an honest question.

MR. HINKSON: No. I think that 80 or 90 percent of them are political prisoners because they are not allowed to make any defense. If you don't argue the law before the trail you can't (inaudible) at the trial.

THE INFORMANT: I do recall you saying that, so if I don't disclose 30 days before my trial --

4/01

MR. HINKSON: What your defense is (inaudible) government.

THE INFORMANT: Right. I've got to lay out my whole scenario, how I'm going to be -- my whole defense plan, and then if I don't do that within 30 days I can't suddenly go, oh, we've discovered the witness that I was looking for. We discovered the --

MR. HINKSON: Not just a witness.

THE INFORMANT: Or whatever it is.

MR. HINKSON: The law. There's no law says you have to file.

THE INFORMANT: Tax returns, yeah.

MR. HINKSON: You're not required to file. So they charge you with failure to file. 30 days before the trial you don't argue the law that says you don't have to file. For the trial they just say did you or did you not file. No, but -- shut up. Don't mention the but. Did you or did you not. And he turns to the attorney says you just heard him say he didn't file. Your job is to not determine the law your job is to go in the back room and decide, did he or did he not file.

THE INFORMANT: But how is that legal, though, Dave?

MR. HINKSON: That's what they're doing. That's their system.

THE INFORMANT: Don't these guys have a conscience? I mean don't they have a family they go home to, a mom and a

father?

MR. HINKSON: They're feds.

THE INFORMANT: Their criminal laboratory somewhere.

MR. HINKSON: Uh-huh (affirmative.) They're just inherent criminals. I mean, the difference between common law and statute law is in common law the jury gets to hear the facts and the law. In statute law the jury only hears the facts and there's no law during the trial. That's why the indictment says United States of America at the top and down below (inaudible) it says U.S. That's their Babylonian system. That's how they are processing people. They accuse you of a crime that's not a crime, then you get to go to prison for it. You failed to file, 10 years, after the jury comes back and finds you guilty the judge opens up his sentencing guide his official guide his mandate (inaudible) and he just says, okay, it says here if you are found guilty of failure to file it's a mandatory of 10. He sentences you. The bailiff just doing his job. He drags you out screaming and kicking. George Bush's unicorn company which is salve labor in federal prison makes more profit.

THE INFORMANT: Wow.

MR. HINKSON: Want the last piece?

THE INFORMANT: Uh-huh (affirmative.)

MR. HINKSON: Have that too if you want. You guys all full? You're not, you said?

(Discussion with children eating.)

THE INFORMANT: Why if 6.6 million people, that's a ton of aggravation. I mean, I do know the American public.

MR. HINKSON: Slave labor. They are keeping all these people busy making missiles and warheads and --

THE INFORMANT: Okay. How in the world are they keeping people from not whacking these guys, then? If there is this group of this total rogue, insane, how do they keep people from whacking them? How do they stay healthy? They can only do this so long.

MR. HINKSON: The guys in prison?

THE INFORMANT: No, the feds, how are they staying healthy?

MR. HINKSON: Nobody is opposing them.

THE INFORMANT: Why?

MR. HINKSON: You go to jail nobody cares.

THE INFORMANT: You think somewhere somebody just start killing, go, okay, this is enough. They're not railroading me anymore.

MR. HINKSON: That was a true story where they are hunting those people, turn them loose hunt them like animals.

THE INFORMANT: Yeah. Yeah.

MR. HINKSON: But they kidnapped two IRS agents, they turned them loose and hunted them. True story.

THE INFORMANT: Wow.

MR. HINKSON: The feds are good for something, sport.

THE INFORMANT: Good for sport. Did you bring the sporting feds today, Wilson? Yes, I did.

MR. HINKSON: I got two IRS (inaudible) we are going to hunt them. Got the hound dogs ready? Yeah. (Inaudible) this one white one. Yeah.

THE INFORMANT: Do you think there are good guys in the system, though, that just don't know?

MR. HINKSON: They quit.

THE INFORMANT: They quit, because you think there's guys --

MR. HINKSON: IRS agents that have quit and they're touring around the country exposing these people that preach UCCs. They're setting people up to go to prison. UCC that will stop that system.

THE INFORMANT: Yeah. I got a buddy that's a tax agent and he -- I don't know. I don't know how he feels about it, you know. I don't know. I do know there are all those guys that go around and preach, hi, I am Irwin Shiff. I am a former tax attorney or agent or whatever the hell he was, former IRS agent.

MR. HINKSON: Irwin Shiff. He told people to do bad things all the time. Sign a zero tax return, how stupid can you get.

(Dishing ice cream. Children in background.)

4102

MR. HINKSON: I mean, you're signing that tax return under penalty of perjury. They said that I spent millions of dollars, paid millions of dollars worth of bills and I haven't filed a tax return since 1992.

THE INFORMANT: That's what they said or that's what you've done?

MR. HINKSON: Uh-huh (affirmative.) I'm not charged with tax evasion.

THE INFORMANT: Why?

MR. HINKSON: Because I didn't sign them. I'm charged with failure to file.

THE INFORMANT: Thank you.

MR. HINKSON: Failure to file is not tax evasion. Does that make sense?

THE INFORMANT: No. Right. I guess, no, no, reiterate.

MR. HINKSON: When you sign your name that's when you put yourself in their jurisdiction.

THE INFORMANT: Got you.

MR. HINKSON: Shiff's telling everybody to sign a zero return. Is your income zero? No. What's zero mean?

THE INFORMANT: Nothing.

MR. HINKSON: Why are you signing that you have zero. Isn't that a statement?

THE INFORMANT: (Inaudible.)

MR. HINKSON: Isn't that an oath? Aren't you swearing

into the court?

THE INFORMANT: Well, that would be -- it would be a declaration, I guess, is the way to put it.

MR. HINKSON: Under penalty of perjury once you give that oath, didn't you just swear into their system?

THE INFORMANT: You become the cosurety for the --

MR. HINKSON: So what makes the signature legitimate, free will and agency? There can't be a contract unless there's a meeting of the minds. You sign your name and say it's your signature, you're agreeing you're a taxpayer.

(Children in background.)

THE INFORMANT: Can you use the same philosophy to get out of a ticket?

MR. HINKSON: Uh-huh (affirmative.) The back of the ticket says that you agree to pay the clerk, excuse me. If you got a ticket read the back of it. It says you agree to --

THE INFORMANT: See the county clerk or something like that.

MR. HINKSON: You agree to plead guilty and pay the fine or plead not guilty and --

THE INFORMANT: See the county clerk.

MR. HINKSON: See the clerk. It doesn't say see the judge.

THE INFORMANT: So, okay. I'm pulled over, which is me all the time. I'm always pulled over. I'm an idiot.

MR. HINKSON: Yeah.

THE INFORMANT: That's easy, but I'm pulled over and the guy goes, hey, dude, you're flying, what's the hurry? You know, I'm usually cool and I get out of it nine out of 10 times. I'm funny and I'm cool. The guy is like, slow it down. But the time I don't I got to sign on the dotted line. What do I do?

MR. HINKSON: I ask, do I have to sign?

THE INFORMANT: They say, yeah, I'd like to take you to meet my boss.

MR. HINKSON: I always ask. That way you can say I was forced to sign it. But the point is it says to see the clerk. It doesn't say to see the judge.

THE INFORMANT: So what do you do?

MR. HINKSON: I went and saw the clerk. I said, hi, I'm Dave Hinkson. Are you the clerk? Yeah. Well, I've got this contract that says I've got to come see you. I was just fulfilling the contract. How are you doing? What contract? Well, this ticket says, see the clerk or admit I'm guilty and pay the fine. So I decided to come see you. You're a nice person. Have a nice day. I had two witnesses with me that signed affidavits saying that I went to see the clerk.

THE INFORMANT: Well, doesn't she go, yeah, right, that worked, jerky, and then sends you a warrant?

MR. HINKSON: No, she couldn't. I had the affidavit. I

served it on her.

THE INFORMANT: Okay, I'm going to try this and when they're looking for me for the $176 failure to appear, I'm going to --

MR. HINKSON: I served her the paper, a copy of it. All the witnesses signed it.

THE INFORMANT: You served her a copy of the rear of the ticket where they circled it?

MR. HINKSON: No, no. I served her a copy of the thing saying my witnesses swear under penalty of perjury that I appeared in front of her as required on that ticket.

THE INFORMANT: Did you give it right to her, hand deliver it to her?

MR. HINKSON: Uh-huh (affirmative.) Went to see her.

THE INFORMANT: And you already had this thing drawn up saying I've come to see you. I'm Dave Hinkson. I've done what's according to the contract on the back of this binding me to this contract. I've done this, filled my obligation, I don't want to have anymore business to do with you or whatever.

MR. HINKSON: Came to see you like I agreed. I'm happy if you're happy. But she says, you're supposed to see the judge. This agreement doesn't say I got to see a judge. It just says I've got to see the clerk. I fulfilled my agreement. I'm here.

THE INFORMANT: Wait until they see me coming. I'll be

403

in jail then.

MR. HINKSON: No. It pissed them off. It started a war of letters. She sent me a letter. I sent her a letter.

THE INFORMANT: How long before she finally gave up on it?

MR. HINKSON: A year.

THE INFORMANT: Jesus, as many tickets as I get that will take forever.

MR. HINKSON: I got all the letters. It was great. We are going to suspend your license because you didn't appear. Here is my affidavit. We appeared. Where is the affidavit that the clerk said that I didn't appear. My affidavit is not rebutted therefore it stands as fact. I did appear, therefore you cannot issue a warrant for arrest because if you do, you'll be kidnapping me.

THE INFORMANT: You went through all of that? At that point I would have paid the 50 bucks. What did you do?

MR. HINKSON: I was trying to teach Matthew some concepts here.

THE INFORMANT: What was the crime?

MR. HINKSON: He backed up in a one way because he missed the driveway.

THE INFORMANT: They give him a ticket for that?

MR. HINKSON: Uh-huh (affirmative).

THE INFORMANT: That's just negligent and it's an

accident.

MR. HINKSON: Stupid.

THE INFORMANT: Sees ch Pete's. Was that in Nazi Germany or --

MR. HINKSON: Grangeville.

THE INFORMANT: Oh, Grangeville, Nazi Germany. Got you.

MR. HINKSON: I went ahead and showed Matthew how much trouble you can make over a nothing issue.

THE INFORMANT: Wow.

MR. HINKSON: I figured it was fun.

THE INFORMANT: That's a small town just trying to -- you know, that makes sense. They're just trying to generate revenue but that's ridiculous. But you beat that, huh?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: How long ago was that?

MR. HINKSON: Five years ago.

THE INFORMANT: I'll be dog gone. You probably caused some kind of great statutory weirdness and now I'll go in there and they've changed the law so that I can't (inaudible).

MR. HINKSON: They did.

THE INFORMANT: Oh, you did.

MR. HINKSON: The change that was made was prior to me fighting them with Matthew. You had to sign the ticket. Now they don't make you sign it.

THE INFORMANT: Really.

MR. HINKSON: It's not a contract if it's not signed.

THE INFORMANT: So now they don't make you sign this? Say I don't want to sign this.

MR. HINKSON: They don't make you sign it. They don't even ask you to anymore.

THE INFORMANT: I would never appear. They don't have my signature you can kiss my ass. Excuse my French.

MR. HINKSON: I'm just telling you that's what they're doing.

THE INFORMANT: You're kidding me. On the way home I'm going to do about 60 down Main Street.

MR. HINKSON: I got a radar detector in my car. Sends a signal out that puts their guns on zero.

THE INFORMANT: Right. That's the one I read the other day in your room. I read the brochure on it. That thing is awesome with the V2G.

MR. HINKSON: I tested it out. I drove to Lewiston going 20 miles over the whole way. It said 55 I slowed to 70.

THE INFORMANT: Wow.

MR. HINKSON: When it said 65, I went 80.

THE INFORMANT: Dave, I am a law abiding citizen and I never speed.

MR. HINKSON: I'm only guilty if I got caught.

THE INFORMANT: Yeah, that's the American way.

MR. HINKSON: I told Tonya, you know, they sent her two

invitations, you know, to come to America.

THE INFORMANT: Right.

MR. HINKSON: I said, Tonya, you've got two invitations, does your sister look like you? Yeah. I said, well, here's what you do. When you get on the plane we'll give your sister -- we'll Fed-Ex your sister your passport and she can go get interviewed a second time because she has two invitations and just say it's you.

THE INFORMANT: Wow, that's a smart idea. I get the sister, right? That's the idea. That's the gist here so I like it already.

MR. HINKSON: Tonya says -- I get this, that's not legal, David.

THE INFORMANT: That's a good girl.

MR. HINKSON: Those kinds of girls drive me crazy, though. I want a bad girl, though. She's like, let's break the law, nothing serious, but just a little bit. Don't worry, you'll have her here in six months she'll be crazy.

MR. HINKSON: You don't go to jail for breaking the law in this country. You go to jail just because they don't like you. See, look at it from the point of a fed. They get a $25,000 bounty they throw you in prison.

THE INFORMANT: They do?

MR. HINKSON: Yeah. The IRS pays the judge a bounty, too. They all get a bounty.

4104

THE INFORMANT: So I should have been a fed.

MR. HINKSON: Uh-huh (affirmative.) Be making a lot of money right now.

THE INFORMANT: You're kidding me. They get $25,000 to throw a guy in jail?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: How can that be legal? That's like --

MR. HINKSON: Slave labor deal.

THE INFORMANT: Oh, so it's a Unicorp sponsored --

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: Oh.

MR. HINKSON: The bounty is paid. Meanwhile the Judge, he gets to steal all the assets and they divide it all up.

THE INFORMANT: Are you going to beat these guys?

MR. HINKSON: They're not happy. They are not happy.

THE INFORMANT: So you're winning. So you're coming out on top.

MR. HINKSON: Well, as long as they honor their system at all, they're going to lose.

THE INFORMANT: My feeling on that is if you're a good guy, Dave, you didn't do anything wrong, it's going to go good for you. And you are a good guy.

MR. HINKSON: Well, there's tens of thousands of people that are just as good as me that are sitting in jail. When I say good, I mean (inaudible).

THE INFORMANT: You think they just saw something or knew somebody? There's got to be some powerful guys out there. You can see something they are not supposed to or know something and they go, hey, that guy --

MR. HINKSON: No, they just issue a bounty.

THE INFORMANT: Why? Why would you just pick on innocent people? I'm at a loss.

MR. HINKSON: Because it's a $25,000 bounty. One Supreme Court justice said ever since they came out with asset forfeiture the jails have been full.

THE INFORMANT: See, I grew up on Scooby Doo and Super Friends. What happened to, if it wasn't for you meddling kids we would have gotten away with it? What happened to bad guys were bad and good guys were good? That don't make any sense. Makes me bummed to even talk about that stuff. I don't even like thinking like that.

MR. HINKSON: I'm to the conclusion there's tens of thousands, maybe millions of innocent people rotting in federal prison right now.

THE INFORMANT: For crimes they did not commit?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: That's heavy, man.

MR. HINKSON: (Inaudible) person in Grangeville if you got 12 of them together right now tonight (inaudible) them on the street and I said I didn't file my tax return would all

find me guilty and sentence me to ten years.

THE INFORMANT: Well, misery loves company. So everyone wants to know if they're giving all their hard earned cash -- that is a weird thing. If a bully is kicking your ass everyday -- there's a bully and everyday he kicks your ass, I guess there's people out there that would go, you know, it would be fun if you were kicking someone else's ass, too. Misery loves company. So people just enjoy it. They'll pay it. They'll pay the extortion, I guess, but they want everybody else to be involved.

MR. HINKSON: I was the stupid one. I figured that I was following the law. The law says I was supposed to file, I file, and if the law said (inaudible). I didn't file. Just seemed to me that the law is a law and we're supposed to follow it and (inaudible.)

THE INFORMANT: See, then, I just feel that it will all go away. I mean, if you didn't do anything --

MR. HINKSON: If they get enough people in prison -- at the rate they are processing people ten years from now everybody will have served time.

THE INFORMANT: Oh.

MR. HINKSON: (Inaudible) which means eventually the hostility level rises. I heard today you go to prison for 25 years now for protesting.

THE INFORMANT: No. For protesting?

MR. HINKSON: That's what I heard on the news.

THE INFORMANT: Jesus, Dave, just like Hansel and Gretel, are you going to fatten me up and eat me or what? Come on, 25 years for protesting?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: I think if you protest with an AK-47 and you rack off rounds into an open crowd, maybe, but --

MR. HINKSON: You know, that last piece of buffalo wasn't eaten. You want it?

THE INFORMANT: Yeah, why not. I'm a fat ass, why not.

MR. HINKSON: I didn't know you were coming or I would have made more.

THE INFORMANT: It's awesome.

MR. HINKSON: Anyway, yeah, (inaudible) protesting.

THE INFORMANT: Wouldn't you think that the average American would go, okay, wait a minute -- no, then again, you're right too because people don't feel you have a right.

MR. HINKSON: I think the government (inaudible.)

THE INFORMANT: Information is a hard thing to control.

MR. HINKSON: (Inaudible) communists are stupid people (inaudible) it was all just a banking takeover.

THE INFORMANT: A what?

MR. HINKSON: A banking takeover. All these people fighting for communism really believed in their ideology. (Inaudible) bankers take over the world. Part of the new world

405

order deal different group of bankers. Basically the bankers who run this country didn't like the bankers who were running the communist takeover. Now that they've supposedly destroyed communism they got a new deal.

THE INFORMANT: The new new deal, the new raw deal.

MR. HINKSON: I'd say it's more of a Zionist deal. These bankers are Zionist bankers. They are affiliated with Israel.

THE INFORMANT: I just learned what the word --

MR. HINKSON: Mormons aren't Zionists, hate to tell you.

THE INFORMANT: Okay. I just learned what the word Zion means. Jordan told me the other day.

MR. HINKSON: I'm not really an expert on all that. I just know --

THE INFORMANT: No, I know. He just said it means capital.

MR. HINKSON: My dad says there is no such thing as conspiracy. But they just charged me with 43 felonies and I'm not guilty of any of them.

THE INFORMANT: Your dad says there's no such thing as conspiracy but where was he when JFK was shot?

MR. HINKSON: On the knoll probably.

THE INFORMANT: Wow.

MR. HINKSON: I know enough law I could have got Al Capone off. He was actually innocent of the crime he was charged with, tax evasion. IRS didn't exist, Congress didn't

create it and Elliott Ness was not a U.S. Agent. He didn't have the delegation of authority, and there was no reason to bring that whore in with syphilis, get him infected and refuse to give him treatment. That was a violation of his Civil Rights under unusual punishment, you know (inaudible).

THE INFORMANT: I was told that he was terrified of needles, that's not true? He didn't want a shot.

MR. HINKSON: They just didn't want to help him. They brought the girl in that had the venereal disease, got him infected on purpose.

THE INFORMANT: That's cool, in the last 45 minutes we've mentioned hookers twice. I like this place.

MR. HINKSON: I what?

THE INFORMANT: We've mentioned hookers twice. I like this place.

MR. HINKSON: I don't know everybody says, well, Al Capone is a bad guy. Well, yeah, he's a bad guy but does that really justify you putting him in prison for a crime that's not a crime and/or if they are making an example out of this guy. The bottom line is they made an example out of him. They taught everybody that anybody can go to prison any time they want to get you. That was maybe the first time in history that found their way to basically harbor whoever is a dissident. Does that make sense?

THE INFORMANT: Yeah, all of it is so scary I just want

to move away to a cave and just hide from the bad guys, you know, because the way you say it they are coming to get me.

MR. HINKSON: If you had to get rid of U.S. people (inaudible.)

THE INFORMANT: Right.

MR. HINKSON: I think you would have to kill nine or ten people walking the street in Grangeville to (inaudible) population (inaudible) not as bad as (inaudible) Babylon did (inaudible) two good people or ten good people.

THE INFORMANT: Right, bring me two.

MR. HINKSON: I think there is ten good people in Grangeville. They're such a bunch of evil, wicked people. If you were charged with a crime there would be no problem at all getting a jury down there to sentence you to death. They are a bunch of hanging people. (Inaudible) form of government.

THE INFORMANT: Democracy. Yeah, if I hang out with you long enough I always want to flee the country. Stay a few hours and I go, oh, my God, they are after me.

MR. HINKSON: They're not after you, they're after everybody. I don't think there's a conspiracy to get Dave. I just think there's a conspiracy period.

THE INFORMANT: You're just involved in it.

MR. HINKSON: You got a few agents that figured they were going to get a bounty on my ass. They're not happy because the county spent too much money (inaudible).

THE INFORMANT: You don't think there was any good guys that came here that just didn't know and thought maybe this guy is a nut case? Nothing.

MR. HINKSON: If you're a federal agent you're not a good guy.

THE INFORMANT: Whew. When I was a kid I always wanted to be, come one, Effren Simbelous, Jr., FBI, let's be real, man.

MR. HINKSON: They're not even U.S. Officers. You got to be a lawyer to even join the FBI right now. If you don't graduate from law school you can't be an FBI agent.

THE INFORMANT: Really?

MR. HINKSON: Everything is bullshit law. It's orchestrating law.

THE INFORMANT: I speak fluent Japanese. Will that get me in?

MR. HINKSON: That's why so many Mormons become federal agents, too. The Mormons got this (inaudible) big fancy law university and they are bringing them from the campus.

THE INFORMANT: Oh, there's a lot of Mormon FBI agents?

MR. HINKSON: 80 percent of them.

THE INFORMANT: That would suck. You're on a stakeout and you got to listen to your partner next to you trying to convert you. Dude, listen, I'm a Jehovah's Witness, get off my ass.

426

MR. HINKSON: I knew I was in trouble when I realized that the hole in the ozone (inaudible) falls from the sky every day.

THE INFORMANT: Rolls on the ground.

MR. HINKSON: These people all believe that ozone falls up, Freon falls up and that and you have to file a tax return to go to prison.

THE INFORMANT: Maybe we're just in a matrix and we just need to unplug.

MR. HINKSON: We do.

THE INFORMANT: That's what it sounds like. It's so insane.

MR. HINKSON: The whole deal is basically set up, you know, so that we can't -- you can't break loose because the reason they want 30 percent taxes is that they need the money. Basically because they are harvesting 30 percent of your laborist (sic). They use that 30 percent of your energy harvested in the form of fiat (phonetic) money which can be used to conquer the world, steal land, murder (inaudible) basically they're not using the money as the Constitution said to use it. See, Article I says that --

THE INFORMANT: We didn't have a taxation in the Constitution, so -

MR. HINKSON: Yeah, we did.

THE INFORMANT: We did?

MR. HINKSON: Article 1 says that they can only tax pursuant to census. Every person -- if there's a war the only purpose of the U.S. Government was to defend the borders, not to attack other lands, but for an invasion.

THE INFORMANT: Right.

MR. HINKSON: And if there's a war they had a right to put an equal tax on every citizen pursuant to census. That's why they do the census.

THE INFORMANT: Oh. Is that why we like war, too?

MR. HINKSON: They quit doing the census.

THE INFORMANT: We just did a big one here a year or two ago.

MR. HINKSON: Who did, that's the key?

THE INFORMANT: I don't know who did it, but the Census takers.

MR. HINKSON: The U.S. Inc., the U.S. Corporation. See, before the Civil War they did a census. Alabama did a census for Alabama. Every state did its own census. The more people you have in your state --

THE INFORMANT: The more revenue.

MR. HINKSON: -- the more each person had to pay.

THE INFORMANT: Oh, I see, that's how it works.

MR. HINKSON: Uh-huh (affirmative). And that's why originally you couldn't form a state unless you had a certain amount of population.

THE INFORMANT: Uhm. So to ratify a state you needed a certain amount of populous to do it?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: Got you. Interesting. Always informative, Dr. Hinkson, always informative. So what do we do? What do I do? How do I stay above the curve?

MR. HINKSON: I've been fighting in their (inaudible) Babylonian bullshit system using their system against them. Knowing that it's wrong, illegal and immoral I've been able to beat them. These patriots run around like this (inaudible) they're just going to put the UCC in front of them and that will stop them. Won't stop bullets. Pono did some of the best legal work in the country.

THE INFORMANT: Who?

MR. HINKSON: Pono Bognis.

THE INFORMANT: Pono Bognis?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: That's a hideous name.

MR. HINKSON: It's a name. I'm sorry.

THE INFORMANT: Parents angry with him.

MR. HINKSON: He's Greek.

THE INFORMANT: Pono Bognis, huh, and what did he do?

MR. HINKSON: He did a legal brief that kicked the IRS' ass 20 years ago (inaudible.)

THE INFORMANT: I would like to read it.

MR. HINKSON: (Inaudible) she was ahead of her time though. She was ahead of Lynn Meredith.

THE INFORMANT: Of what?

MR. HINKSON: Lynn Meredith.

THE INFORMANT: Who's Lynn Meredith?

MR. HINKSON: That's that woman that's under attack by the IRS down there in California. That had all the fancy cars they tried to throw her in prison.

THE INFORMANT: That's a crime, isn't it, fancy cars. They're going to get Jay Leno next.

MR. HINKSON: I got a bunch of fancy cars. There's a mortgage on each one of them. You want them IRS, you pay them off. That way my credit stays good.

THE INFORMANT: I don't think there's anybody in the country that likes the IRS including other feds, cops. I don't think there's anybody that goes, yeah, this is awesome. Can we give more sweat off our balls so that -- I mean, there's no one that wants to do that. It just feels like bullies on a block so, I mean, that I don't think anybody --

MR. HINKSON: The money they collect doesn't go for taxes, but that's not my point. Bognis won a lot of cases in the past. Did a really good job.

THE INFORMANT: How?

MR. HINKSON: Just doing his legal briefs. And then one day he heard about the UCC. He decided that was better than

407

his law and he used the UCC.

THE INFORMANT: Oh, I get you.

MR. HINKSON: And he was sentenced to 30 years and then he ran. He ran to Mexico and hid.

THE INFORMANT: Today Bognis rents out jet skis on the gulf coast?

(Children chattering in background.)

MR. HINKSON: He's hiding in LA right now. He came back across the border.

THE INFORMANT: Oh, he did. Whew.

(Children chattering in the background.)

MR. HINKSON: I don't know why you're making your eyes crossed like that. Don't do that. Keep your eyes together.

THE INFORMANT: You're a real funny, little guy.

MR. HINKSON: You start crossing your eyes we got to put glasses on you. You'll be like everybody else, four-eyed.

THE INFORMANT: And not the regular glasses, the ones with the springs in the eyeball on them. Those are embarrassing.

MR. HINKSON: We can suck your eyeballs out and fix them, though. Where is my pocket knife?

THE CHILD: No.

THE INFORMANT: Good idea (inaudible) he's a big rugrat.

(Children in background.)

MR. HINKSON: You'll be blind.

THE INFORMANT: Cute, cute kid.

MR. HINKSON: I better not. You're not (inaudible). You're making a mess. Pick it up.

THE INFORMANT: Things must have -- in the last week, week and a half, two weeks, things must have been going pretty good with your court stuff because you must be kicking some butt then. Seems like your attitude has changed a whole bunch.

MR. HINKSON: Well, I finished -- I finished today an affidavit that overturns that Hasalone case. I had the witnesses that all perjured (inaudible) show up one by one and admit they perjured and changed their testimony.

THE INFORMANT: Whew.

(Children in background.)

THE INFORMANT: I'm never sure exactly what you're saying but you're awful cute. (Babble). That's all it sounds like to me. I don't know. You got a cute little kid voice, like a cartoon character.

MR. HINKSON: He used to be a girl, but we had surgery done to him, now he's a boy.

THE INFORMANT: Well, you're a cute boy, nonetheless, so --

MR. HINKSON: (Inaudible) boy turned him into a girl.

THE INFORMANT: He's tough.

MR. HINKSON: Had these fake titties cut off.

THE INFORMANT: Looks a lot like Kimmy.

MR. HINKSON: He's a cute kid.

THE INFORMANT: Yeah.

MR. HINKSON: The girls will be after him if there's any girls that act normal when he gets older.

THE INFORMANT: Yeah, if, what is it, what's the new one, Planet X, if we don't get hit by Planet X.

MR. HINKSON: I don't see it in the sky.

THE INFORMANT: Said you won't be able to see it. I asked the other day somebody who is quite an authority on it, in fact. I forget about it because it sounds like more nonsense but I forget about it. This gal told me it will begin to be visible in April after the first or second week of April.

MR. HINKSON: That's fine. I'm ready. My dome is done.

THE INFORMANT: You have to have a special light, special lens to see it in the sky and then, of course, as it grows into May you'll be able to see it.

MR. HINKSON: My dome is done.

THE INFORMANT: What dome?

MR. HINKSON: The dome house I was building.

THE INFORMANT: You mean across down the hill?

MR. HINKSON: Across the canyon.

THE INFORMANT: Oh, it is?

MR. HINKSON: The final spray was done today. Monday, they turn off the air pressure.

THE INFORMANT: Because it has to hold the form while

it's -- so how many square feet is it inside?

MR. HINKSON: The first one we just built?

THE INFORMANT: Yeah.

MR. HINKSON: 1800 square feet.

THE INFORMANT: Oh, my goodness. That's a huge dome.

MR. HINKSON: Yeah, but the next one is 5,000 square feet.

THE INFORMANT: Which is cleverly hidden, too, because if anybody flies over it just looks like a giant nipple.

MR. HINKSON: Doesn't matter, bombs just bounce off it.

THE INFORMANT: It's about, what a foot of concrete foot thick concrete.

MR. HINKSON: (Inaudible) bombs are deflected.

THE INFORMANT: Bombs are deflected (inaudible) bombs to hit on his roof, you and people who hit Baghdad.

MR. HINKSON: We had bombs actually go into a dome before and the dome lifted a foot in the area and came back down. They just cleaned it out and (inaudible) back in.

THE INFORMANT: Wow.

MR. HINKSON: They're pretty (inaudible) they can withstand 500 mile an hour winds. It doesn't (inaudible.)

THE INFORMANT: Yeah, they're just a round or, you know, convection or concave depending on whether you're inside or outside but --

MR. HINKSON: I'm going to hide in the dome as the thing

408

goes by. The winds get 200 miles an hour I'm going to hide in the dome.

THE INFORMANT: Is that what it's supposed to be, 200 mile an hour winds in excess? Could you imagine.

MR. HINKSON: I'll have enough water and food and my babe.

THE INFORMANT: Going to do a basement?

MR. HINKSON: Two story.

THE INFORMANT: Oh, it is.

MR. HINKSON: That's why it's 1800 square feet.

THE INFORMANT: So it does go underground, then?

MR. HINKSON: No, it's a dome but the hill is here and it's down below the hill.

THE INFORMANT: Oh, I see (inaudible).

MR. HINKSON: Even this house here is 1200 feet below the prairie. If the winds are 40 on the prairie they're 10 here. Whatever the winds are there, they're less here.

THE INFORMANT: Quarter of that.

MR. HINKSON: So if we had 200 mile an hour winds they'll probably be 100 here. I'm sure the roof of this house won't hang on.

THE INFORMANT: Yeah, a modular? This will be like a card house in the wind.

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: Yeah, it will not do good.

MR. HINKSON: But we're not in the wind because we're 400 feet below the prairie so, who knows. Maybe we're too high up. If I see it coming I know the winds are coming I'm going to start hauling everything across that canyon, the food, storing the water. I've got lots of bottles. We'll fill them full of water. We'll spend three days just hunkering down with food and water.

THE INFORMANT: Is that -- it's supposed to be a three-day --

MR. HINKSON: And our babes, right?

THE INFORMANT: What's that?

MR. HINKSON: And our babes.

THE INFORMANT: Yeah, yeah, yeah, yeah. Even if I've got to rent one.

MR. HINKSON: I'm Adam. She's Eve.

THE INFORMANT: Gotcha.

MR. HINKSON: I know my mission.

THE INFORMANT: Okay, now, how many days is it supposed to last?

MR. HINKSON: Two.

THE INFORMANT: Just two days of insane fire storms and (inaudible.)

MR. HINKSON: Yeah (inaudible) die then the real heartaches start: No food, mass hunger.

THE INFORMANT: They'll have to really tax us then to pay

for the damages. They'll blow the White House clear across the globe.

MR. HINKSON: You know, they are only supposed to be taxing for defense purposes, not to --

THE INFORMANT: Like a victory tax initially.

MR. HINKSON: You give all these people free money they start acting like Americans.

(Kids chattering in background.)

THE INFORMANT: You might be nuts. I think you might be crazy. What are you plotting on chicks for? What are you, five?

THE CHILD: No, I'm this many.

THE INFORMANT: Yeah, that's five. It's wedged in between six and four. You might have seen pictures. You are five and you wear your hair a certain way when you get older if the chicks are going to like you. Obviously if you have kids, chicks already like you. That's how you get the kids. You don't understand. That's okay. You're crazy.

MR. HINKSON: Put it this way, this is all you have to remember: That means spread them, doesn't it.

THE INFORMANT: Oh, God.

MR. HINKSON: He's putting the moves on me. Look at this. Guys into all kinds of Jujitsu. Chinaw, ginaw and that's definitely a lock. I know that. That's Hokkaido.

(Kids in background.)

MR. HINKSON: Too smart.

THE INFORMANT: You had a rough week last week, a rough weekend. You've fared pretty well.

MR. HINKSON: This thing with Marianna. It wasn't a good time for Annie to split. Everybody out there is thinking she stole the money. It's hard to defend you when you're running away.

THE INFORMANT: True. I don't blame her. I mean, I told her the same thing. I said, oh, yeah, I'd get out, too, if they were bugging me, if anybody was bugging me.

MR. HINKSON: I was bugging her there. Sounds suspicious to me.

THE INFORMANT: I don't know who, just that it happened, whether it was an accident or what.

MR. HINKSON: (Inaudible) just following her, if I had that story it would be believable.

THE INFORMANT: I believe you. The truck was all mangled up. But oh, man, she comes up to you the other morning and just says, hey, I know, I can -- she just says that to you out of the blue, hey, I can -- Marianna?

MR. HINKSON: It was 6,000 to hire a hit man.

THE INFORMANT: Doesn't that seem suspicious. Was that kind of -- that's not something that, I assume --

MR. HINKSON: I'm just tired of all the intrigue of it all.

409

THE INFORMANT: What do you mean?

MR. HINKSON: Intrigue, you know, all this bullshit, meddling people carrying on.

THE INFORMANT: How did she know about this? How did she know that you was even -- how does she know this?

MR. HINKSON: What?

THE INFORMANT: That it was even something that you would have even thought about? How did she know this? How did Marianna know? Why would she approach you about that?

MR. HINKSON: She knows I hate Dennis Albers.

THE INFORMANT: So she was just swinging in the dark?

MR. HINKSON: She figured that she had talked about hiring Dennis Albers or hiring some Mexican hit man to kill Dennis Albers and then she could say I paid her that money to hire the hit man and she could blackmail me.

THE INFORMANT: Oh, so she was going to get lots of money from you, that was just a piece.

MR. HINKSON: Yeah, cover her ass on stealing the 6,000.

THE INFORMANT: I tell you what, that's one scary broad.

MR. HINKSON: I'm tired of all the intrigue of all this bullshit.

THE INFORMANT: What do you mean intrigue? Define the word intrigue.

MR. HINKSON: Just plotting and manipulating and fornicating and mental bullshitting. It's --

THE INFORMANT: Like you're in a spy novel. It is weird up here.

MR. HINKSON: Yeah.

THE INFORMANT: That's what I'm saying, this place is spooky. I don't like it here. I'll be honest with you. I go in there and people are just (whispering) just about everything, about you, that's what I say they are always plotting. This place is very, very spooky. It ain't normal. It's not normal. Dave, where you live is not normal. You should know that.

MR. HINKSON: Think these people were this crazy, I'm not talking the people who work here, I'm talking the whole damn community, weird. Maybe Boise is no different.

THE INFORMANT: Maybe the whole country is no different.

MR. HINKSON: Idaho is definitely -- I made a comment to you Idaho is definitely not like other states. When you go to Washington, for instance, you open up the phone book, you call an escort service a girl comes and does you.

THE INFORMANT: God bless Washington.

MR. HINKSON: I'm just saying (inaudible) Idaho there's no escorts. I'm not making a statement. I'm just -- other than the fact I'm saying why is Idaho so different than Washington?

THE INFORMANT: Why all the intrigue as you put it?

MR. HINKSON: Yeah, I mean, it's like these people here

got a corn cob stuck up their ass.

THE INFORMANT: People are just poor, they're desperate. They are bored. Probably a lot of uneducated people out there. You're paying great wages. You live great. People get jealous. People -- I mean, I'm from the big city. I've seen all this stuff before. It's cool to see it out here in the middle of nowhere because it's like some refinement.

MR. HINKSON: Tonya needs to understand when she gets here don't worry about what other people say about her.

THE INFORMANT: Yeah.

MR. HINKSON: They're going to be jealous. That's why I think what I should do is marry her right away and then they'll treat her different. They won't think -- won't try to set her up, make her look bad or, you know, that's Dave's wife. We better not fuck with her.

THE INFORMANT: Let me ask you something dumb. I'm sitting here thinking about it. Maybe it's not dumb.

MR. HINKSON: I got a right to have a life.

THE INFORMANT: You do have a right to have a life. What if -- fuck. What if -- I'm just thinking about this because Marianna, what if somebody takes that fucking shit seriously, you're always saying, oh, yeah --

MR. HINKSON: I've had five people try to blackmail me in the last four years saying that if I don't give them half of WaterOz they are going to tell the feds that I hired a hit man

to kill Dennis Albers.

THE INFORMANT: Who is Dennis Albers? Where did he come from?

MR. HINKSON: He's the lawyer that sued me for the 600,000 when I fired the secretary.

THE INFORMANT: I can't keep up with all the people that hate you.

MR. HINKSON: That's my point.

THE INFORMANT: Dennis Albers. He's your old attorney so then --

MR. HINKSON: He's not my attorney.

THE INFORMANT: He was --

MR. HINKSON: I fired this woman who was a secretary who used a lot of foul language and acted insane and her boyfriend tried to murder somebody out in the factory. I fired her.

THE INFORMANT: See, I told you you got more weird shit going on than anyone I know.

MR. HINKSON: The next thing I knew he's suing me saying that she was my partner and I promised her $600,000.

THE INFORMANT: Too bizarre. Everything is too bizarre. Too bizarre that Marianna comes up -- why do you think she -- she came up to blackmail you to cover --

MR. HINKSON: That's why they're all suspicious of Annie. They say she's bizarre.

THE INFORMANT: Well, Annie is bizarre.

410

MR. HINKSON:  She shows up here and moves in.

THE INFORMANT:  You invited her.  You moved her in.

MR. HINKSON:  I invited her but she's acting weird.

THE INFORMANT:  She didn't want a relationship in that way.  She just wanted to work.

MR. HINKSON:  She's just weird in general.

THE INFORMANT:  She's a quiet --

MR. HINKSON:  Everybody is watching her and she's just weird.

THE INFORMANT:  I can't imagine why she felt uncomfortable here.  Gosh, everyone thought she was a fed and everyone thought she was a this and people didn't like her and people thought this.  Gosh, I wonder why she didn't like it here.

MR. HINKSON:  Can't blame her for not liking it.

THE INFORMANT:  You don't like it here practically except for the fact that you have some nice amenities.

MR. HINKSON:  Yeah, there's some nice amenities.

THE INFORMANT:  You got it nice.

MR. HINKSON:  If I leave America I'm leaving the whole stinking country.  This whole country is (inaudible) LA is wall to wall people and --

THE INFORMANT:  Let me ask you this:  Why would you keep Marianna around if she had stolen shit from your home, cameras, coats, whatever?

MR. HINKSON:  She did.  Never could prove it.  I didn't see her steal that money even if I knew she did it.

THE INFORMANT:  Oh, I see.  Okay, well --

MR. HINKSON:  Now she's going to sue me for wrongful termination.

THE INFORMANT:  No because there's too many things.

MR. HINKSON:  (Inaudible.)

THE INFORMANT:  Yeah, there is too many things.  You can just say, no, we had too many problems.  We just let it go, period.

MR. HINKSON:  Now she wants her job back.  She's willing to not sue me if I can give her job back.  She wants another chance, blah, blah, blah.

THE INFORMANT:  Why, so she can take more shit out of your warehouse now?

MR. HINKSON:  That's kind of how I see it.

THE INFORMANT:  Because I just know for a fact that --

MR. HINKSON:  She's no good.

THE INFORMANT:  Right.  That's the whole thing.  If you just took her -- if she's willing to give up the lawsuit, she's, please let me back in.  The snake wants back in the den.

MR. HINKSON:  She's got a problem here.  That's because she just bought a house, and her biggest problem that she has I can see is she's a nurse and she's already worked at all the hospitals.  And to have hired her is to hate her, to have hired

her is to know you don't like her.

THE INFORMANT:  Right.

MR. HINKSON:  And nobody will hire her.

THE INFORMANT:  She's cut her own throat that chick has.  She's cut her own throat.

MR. HINKSON:  Nothing wrong with that (inaudible).

THE INFORMANT:  Every single person I meet is like, watch -- even ten people in the factory -- just watch out for that one (inaudible) stay away from that one.  Oh, okay, I just got here.  You told me a million things about her so obviously you guys had a history or something together that was cool or whatever.

MR. HINKSON:  She's always trying to seduce me but never touched her.

THE INFORMANT:  Nein, no.

MR. HINKSON:  I wasn't even too hot on the Deanne West girl.  She -- I took her on the one date and she was like after me.

THE INFORMANT:  Yeah, that's scary, too.  When chicks are (inaudible) then you go, okay, this is -- what's going on here.

MR. HINKSON:  Well, she says, I never really dated a guy as old as you but, man, you really look like you're in your early 30s.  You don't look that much older than me.

THE INFORMANT:  Working you.

MR. HINKSON:  I'm a good looking guy, you know.

THE INFORMANT:  I know that.  God, you're beautiful.

MR. HINKSON:  I don't look 46.  I'm just saying she liked me.

THE INFORMANT:  Right.

MR. HINKSON:  She kept bragging about how you know for my age I was great, you know.  She was one of those any time of girls (inaudible.)

THE INFORMANT:  Dave, that's horrible, God.

MR. HINKSON:  They're all different.

THE INFORMANT:  And I love the nymphs.  I'm just kidding.  Just sounds like --

MR. HINKSON:  She's only (inaudible) I had a theory as to why there were nymphs.

THE INFORMANT:  Isn't that a love song, the only nymph I ever knew?

MR. HINKSON:  Well, there is a cluster of nerves that hangs down going up, there's a bone and there's a cluster of nerves right there.

THE INFORMANT:  G spot.

MR. HINKSON:  Yeah, on some girls it hangs down and protrudes into the passage so when they have sex --

THE INFORMANT:  They are constantly getting touched.

MR. HINKSON:  Constantly have 20 orgasms at a time, just scream and scream and scream and those are girls that are oversexed and become nymphs.  A girl who has that bundle of

411

nerves up in there that never gets touched could care less about sex.

THE INFORMANT: Because it doesn't do anything for them.

MR. HINKSON: Because it doesn't do anything for them.

THE INFORMANT: From constitutional law to vaginal biology. Dave, you are --

MR. HINKSON: That's why the lesies (phonetic) like each other so much is because they figured all these things out.

THE INFORMANT: They work all the angles.

MR. HINKSON: Give each other pleasure and a man has the same number of nerves in his ass down -- up in his rectum.

THE INFORMANT: That's too bad, I'm never going to know.

MR. HINKSON: I will never know either. I've just read all this.

THE INFORMANT: Well, how about --

MR. HINKSON: I read about a guy who had his dick cut off in an automobile accident.

THE INFORMANT: Right.

MR. HINKSON: And he was married and he had the best sex of his life because his wife would find that spot --

THE INFORMANT: How did you find that article?

MR. HINKSON: Just read articles on sexuality and stuff. I have medical books.

THE INFORMANT: His wife would, what, milk the prostrate or something, milk the bundle (inaudible).

MR. HINKSON: Yeah, stick a tool in his ass so she could find that bundle of nerves and she could get him everything he wanted with no penis needed, which the article is about --

THE INFORMANT. Whoa, back up my nub is about to blow.

MR. HINKSON: The article was about the fact that this guy who couldn't have sex because he had no penis still had a good sex life.

THE INFORMANT: Yeah, but she had a terrible sex life.

MR. HINKSON: I didn't -- I didn't read that into the article. I just thought the whole thing was interesting and I think that this is why so many guys become queers is because you got a young boy and some old fart knows how to do that and he gives him all this extreme ecstasy and pleasure and he goes with a girl and gets nothing. I think there's two kinds of gays. I think there's gays that are born gays and --

THE INFORMANT: Gays who are made gay.

MR. HINKSON: Yeah.

THE INFORMANT: The whole idea -- it's the guy that turns me off, you know, that's the whole --

MR. HINKSON: I didn't wake up one day and say I choose to like girls. I mean, I looked at the picture, suntan in LA, you know, the girl pulling her bikini down. I thought that was exciting.

THE INFORMANT: Hawaiian Tropic or something.

MR. HINKSON: Yeah, I just figured that girls were pretty

okay. You know, I love girls.

THE INFORMANT: I just can't fathom that because some old man takes me when I'm 12 and plays with my bing-bing --

MR. HINKSON: I can't either. I'm just telling you some of my theories.

THE INFORMANT: Right. No, no, it's probably -- there's people out there that are so weak mentally in their psyche that you play with their bing-bing for a few hours and they think that's --

MR. HINKSON: She probably had some guy that didn't do anything for her and it was boring and she's not wanting any of it.

THE INFORMANT: Right.

MR. HINKSON: Take a girl like Tonya who's never been with a guy. The first guy she's with gives her four orgasms in five minutes and all of a sudden she's in love. Sexuality has got a lot of edges to it.

THE INFORMANT: Sure, sure.

MR. HINKSON: It's not just cut and dry, not just --

THE INFORMANT: It's the tie that binds.

MR. HINKSON: It's not just a motion where a guy is sticking in a girl. I mean, it's more complex than that. But most Americans don't have enough brain power to figure out that ozone is falling down, not up. The theme song for the average U.S. citizen (inaudible) comfort from the cold. That's their

theme song because they are stupid, inbred, half-wits, walking around.

THE INFORMANT: Bizarre. Whew, you're not going to hire Marianna back. Please say no.

MR. HINKSON: It's not up to me.

THE INFORMANT: Who's it up to?

MR. HINKSON: It's up to my management team.

THE INFORMANT: What do they think, yeah?

MR. HINKSON: Well, Bellon says no. The other two say yeah. But they've agreed if they bring her back they're going to find a new way to fire her.

THE INFORMANT: Got you. Got you. Got you. Smart. All you have to do is leave anything somewhere and she'll find a rope to hand herself with. That's a chick with a lot of desires and --

MR. HINKSON: But I don't want any more intrigue.

THE INFORMANT: Yeah, see, I don't blame you. I don't know.

MR. HINKSON: I'm not going to socialize with people in the factory at all. When my girl gets here it's -- we have our life. I'm going to be not hanging around too many people out there. I just - I'm just the stuck up piece of shit over here in the house that's going to ignore all of them.

THE INFORMANT: Fine. You sincerely think that she thought she could work you for cash by going, hey, I got a guy

412

to kill, Rich Bellon, or whatever the fuck the guy's name was, you think that's what she was thinking? She was like hitting you up for cash?

MR. HINKSON: She was trying to get this story going so that she could say that that's why I gave her the money. I can't say it got stolen.

THE INFORMANT: Oh, I got you. Oh, I got you. Okay. So she was just setting up an alibi for herself.

MR. HINKSON: Yeah, if Annie stole the money, Annie is really quite wicked and devious.

THE INFORMANT: Right, and she's broke so I don't know what she did with it.

MR. HINKSON: I kept giving Annie money just to help her out, but towards the end she wouldn't even take money if I tried to give her some. She just would say, I want to earn it. She was mad because she couldn't get a raise out of Jeri, and Jeri was mad because once a week she wouldn't come to work. Annie didn't -- I don't know how many weeks she was here. 80 percent of the time Annie would disappear one day out of the week and just, you know, classes in Boise, blah, blah, blah.

THE INFORMANT: That was important to her, I guess. I mean, that's important so in her defense I believe her.

MR. HINKSON: I understand.

THE INFORMANT: You know, but I --

MR. HINKSON: And Annie used to chase her rainbows. Whatever makes her happy. I just don't think she'll be happy wherever she goes. She's not looking for happiness. She's confused.

THE INFORMANT: You might be right. She's kind of in a void. I think she's just doing --

MR. HINKSON: You should be her happiness. I mean, if she had half a brain she would decide that you're okay but to just keep you strung on like she does, if you have half a brain you won't participate any more because you deserve --

THE INFORMANT: I'm going to be staying in California she's living at her dad's or --

MR. HINKSON: You deserve to have a girlfriend that actually is a girlfriend is my point. Maybe you don't care. You're younger than me but when you're 46 you don't want to spend the next 20 years of your prime hanging around a chick that is cold.

THE INFORMANT: Well --

MR. HINKSON: I guess I don't know if I'm ready to get married or not but Tonya is and she knows what she wants. I just feel bad about her age. She's too young. It doesn't seem to bother her. If she could come by the 7th or 8th I'd marry her before Easter. Once I marry her I'm a married guy. I can't cheat on her or run around. I can't date any other girls.

THE INFORMANT: Or a have vindictive psycho like Marianna running around.

MR. HINKSON: That's for sure. I guess I had a hard time believing that Tonya was real or that she would ever come. Month after month has gone by, it's like -- like you said, some kind of fantasy.

THE INFORMANT: Right, seems surreal. Probably when she gets here it will seem surreal.

MR. HINKSON: I'm going to win my lawsuit, then I'm going to go build a clinic in Antigua or some island down there and then I'm going to treat tuberculosis patients, AIDS patients, cancer patients, make a living, eat lots of good fish food and lay on the beach. There is nude beaches all over, enjoy the scenery, (inaudible) go into a bar and buy a girl a drink. She's 22 years old and she's sexy as hell and she goes home and balls you all night just for the cost of a drink.

THE INFORMANT: Again another place I would like to visit.

MR. HINKSON: I bet.

THE INFORMANT: Bartender, I will have another.

MR. HINKSON: First night I was in Venezuela I got a girl.

THE INFORMANT: That was a while back.

MR. HINKSON: I got pictures.

THE INFORMANT: She was pretty hot?

MR. HINKSON: I didn't erase them. Some of them were so hot I took the film and I burned it.

THE INFORMANT: Yeah.

MR. HINKSON: I never developed it.

THE INFORMANT: Whew, sounds racy. I like it.

MR. HINKSON: Oh my God, you have no idea.

THE INFORMANT: No, I don't. You tell me.

MR. HINKSON: See if I can find some pictures (inaudible).

THE INFORMANT: Cool.

MR. HINKSON: (Inaudible).

THE INFORMANT: Going in the bedroom?

MR. HINKSON: (Inaudible.)

THE INFORMANT: I'll follow you.

MR. HINKSON: (Inaudible).

THE INFORMANT: Chocolate colored girls, that's nice.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Make them sound like a Sees candy.

MR. HINKSON: Candy is a good description.

THE INFORMANT: They were hot, huh?

MR. HINKSON: God they were got. No kidding, dude.

THE INFORMANT: You know (inaudible).

MR. HINKSON: Like to have a girl that hangs around (inaudible.)

THE INFORMANT: I met some hot chicks, though, on the

4/13

road in the last week. God, I met, these two hotties at the show in Orange County.

MR. HINKSON: (Inaudible) pictures there.

THE INFORMANT: Did you hear me, I met some hotties down in California. That was fun.

MR. HINKSON: The girl ever decide to French kiss you (inaudible.)

THE INFORMANT: Oh, I hadn't gone back.

MR. HINKSON: (Inaudible).

THE INFORMANT: You mean the girl in Arizona?

MR. HINKSON: (Inaudible) pictures (inaudible).

THE INFORMANT: French kiss me, you (inaudible) with that French kiss me shit. (Inaudible).

MR. HINKSON: Heck, my ex-wife -- my own father won't kiss my mother. (Inaudible) worried about germs.

THE INFORMANT: Oh, brother. That's too weird, buddy. Sick and dying of the plague maybe I'll just take a handshake.

MR. HINKSON: So many of these I erased.

THE INFORMANT: What have you done the last week? You are so calm and so cool? Your whole demeanor is night and day from the last time I saw you.

MR. HINKSON: South America, if I had any pictures of them girls, I think I erased the real juicy ones.

THE INFORMANT: Oh, you have? Yeah, is that her?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: Wow.

MR. HINKSON: She's not too bad. She's chocolate but I mean, you know --

THE INFORMANT: She's like an Almond Roca.

MR. HINKSON: There's another one.

THE INFORMANT: Same chick (inaudible)?

MR. HINKSON: No.

THE INFORMANT: Different chick? What's up, man whore? You got all kinds of secrets in the closet. What have you done in the last week? Why? You're like so -- I like the new you. It's like calm.

MR. HINKSON: I had a different girl every night for two weeks, okay, check it out (inaudible) look at them legs.

THE INFORMANT: Look at them boobs. Look like Dolly Parton. She has legs?

MR. HINKSON: I might have a picture of her naked. Give me time.

THE INFORMANT: Take all the time - Jesus Christ. Headlights on. Hi, momma.

MR. HINKSON: Two of them. That one I didn't do. That was my lawyer who did that one.

THE INFORMANT: Dave, what's with the new -- I like it. You didn't answer my question.

MR. HINKSON: I think I erased all the dirty ones because I figured Tonya might find them.

THE INFORMANT: Smart.

MR. HINKSON: Met this guy at the airport this African guy that wants to come to America. Real nice guy, a bookkeeper. I'm trying to hire him right now to buy diamonds for me. I could make huge amounts of money (inaudible) in the jungle. Look at that.

THE INFORMANT: Oh my goodness, gees.

MR. HINKSON: That was a two hour fuck feast, dude.

THE INFORMANT: What is she, nine?

MR. HINKSON: She's like so young.

THE INFORMANT: Boy, that's a beautiful little thing, whew.

MR. HINKSON: She's 16 and she wasn't as dark as the others.

THE INFORMANT: Man, she's pretty, pretty, looks like Jaylo. Damn, look at the little abs. Boy, that's a hot little honey. Damn, that should be illegal.

MR. HINKSON: (Laughter). I think I erased -- it was. I think I erased --

THE INFORMANT: It was.

MR. HINKSON: I think I erased the ones that showed her cleavage (inaudible) I had the best (inaudible.)

THE INFORMANT: That's the lawyer?

MR. HINKSON: No, that's me.

THE INFORMANT: God, you're heavy there, aren't you?

MR. HINKSON: That's the same girl you said was a honey. Look who's holding her.

THE INFORMANT: That's nice.

MR. HINKSON: There's the bed.

THE INFORMANT: All messed up. Looks like somebody has been using it. What's up? You're like a closet guy. Here I am thinking you haven't had a chick in eight years.

MR. HINKSON: Check this out.

THE INFORMANT: What's this coming out? Okay, you changed? What happened to you? I'm not kidding you. You're different.

MR. HINKSON: I'm feeling a little better but I'm still kind of freaked out.

THE INFORMANT: Well, I mean, no, you're better than the whole last three months.

MR. HINKSON: You already saw that one. I'm going the wrong way. This is the nude beach, Venezuelan nude beach.

THE INFORMANT: Nothing wrong with that. Great. You get on a nude beach and the only picture you get is of a guy.

MR. HINKSON: I didn't have much time. We were there to buy diamonds. This lawyer was hassling me.

THE INFORMANT: Photograph the waves, then.

MR. HINKSON: I have a lot of ocean pictures. That's me.

THE INFORMANT: Boy, what do you got in your hand? A radio?

414

MR. HINKSON: Tamera.

THE INFORMANT: That's the word or something on it?

MR. HINKSON: (Inaudible) now what you want to see is Ukrainian girls section.

THE INFORMANT: Yeah, yeah, yeah, yeah. Answer my question: Why you're different. You're so calm. What are you doing? What's different? You just seem real relaxed and real -

MR. HINKSON: I'm tired.

THE INFORMANT: I know but you seemed that way yesterday and Monday you were seem real refined. Your attitude is 50,000 times better than it has been for the last couple of months, 50,000 times.

MR. HINKSON: You think so?

THE INFORMANT: Oh, I know so. So I mean, are you gaining in your court? Is that what's making -- or Tonya is coming? You are suddenly -- your demeanor is totally different.

MR. HINKSON: I don't know. I'm just tired. I got a picture of Deanne here. This is section. She's nothing to look at. That's her.

THE INFORMANT: She has some big ol' boobies, don't she?

MR. HINKSON: That's (inaudible).

THE INFORMANT: Jesus, she does have some big old magomboes (phonetic) (inaudible).

MR. HINKSON: She was disgusting.

THE INFORMANT: She was?

MR. HINKSON: She tried to come have sex and have shit up her ass, crack. Oh, God she was -

THE INFORMANT: Why don't you just hit her with the hose or shower her down.

MR. HINKSON: (Inaudible) diamonds (inaudible) girls (inaudible).

THE INFORMANT: (Reading names).

MR. HINKSON: I don't think I have the pictures still of the Ukrainian girls. This girl was nice. She'd marry you.

THE INFORMANT: Olive Oil, huh-uh (negative).

MR. HINKSON: You don't like her?

THE INFORMANT: No, that does nothing for me. That's almost offensive to me. Yeah, she would know, huh?

MR. HINKSON: She had the nicest tits. God, they were --

THE INFORMANT: Might do something for me, though. Why don't you get one picture of her titties? All you got was one picture of her face.

MR. HINKSON: I really didn't like this woman.

THE INFORMANT: That's the whole thing is her?

MR. HINKSON: Yeah, the whole section. Hold on a second. This girl was a nice girl. Yanna wanted to marry me.

THE INFORMANT: Which one? Who is the chick next to her?

MR. HINKSON: She was the Olympic champion of the whole

country for fencing.

THE INFORMANT: For fencing. She is hot.

MR. HINKSON: They're both pretty hot. This girl had pointy tits.

THE INFORMANT: Maybe she was (inaudible.) I don't understand when you were with all these different chicks --

MR. HINKSON: Juliann. Juliann.

THE INFORMANT: I'm lost.

MR. HINKSON: Fuck feast of the year.

THE INFORMANT: Okay, who's the Dave I've known up until this week?

MR. HINKSON: This is Juliann.

THE INFORMANT: You laugh, but who is that guy?

MR. HINKSON: That's Juliann.

THE INFORMANT: I feel like I've stepped through a doorway. You think this is funny. You are like suddenly check out all these chicks I boned. Dude, you got some smacky daddy shit going on after all.

MR. HINKSON: Would you do that one?

THE INFORMANT: Are you kidding me? Dude, look at that one. Pump that up. Are you kidding, that petite little love child there, whew.

MR. HINKSON: I'll find you some cleavage.

THE INFORMANT: Oh, man, that's tasty.

MR. HINKSON: (Laughter).

THE INFORMANT: I had -- there's like the secret life of Dave Hinkson. Why do you always play the, oh, yeah, I want to go rub my knuckles and French kiss me? You're a man whore.

MR. HINKSON: I'm (inaudible).

THE INFORMANT: What made you just -- where in the Hell is all your shit?

MR. HINKSON: Look at that girl.

THE INFORMANT: You moving? Now that girl is a knockout.

MR. HINKSON: That's Juliann.

THE INFORMANT: Yeah.

MR. HINKSON: I've got some cleavage here somewhere. I've got a picture of us kissing.

THE INFORMANT: That's the Dave I know. I got a picture of us kissing back in fifth grade. Have you got any kissing her popo, that's interesting. She's a little tart, man. Are you kidding me. That's hot. Oh, man what a knockout.

MR. HINKSON: I still think Tonya is better looking. Tonya doesn't realize I'm not an easy guy to catch. She caught me.

THE INFORMANT: You're an easy guy to catch and release, though. Look at you you slut.

MR. HINKSON: (Laughter).

THE INFORMANT: That chick has got a body. That's criminal. How old is she? She's old enough.

MR. HINKSON: 21.

415

THE INFORMANT: Yeah, she's a woman, isn't she.

MR. HINKSON: Oh, yeah, she was older than 15. I erased the pictures of the 15 year olds.

THE INFORMANT: Thank God. Although I'm sick enough I would have looked just to see.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Well, God she has got -- whew -- what happen with this chick? She was just a bone job?

MR. HINKSON: She was only interested in money. I dumped her.

THE INFORMANT: Oh, yeah, yeah, you don't want that.

MR. HINKSON: She was money hungry. I want love.

THE INFORMANT: Yeah.

MR. HINKSON: I just (inaudible).

THE INFORMANT: Right.

MR. HINKSON: (Inaudible) I'm smiling.

THE INFORMANT: Of course you're smiling. She's making out with you.

MR. HINKSON: (Laughter).

THE INFORMANT: I'm smiling and I'm looking at her making out with you it's that exciting.

MR. HINKSON: I should erase all of these before Tonya gets here because I have to repent.

THE INFORMANT: Now you're sounding like a Mormon. You have to repent. What a slut.

MR. HINKSON: Have you seen enough?

THE INFORMANT: No.

MR. HINKSON: That's my interpreter.

THE INFORMANT: Let's get a look at her. She's got some big ones.

MR. HINKSON: She wants a boyfriend now. She wants -- You could have her in a month.

THE INFORMANT: She has got some meathooks on her, doesn't she. Whew.

MR. HINKSON: She's actually a sweet girl. I've got her email (inaudible) telephone. You could talk to her.

THE INFORMANT: Yeah, I'm sure she's sweet. Right. She does speak English. That's good. She's got some fatties on her, whew.

MR. HINKSON: She's a little hoe. That's her. She's 22. That's probably a better picture of her.

THE INFORMANT: Oh, man, dude, she is so fine.

MR. HINKSON: If you really wanted to go marry her she would meet you at the airport in a second.

THE INFORMANT: She comes over to America, she can come over here easy or what?

MR. HINKSON: She speaks English.

THE INFORMANT: She come over here a lot? She's got a visa or no? She has to have a deal, too. How come I've got to smuggle my chicks out on a shrimp boat, you know. I mean, why

can't I find a decent chick and have her come.

MR. HINKSON: I'm not sure (inaudible) if you want her.

THE INFORMANT: Yeah.

MR. HINKSON: This is the one that I told you I really liked her. See this girl, I had to choose between her or Tonya.

THE INFORMANT: That is a pretty woman.

MR. HINKSON: That's Yanna the one who is next to (inaudible).

THE INFORMANT: Yeah.

MR. HINKSON: Yanna, oh, my God, she's a two hour ride.

THE INFORMANT: So you go over there. You bone every one of these broads and then you pick the one you like, the best bone.

THE INFORMANT: This place is like the golden city.

MR. HINKSON: (Laughter).

THE INFORMANT: No wonder all the old guys go to the Ukraine.

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: E-ticket ride, bubba, that's happening. You looked at all (inaudible) we saw Deanna, Urisa, Olga.

MR. HINKSON: I'm sure I erased -- I erased -- I erased all those really nudy ones. This girl was hot. Oh, my God.

THE INFORMANT: Is she a bitch, though? That's not her, is it?

MR. HINKSON: No.

THE INFORMANT: She looks an awful lot like a guy that pumps my gas.

MR. HINKSON: Just relax.

THE INFORMANT: Oh, man, she's vicious. You went with all these chicks? Dave, what's up with the alter ego?

MR. HINKSON: That's Chris Patriot.

THE INFORMANT: Tiny Tim?

MR. HINKSON: That's the one that ripped me off (inaudible).

THE INFORMANT: How did he rip you off?

MR. HINKSON: He was working the minerals out there.

THE INFORMANT: His name was Chris Patriot?

MR. HINKSON: I didn't know that was his name. It's Chris John Patriot. He's probably a federal agent. She was sweet.

THE INFORMANT: Whew. Why didn't you take her?

MR. HINKSON: I did.

THE INFORMANT: No. Obviously. You're killing me now.

MR. HINKSON: I invited this one to come to America and she was here two or three weeks and I sent her back because I couldn't stand her.

THE INFORMANT: I've known you three months and I had no idea you were with all these chicks everyday. You were like oh, gosh, my wife (inaudible) haven't been with a woman in

4160

eight years.

MR. HINKSON: Look at this one.

THE INFORMANT: Oh, man. Look at these hangers, whew. I'll say. Oh, man

MR. HINKSON: She was a disgusting thing, and she got here -- she was just no good, mean, rotten.

THE INFORMANT: Oh, man, saucy number.

MR. HINKSON: You could have her.

THE INFORMANT: I like the dark haired broads (inaudible).

MR. HINKSON: You could have her. You could have her. I got her phone number.

THE INFORMANT: Like a smorgasbord of chicks. I almost feel indecent just thinking about it like that, but somehow I feel whole.

MR. HINKSON: That's how I feel. That's my son. He invited her over on a Visa.

THE INFORMANT: Invited her over on a Visa and she spent a Mastercard.

MR. HINKSON: She treated him bad, too. We sent them both back.

THE INFORMANT: The Hell with all that.

MR. HINKSON: Picture of her. That's her mother.

THE INFORMANT: Yeah.

MR. HINKSON: I'm just jumping around a little bit.

THE INFORMANT: So Matt gets the chick all the way over here and doesn't make out with her or nothing? Whew.

MR. HINKSON: Doesn't even make out.

THE INFORMANT: That's crazy. At least making some moves, hey, look it, it's a long trip from Paris, from the Ukraine, I need a massage.

MR. HINKSON: I remember her. She was sweet.

THE INFORMANT: Okay, well, let me ask you this.

MR. HINKSON: (Laughter).

THE INFORMANT: Answer this: Why all the secrecy surrounding all the chicks? Why are you suddenly now out of the closet with the chicks?

MR. HINKSON: These are all great bones but I didn't like any of them enough to stay with them.

THE INFORMANT: Why BS me all this time for three months? Oh, dude, I haven't been laid in eight years. I felt so guilty. I'm like I got to get this guy laid. The poor guy.

MR. HINKSON: I just can't get any girlfriends around here.

THE INFORMANT: Oh, man, so here I am feeling sorry for you and you're a slut.

MR. HINKSON: Here's Mexico.

THE INFORMANT: Here's Mexico.

MR. HINKSON: I got some girls in Mexico but I don't know if I've got any pictures of them.

THE INFORMANT: With all the money you've spent on trim in the last ten years you could have built the Chicago Sears Tower.

MR. HINKSON: This is Mexico.

THE INFORMANT: Is that Lonnie?

MR. HINKSON: He went down with me.

THE INFORMANT: What are they robbing you for there?

MR. HINKSON: They robbed me all night. You got that right.

THE INFORMANT: Now what was that one? Where did you guys go in Mexico? Supposed to go down there.

MR. HINKSON: Show you South America. There's Tonya, the only girl that wouldn't have sex with me (inaudible).

THE INFORMANT: Oh, man, look at that body.

MR. HINKSON: You've seen these pictures.

THE INFORMANT: I saw that one. Sick.

MR. HINKSON: Actually here is Tonya in Egypt. Egypt scanned photos, a whole bunch of photos I took (inaudible) camera. You've seen some of these, I'm sure.

THE INFORMANT: Yeah, most of those you have in your pile.

MR. HINKSON: That's probably one of my favorites right there.

THE INFORMANT: How could it not be. Look at her. She's in a bikini. Body like a Goddess.

MR. HINKSON: (Laughter).

THE INFORMANT: I'm still reeling over the fact that you've got a computer full of broads you've been boning and the whole time you've been, no, I just want to go rub my knuckles and French kiss.

MR. HINKSON: Wait a minute. Who's that? Is that Tonya?

THE INFORMANT: That's Tonya.

MR. HINKSON: Maybe I found (inaudible).

THE INFORMANT: Okay, freakozoid, what else don't I know? What other weird shit haven't you told me? This is crazy.

MR. HINKSON: I think she's something.

THE INFORMANT: Yeah, she's pretty tight.

MR. HINKSON: Out of all the ones I've shown you she's probably the top of the list, you know it. There's one, her getting dressed. I was supposed to call her at 9:30. I'm her alarm clock.

THE INFORMANT: Oh, okay. Got you.

MR. HINKSON: This one shows (inaudible).

THE INFORMANT: Little six pack. She is too hot.

MR. HINKSON: To know her is to be in love.

THE INFORMANT: I don't even know her, but I'm real close. Just a matter of days, right, like 14 days, 9 days, 21 days, keep changing how many days.

4/17

MR. HINKSON: I don't know exactly how many days.

THE INFORMANT: What's the best and worst case scenario?

MR. HINKSON: Eight.

THE INFORMANT: So what is that?

MR. HINKSON: Another week. We're right here.

THE INFORMANT: Yeah.

MR. HINKSON: Another week is the 4th.

THE INFORMANT: So week after this one, another week and a half.

MR. HINKSON: I figure she'll be here the 9th (inaudible). I'm going to be married, and I'm going to repent. No more chasing girls.

THE INFORMANT: Well, yeah, if you get married you might want to do the girl a favor. She's 22 years old. Why would you want to chase girls? How would you have time for this and another chick? Plus, you boned every one in five continents so what is left to do.

MR. HINKSON: I already showed you this section. I erased all the good ones.

THE INFORMANT: Roman's pics, what's Roman's pics? Roman pics. See it.

MR. HINKSON: Just Roman.

THE INFORMANT: Oh, you said he gets chicks.

MR. HINKSON: No, pictures of equipment and junk.

THE INFORMANT: Well, you're doing good. Suddenly now

you're talking about chicks, you're cool, you're calm. I'm at a loss, buddy, I tell you.

MR. HINKSON: I've had a really rough last few months.

THE INFORMANT: Just suddenly you've been just real cool. Kind of floors me. You've been all over the map. I haven't been able to keep up with you.

MR. HINKSON: I don't have the nudy ones, you know. I erased them. I've been trying to clean up my act, you know. Mark.

THE INFORMANT: Oh, he's a cute little guy.

MR. HINKSON: That's him catching his first fish.

THE INFORMANT: He is an adorable little boy. I tell you. He's too cute.

MR. HINKSON: Tonya is going to be in love with you.

THE INFORMANT: Yeah. He's really hard not to like. He's too cute, funny.

MR. HINKSON: The ones with them totally spread leg with all their nuts off, I erased them. I just --

THE INFORMANT: I'm literally floored. I would swear by you. I'm not kidding you. I'm totally floored because the last three months you've been BSing me with I'm lonely. Eight years, this girl is finally going to touch my knuckles, and she's finally going to French kiss me and blah, blah, blah.

MR. HINKSON: Tonya is warm. She just won't have sex.

THE INFORMANT: I know. That's what I'm saying.

MR. HINKSON: She wants sex now. I was putting pressure on her and she says I'm so sorry I put pressure on you. I was getting ready to go to Bangkok. She says, I was wrong. That's why they call it Bangkok. I was going.

THE INFORMANT: What made you decide to reveal yourself here, Dave? Her body is incredible. What made you decide to reveal yourself and suddenly, go, all right, I've actually boned all these chicks. I was BSing you? I mean, seriously why would you suddenly decide to reveal all this?

MR. HINKSON: Here's what you need to see, pictures of my ex-wife.

THE INFORMANT: Oh, shit, come on, looks like a warlock. Ass on that. That's all you do.

MR. HINKSON: Do you think Tonya is better?

THE INFORMANT: Oh, I don't want to say anything, fear I might incriminate myself. I'll just remain silent. That's terrible.

MR. HINKSON: She's probably married.

THE INFORMANT: She's married to a nice guy; isn't she. So good for her. But she's just a lonely, bored woman always circling around everybody and watching everybody. She's a creepy lady that way. That's a small town mentality. Someone goes around your block twice in LA and you got to start firing rounds, you know. It's like an invasion.

MR. HINKSON: My trip to New York (inaudible) well

(inaudible.)

THE INFORMANT: What's TB?

MR. HINKSON: Tuberculosis.

THE INFORMANT: Got you. Got you. Got you.

MR. HINKSON: I erased them.

THE INFORMANT: Laurissa.

MR. HINKSON: Nothing to look at.

THE INFORMANT: Too bad. I don't know what these are. Annie spread naked and I go, what the Hell.

MR. HINKSON: Yeah, right. It's like after Annie was here a while she didn't even have any interest in anything. She wants to go work in the gym. I'd buy a Bow Flex and she don't even want to look at it. I hate your Bow Flex. I don't like your Gazelle.

THE INFORMANT: You know what --

MR. HINKSON: A lot of different girls here that would be really good if they would come here. The problem with them is you can't get them here.

THE INFORMANT: Right. That's a problem.

MR. HINKSON: You got to -- you got to meet one you really like and you got to wait six months for her. It's not easy.

THE INFORMANT: And I think if you do this again you're dumb. Annie came because she wanted to work here because you were having problems with all these weirdos, all these crazy

4/18

people. She came because she wanted to work. You wanted maybe a little bit more and out here you get lonely.

MR. HINKSON: I just think Annie has got some serious problems.

THE INFORMANT: She wasn't interested in you. You're so used to having all these broads. A broad isn't interested in you, oh, you've got mental problems.

MR. HINKSON: I don't think Annie knows what she wants.

THE INFORMANT: That could be but that doesn't make her bad or weird.

MR. HINKSON: No, she's not bad, she's just weird. She just needs to go find her life.

THE INFORMANT: She's off gallivanting so she can go work 24 hour shifts in an ER somewhere. That brings you right back to the ground. Nothing like blood splatter and people with SARS, that new lung disease.

MR. HINKSON: (Inaudible).

THE INFORMANT: They're starting to now, starting to see them in the hospitals.

MR. HINKSON: Are they?

THE INFORMANT: Oh, yeah. I don't know how many in the U.S. I just know the case in Florida. They got three or four different people, about a week ago, three, four different people that had come into different places and said we might be your worst sick, but we don't know what it is yet. So that was

undetermined so then they've got to figure out how many kids they've come in contact and how many --

MR. HINKSON: (Inaudible) Annie is a great girl. She just -- she's smart. She's articulate.

THE INFORMANT: Well, now you got a chick. She'll be here in, like you just said, like 10 days.

MR. HINKSON: Annie is really a hot girl. It's a shame she's like she is. I think you ought to get serious with her. That was me coloring diamonds.

THE INFORMANT: Yeah, and I always say it's obvious how I feel about her and I think you take it personal whereas if you go, okay, me and this chick didn't click.

MR. HINKSON: No. I mean, I still like Annie. I think she's -- she's a U.S. Girl.

THE INFORMANT: Fickle.

MR. HINKSON: Yeah. She's -- that's your phone.

THE INFORMANT: Holy moly, that sounds awful.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Hello. Hey, what are you doing?

MR. HINKSON: (Inaudible.)

THE INFORMANT: Yeah, for some reason, you know, it's funny, the time that -- did you call me once or twice? Oh, well, see, the two times that I knew about you calling, both times it was like the only minute I didn't have my phone or I was in a canyon or whatever so just very unusual that you

called. I'm here with Dave. We're looking at pictures of hot Russian chicks. This dude -- I'm doing the revelation now. You're busted, buddy.

MR. HINKSON: You be quiet. Just be quiet.

THE INFORMANT: This guy has got more chicks -- this is Dave I'm talking about right, you would never believe this. He gets in the computer, and I'm not kidding you, there's 30 different chicks that he's -- this dude has bagged. Never said a word. So then he finally says, all right, I've been hitting all these different broads. And I go, what's with the covert op stuff. I haven't had a girlfriend in eight years. Would someone rub my knuckles off. One girl French kissed me, like he's in fifth grade. And here I've always thought this, you know, I thought poor, Dave, he's a fucking geek, right, you know. He's with the chicks and he's like, oh, hold my hand. No. He literally has -- you have no idea. You have - you don't have an idea how many gals this guy has been through. And, yeah, yeah, more men than you've been through.

MR. HINKSON: Mormon you say?

THE INFORMANT: Mormon, yeah. Just funny because what's with the revelation out of the blue, hey, I'm a playboy. I was jerking around with you. So just, yeah, I mean, I'm not kidding you. The computer is loaded with chicks.

MR. HINKSON: I've erased most of them.

THE INFORMANT: And he's erased all the graphic pictures

which he had. She goes, they are probably saved in a special file. Yeah, that's my girl.

MR. HINKSON: The feds got them.

THE INFORMANT: He says the feds got them. Who's that, Dave?

MR. HINKSON: Lonna.

THE INFORMANT: No, that's a real person. You know her?

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: You are a criminal. You're a straight criminal. No way.

MR. HINKSON: (Laughter.) (Inaudible.)

THE INFORMANT: This dude is -- what the Hell. I'm getting -- I'm actually getting kind of angry because he's like -- I feel like I've been BSd for so long. I'm not shitting you. This is not a joke. I mean, the guy has -- it just -- he thinks it's funny. He's laughing, and he's like hitting all this different stuff and taking pictures of them, nudy stuff. Would you have ever guessed that was Dave? She goes, yeah, because, you know, he's kind of got a secret side, whatever, to him.

MR. HINKSON: Yeah, right.

THE INFORMANT: Well, it ain't no secret no more. I'm not kidding you. This is not a joke.

MR. HINKSON: Do you want to see Yanna?

THE INFORMANT: Yeah, let's see Yanna. Yeah, let's see.

419

No, no, I don't think so but just in case let me -- let me write it down.

MR. HINKSON: Check this one out. Check this one out.

THE INFORMANT: Dude, that's insane, that's totally insane. That ain't right.

MR. HINKSON: (Laughter.)

THE INFORMANT: What's that? Okay, give it to me, hot shot.

MR. HINKSON: You like that one though?

THE INFORMANT: Give it to me. Okay. Gotcha, gotcha, 33 --

MR. HINKSON: Is Annie still going to take the lie detector test?

THE INFORMANT: Yeah.

MR. HINKSON: I know she's innocent. Marianna is guilty.

THE INFORMANT: Marianna now, she was going to sue Dave for her job, then she said, she goes, if you just give me my job back, though, I won't sue anymore so --

MR. HINKSON: (Inaudible.)

THE INFORMANT: I said, Dave, that's insane, right there, that's totally insane. He's trying to irritate me.

MR. HINKSON: (Inaudible.)

THE INFORMANT: What's that?

MR. HINKSON: That's your (inaudible.)

THE INFORMANT: Yeah.

MR. HINKSON: She's pretty homely, I think.

THE INFORMANT: Yeah, anyway. Anyhow, what was I was going to tell you? I don't know. I'll buzz you back, excuse me, in a little bit, okay. Dave, there's something wrong with you. I'm not shitting you. He's up to about -- this is no joke, about 60 different broads now. That's not a joke. Letters, pictures with them, all kinds of dates, unbelievable. I mean, he's just going click, click, click, click, right. Oh, you're so funny. All right. I'll call you later. Have a good night. Are you all right? Everything okay? How's your car?

MR. HINKSON: Ureena.

THE INFORMANT: You didn't find any dents in the body, just bumper, right?

MR. HINKSON: What do you think of this one?

THE INFORMANT: Okay, good. I didn't know if you looked in the light and went, yeah, oh, yeah, I did nail it. Bumpers you can replace. She's insane. Dave, that's insane.

MR. HINKSON: This is a different one.

THE INFORMANT: This is so bizarre. It's like I don't even know this guy. I thought, oh, my, Dave, this is crazy. These are like models, and it's one after another.

MR. HINKSON: Here is my favorite.

THE INFORMANT: All right. I'll buzz you back. You're okay, though. Everything is all right? How do you feel? Okay, good. You're good. Did you eat today? Lucky me.

You're kidding me.

MR. HINKSON: Dear Dave.

THE INFORMANT: There's nothing more -- the day has been the craziest day I've had in a long time. So nothing is going to be weirder than your story. All right. I'll talk to you a little later, all right, sweetie pie. Have a good night and I'll talk to you in a little bit, okay. Okay, bye, sweetie.

MR. HINKSON: Do you like this one?

THE INFORMANT: Dave, this is -- a couple, two or three in there, I didn't want to be rude to Annie, Dude, are you shitting me? What in the -- (Laughter.)

MR. HINKSON: Here's Marianna.

THE INFORMANT: I thought I had it going on. This is crazy, though.

MR. HINKSON: I'll show you what (inaudible) look like.

THE INFORMANT: See, I'm a dark haired kind of guy.

MR. HINKSON: I didn't show you Olga.

THE INFORMANT: How old is she?

MR. HINKSON: Uhm, twenty.

THE INFORMANT: These girls are too fine, oh my oh. Oh, you're killing me. You sure do have a secret side. I mean, do you have multiple personalities?

MR. HINKSON: Check this one.

THE INFORMANT: You're shaking your head yes. Seriously, you have multiple -- what's wrong with you?

MR. HINKSON: Check this one. You said you liked them darker.

THE INFORMANT: Dave.

MR. HINKSON: What?

THE INFORMANT: Who the fuck are you? This is amusing to you, too.

MR. HINKSON: Do you want to see some more pictures? I got a lot of pictures (inaudible.)

THE INFORMANT: Downstairs (inaudible.) Yeah, you better. You might want to throw that thing in the trash, the whole computer. That's all it is.

MR. HINKSON: Scrub the hard drive (inaudible.)

THE INFORMANT: She what?

MR. HINKSON: (Inaudible) different pictures of girls.

THE INFORMANT: Dave, it's getting weirder and weirder and weirder. What the fuck is going on? I'm dead serious. Why all the BS about the girls?

MR. HINKSON: That's old.

THE INFORMANT: Wow.

MR. HINKSON: She's a hottie.

THE INFORMANT: How many times have you been there? Dave? Okay, okay, no, seriously. Okay, what, no, okay, why suddenly coming clean? Why suddenly coming clean on all the chicks?

MR. HINKSON: What chicks? I'm innocent.

420

THE INFORMANT: Seriously, why suddenly coming clean about all the broads you've been with out of the blue after two or three months?

MR. HINKSON: (Inaudible) you want to meet Olga? I'll send you to her.

THE INFORMANT: Shit are you kidding me. There's about 17 of those chicks I want to meet.

MR. HINKSON: This is Olga, number two. Not the first one.

THE INFORMANT: God, this is criminal.

MR. HINKSON: I went to a sauna with her naked.

THE INFORMANT: See that's the Dave I know, when you say stuff like that: I went to a sauna naked. If I go to a sauna with a chick naked is pretty much part of the equation. Look at you there. You get that Steve McQueen thing going on there. Dude, she is so fine. Seriously, you got an alter ego here going on.

MR. HINKSON: This one is Okassona.

INFORMANT: Okassona.

MR. HINKSON: This one (inaudible).

THE INFORMANT: Whew. She is too sexy looking. Oh my God.

MR. HINKSON: Here is a better picture of her.

THE INFORMANT: Oh my. You total BS artist. You think you're funny, don't you?

MR. HINKSON: (Laughter.) (Inaudible.)

THE INFORMANT: What the Hell?

MR. HINKSON: Olga again.

THE INFORMANT: Dude.

MR. HINKSON: That's me and Roman. He dropped us off and then took off.

THE INFORMANT: Roman is a Russian or Ukrainian guy.

MR. HINKSON: (Inaudible) that's us picking up the sword. See this picture here you have got. This is the guide. That's me. That's Roman. Same pictures. Me and Olga.

THE INFORMANT: Whew, I'm confused. Why the sob story all the time with everybody? I don't have a chick. Why? Seriously, why do you do that? Why do you let all the people believe that you're just this homely geek up here living on the mountain?

MR. HINKSON: What mountain?

THE INFORMANT: Why do you feel you have to be secret about it?

MR. HINKSON: Do you want to enjoy these pictures?

THE INFORMANT: But it is driving me crazy because now I suddenly cannot know you. I don't know that I know you.

MR. HINKSON: That's the girl.

THE INFORMANT: I am totally lost. Who the fuck? Where's Dave?

MR. HINKSON: (Inaudible.)

THE INFORMANT: I'm confused. You go with the Steve McQueen thing.

MR. HINKSON: I really liked Yanna.

THE INFORMANT: She's sexy. She's got the sexy big girl thing going on.

MR. HINKSON: This is, you know (inaudible.) Fencer.

THE INFORMANT: (Inaudible.)

MR. HINKSON: (Inaudible.)

THE INFORMANT: She is tasty.

MR. HINKSON: That's (inaudible) I like this one. Here's Olga in her bikini.

THE INFORMANT: Olga is incredible to look at. Look at you. How funny. You look like a sick dirty old man picture. Look at me.

MR. HINKSON: That water was cold. This is me (inaudible.)

THE INFORMANT: What are you doing looking at the camera? You should have been looking straight ahead.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Whew. Dave.

MR. HINKSON: What?

THE INFORMANT: You are such a fucking player, bullshit arti st.

MR. HINKSON: (Laughter.) I'm innocent.

THE INFORMANT: Dude, I had -- why would you keep this

from me? Why wouldn't you say, J.C., I nail everything that moves?

MR. HINKSON: I haven't nailed anything in a long time. I'm trying to get a passport.

THE INFORMANT: Yeah, seven, eight months, nine months, I see the dates on the pictures, asswipe. You think you're funny.

MR. HINKSON: (Laughter.) (Inaudible.)

THE INFORMANT: You're pissing me off. You're pissing me off. Damn it. Here I go to LA and I go, hey, seriously, I got to take a chick back up there. Poor Dave, he hasn't gotten laid or been with a chick, you know, soon he's going to go dead. His shit is going to wither up. So I just wonder what other little weird secrets you got.

MR. HINKSON: (Inaudible.) Julia.

THE INFORMANT: Oh, Julia. Is she a bitch or is she cool? I can't remember.

MR. HINKSON: Bitch, good looking bitch.

THE INFORMANT: Awesome. There are some exquisite evening gowns. All these girls just dressed to the nines.

MR. HINKSON: Bought those clothes for her (inaudible.)

THE INFORMANT: That's the problem. You go over there you ought to go, hey, listen, dude, pull the Eddie Murphy bit with those copper tones. I've got an old Vega and a mobile home out in Oklahoma and I work at the Piggly Wiggly. Tell

them you work at the Piggly Wiggly and you are like the produce manager.

MR. HINKSON: You need to call that manager if you are going to go get the key.

THE INFORMANT: No, I don't have to. She left it hidden somewhere. I can go pick it up.

MR. HINKSON: Happy girl. All she cared about was me.

THE INFORMANT: Oh, this was a money hungry, okay.

MR. HINKSON: She was a money hungry bitch.

THE INFORMANT: I don't know anybody at all who has this many pictures of chicks and you're in them so, I mean, it's not like you don't know them. Like you just took pictures of Magazines. This is so crazy.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Boy, color me stupid.

MR. HINKSON: (Inaudible) there's Julia (inaudible.)

THE INFORMANT: Listen, Cybil, you are getting such a kick out of this. Dude, you think this is so funny. Just suddenly, go, no, check it out, I'm cock of the walk.

MR. HINKSON: (Inaudible.)

THE INFORMANT: I can see three tubs right in front of me you haven't even opened. Three tubs and they've got to have 20,000 pictures, you know. That's -- Dave, this is so bizarre. What in God's name.

MR. HINKSON: You like?

THE INFORMANT: I like it. I'm just, how would you like to be hung out with somebody for three months and then have no idea who they were. Every day they are like, oh, yeah. You play the hyper geek with me every day. Suddenly I come back and you're like real cool. Check out all my pictures.

MR. HINKSON: Hyper geek?

THE INFORMANT: You do. You're like, I can't get a chick.

MR. HINKSON: (Inaudible) talking about me.

THE INFORMANT: But that's the routine you play.

MR. HINKSON: You want to see some more? Olga 1.

THE INFORMANT: Yeah. See look at you, all calm, cool. Want to see some more? Now you're Carey Grant. What's up here?

MR. HINKSON: That's Olga, the one I sent back after three weeks.

THE INFORMANT: Now who is this with Manny?

MR. HINKSON: That's (inaudible.)

THE INFORMANT: What happened with her?

MR. HINKSON: Sent her back too. She was a bitch.

THE INFORMANT: Oh, she was. Were they pissed off when you sent them home?

MR. HINKSON: Yeah.

THE INFORMANT: Were they like, no, we will suck. We will do anything to stay?

MR. HINKSON: No. They were just rude, unpleasant.

THE INFORMANT: Why did you get them over here?

MR. HINKSON: Because I'm stupid. I didn't spend any time with them. I've spent more time with Tonya. I spent a whole month with Tonya. I took Tonya to Egypt.

THE INFORMANT: Right, right. God, you have definitely had them. So I guess you would know if anybody --

MR. HINKSON: Here is a picture. Check the legs out on that.

THE INFORMANT: David Hasselhoff hasn't humped this many broads.

MR. HINKSON: Who?

THE INFORMANT: Who? Bay Watch.

MR. HINKSON: (Inaudible).

THE INFORMANT: I got to show Elvis this collection. No one is going to believe this. And you're with every one of these broads. What the -- you might need to see a psychiatrist. Look at you with -- every shot is a Steve McQueen look. I don't even know the guy in these pictures. I don't know him.

MR. HINKSON: That's my dad.

THE INFORMANT: I was going to say you look a lot like -- Olga. What happened to Olga? She was hot.

MR. HINKSON: I sent her back.

THE INFORMANT: Oh, that was the one. You sent so many

back I don't know who's who.

MR. HINKSON: That's pretty much Olga.

THE INFORMANT: Wow. God, gees, wow.

MR. HINKSON: Well, Tonya is my servant for the summer. Tonya is my summer project. I hope she works out.

THE INFORMANT: Whew. Okay.

MR. HINKSON: I'm tired of roaming. I need a girl. Not all these pictures of girls I've gone out with, a lot of them are just (inaudible.)

THE INFORMANT: Dave, I am literally just sitting here going huh? Why do you do that? Why do you pretend like you're just a nerd living here by himself, never get chicks? You're not going to answer? (Inaudible.)

MR. HINKSON: These are definitely taken in Russia. Don't see any pictures of any girls. They are mostly just all scenery.

THE INFORMANT: Well, that's an enigma. How strange. Film with no pictures of girls on them.

MR. HINKSON: Yeah, I remember this situation. The girl got kind of cold. She wasn't so nice.

THE INFORMANT: So you took pictures of the scenery and taught her a lesson.

MR. HINKSON: It's all Russian. I mean, no pictures of girls.

THE INFORMANT: You have hundreds of packets of film.

422

Each one of those has 30, 40 pictures. This is crazy.

MR. HINKSON: Okay. Here we go. Here we go.

THE INFORMANT: I'm stupid. Very elegant boy. Dr. Hinkson.

MR. HINKSON: Who?

THE INFORMANT: (Inaudible.)

MR. HINKSON: (Laughter.) Her name is Olla.

THE INFORMANT: Why not take all of me. And you have no pictures of the titties in there.

MR. HINKSON: I had them on my computer. I erased them.

THE INFORMANT: I bet. I bet. This is so beautiful.

MR. HINKSON: Nurissa had a story. All the girls have a story.

THE INFORMANT: I think everybody in the world has a story, I mean --

MR. HINKSON: Nurissa was a (inaudible.) Now, this one, I forgot her name. She was kind of (inaudible) but, I like this one. This one was sweet.

THE INFORMANT: Dude, you would have had to date six times a day for the last eight years. This is insane. You are a machine.

MR. HINKSON: (Laughter.)

THE INFORMANT: You are smiling incessantly. You think this is so funny. Does anybody in the factory know? Do they have any idea?

MR. HINKSON: Are you kidding.

THE INFORMANT: You're this closet case, okay. I'm cracking it. You keep looking at me like that. I mean, it's just like you don't let anybody know.

MR. HINKSON: About what?

THE INFORMANT: What a play. What about? What a play. This is nuts. This is like my dad telling me he's a cross-dresser. I mean, it's just so whacked out that I couldn't even grasp it.

MR. HINKSON: Your dad is a cross-dresser?

THE INFORMANT: No, that's the problem. He's not, but it would be the equivalent of him saying that. I mean, when I meet people like you, this poor guy, he doesn't have a girlfriend, he's lonely, hasn't had a chick in eight years, da, da, da, da, da. Everybody is like, oh, what a bummer.

MR. HINKSON: This is the girl you said you (inaudible.) Look at her body. She was hot.

THE INFORMANT: Her body is incredible, Dave, and obviously young. And so, yeah, to somebody she's hot. Obviously was cool to you. She just doesn't hit me -- doesn't hit me.

MR. HINKSON: Her face isn't the hottest thing but --

THE INFORMANT: Her body, that would be fun.

MR. HINKSON: She had a body.

THE INFORMANT: Her legs are hot. Nice calves on her.

She does have some big magombos. God, she does has -- oh, her waist is like a wrist. Boy, she has a freaky build. I just didn't focus on her at all. If I wore really thick glasses, I'm like, I really can't see you. That is a hot body though. Dave, this is bizarre.

MR. HINKSON: (Inaudible.) (Laughter.)

THE INFORMANT: My friend, you are a strange bastard to pull this on me at this particular junction.

MR. HINKSON: (Inaudible) that picture. You are right. I need to get rid of these pictures (inaudible) before Tonya does.

THE INFORMANT: Yeah, I would. I mean, that's literally -- that's thousands of pictures of a hundred plus different women. That's pretty impressive.

MR. HINKSON: So you think I'm decorative, huh?

THE INFORMANT: I always know that you are an eccentric odd fuck and that's part of the reason I like you. You're like me, just different. But this whole closet thing where I know you for three months and you're like, oh, gosh, if I could just meet a girl. You play this -- you do that real pathetic thing real good so I feel real bad for you. And you're laughing. You think that's funny. That's funny to you. And then one day out of the blue you just go, hey, by the way, it's -- because Annie left you feel safe to reveal yourself? What?

MR. HINKSON: You have no idea how much abuse I've taken

from (inaudible.)

THE INFORMANT: Well, shit, if you put your dick in that many of them you're liable to get a couple of bad apples. Jesus, Dave, you have really outdone yourself.

MR. HINKSON: A liked a lot of these girls.

THE INFORMANT: Fuck, who wouldn't?

MR. HINKSON: None of these girls are in America.

THE INFORMANT: No, I know that, but who wouldn't, Dave?

MR. HINKSON: I did actually invite girls.

THE INFORMANT: Wow, you're something else, buddy.

MR. HINKSON: Here's Annette Hasalone, the bitch that I sued -- sued me and all that.

THE INFORMANT: Is she young or old?

MR. HINKSON: (Inaudible.)

THE INFORMANT: Well, she's just kind of --

MR. HINKSON: She's a whore.

THE INFORMANT: Yeah, she's nothing, right.

MR. HINKSON: She's a fucking dog (inaudible.)

THE INFORMANT: She's a spirited young lady.

MR. HINKSON: Got that right.

THE INFORMANT: Wow.

MR. HINKSON: I'm getting tired of looking at these.

THE INFORMANT: Yeah, that's all right. That's all right. Annette's gone out of your life. She's out of your life, right. You no longer have anything to do with her, I

4123

take it?

MR. HINKSON: Are you kidding?

THE INFORMANT: How did, speaking of all the weirdos in your life --

MR. HINKSON: Okay, here's the girl, holy shit, this was something. I remember this one.

THE INFORMANT: That's a good sign, Dave.

MR. HINKSON: She was hot (laughter) (inaudible.)

THE INFORMANT: This is the most insane revelation of my -- my mom would have to say that she had a penis put on or something for me to have something just a little bit weirder happen than -- this chick is a knockout.

MR. HINKSON: Fuck she is.

THE INFORMANT: Dude, I'm tired of looking at hot chicks that you're hanging. What the Hell is this all about?

MR. HINKSON: These are all just pictures of churches, gold covered churches. Russia is --

THE INFORMANT: Do you see the look I'm giving you? I know you see it.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Yeah, I noticed, hot little tight leather pants. This is so crazy. This is crazy. I don't even understand. God, she is beautiful.

MR. HINKSON: I need to -- I need to -- need to get rid of some of these.

THE INFORMANT: You should get frequent fucker miles over there in the Ukraine.

MR. HINKSON: Frequent fucker miles. (Laughter.)

THE INFORMANT: Seriously get six or seven lays for free. I mean, you shouldn't have to take them to dinner or buy them a coat. Should just be able to go to their room, knock on the door, come in and start hitting it. Dude, this is crazy.

MR. HINKSON: You've seen enough?

THE INFORMANT: I'm -- I don't understand.

MR. HINKSON: Holy moly. Here we go. This is the same girl, better pictures (inaudible) I'm trying to find some close-ups. She was one hot babe.

THE INFORMANT: Who are you?

MR. HINKSON: This is the same package.

THE INFORMANT: You know I'm looking at you like this, too. You think this is so funny.

MR. HINKSON: What's funny?

THE INFORMANT: What's funny? Listen to you. Annie was like, yeah, yeah, yeah. She was (inaudible) has no idea, no idea, because she was around that's why you didn't want to say anything?

MR. HINKSON: (Inaudible.)

THE INFORMANT: I'm a man whore. Unbelievable.

MR. HINKSON: (Inaudible) my days of roaming are over, I think. What's his name wants to send us a date, though.

THE INFORMANT: You have more pictures of you with hot women than Hugh Heffner.

MR. HINKSON: (Laughter.)

THE INFORMANT: It's funny to you, but it's weird to me. I'm feeling sorry for you. Mark wanted me to bring up that chick, that stripper or dancer, or lover, whatever she is, to hang out with you.

MR. HINKSON: Why didn't you bring her?

THE INFORMANT: What's that? He didn't tell me until I got to Boise. Then he calls me up and says, hey, where is Dave. I said, I'm not there yet. Oh, I'm going to bring -- I don't know but, whatever, I just figured knowing Mark.

MR. HINKSON: He said he was going to call me and never did. Why don't you call him and see if he lost my number or something.

THE INFORMANT: He's calling. Mark is -- hello, yes, sir. No, no, you don't. Okay, I definitely will. I definitely will. Okay, bye, dad. Thanks.

MR. HINKSON: Mark said he was going to call me. I really don't care about that girl right now but you're here. Why don't you call Mark and see what the deal is.

THE INFORMANT: You got his numbers?

MR. HINKSON: Upstairs. Just clean up a little so they can't see. I've been freaked out since they kicked my door down, if you want to know the truth, just been freaked out.

THE INFORMANT: So you kind of decided to go introvergo with everything and just trust no one and say nothing?

MR. HINKSON: Yeah, just like Annie.

THE INFORMANT: So you just sucked in and said, all right, I'm not --

MR. HINKSON: I wasn't taking advantage of the girls. I mean, I was sincere when I went out with them.

THE INFORMANT: No, I believe you, but I mean, it's just -- suddenly you just --

MR. HINKSON: Except for Venezuela. Those weren't the kind of girls you would marry.

THE INFORMANT: This -- it's a heavy revelation. I consider you and I friends and out of the blue you're like, oh, hey, by the way, everything you know about me is bullshit.

MR. HINKSON: Each one had a problem. You know, it's like Melissa, she had this guy and she was into psychic stuff, like psychic stuff, you know. She would listen to everything he said. He was full of shit.

THE INFORMANT: Too crazy.

MR. HINKSON: Do you want to call?

THE INFORMANT: Yeah, go up and get his number.

MR. HINKSON: It's 9:00.

THE INFORMANT: Kids, man, they just make a mess everywhere, you know it.

THE INFORMANT: Okay.

4/24

MR. HINKSON: Is there anybody down here?

THE INFORMANT: I don't think so. Hey, since there isn't -- since there's no kids around, let me ask you a very serious question.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Let me ask you something dead serious.

(Kids in background.)

MR. HINKSON: I've done some things I wish I hadn't done.

THE INFORMANT: Like?

MR. HINKSON: Like right now I'm happy because Tonya is coming. One girl, what's her name, Olla, the one you didn't like her face.

THE INFORMANT: Yeah.

MR. HINKSON: She was great. I should (inaudible) She was desperate to get away from her bad situation. Nice girl, you know. The world is full of people that are desperate and have terrible lives. If they decide that they can murder me and improve their lives, they're willing to, you know.

THE INFORMANT: Well --

MR. HINKSON: All I've ever wanted was just a wife to love me and it took me a while to get over how Marie treated me. I'm looking for his phone number in the kitchen.

THE INFORMANT: I've got it out in the car, too.

MR. HINKSON: What?

THE INFORMANT: I've got it out in the car too. I can go

grab it.

MR. HINKSON: Let's go grab it. You still got the gray car?

THE INFORMANT: My gray car?

MR. HINKSON: The one (inaudible) nice one.

THE INFORMANT: Well, for about another week then I've got to give it back. But I'll take --

MR. HINKSON: Mark Grover (inaudible.)

THE INFORMANT: Glober.

MR. HINKSON: Glober. Is that what -- want me to call him?

THE INFORMANT: Yeah, go ahead.

MR. HINKSON: You want to talk to him? See if he answers. (Inaudible) my days of being single and Mormon are over.

THE INFORMANT: Dave, that's not roaming, that is conquering.

MR. HINKSON: I'm here with J.C. What are you doing? It's Hinkson. Did you try to call me? I didn't know if you had my number. You said you couldn't reach me and it's already 9:00. I figured maybe you didn't have my number. Okay. Yeah, J.C. wants to say hi too when you call back so he's here. Yeah. He's going to call back in five minutes. Okay, bye. Anyway, Julia, I invited her on a fiancee Visa. Remember the tarp?

THE INFORMANT: Yeah. What happened?

MR. HINKSON: You had your tongue hanging out?

THE INFORMANT: Yeah, of course I remember.

MR. HINKSON: Posing with Kolleena. I canceled her Visa before she came over.

THE INFORMANT: Why, over the phone, you mean?

MR. HINKSON: No, I just canceled her. She treated me like shit.

THE INFORMANT: I don't say. I'm lost.

MR. HINKSON: The problem was most of these women -- each girl has got a different story. If you really analyze it some of the girls I should have kept. Some of them are good looking but were rotten. For instance, there was one girl. You didn't see her picture. I erased it because she was (inaudible.) Her name was Elana, 21-year-old Ukrainian girl.

THE INFORMANT: This is weird.

MR. HINKSON: I had another Olga that was 6 foot tall. Had dark hair. Skinny as a rail. Medium sized knockers. You didn't see her picture either. Each one has got a story. Now, Elana, you go get Elana and marry her and you would be the happiest guy in the world. And some of them are just -- I feel bad because I didn't give them a Visa, you know. When I met Tonya I gave up with the internet thing. I said, this is all bullshit. These girls are just milking you for the money on the internet. It's all a game. They milk Americans. So I

went down to that agency. Out of 10,000 pictures I picked 100. Out of 100 I picked 10. Just kind of -- I was looking more how they looked, first impression, and I know they spoke English. No more interpreters.

THE INFORMANT: Yeah, be hard to be in bed with an interpreter and --

MR. HINKSON: I just didn't like it. And one girl, what's her name, (inaudible) she wants me to come see her. She wants me to marry her. I've never had sex with her. She's as sweet as Hell. Okay, she's just a sweetie. You could go meet this woman and you can -- she'd come back with you. I'll show you a picture (inaudible) this girl is hot shit, but she doesn't speak that good of English. And I was supposed to go see her when I met Tonya. That's not a very good picture.

THE INFORMANT: She's unbelievable.

MR. HINKSON: This is Titania -- different -- very similar name to the girl I am going to marry. She was hot, hot. I like (inaudible) she lives in Nogales.

THE INFORMANT: Whew.

MR. HINKSON: These good looking girls can't get a date.

THE INFORMANT: That's -- I'm speechless.

MR. HINKSON: This girl will do anything if I come see her. I stood her up. All these love letters she wrote me and I never met her in person. I actually stood her up, you understand.

THE INFORMANT: (Inaudible.)

MR. HINKSON: She doesn't have any money. I had to pay for her communication, but, I mean, these are all her love letters that she sent me. These are letters I sent back (inaudible.)

THE INFORMANT: Unbelievable. No wonder you didn't want to have anything to do with Tracy or Marianna or any of those girls.

MR. HINKSON: I like this one. That's sweet. You got that right. Would you want to have something to do with Marianna?

THE INFORMANT: No, I wouldn't want anything to do with her if I was a lonely guy so.

MR. HINKSON: The girl that's coming over kissed another girl.

THE INFORMANT: This is by far the hundredth power the weirdest night I've ever spent with you. You think this is so funny. Whew. I'm speechless. What's your next move? What are you going to do next?

MR. HINKSON: Keep Tonya.

THE INFORMANT: Smart. I think you must be doing well with your court stuff because you haven't had this good attitude. You haven't had it. You've been really -- you have not had it. First time since I've known you that you've had anything other than I'm moping around, I'm lonely, you know

what I mean? What are you thinking?

MR. HINKSON: Just the world is a rotten place. Actually some people out here, some of these girls I met, that really just want to be decent (inaudible) By nature I think women are nicer people than men.

THE INFORMANT: Yeah, well, that's by nature because it's hormonal. They're all not filled with raging testosterone and they're not 250 pounds. By nature they are a more docile beast.

MR. HINKSON: I do okay until I'm -- I'm a really, really nice person to get along with and the girls love me. But then they start taking advantage of me and treating me bad.

THE INFORMANT: And you allow it then.

MR. HINKSON: Then I dump them. Olga, sweet as a bug's ear but --

THE INFORMANT: If you have shown all the strength that you've shown to get all these chicks and have all this secret life you have -- this is a secret life, like a double agent here. I'm not kidding you here. That's what you remind me of. You have a secret life. It's just like a guy who has a wife but every week he's got to go out of town for business because he has another wife. That's what this reminds me of. You have this secret life with thousands of women. You've documented it. This is bizarre. Suddenly one day, hey, this is what I'm doing. If you showed the strength it takes to do

what you do there, your business, with everything else, people wouldn't railroad you and run all over you. The chicks here wouldn't run all over you and you're a dominant guy but you don't dominate except in, you know, somewhere else, apparently.

MR. HINKSON: I just can't take being treated bad. I put that Russian chick on the plane and I sent her home. I tell you her family is never going to like me, but I didn't like her after that. I don't think that -- Tonya is highly intelligent, very ambitious. I don't think she's going to treat me like this because I'm not going to tolerate it, I tell you.

THE INFORMANT: Wow. Too bizarre, too bizarre.

MR. HINKSON: I've never been rich before.

THE INFORMANT: You've been rich for a long time, though.

MR. HINKSON: Not really.

THE INFORMANT: Very well off.

MR. HINKSON: I was begging for tips in '94 for the Tropicanna. I just never thought being successful was so painful.

THE INFORMANT: Again, I say you show that strength, Cesar and you've got it.

MR. HINKSON: What strength?

THE INFORMANT: The strength you show me right now. Obviously you've been a different guy so you must be beat down and suddenly you're coming back on line again. You're just -- you're cool about things that have been going on and all this

shit. I have not yet heard you be optimistic about your court except when you get angry. But you're not angry. Like, yeah, I got it. I'm done. You're making it. You are making it happen. Suddenly you're optimistic. You're upbeat. It's just -- you're not the same guy just from five or six days ago. So what is so different?

MR. HINKSON: I've been beat up the last three days by this Marianna bitch.

THE INFORMANT: Is that her suit?

MR. HINKSON: Her report against me.

THE INFORMANT: What's her report against you for?

MR. HINKSON: She even talked to you about Annie being the one that stole the money and accused nine or eleven people, she says.

THE INFORMANT: Nine or eleven. Why would you -- with all the shit you have going why would you let that bother you? That would be the least of my worries.

MR. HINKSON: See, normally this wouldn't bother me. See, last time I fired a girl --

THE INFORMANT: Right. Oh, she took 600,000 from you. Is that the same gal? No.

MR. HINKSON: Sued the shit out of me.

THE INFORMANT: Right, but this is --

MR. HINKSON: The jury awards her the money.

THE INFORMANT: So do it the way your lawyer says.

426

Higher her back and fire her the right way. Pick up the phone tomorrow and say --

MR. HINKSON: You know this country is crazy. You wonder why there is no industry, no jobs.

THE INFORMANT: Right.

MR. HINKSON: Anybody that has anything -- put a bullseye on your chest.

THE INFORMANT: For 6,000 I'll kill her.

MR. HINKSON: 6,000.

THE INFORMANT: I know it. Where does she come up with that figure? Why does that mean anything?

MR. HINKSON: What?

THE INFORMANT: 6,000? Why would she come to you? Why would she even say that you?

MR. HINKSON: I don't know.

THE INFORMANT: You've made that statement a lot.

MR. HINKSON: Not talking about hiring hitmen, no.

THE INFORMANT: Well, if people -- yeah, you do. To me you've made it. I mean --

MR. HINKSON: I want to hurt them. I'm suing them.

THE INFORMANT: Right.

MR. HINKSON: But I didn't hand anybody money to go kill them.

THE INFORMANT: Right. When you say it, you got to quick fucking saying it if you don't mean it. Somebody is going to

jump on the deal anyway, Dave. What if she --

MR. HINKSON: I told you she made it up, man. That's what terrorizes me. It's not what I do, it's what they say I do.

THE INFORMANT: Right.

MR. HINKSON: I mean, how would you like it if they said you were a head of two militia and buying and selling machine guns and you're whacking people, all lies with no proof at all and they're up there in front of the grand juries telling them all these terrible things about you.

THE INFORMANT: But I know. I've been hanging out with you. I know what you've said to me on a dozen occasions so obviously it's come up in conversation with Marianna. You've got to stop saying shit like that, period.

MR. HINKSON: I didn't say it. Marianna is the one bringing the subject up. She walks up to me and says, $6,000 I can whack them. I'm like, why is she talking this way? Out of the clear blue, you know. What is it? I just couldn't believe what was coming out of her mouth, you know.

THE INFORMANT: But you have said it to me and you like to tell your little stories.

MR. HINKSON: I hate Dennis' guts.

THE INFORMANT: I didn't even know about him. I'm talking about the other three assholes you would like -- whatever.

MR. HINKSON: Who?

THE INFORMANT: The three feds that you hate.

MR. HINKSON: Oh, I hate them.

THE INFORMANT: So I mean, that's --

MR. HINKSON: They kicked my door down and put machine guns in my face.

THE INFORMANT: Right, but, I mean, I know what you told me. For me I just go, oh, that's just Dave. He's ranting and raving but you got to stop saying it to people or people are going to take it seriously.

MR. HINKSON: They tried to murder me for real.

THE INFORMANT: So --

MR. HINKSON: They come in here with machine guns.

THE INFORMANT: So you're going to murder them? What are you going to do? What can you do?

MR. HINKSON: I'm going to sue them.

THE INFORMANT: Right.

MR. HINKSON: That's what I have been doing. That's the frustrating part is the only thing we got is the court system which is so crooked.

THE INFORMANT: Right. So quit. That's great. Murder them in court but quit saying murdering them or --

MR. HINKSON: What I said was if you can't win in court there's nothing left to do but line them. That's where this country is at. It's to the point we've got anarchy.

THE INFORMANT: So when does that happen, though? Do you get close to losing and you go, okay, I've got to whack these guys?

MR. HINKSON: I am only one guy.

THE INFORMANT: Right. I know that. I'm just talking --

MR. HINKSON: I can't fight. That's my complaint. You've got all these stupid people running around Grangeville that are evil and wicked and that would murder you out of jealously.

THE INFORMANT: Okay, murder you out of jealously or if some douche bag like Marianna or somebody else is walking in here, made the joke in front of that guy the other day about killing those three feds, if you keep doing that in front of people, somebody is going to fuck with you or somebody is going to whack one of them mother fuckers -- no, you think that's funny. But somebody is going to whack one of them mother fuckers and they are going to go, well, that's funny, because Dave is always saying that he'll pay you money to do it. I mean, you just got to quit. I can't protect you from that shit.

MR. HINKSON: (Inaudible) comes out of here. She's got everything else.

THE INFORMANT: Why in the world is she going to mention that you solicited hit men if she solicited back to you? Again, I'm no lawyer but I do believe that is a criminal

427

offense.

MR. HINKSON: That's her game.

THE INFORMANT: My point being if you're going to do it, commit to it somewhere. If you're not going to do it, shut the fuck up. That's serious. That's from a friend. Are you listening to me at all?

MR. HINKSON: Yeah. No, the only thing I can do is if it's going to get that ugly is I need to leave the country and never come back and (inaudible) the American people.

THE INFORMANT: I would rather you do that than hurt somebody.

MR. HINKSON: That's the problem. There's too many of them. There's so many bad people in this country -- I made a comment earlier today if you had to whack the bad people there wouldn't be one of ten left. I'm outnumbered. I'm outnumbered by evil, rotten, no good people. There is so many evil, rotten, no good people that it's not worth being in this country anymore. That's the problem. You keep thinking that they are going to rise up and win.

THE INFORMANT: I always think good will prevail. That's my -

MR. HINKSON: Got 6.6 million people, most of them are political prisoners sitting in prison.

THE INFORMANT: I just don't want you to do something stupid. That's from me to you. When someone comes up to you

-- last week when you told me that, that a girl walked up to you and solicited that, I go, well, Dave's solicited me 100 times. I don't take it as being funny, you know. I take it as you being funny.

MR. HINKSON: That's Mark. Hello. What are you doing?

MARK: I'm just fine. How are you doing?

MR. HINKSON: I was just here with J.C. BSing.

MARK: Dave, if I can only talk to you for just a moment. I was on the other line and I had to finish that conversation, a client calling from Colorado (inaudible.)

MR. HINKSON: Really, clear to Colorado?

MARK: Yeah, well, he doesn't like to fly.

THE INFORMANT: When are you going, Mark?

MARK: I might be going tomorrow.

THE INFORMANT: I wish I was there. It would be so fun.

MARK: I wish you were there also. Who is this?

THE INFORMANT: You're an asshole. This is J.C.

MARK: I'm an asshole?

THE INFORMANT: Yeah, for not knowing who I am.

MARK: That's not what you said a couple of nights ago. You left your panties on my bed so --

THE INFORMANT: Hey, we're on the speaker phone.

MARK: I'm keeping them. They smell just like you.

THE INFORMANT: So you are going to Colorado? You stink. And you're driving a limo and taking a guy? What's that cost?

It must be thousands of dollars.

MR. HINKSON: That's Mark's motto: I put out.

THE INFORMANT: What? Oh my God. What's it like, a five-day trip all the way around? Four? Whew. You can't beat that deal, Mark. That's a cushy jig, buddy. Makes -- oh, I'm excellent. I'm excellent. Fantastic, okay, cool. Okay, and you're leaving tomorrow? Okay. It's excellent. I just found out Dave is a man whore. Other than that, things are good. You have no idea. You have no idea. He'll have to tell you the whole story. He thinks it's so funny. That's fine. No, I want you -- you got to do your thing. That's fine because I was going to tell you anyway for chatting. Beautiful. Do your thing. Good luck. All right. Bye.

MR. HINKSON: (Inaudible.)

THE INFORMANT: It's funny. Who cares if it's nice. It's the truth, I mean, look at you. Ooh, yuck. Right here, right here.

MR. HINKSON: (Inaudible.)

THE INFORMANT: (Inaudible.)

MR. HINKSON: (Inaudible.)

THE INFORMANT: Anyway my point was before the phone call, you got to quit.

MR. HINKSON: Yeah. They just need to leave me alone.

THE INFORMANT: (Inaudible.)

MR. HINKSON: (Inaudible.)

THE INFORMANT: I don't blame you. The whole thing is insane. This is insane.

MR. HINKSON: Insane country.

THE INFORMANT: Well, and what you go through up here and all the shit you've got going on -- see, for me I'm real clear because I'm not in the mix. So I just see it as -- like watching a boxing movie. You can see, go, you've got to duck. I can see it play-by-play, but you're in the mix of this stuff. If you say your court is doing good, you're almost out of that. You are good to go. Tonya is almost here. Cut the losses that don't work for you. Cut the shit that doesn't work for you.

MR. HINKSON: (Inaudible) release 25,000 (inaudible.)

THE INFORMANT: See, that's good then you're beating the system. I'm happy to hear that. If you're innocent I always believe that good will prevail. But maybe that's my ideologic --

MR. HINKSON: That's what worries me. I see all these people that are innocent sitting in prison.

THE INFORMANT: I can go along with that.

MR. HINKSON: All these innocent people are rotting in jail. It hurts my heart. I want to save them, you know.

THE INFORMANT: Well, I don't know what it is, but in the last week you've had just a change of attitude, your pace. Everything about you is different so, I like it. I do. I like

4128

it. You're calm. Maybe it's the girl. Maybe things are starting to come around for you.

MR. HINKSON: They moved the trial all the way to the end of the year.

THE INFORMANT: Oh, they moved it passed September now?

MR. HINKSON: Yeah, sometime. I don't exactly when.

THE INFORMANT: (Inaudible) enjoy yourself.

MR. HINKSON: I got the next -- I got the next June, July, August, I got at least five months before I even got to worry about the trial starting.

THE INFORMANT: Well --

MR. HINKSON: I've arranged to put loans on everything. The feds didn't lien anything.

THE INFORMANT: Put loans on -- I don't understand. You just started borrowing money against all your shit?

MR. HINKSON: Everything.

THE INFORMANT: Smart.

MR. HINKSON: I'll have a million dollars worth of debt, and it will all be in an offshore bank. Give me two weeks.

MR. HINKSON: See, that's brilliant. That's smart.

MR. HINKSON: I'm working hard.

THE INFORMANT: Dude, I would rather you think like that.

MR. HINKSON: Future Antiguan.

THE INFORMANT: Are you listening to me? You always talk. Listen. I would rather you think like that than think

like the shit I've heard come out of your mouth.

MR. HINKSON: I've been pretty down.

THE INFORMANT: Well, I'm telling you, you keep --

MR. HINKSON: I wonder how those feds feel when they're losing. See, they've never lost before. They've been putting people in jail left and right. And you know what (inaudible) they have been taking innocent people and throwing them in prison.

THE INFORMANT: So what are you going to do about it? What can you do?

MR. HINKSON: Well, you want the truth?

THE INFORMANT: Yeah. That's why I'm standing here.

MR. HINKSON: I'm fed up with this UCC bullshit.

THE INFORMANT: Right. So what can you do? What do you do?

MR. HINKSON: I think George is my friend, but he's promoting stuff that's going to put people in prison and these feds are harvesting people for their slave labor system. I don't want to sit here and go on the warpath against my friends and what they believe in.

THE INFORMANT: Right, right.

MR. HINKSON: But they're going the wrong direction. There is no panacea. There is no magic silver bullet. It's -- if you're going to fight Babylon, you got to use fire with fire. You got to use Babylon against Babylon. That's the

problem. And these patriots are good people. They are good Christian people and they want to use God to fight their battle. They don't want to use Babylon to fight Babylon. And they are going to jail by the thousands. And who I am to tell them -- who am I to tell them they should not use God. They should use Babylon.

THE INFORMANT: You have a seething hatred for these people.

MR. HINKSON: I really do.

THE INFORMANT: I don't blame you. I mean, for what you've got and I can't really claim to know --

MR. HINKSON: My nickname was Neal.

THE INFORMANT: Neal?

MR. HINKSON: The Juan. People were calling me the Juan. (Inaudible.) I understand the thought. Every aspect of Babylon. I understand Babylon. I'm not happy that I understand it. It might be because George Bush is my relative.

THE INFORMANT: He is?

MR. HINKSON: And the Queen of England.

THE INFORMANT: That's funny because you look like him.

MR. HINKSON: Thanks a lot.

THE INFORMANT: He's a good looking guy.

MR. HINKSON: I don't think so.

THE INFORMANT: My whole thing when I thought when I was driving up here, you told me this gal says all this weird

shit. You tell me that Marianna says all this weird shit to you last week.

MR. HINKSON: She's weird.

THE INFORMANT: That's what I'm saying. So I go, Dave is going to get himself in a heap of trouble.

MR. HINKSON: I didn't. She doesn't mention that in her letters.

THE INFORMANT: Well, and I don't think she's going to.

MR. HINKSON: Well, that don't panic me, but I'm listening to this shit. I realize my money is missing and she's talking all this crap. And I'm -- that's why I went and filled out a police report and told the police about the hit man and everything. I told the whole truth about everything before she went into --

THE INFORMANT: Smart, smart, smart. Well, what did she say? No, so it's just a matter of two people who disagree to disagree, I guess that's the way they leave it.

MR. HINKSON: I suspended her. I didn't fire her. I contend that I don't own the place so I couldn't fire her, but she robbed my house so my recommendation is her suspension.

THE INFORMANT: Good.

MR. HINKSON: And pursuant to investigation, that is.

THE INFORMANT: Do what?

MR. HINKSON: Pursuant to the investigation she's suspended.

THE INFORMANT: Right. Got you.

MR. HINKSON: You finish your smoothie already?

THE INFORMANT: No. I'm just -- I'm thinking. You've got me -- I guess there's no one else up here for you. What do you do? There's no one else here watching your back. There really isn't.

MR. HINKSON: No, there's not.

THE INFORMANT: And I see something that you keep saying over and over come back and bite you in the ass so --

MR. HINKSON: I thought I'd spend the next five months just -- I don't have to say that to get bit in the ass. These people just make it up as they go.

THE INFORMANT: I know that, but you and I know.

MR. HINKSON: That's what upsets me because I made the comment to you that if I'm being accused and I'm going to prison for it, I might as well go do it. If they are going to say that I'm this hit man going out and killing everybody and I'm going to prison, seven years for murder, I might as well have my way. I mean, if I'm guilty because they thought I'm guilty. But I can live with their system and that makes them even angrier. What would really make them angry is in the future if I hit the road after I kick their ass and tell everybody else how to do it. I did the Eddie Cane - Eddie Cane put me on the phone the other day with 5,000 of his people -- you know who Eddie Cane is?

THE INFORMANT: Excuse me, no. I have no idea.

MR. HINKSON: He goes all over the country teaching people how to fight the IRS.

THE INFORMANT: Okay.

MR. HINKSON: So he had one of those conference calls where everybody calls in. I was the speaker. I got hundreds of people, emails. I told them that if they use the UCC to go to trial they're all going to jail. I don't think anybody is telling them the true words they need to be hearing right now. They all think they can go to trial and they all think they can just say UCC, UCC and the jury is going to say, oh, okay, you know. If you want protection from these people, you need to get a thousand people knowing how to fight back, not just rolling over and being hauled away so that my buddy can sell more books called cracking the code. I'm not saying the stuff he wrote in the book is not true.

THE INFORMANT: Who wrote that damn book, the guy that wrote the book?

MR. HINKSON: An Idaho skinhead or something.

THE INFORMANT: Oh, it just said authors everywhere on that book so I was wondering who wrote that.

MR. HINKSON: Being right doesn't mean you're (inaudible.)

THE INFORMANT: I guess that's becoming more evident.

MR. HINKSON: You can win the war but -- you can win the

battle and lose the war.

THE INFORMANT: Right.

MR. HINKSON: Nobody has ever paid any attention to me in the past, you know. I've gone around telling people the truth about the government and I was way ahead of my time. I wrote that brief that you read. I think you read it.

THE INFORMANT: I did.

MR. HINKSON: I wrote that in 1992 or '91, somewhere way back. It's old but it's accurate. That brief is so old that I quoted Lopez. The Supreme Court hadn't ruled on it yet. That's why there was no Supreme Court quote attached to Lopez.

THE INFORMANT: Got you. Hum, so you think you can beat them with their own system?

MR. HINKSON: Yeah.

THE INFORMANT: Well, then --

MR. HINKSON: That's my next job to tour the country teaching others.

THE INFORMANT: I wanted to talk -- I didn't want to talk on the phone about this. I wanted to look you face-to-face and ask you exactly.

MR. HINKSON: I'm a fighter. That's my problem. I'm not (inaudible) because I'm not a drug dealer, you know. They say all these terrible things about me. Look at Marianna. I mean, I had a house that I co-signed for a guy and she lived there for two years. Didn't pay me (inaudible) I didn't collect any

rent. I've been nothing but nice to people and all I've gotten is the shaft.

THE INFORMANT: Okay.

MR. HINKSON: My problem is you go through life. You meet all these people, these American girls, and you think that people in other countries have the same (inaudible) people in different countries are as different as night and day. This country you could not find a Tonya. A girl that age, that's serious, knows what she wants, is ambitious, the mix of Tonya, you couldn't find it in this country. She's pretty. She's (inaudible) even in her country she's a find, virtuous, ambitious.

THE INFORMANT: You just need to get rid of all this mess out of your way and just pay attention to the girl.

MR. HINKSON: That's what I'm working on. When she comes I'll have all my affidavits done and I'm going to just --

THE INFORMANT: Well --

MR. HINKSON: I'm going to spend two weeks on vacation with Tonya.

THE INFORMANT: Good idea.

MR. HINKSON: Come back, work two weeks and go two weeks and all summer long.

THE INFORMANT: 9:30.

MR. HINKSON: I got to call Tonya (inaudible.)

THE INFORMANT: Do that and I'll get out of your hair.

430

What I wanted to --

MR. HINKSON: I promised.

THE INFORMANT: I want to know something for sure. This is dead serious what I'm asking you this. You talked to me about this on a couple of occasions. Do you want to do it? Do you not want to do it?

MR. HINKSON: What?

THE INFORMANT: You know what I'm talking about. I can handle it.

MR. HINKSON: What?

THE INFORMANT: Your problem with three wisemen.

MR. HINKSON: I'm just suing them.

THE INFORMANT: Okay. That's what I need to know. If you want it done I got a guy. And Annie is not around and if that's the scene, that's the scene. If not, then I don't want nothing to do with it.

MR. HINKSON: I mean, if I was really seriously that kind of person --

THE INFORMANT: Right, and I don't know.

MR. HINKSON: -- it would be --

THE INFORMANT: I don't know who you are now after tonight.

MR. HINKSON: -- it would be -- if I would have, even though I did this thing right, if I fight noble and honest and true --

THE INFORMANT: Right.

MR. HINKSON: -- and I am orchestrated to go to prison and I end up in Antigua or wherever I end up, never allowed to come back to my country, yeah. Or if I was sitting in a jail cell for the next 400 years I'd pay for that. But right now I think God is going to take care of them.

THE INFORMANT: Well, I'm glad to hear you say this.

MR. HINKSON: If I go to jail I will die there.

THE INFORMANT: Yes, I believe so, if you did, knowing you.

MR. HINKSON: Because they hate me so much. They are determined to murder me. I'm not the killer. They are the killers. And I do more to piss them off fighting them using their Babylon system than you can imagine.

THE INFORMANT: Well, I drove up here. I drove up here as fast as I could after you told me about the Marianna deal and the reason why, if you're going to do it, I'd handle it. Don't fucking have nobody else do it. Don't do nothing stupid.

MR. HINKSON: She's just talking that shit because she wanted to steal the $6,000.

THE INFORMANT: Well, that's fine. That's okay, but I also know --

MR. HINKSON: What a bargain, huh?

THE INFORMANT: I also know you mentioned it, so who knows --

MR. HINKSON: Well, I told the sheriff about it because that's what she said.

THE INFORMANT: No. I'm saying what you say and you've said to me what you'll do for me if I do. That kind of shit, that's okay. That's between you and I. That's fine, but when I'm here with that guy the other day and you said it and I'm like who's this guy. I didn't know.

MR. HINKSON: Who?

THE INFORMANT: The guy with the gun on him, the heavy dude.

MR. HINKSON: Oh, Dan?

THE INFORMANT: Is his name Dan?

MR. HINKSON: Dan Samson. He --

THE INFORMANT: No, no, no. Wasn't it Patrick? Wasn't that his name? No?

MR. HINKSON: Patrick, he's the guy that did the body work.

THE INFORMANT: Yeah, but I mean --

MR. HINKSON: He's the one that thinks the world is coming to an end tomorrow, and it might be.

THE INFORMANT: And that's fine, but I'm saying the more people you tell about this, if you're going to do it --

MR. HINKSON: I wouldn't be talking about it if I was going to go do it.

THE INFORMANT: That's what I'm saying.

MR. HINKSON: I wouldn't be in this country if I was going to.

THE INFORMANT: That's what I'm saying.

MR. HINKSON: The thing that's discouraging to me --

THE INFORMANT: What?

MR. HINKSON: -- is there are not just three guys, there's a hundred thousand of these guys and they are all just as bad. These people are out throwing innocent people in prison and somebody needs to stop them.

THE INFORMANT: Well, good. Your attitude has changed for the better and I really like hearing it differently. I thought I was going to hear the same rhetoric again and you were --

MR. HINKSON: They are losing.

THE INFORMANT: Then you've got a change of heart. What if they start winning, though, Dave?

MR. HINKSON: If they can put me in jail based upon the fact that I've done nothing wrong, then it's time not to be an American anymore.

THE INFORMANT: You would choose to leave rather than -- Well, I do prefer hearing that so -- we never talk about this when Annie was around. You would talk to me about it and I was --

MR. HINKSON: I am angry because I've got those transcripts and every time I read them I get all pissed off.

431

THE INFORMANT: That's usually when it would be. You would come up angry and say, do this, do that, I want them to suffer and blah, blah, blah.

MR. HINKSON: They just carry on constantly. They are the ones getting in front of the grand jury and saying all these lies. I'm out trying to cure tuberculosis. And they are saying I'm buying and selling machine guns. What the Hell am I buying and selling machine guns for? Is it to make money?

THE INFORMANT: I don't think you are. I mean --

MR. HINKSON: Why would I?

THE INFORMANT: Then again, Dave --

MR. HINKSON: To make a profit?

THE INFORMANT: Tonight you just showed me a side of you I had no fucking idea. I'm still going who the Hell is this guy.

MR. HINKSON: They were surprised. When they kicked my bedroom door down I don't know what they expected. I've never met these people, but they didn't expect a scrawny guy.

THE INFORMANT: Skinny Mr. Magoo with little glasses. (Inaudible) They probably thought you were a bad guy. They might not even dislike you. It might be a couple of people, this is what we do. We're just sharks, and you've got other guys that are instruments. I don't know.

MR. HINKSON: Well, Hines is the wicked guy. I mean, he's wicked.

THE INFORMANT: Hines is the -- what the Hell is -- FDA or whatever?

MR. HINKSON: The FDA does not have jurisdiction over health food supplements.

THE INFORMANT: They don't?

MR. HINKSON: No.

THE INFORMANT: Is that what he is, the FDA?

MR. HINKSON: He's IRS.

THE INFORMANT: Who came here?

MR. HINKSON: He attacked me helping the FDA.

THE INFORMANT: I don't understand how that works.

MR. HINKSON: It's illegal but the FDA has no jurisdiction either. Do you know, according to Babylon who has the jurisdiction to come attack me?

THE INFORMANT: No.

MR. HINKSON: FTC.

THE INFORMANT: FTC?

MR. HINKSON: Federal Trade Commission.

THE INFORMANT: FTC, okay. Got you.

MR. HINKSON: You got an IRS agent speaking for the FDA when it should be the FTC. And the FDA did the fraudulent search warrant. FDA that gave all the books and records to Hines. Who do you think got all the stuff?

THE INFORMANT: Well, he's just got a -- it's probably personal now so he's just an asshole.

MR. HINKSON: It's been personal since 1997. Hines has been stalking me since 1997. It's kind of like in the movie Les Miserable where the guy is chasing this guy.

THE INFORMANT: Forever and ever and ever.

MR. HINKSON: Hines just keeps coming at me and coming at me and coming at me. Ever wonder why I'm uncooperative? I'm not going to sign anything. I'm not going to cooperate. Why should I?

THE INFORMANT: You're just going to crush him.

MR. HINKSON: No. I'm just trying to back him off.

THE INFORMANT: But, I mean, the way you talk about it you're going to --

MR. HINKSON: I was -- don't forget. I was suing them for 50 million before they kicked my door down.

THE INFORMANT: That's what I mean. Do you think you're instigating a lot of it? But can you just win the case and fucking leave it alone?

MR. HINKSON: They were attacking me for three years before I filed that lawsuit.

THE INFORMANT: So it just was a counter deal? So now if they back off you are just going to let it go. Go, okay --

MR. HINKSON: I got enough stuff to get 50 million out of them now.

THE INFORMANT: How do you find out where the fuck you get assets from people? If I want to find out somebody that I

want to get assets from --

MR. HINKSON: Nexus Lexus, man.

THE INFORMANT: What is Nexus Lexus?

MR. HINKSON: Keeps track of everything in the whole country.

THE INFORMANT: Is it a website or is it a thing you call in or --

MR. HINKSON: Keeps track of all the lawsuits, all the court's files, keeps track of who owns what, who's married to who, everything. It's the computer.

THE INFORMANT: So if I want to find somebody and use that too, to get addresses, to get anything --

MR. HINKSON: Costs $400 a month of service.

THE INFORMANT: $400 a month.

MR. HINKSON: And I got it. (Inaudible) I got a Harvard law professor using my account, my dad, Rich Bellon (inaudible) in Vegas a mob lawyer. I was trained in Vegas by a mob lawyer. I was trained by a mob attorney.

THE INFORMANT: I know that.

MR. HINKSON: I've got a terrible track record here.

THE INFORMANT: Dave, you're basically a real nice guy. You're an asshole. I'm not going to lie to you. You are an asshole to people. Sometimes you are above people. Sometimes you talk down to people and you alienate yourself, kind of like Annie does. But she doesn't do it because she does that. But,

432

I mean, you have this way about you. People can misconstrue you, but I needed to know for me and I want to know where your head was at with this.

MR. HINKSON: I'm just -- I feel like I'm being stalked by a lot of people.

THE INFORMANT: Stalked.

MR. HINKSON: Yeah. They are after me.

THE INFORMANT: You mean legally, the legal eagles?

MR. HINKSON: Every way they can. Like Dennis Albers, you know, here is a guy that is stalking me. Filing false lawsuits, orchestrating people (inaudible) he doesn't give up. And yesterday I worked from 12 to 7 and today I worked from 12 to 3. I finished another affidavit (inaudible) testified perjured against me (inaudible) lied under oath and I got their affidavit. I'm going to file that next week. I'm going to diverse Dennis Albers' last attack against me. Dennis Albers is going to owe me $150,000 plus the damages. And my appeal that's going into the Ninth Circuit. I'm suing Dennis for 50 million. It's going to be reversed and be put back into place. And I'm going to get a judgment against Dennis. I'm going to have the sheriff throw him out of his law office and his house and his bitch wife, cunt, she can eat out of a trash can.

THE INFORMANT: So that's worse than killing him anyway. I mean, that's why I said do it with Marianna. Just destroy them.

MR. HINKSON: They've made my life nothing but a legal Hell. I have to rise to the occasion. I have to teach them all a lesson.

THE INFORMANT: I just wanted to be sure --

MR. HINKSON: There's so many of them. I mean, I don't got enough bullets in a gun to take care of all these people. But there's a way to hurt them and the way to hurt them is to beat them in court and teach 10,000 other people how to kick their ass. That's why I started HARPP, Help Americans Release Political Prisoners.

THE INFORMANT: That's cool.

MR. HINKSON: So I'm a trouble maker.

THE INFORMANT: Well, after our many conversations I just wanted to make sure so I drove here. I couldn't talk to you about it on the phone. You said, hey, she hit me with this and I go, how many fucking people is he saying this to. How many people is he talking to. You can't say that shit.

MR. HINKSON: That's been my frustration. I keep telling you that. I had a guy, Steve Bernard, call up here. He's an office manager. And he says to me if you don't give me half of WaterOz I'm going to tell the feds that you hired a hit man to kill Dennis Albers. And you got this IRS agent with no proof at all in front of the grand jury saying that I'm head of two militias and I'm out whacking people. So I'm not going to whack people. I'm already-- I'm already head -- since when am

I head of two militias? I'm this guy that's working in a tuberculosis clinic because I feel sorry for children that are dying.

THE INFORMANT: After tonight, I'm serious, swear to you, I don't know what you do but I'm judging you by what I feel in my heart and who you are, and if you say you're going to do something crazy then I know people that will get that crazy. And you can just (inaudible) and I know you're safe or whatever, but if you're not going to get crazy, that's even better.

MR. HINKSON: But I know there's nobody more dangerous than somebody who can think.

THE INFORMANT: Right.

MR. HINKSON: That can plan against them.

THE INFORMANT: See and I know you. This guy called -- some buy calls out of the blue and says, hey, give me half of WaterOz or I'm going to tell the feds that you --

MR. HINKSON: I told him to fuck off, and I hung up.

THE INFORMANT: But, see, I know you. You obviously at some time pitched this guy or somebody he knew or you say these things. Quite fucking saying them.

MR. HINKSON: They just know that I hate this stuff. Like I told the sheriff I got a right to hate Dennis Albers. He's (inaudible.)

THE INFORMANT: You got a right to hate anybody you like.

MR. HINKSON: That's right.

THE INFORMANT: You just don't have a right to --

MR. HINKSON: But unless you got the videotape of me handing somebody money and saying, this is to kill Dennis Albers, you don't have any evidence.

THE INFORMANT: No you don't, you don't, but I mean, if you keep saying it, and you and I have had the conversation like I said a dozen times, you keep saying it -- me, it's cool, sweat off a ducks' ass.

MR. HINKSON: Oh, I get upset.

THE INFORMANT: Right, and that's fine.

MR. HINKSON: I was dragged out of the house, brutalized. I'm going to get even. You sense that, don't you?

THE INFORMANT: That's why I'm here. I get kind of scared for you because last week you were so erratic and talking crazy and then you are totally cool on Monday. I go, okay, something is up. He's either fucking already committed to this deal. Somebody is already going to be hurt. I mean, these are real fucking people too, Dave. They've got fucking families. Let's be real.

MR. HINKSON: I don't think they're real.

THE INFORMANT: Well, there are little babies, (inaudible) boys and girls and wives and husbands and daughters, that kind of shit. They are real, though, Davey. That's real. Those are real fucking people.

433

but I promised my fiancee I was going to call her and I'm ten minutes late already. Give me five minutes, okay. No, she's told me to wake her up. I'm her --

THE INFORMANT: Alarm clock.

MR. HINKSON: I'll talk to her a long time in the morning. I promised her I would wake her up unless you want to hold (inaudible) okay (inaudible).

THE INFORMANT: Okay.

MR. HINKSON: (Inaudible.) You have no idea how hurt emotionally Dave is.

THE INFORMANT: Well, no, and I'm getting a feeling for that. I just want to see where your mental state is.

MR. HINKSON: I spent my whole life trying to help (inaudible.) Since I've started this business all I've done is try to get ready for the plaques and everything and all they have done is tried to put me out of business. Hello. I promised I would wake you up. I'm 10 minutes late. I'm sorry. You're having a shower.

UNKNOWN FEMALE: Oh.

MR. HINKSON: I can hear the water running.

UNKNOWN FEMALE: Yeah, how are you doing, Dave?

MR. HINKSON: I'm fine.

UNKNOWN FEMALE: Where are you?

MR. HINKSON: Right here sitting next to Mark. He's falling asleep on the couch. He's all sleepy here (inaudible.)

that the NSA attacked me last week. Accused me of --

THE INFORMANT: The NSA? You mean the National Security Agency?

MR. HINKSON: And the FBI.

THE INFORMANT: What?

MR. HINKSON: They accused me of hacking.

THE INFORMANT: Last week the NSA and the FBI --

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: So you did have a busy week. So 6,000 bucks and a hit man was like just sweat off the dog's balls.

MR. HINKSON: Uh-huh (affirmative.)

THE INFORMANT: So the NSA came out here last week?

MR. HINKSON: They didn't come out. They just attacked.

THE INFORMANT: I don't understand. You lost me. What did they write you an e-mail?

MR. HINKSON: They shut off my computer.

THE INFORMANT: Did they tell you?

MR. HINKSON: No. They said I was hacking. I'm a hacker. All I did is download the Judge's files to prove that he rules wrong every time for the last 18 years. Hello. Hello. Ben who? (Inaudible.)

THE INFORMANT: Ben Dover.

MR. HINKSON: I'm here. I haven't heard from you in a while. You're traveling all over, huh (inaudible). You want to call back in a couple of minutes? I got a lot to tell you,

machine gun people and shoot women holding babies. That's the kind of people we're talking about here. These are true Satanists.

THE INFORMANT: Nancy Cook doesn't kick doors down (inaudible.)

MR. HINKSON: Who do you think was involved in this Randy Weaver deal? That's the same prosecution people.

THE INFORMANT: You mean the -- what's his name, the guy?

MR. HINKSON: Randy Weaver.

THE INFORMANT: No, no. What's the guy's name, the judge that everybody hates?

MR. HINKSON: Lodge.

THE INFORMANT: Lodge?

MR. HINKSON: He's the judge that told everybody that it was okay that Bob Horiuchi -- whatever his name is -- shot that woman holding her baby. It's the same bad cluster fuck of people.

THE INFORMANT: Is he going to be your judge?

MR. HINKSON: He is my judge.

THE INFORMANT: Oh, he is. Okay.

MR. HINKSON: Ruled wrong on purpose. I got on the radio and I says that he was more evil than Adolf Hitler and a slut. And I ripped him an ass so big you could drive the Grand Canyon through it. And I did it live on the air. And he's so upset

MR. HINKSON: They are not innocent if their father is out doing this.

THE INFORMANT: Well, some four-year-old girl isn't guilty because her father is a fucking nut case or an asshole.

MR. HINKSON: Then why are we bombing all these people in Iraq then?

THE INFORMANT: Because we've got assholes in charge somewhere, but that doesn't make babies guilty.

MR. HINKSON: (Inaudible) I'm sorry.

THE INFORMANT: Then, again, what are you saying? That's what I'm asking you. Are you saying --

MR. HINKSON: I'm not saying anything. I'm just saying the innocent get hurt all the time because these assholes are doing bad things to people. I didn't go kick their doors down.

THE INFORMANT: Right. I know you didn't.

MR. HINKSON: What if my children had been here?

THE INFORMANT: Probably been a little frightening but I assume the guys would be very cordial and respectful to children. If they are not, they are a bunch of fucking assholes.

MR. HINKSON: They are a bunch of assholes.

THE INFORMANT: Anybody that mistreats children needs a fucking --

MR. HINKSON: These are not nice people. These are people that basically murder people and kick doors down and

434

these affidavits. I'm getting ready to file my brief on racketeering. I'm going to sue Dennis Albers for another 50 million, two 50 million dollar lawsuits against him.

THE INFORMANT: Do you think Marianna is crazy. What the fuck is her name? Do you think she's crazy enough to have somebody do that just to fuck with you or frame you or get you in trouble?

MR. HINKSON: She wanted to be able to steal the $6,000 I think and then make me so that I could not mention it because in other words she thought they would be talking about the hit man. She has my $6,000 and then I can't accuse her of stealing the $6,000.

THE INFORMANT: Well, obviously you can't take her to court because it's hearsay but you keep her the fuck away from you.

MR. HINKSON: That's my point.

THE INFORMANT: Yeah, keep her the fuck away.

MR. HINKSON: Lonnie is over there on her side. He's doing her.

THE INFORMANT: I know and nobody is going to hurt any of these fucking people because she set some stupid thing in motion.

MR. HINKSON: She wants -- she wants to back off and she wants her job back. The problem is she's insane, and she's worked a lot of other jobs around this community and every

you down like that.

THE INFORMANT: Right.

MR. HINKSON: My probation officer showed up. I think it was last Thursday. Says we have rumor that you're selling and buying machine guns.

THE INFORMANT: What are they going to do? If you're on probation can you have guns?

MR. HINKSON: No. Well, I've got a hunting rifle.

THE INFORMANT: What about the fucking pistols?

MR. HINKSON: They didn't ban those.

THE INFORMANT: Oh, they didn't ban the pistols? Oh, okay. So you can have those on your probation. I mean, that's cool. They are not going to come in here and take you to jail for having a .22 or a .45 and go, oh, you can't have this. At least they haven't told you that anyway. Might be something to think about.

MR. HINKSON: Where are they getting all this gun stuff from? It's coming from Dennis Albers.

THE INFORMANT: Oh. I figured they came in here and found them. Didn't the guys come in here, found them and inventoried them?

MR. HINKSON: Dennis Albers, that's why I was doing all these affidavits. I got all these people that Dennis Albers called into his office and says will you lie and say that David is buying and selling machine guns. I got a whole stack of

nothing. They are going to get snake eyes.

THE INFORMANT: Oh, Nicholas Cage, you're so hot. Well, you and I are going to know each other until we're old -- fuck'em with seniority old -- no, I'm kidding you, but until we are old men, so I just wanted to know where your head was because you've been really off the charts lately. I had no idea the NSA was cracking down on you. No idea the FBI was cracking down on you. No idea hit men were being contracted.

MR. HINKSON: They are upset because I downloaded all the Judge's files. I said on the radio show he rules wrong for 18 years and never appeals another court. You can't go on my computer right now and go to the U.S. website. It won't let me in.

THE INFORMANT: Whew, tangled web we weave.

MR. HINKSON: Well they must be nervous if they are shutting me out of public access.

THE INFORMANT: Right.

MR. HINKSON: I'm not a hacker. I'm just going into the regular files, look at the regular stuff and downloading regular stuff. That is not illegal.

THE INFORMANT: And have they freed you up yet?

MR. HINKSON: No, I'm still locked out.

THE INFORMANT: Well --

MR. HINKSON: My lawyer is in their face and Brit is saying, why. But you know you got them stirred when they shut

His head on my chest.

THE INFORMANT: (In bathroom.) I'm getting ready to call it a night. I'll squeeze a couple of more times here, and then I'll be out and I'll call you.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Crying again.

MR. HINKSON: Who?

THE INFORMANT: Get her crying again. Good night, Buddy. I just wanted to know -- I mean, that's -- she is, but if your head is screwed on and you're okay, then you're good.

MR. HINKSON: Well, it really helped moving the trial date later. I needed more time to kick their butts.

THE INFORMANT: So you were feeling squeezed?

MR. HINKSON: Oh, yeah.

THE INFORMANT: When it gets closer to trial time are you going to get fucking cooky again? I mean, because that's cooky. Let's be real.

MR. HINKSON: No, I'm not going to get cooky.

THE INFORMANT: You need to -- priorities need to be straight.

MR. HINKSON: I'll have this dismissed long before September.

THE INFORMANT: Okay.

MR. HINKSON: Yeah, 30 days I'll have enough of the value sent offshore that even if they were to get me, they got

place she's ever worked does not want anything to do with her.

THE INFORMANT: Well, I'm telling you, I got that from all of them. I was down looking at a truck in the valley here in Harpster, looking at a little truck, $400 basket of shit rust case and the guy says, oh, WaterOz, I know a girl up there. He went into this whole thing about this Mexican girl. I go, yeah, Marianna, and he says, don't go near her, have nothing to do with her. I go, why? I didn't want to say anything. He says, apparently she went down to Mexico and took some guys -- took his his father-in-law's 25 grand.

MR. HINKSON: Yep, yep.

THE INFORMANT: For a kid, went down there for the kid.

MR. HINKSON: She sold a baby that didn't exist.

THE INFORMANT: Yeah, and then said I was robbed or whatever and came back to the guy -- and I think it was maybe a little on the sly anyway, hey, bring me a baby, the couple just really wanted a kid, I mean, they just really wanted a kid.

MR. HINKSON: She milked them.

THE INFORMANT: So she got all the money. So, I mean, this is a conartist thief to the hilt.

MR. HINKSON: And Lonnie is defending her right now.

THE INFORMANT: Well, he loves her. I can't blame him for that.

MR. HINKSON: Here is a girl that calls up Lonnie's wife and says I'm fucking your husband.

THE INFORMANT: Well --

MR. HINKSON: She bragged about this to me. She says, yeah, ha, ha, ha. I called up Lonnie's wife and I says I'm doing your husband, ha, ha, ha.

THE INFORMANT: Do you trust her not to fuck you doing something crazy though?

MR. HINKSON: She's insane. Why do you think I want her gone.

THE INFORMANT: That's what I mean. She knows all --

MR. HINKSON: I don't need this intrigue.

THE INFORMANT: That's what I mean she hires some fucking dirt-bag Mexican to go whack Lodge or Hines or Hine or whatever the Hell his name is.

MR. HINKSON: I'm happy as long as she don't tie me to it.

THE INFORMANT: Well, that' what I'm saying.

MR. HINKSON: If you want to go do it, I don't want to know about it.

THE INFORMANT: No, no, that's what I'm saying. Hell, no, I don't want to do it. I know guys that can do that kind of shit and I don't want to know about it if it happens.

MR. HINKSON: All I'm saying is these people are so wicked and evil that they deserve to be smitten by God today. These are bad people. I got on the radio and I said that Lodge was worse than Adolf Hitler. This man sits there and throws

innocent people in prison every single day. That's his job description. And he's wicked. What have I got to lose? He already hates my guts. He already is going to rule against me every chance he has. I might as well tell the world he's a demon bastard from Hell. What the Hell.

THE INFORMANT: And that's why I'm sitting here going because you have this attitude, because he's running around saying those things, I just want you to make sure for a fact that bitch ain't going to go do something crazy.

MR. HINKSON: I went on the radio and told how bad he was.

THE INFORMANT: Well, that's fine. If some crazy whacko does that, that's their own business.

MR. HINKSON: (Inaudible) he's really pissed.

THE INFORMANT: Okay, but I'm just saying, you're positive that bitch ain't going to do shit because you need to preempt it if she is because you can't have that out there.

MR. HINKSON: She is pathological, no good.

THE INFORMANT: You think it's BS on her part? She's not going --

MR. HINKSON: She's all BS, unless she's stealing money. She's just amazing. She is such a piece of shit.

THE INFORMANT: I don't know if she's amazing but I don't really know the broad, just everything I hear about her and Annie would tell me the crazy shit she would do and the girls

in the office would tell me crazy shit and it -- just -- Dave, why do you keep her? What is wrong with you?

MR. HINKSON: Like right now, how do I get rid of her?

THE INFORMANT: Well, then maybe you got to hire her back and fire her for legitimate reasons.

MR. HINKSON: (Inaudible).

THE INFORMANT: Leave a couple of hundred dollar bills marked (inaudible) that fucker is going to be gone. Let's be real.

MR. HINKSON: A sting operation to set her up, to catch her?

THE INFORMANT: Yeah. This time you get to be the Fed.

MR. HINKSON: She's already done enough to me.

THE INFORMANT: You can dress up like a Fed. We'll order you a fed hat and fed jacket.

MR. HINKSON: She already done enough to me (Inaudible) I just don't own (inaudible). They've spent millions of dollars trying to prove that David owns WaterOz and they are so stupid. The foreign corporation owns WaterOz. Do you know that foreign corporations aren't supposed to file tax returns.

THE INFORMANT: They are or aren't?

MR. HINKSON: Aren't. You're not. They are going the wrong direction. They are trying to prove that I didn't file and I'm the real owner.

THE INFORMANT: There might be just a lot of -- so much

436

THE INFORMANT: I need more water.

MR. HINKSON: The only way to win pretrial -- they bar the legal arguments during the trial if you don't make them before the cutoff date for the trial.

THE INFORMANT: Davey, I'm going to get out of here so you can go to bed and do your thing. I can go to sleep. I don't know if I'm going to stay here or if I'm going down the hill, but either way I'll definitely -- I'll definitely be back either tomorrow or by Monday because I've got to help OJ move.

MR. HINKSON: Okay.

THE INFORMANT: Depends on when he needs me to do it. So I'll run down there.

MR. HINKSON: Okay.

THE INFORMANT: But I'll be back because I've got to get that car out of Maddy's garage and you're stuck with Anthony's vehicles. How do you like that?

MR. HINKSON: (Inaudible.)

THE INFORMANT: You got nothing but crap in there anyway. Okay, Bud.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Goodnight, Buddy. Davey, goodnight. (Inaudible) somebody was scared straight. (Inaudible) he was a totally different guy tonight.

(Whereupon the tape ended.)

- - - - - -

MR. HINKSON: Yeah, it's just Dave calling you back. You got the number. Bye. Yeah, that's what I was upset about is all these people talking all this shit, you know. I got a call today from an undercover fed. I could smell it.

THE INFORMANT. From what? What did he say?

MR. HINKSON: (Inaudible.)

THE INFORMANT: That guy, that guy.

MR. HINKSON: (Inaudible) inject in your vein, will that do something for your brain? I said, I don't know nothing about that. I can tell (inaudible) what's up (inaudible). Got some red flags going here. I've got 35 issues, 1,000 Supreme Court rulings all making it go away, pretrial.

THE INFORMANT: I want to get out of here.

MR. HINKSON: Stalling. We're going to do some evidentiary hearings in the next couple of weeks like the IRS agent guy in front of the grand jury said that I was head of two militias. I was murdering people and buying and selling machine guns, blah, blah, blah. Thinks he's God. He didn't file and he's supposed to file his tax returns and we are going to say, okay, show us the law that says Mr. Hinkson had to file and also where is your proof that Mr. Hinkson bought and sold machine guns. Where is your proof that he thinks he's God. And is there a law that says Mr. Hinkson can't think he's God. So we got the evidentiary hearing and all I'm trying to do is gather this stuff up (inaudible.)

THE INFORMANT: Well, right this second or when?

MR. HINKSON: You are going back to California already?

THE INFORMANT: No, I'll go back down to Boise. I've got to help OJ move this weekend.

MR. HINKSON: Help OJ?

THE INFORMANT: Yeah. He's got a really hot chick. Oh my God she's hot.

MR. HINKSON: Where did he find her?

THE INFORMANT: In the bar, DJing, so -- and he does that on the weekends.

MR. HINKSON: He actually found a girl which is interesting?

THE INFORMANT: Which is bizarre. I don't know if she's interesting, but she's hot looking and, you know, he's --

MR. HINKSON: She Oriental or --

THE INFORMANT: She's Hispanic, Monica, a good looking girl. But, anyhow, I will be back Monday.

MR. HINKSON: (Inaudible.)

THE INFORMANT: Well maybe not now. You had a bad experience. What I'm saying is I will be back by Monday to get my car at least, and I've got to drop off all the boxes and pay Jeri and all that crap. But I want to talk to you about this.

MR. HINKSON: (Inaudible) is not answering. I called his cell. He must be on it. Their message system.

THE INFORMANT: Okay.

chaos out there, Dave, I'm trying to pick out what's what and I'm just looking out. I'm trying to protect you.

MR. HINKSON: There's chaos.

THE INFORMANT: If you're doing something weird.

MR. HINKSON: (Inaudible.)

THE INFORMANT: I'll let dead dogs lie. You got it covered. You've got time. Mark is going to call. Who was on the phone?

MR. HINKSON: Benny.

THE INFORMANT: Who is Vinya?

MR. HINKSON: Benny is a friend of mine. He's an attorney.

THE INFORMANT: Oh, Benny. I thought you said Vinya. Is he down in Vegas?

MR. HINKSON: (Inaudible.)

THE INFORMANT: I like him already. I got to get his book.

MR. HINKSON: Well (inaudible) he's a big bullshitter, but he knows more law than (inaudible.) Find my address book. (Inaudible.)

THE INFORMANT: Well, I may or may not stay the night at Annie's and come back tomorrow but I'll definitely come back a weekend Monday because I've got to get my car up here. I've got to get back.

MR. HINKSON: Where are you headed to now?

437

bragged [1] 170:2
bragging [1] 72:5
brain [10] 19:8 19:18 19:21 20:8 20:10 20:22 75:23 78:8 78:9 175:9
brainwashing [1] 9:13
brand [1] 4:7
bread [2] 10:17 29:19
break [4] 13:11 13:12 44:16 53:14
breaking [1] 44:19
breathe [1] 19:14
brews [1] 25:18
brief [4] 55:23 147:6 147:9 168:1
briefs [1] 56:24
brilliant [1] 141:20
bring [9] 17:10 36:2 50:3 51:10 76:10 123:5 123:8 123:11 169:16
bringing [3] 11:14 52:19 134:16
brings [1] 101:14
Brit [1] 166:24
broad [4] 27:10 65:19 101:6 171:24
broads [8] 91:13 93:9 96:3 101:6 103:10 106:6 109:2 115:11 115:17
brochure [1] 43:15
broke [2] 12:13 77:11
brother [4] 6:25 17:23 31:4 81:16
brought [2] 21:20 50:9
brutalized [1] 160:13
BS [5] 94:15 108:17 109:24 171:19 171:21
BSd [1] 104:14
BSing [2] 98:21 99:8 138:7
bubba [1] 91:20
buck [1] 14:18
bucks [3] 12:9 41:17 163:10
bud [2] 29:15 176:19
buddy [10] 17:16 36:16 81:16 98:2 103:3 120:10 139:5 146:14 165:9 176:21
buffalo [5] 23:24 23:24 24:2 32:15 48:8
bug's [1] 130:14
bugging [4] 28:18 64:10 64:10 64:11
build [2] 79:10 119:2
builder [1] 22:12
building [1] 59:19
built [2] 60:2 95:2
bullet [1] [illegible]
bullets [2] 55:12 158:6
bullies [1] 56:18
bullseye [1] 133:6
bullshit [10] 8:17 19:11 52:13 55:8 65:2 65:21 111:22 124:14 127:24 142:13
bullshitter [1] 173:18
bullshitting [1] 65:25
bully [2] 47:4 47:5
bummed [1] 46:15
bummer [1] 118:15
bumper [1] 106:13
Bumpers [1] 106:16
bunch [9] 19:10 30:7 51:12 51:15 56:11 58:7 95:18 161:19 161:21
bundle [3] 72:25 73:25 74:2
burned [1] 80:2
Bush [1] 143:17
Bush's [1] 34:18
business [7] 25:7 40:19 130:21 131:1 164:14 164:16 171:13
busted [1] 103:3
busy [2] 35:5 163:9
butt [2] 2:9 58:7
butts [1] 165:12
buy [10] 15:5 21:19 23:25 25:15 79:14 83:4 84:21 100:12 122:5 159:16
buying [4] 134:7 153:7 153:8 167:5 167:25 175:17
buzz [2] 106:3 106:23
bye [3] 107:7 123:18 126:23 139:13 175:2
Cage [1] 156:2
calcium [1] 21:7
California [4] 56:7 78:11 81:5 174:2
calls [6] 21:20 123:10 146:5 146:6 159:16 169:24
calm [6] 81:20 82:11 85:6 98:1 114:12 141:1
calming [1] 28:21
calves [1] 118:25
camera [1] 85:1 95:19 111:18
cameras [1] 69:24
camp [1] 3:21
camped [1] 3:22
campus [1] 52:19
canceled [2] 127:4 127:7
cancer [1] 79:12
candy [1] [illegible]
Cane [3] 145:23 145:24 145:25
cannot [2] 41:14 110:21
canyon [4] 59:21 62:4 102:25 162:24
capital [1] 49:15
Capitalist [1] 14:17
Capone [2] 49:24 50:17
car [12] 4:7 23:16 24:5 43:12 106:10 125:23 125:25 126:3 126:4 173:23 174:21 176:15
carbonate [1] 21:7
card [1] 61:23
care [10] 5:15 5:18 8:24 25:6 25:20 73:1 78:14 123:20 150:6 158:6
cared [1] 113:7
cares [1] 23:19 35:16 139:15
Carey [1] 114:13
carpet [1] 31:1
carry [1] 153:4
carrying [1] 65:3
cars [3] 56:7 56:9 56:11
cartoon [1] 58:17
case [11] 5:7 5:7 52:3 58:9 97:2 101:22 105:1 118:2 155:16 161:4 169:5
cases [1] 56:21
cash [3] 47:3 76:25 77:3
cat [1] 19:25
catch [1] 88:18 88:20 172:10
catching [1] 98:11
caught [2] 43:23 88:18
caused [1] 42:17
cave [1] 51:1
cell [2] 150:4 174:24
census [8] 54:2 54:7 54:8 54:10 54:14 54:17 54:17 54:18
certain [3] 54:24 55:2 63:15
CERTIFICATE [1] 177:2
Cesar [1] 131:20
chalk [1] 20:8
champion [1] 86:25
chance [2] 70:13 171:4
change [5] 8:14 8:15 42:22 140:24 152:15
changed [illegible] 152:10
changes [1] 25:25
changing [1] 96:25
chaos [2] 173:1 173:3
character [1] 58:17
charge [2] 33:14 161:7
charged [5] 37:7 37:10 49:17 49:25 51:13
charges [1] 31:7
charts [1] 166:6
chase [2] 28:13 78:1 97:15
chasing [3] 28:12 97:12 155:3
chattering [4] 29:2 29:17 30:15 30:17 30:25 57:7 57:11 63:8
chatting [1] 139:12
cheat [1] 78:24
check [11] 10:16 82:13 84:8 87:16 105:3 105:3 107:23 108:1 113:19 114:5 115:8
cheese [1] 26:4
chest [2] 133:7 165:1
Chicago [1] 95:2
chick [25] 17:9 71:4 76:14 78:16 82:6 82:8 84:7 86:24 88:23 89:8 91:1 94:1 97:16 102:5 102:12 109:14 110:12 112:11 112:12 114:8 118:14 121:12 123:6 131:6 174:6
chicks [30] 13:5 63:10 63:16 63:17 71:19 80:25 87:6 87:17 90:25 92:6 92:24 93:13 94:11 94:12 97:23 98:1 99:8 103:2 103:5 103:8 103:15 103:23 106:24 108:25 109:7 113:11 116:12 121:14 130:17 131:2
child [3] 57:22 63:12 87:22
children [9] 6:4 28:24 29:3 29:17 30:15 30:17 30:25 32:16 35:1 36:25 38:11 57:7 57:11 57:24 58:13 159:2 161:16 161:19 161:22
Chinaw [1] 63:23
chocolate [2] 80:15 82:2
choose [3] 74:20 91:5 152:20
Chris [1] 92:7
Christ [1] 82:18
Christian [1] 143:2
church [4] 8:24 9:3 9:7 10:14
churches [2] 121:16 121:17
circled [1] 40:8
circling [1] 99:21
Circuit [1] 157:18
citizen [3] 43:21 54:7 75:25
citric [1] 23:25
city [2] 67:5 91:15
Civil [2] 50:4 54:17
claim [1] 143:11
classes [1] 77:20
clean [5] 98:8 108:23 108:23 109:1 123:23
cleaned [1] 60:18
clear [4] 63:1 134:18 138:11 140:5
cleavage [3] 83:22 87:23 88:11
clerk [11] 38:15 38:17 38:21 38:22 39:12 39:15 39:16 39:19 39:22 40:23 41:12
cleverly [1] 60:8
click [5] 102:12 106:8 106:8 106:8 106:8
client [1] 138:10
climb [1] 27:8
clinic [2] 79:10 159:2
clock [2] 96:18 164:4
close [2] 96:24 136:2
close-ups [1] 122:12
closed [2] 24:6 24:7
closer [1] 165:15
closet [7] 5:7 5:7 82:9 84:6 94:12 118:2 119:18
clothes [1] 112:21
cluster [1] 72:16 72:17 162:17
clutching [1] 13:21
co-signed [1] 147:24
coast [1] 57:6
coat [1] 122:6
coats [1] 69:25
cob [1] 67:1
cock [1] 113:19
cockroach [1] 20:5
code [3] 17:11 17:13 146:15
cold [4] 75:25 78:17 111:15 116:20
collect [2] 56:20 147:25

appear [3] 40:3 41:10 43:6
appeared [2] 40:11 41:11
apples [1] 120:3
approach [1] 65:9
April [3] 59:12 59:12 177:9
area [2] 12:15 60:17
argue [2] 32:22 33:15
arguments [1] 176:3
Arizona [1] 81:10
arranged [1] 141:12
arrest [1] 41:14
article [4] 53:21 54:1 73:21 74:3 74:5 74:10
articles [1] 73:22
articulate [1] 102:4
artist [2] 109:24 111:23
asleep [1] 164:25
aspect [1] 143:15
ass [24] 9:24 20:1 27:2 27:8 43:7 47:4 47:5 47:7 48:10 51:24 52:25 55:24 65:18 67:1 73:11 74:1 86:4 99:13 145:9 145:11 145:22 158:9 160:9 162:24
asset [1] 46:9
assets [3] 45:13 155:25 156:1
asshole [6] 138:17 138:18 154:25 156:22 156:23 161:4
assholes [3] 134:24 161:7 161:13 161:20 161:21
assume [2] 64:23 161:18
asswipe [1] 112:6
attached [1] 147:11
attack [4] 54:4 56:6 154:14 157:16
attacked [2] 154:10 163:1 163:13
attacking [1] 155:18
attention [2] 147:3 148:14
attitude [6] 56:7 85:11 129:23 140:24 152:10 171:7
attorney [7] 31:8 33:18 36:20 68:9 68:11 156:18 173:12
attracts [1] 21:14
August [1] 141:9
authority [2] 50:2 59:9
authors [1] 146:20
automobile [1] 73:17
average [1] [illegible]
awards [1] 132:24
away [14] 5:12 14:15 24:24 46:13 47:17 51:1 64:7 67:12 71:9 125:15 146:14 168:14 168:17 175:12
awesome [4] 43:16 48:13 56:16 112:19
awful [1] 58:15 92:2 162:17
Babble [1] 58:15
babe [2] 61:6 122:12
babes [2] 62:10 62:12
babies [3] 2:24 2:24 160:22 161:8 162:1
baby [4] 6:17 162:17 169:13 169:16
Babylon [11] 51:8 142:24 142:25 142:25 143:3 143:3 143:6 143:16 143:16 150:14 154:13
Babylonian [2] 34:10 55:8
backed [1] 41:21
background [10] 29:2 36:25 38:11 57:7 57:11 57:24 58:13 63:8 63:25 125:7
bad [37] 7:17 21:15 27:18 30:6 31:16 31:25 36:22 44:16 46:13 46:14 50:17 50:17 51:1 51:8 67:14 73:12 78:21 82:2 93:20 100:8 101:10 101:11 119:21 120:3 125:15 127:22 130:12 131:5 137:13 137:14 152:8 153:20 161:14 162:17 170:24 171:10 174:19
bag [2] 2:18 136:11
bagged [1] 103:8
Baghdad [1] 60:15
bailiff [1] 34:17
balcony [2] 14:3 14:9
balls [3] 56:17 79:16 163:10
ban [2] 167:10 167:11
banging [1] 121:15
Bangkok [2] 99:3 99:4
bank [1] 141:19
bankers [4] 48:25 49:1 49:1 49:2 49:7 49:7
banking [2] 48:21 48:23
bar [4] 23:22 25:19
bar-hopping [2] 24:12 24:14
bargain [1] 150:23
Bartender [1] 79:20
base [1] 14:8
based [2] 8:16 152:17
basement [1] 61:7
basis [2] 18:22 25:25
basket [1] 169:4
bastard [2] 119:7 171:5
bathroom [1] 165:2
battery [1] 2:18
battle [2] 143:3 147:1
Bay [1] 115:13
beach [4] 79:13 84:17 84:17 84:19
beaches [1] 79:13
beast [1] 130:9
beat [8] 42:13 45:14 55:10 131:23 132:7 139:4 147:12 158:8
beating [1] 140:14
beautiful [6] 13:19 72:1 83:11 117:11 121:23 139:12
Becky [2] 30:9 30:11
become [4] 38:6 52:17 72:25 74:11
becoming [1] 146:24
bed [4] 84:4 128:5 138:21 176:6
bedroom [2] 80:12 153:17
beers [3] 24:21 24:21 24:22
begging [1] 131:16
begin [1] 59:11
behind [1] 2:7
believable [1] 64:16
believing [1] 79:4
Bellon [3] 76:9 77:1 156:16
below [4] 34:9 61:13 61:15 62:2
Ben [2] 163:21 163:22
Benny [1] 173:9 173:11 173:13
Bernard [1] 158:19
best [3] 23:16 55:12 73:19 83:22 91:13 97:2 177:4
bet [3] 79:19 117:11 117:11
better [18] 10:11 10:21 10:22 19:15 56:25 58:2 67:15 84:12 84:14 85:12 88:17 90:16 99:14 109:23 122:11 159:10
between [5] 15:11 34:5 63:14 91:5 151:5
beyond [1] 28:5
big [14] 14:3 14:6 29:5 52:18 54:11 57:23 67:5 85:22 85:24 90:5 111:4 119:1 162:24 173:18
biggest [1] 70:23
bikini [3] 74:22 95:25 111:11
bills [2] 37:3 172:7
binding [1] 40:17
binds [1] 75:20
bing-bing [2] 75:3 75:8
biology [1] 73:6
bird [1] 5:6
bishop [2] 9:1 27:18
bit [9] 10:22 44:17 93:25 101:2 106:4 107:7 112:23 121:11 145:11
bitch [11] 91:24 112:16 112:18 112:18 113:9 114:20 120:11 132:8 157:22 171:9 171:16
bite [1] 145:9
bizarre [13] 68:20 68:20 68:21 68:24 68:25 76:3 106:19 113:24 119:5 130:24 131:11 131:11 174:13
black [1] 14:11
blackboard [1] 20:8
blackmail [3] 65:15 67:23 68:22
blah [15] 70:13 70:13 70:13 77:20 77:20 77:21 98:23 98:23 98:23 153:3 153:3 153:3 175:18 175:18 175:18
blame [6] 64:8 69:15 76:17 140:1 143:10 169:22
bless [1] 66:19
blessings [1] 28:6
blind [1] 57:25
block [2] 56:18 99:23
blood [2] 20:18 104:15
bloodstream [1] 19:20
blow [2] 63:1 74:4
blue [8] 2:18 64:20 103:21 109:2 119:23 124:13 134:18 159:16
boat [1] 90:25
Bob [1] 162:16
body [14] 2:4 14:15 14:15 22:12 88:23 95:14 95:25 99:6 106:12 118:17 118:18 118:23 118:24 119:4 151:16 177:6
Bognis [3] 55:15 55:16 55:22 56:21 57:5
boilermakers [1] 24:22
Boise [3] 4:10 26:7 26:8 66:13 77:20 123:10 174:3
bombing [1] 161:5
bombs [5] 60:10 60:13 60:14 60:14 60:16
bone [4] 72:17 89:8 91:12 91:14
boned [3] 87:17 97:16 99:8
bones [1] 94:13
boning [1] 96:3
boobies [1] 85:22
boobs [1] 82:14
book [7] 66:17 146:16 146:17 146:18 146:21 173:17 173:19
bookkeeper [1] 83:4
books [3] 73:23 146:15 154:22
boom [4] 14:8 14:8 14:8 14:8
border [1] 57:9
borders [1] 54:3
bored [2] 67:3 99:20
boring [1] 75:11
born [1] 74:15
borrowing [1] 141:15
boss [1] 39:10
bother [3] 78:22 132:16 132:18
bottles [1] 62:5
bottom [1] 50:20
bought [5] 15:19 15:25 70:23 112:21 175:21
bounce [1] 60:10
bounty [3] 44:22 44:24 44:25 45:12 46:5 46:8 51:24
Bow [5] 21:19 21:20 21:21 100:12 100:13
box [1] 13:13
boxes [1] 174:21
boxing [1] 140:7
boy [11] 58:19 58:20 58:22 74:12 83:11 83:16 84:24 98:12 113:15 117:3 119:2
boyfriend [2] 68:14 90:6
boys [1] 160:23

$1,000 [1] 15:4
$100 [1] 15:5
$150,000 [1] 157:17
$176 [1] 40:3
$25,000 [3] 44:22 45:4 46:8
$400 [3] 156:13 156:14 169:4
$6,000 [5] 134:16 150:20 168:8 168:11 168:12
$600,000 [1] 68:19
'91 [1] 147:8
'94 [1] 131:16
.22 [1] 167:14
.45 [1] 167:14
00 [3] 28:25 124:22 126:21
02-0142-C-EJL [1] 1:4
1 [2] 54:1 124:11
1,000 [1] 175:11
10 [8] 30:12 34:13 34:17 39:4 61:16 102:6 128:2 164:17
10,000 [2] 128:1 158:8
100 [4] 61:20 128:1 128:2 138:2
12 [7] 30:12 32:8 32:10 46:24 75:3 157:12 157:12
1200 [1] 61:15
14 [2] 6:10 96:24
15 [3] 12:9 89:2 89:3
16 [2] 32:12 83:13
17 [1] 109:7
18 [3] 13:20 163:20 166:10
18-year-old [1] 13:19
18-year-olds [1] 13:16
1800 [2] 60:4 61:10
19 [1] 13:20
1992 [2] 37:4 147:8
1997 [2] 155:1 155:2
20 [7] 7:20 12:9 13:20 43:18 55:24 72:23 78:16
20,000 [1] 113:23
200 [3] 61:1 61:3 61:19
2003 [3] 1:8 177:7 177:9
21 [3] 88:25 96:24
21-year-old [1] 127:15
22 [4] 7:24 79:15 90:16 97:14
24 [1] 101:14
25 [3] 6:4 27:20 47:23 48:3 169:10
25,000 [1] 140:13
250 [1] 130:8
26 [1] 27:20
26th [1] 3:20
27th [2] 1:8 177:6
3 [1] 157:13
3-27-03 [1] 2:3
30 [12] 32:25 33:5 33:14 53:15 53:16 53:17 57:3 96:17 103:7 117:1 148:23 165:24
300 [2] 13:16 13:18
30s [1] 71:23
30th [1] 177:9
33 [1] 105:11
35 [1] 175:11
40 [3] 6:25 61:16 117:1
400 [2] 62:1 150:5
43 [1] 49:17
45 [1] 50:11
46 [2] 72:2 78:15
49 [1] 2:4
4th [1] 97:7
5 [2] 2:4 32:10
5,000 [2] 60:6 145:24
50 [6] 41:17 155:14 155:22 157:18 168:2 168:3
50,000 [2] 85:1 85:13
500 [1] 60:21
55 [2] 6:21 43:18
55-year-old [1] 6:18
6 [1] 127:17
6,000 [6] 64:21 65:18 133:8 133:9 133:13 163:9
6.6 [4] 32:2 32:7 35:2 137:22
60 [3] 32:11 43:11 106:6
600,000 [2] 68:5 132:20
65 [1] 43:20
655 [2] 1:25 177:12
7 [2] 28:25 157:12
70 [1] 43:18
7th [1] 78:22
80 [4] 32:20 43:20 52:21 77:19
80s [1] 22:7
8th [1] 78:22
9 [5] 96:17 96:24 124:22 126:21 148:23
90 [1] 32:20
9th [1] 97:10
abiding [1] 43:21
ability [1] 177:5
able [7] 29:24 55:9 59:8 59:16 98:6 122:6 168:8
above [2] 55:6 156:23
abs [1] 83:16
absolute [1] 5:18
abuse [1] 119:25
access [1] 166:16
accident [3] 42:1 64:14 73:17
according [2] 40:17 154:13
account [1] 156:16
accurate [1] 147:9
accuse [3] 18:25 34:11 168:11
accused [4] 132:13 145:15 163:1 163:6
acid [1] 23:25
act [4] 12:10 31:17 59:4 98:8
acted [1] 68:14
acting [2] 63:7 69:3
action [3] 26:25 27:1 27:2
active [2] 8:24 9:2
Adam [1] 62:15
address [2] 29:22 173:19
addresses [1] 156:12
admit [2] 39:19 58:11
Adolf [2] 162:23 170:25
adorable [1] 98:12
advantage [2] 124:6 130:12
affidavit [7] 39:25 41:11 41:13 41:12 58:9 157:13 157:15
affidavits [4] 39:22 148:16 167:23 168:1
affiliated [1] 49:7
African [1] 83:2
again [14] 10:18 48:16 79:17 100:23 110:3 131:19 131:24 136:25 152:12 153:11 161:10 165:6 165:8 165:16
against [13] 25:22 55:8 132:10 132:11 141:15 142:19 142:25 157:14 157:16 157:20 159:14 168:3 171:3
age [6] 7:23 16:12 27:22 72:6 78:21 148:6
agency [4] 15:24 38:8 128:1 163:3
agent [15] 2:3 2:3 19:2 19:10 36:16 36:20 36:21 50:1 52:4 52:11 92:15 130:18 154:20 158:22 175:16
agents [5] 35:23 36:12 51:23 52:18 52:20
aggravation [1] 35:3
ago [8] 9:15 42:15 42:16 54:12 55:24 101:23 132:5 138:20
agree [3] 38:15 38:16 38:19
agreed [2] 40:20 76:10
agreeing [1] 38:10
agreement [2] 40:22 40:23
ahead [8] 2:9 4:2 42:7 56:1 56:2 111:18 126:12 147:5
AIDS [1] 79:11
ain't [5] 66:8 104:22 105:5 171:9 171:16
air [2] 59:24 162:25
airport [2] 83:2 90:19
AK-47 [1] 48:6
Al [2] 49:23 50:16
Alabama [2] 54:17 54:18
alarm [3] 14:21 96:18 164:4
Albers [15] 65:10 65:13 65:14 68:1 68:2 68:9 157:9 157:16 158:22 159:23 160:5 167:18 167:22 167:23 168:2
Albers' [1] 157:16
alcohol [4] 23:21 23:22 24:18 24:25 25:8 25:12 25:14 25:22
alibi [1] 77:8
alienate [2] 156:24
alienated [1] 23:5
allow [1] 130:13
allowed [2] 32:21 150:3
Almond [1] 82:4
almost [4] 86:15 93:13 140:9 140:10
alone [2] 139:23 155:17
along [3] 19:20 130:11 140:20
alter [2] 92:6 109:16
always [24] 4:17 11:24 22:1 26:9 30:21 31:12 38:25 39:11 51:17 52:6 55:4 55:5 66:7 67:22 71:13 88:2 99:20 102:10 103:13 119:16 136:18 137:20 140:15 141:24
amazing [2] 171:22 173:23
ambitious [3] 131:9 148:9 148:12
amenities [2] 69:17 69:18
America [14] 1:3 14:17 15:7 18:17 31:23 34:9 44:1 69:20 81:22 83:3 90:20 92:20 95:12 120:7
American [7] 30:9 35:3 43:24 48:16 137:9 148:5 152:19
Americans [4] 63:7 75:23 127:25 158:9
among [1] 17:12
amount [2] 54:25 55:2
amounts [1] 83:5
amusing [1] 108:5
analyze [1] 127:11
anarchy [1] 135:25
angles [1] 73:9
angrier [1] 145:21
angry [6] 16:22 55:20 104:13 132:2 145:21 152:24 153:2
animals [2] 12:17 35:21
Annette [1] 120:11
Annette's [1] 120:24
Annie [35] 3:18 10:20 11:6 15:10 23:11 23:11 23:15 24:13 64:5 68:24 68:25 77:9 77:9 77:13 77:18 77:19 78:1 100:9 100:10 100:24 101:3 101:8 102:3 102:7 102:13 105:12 107:10 119:24 122:18 124:3 132:12 149:14 152:22 156:25 171:25
Annie's [3] 7:24 29:22 173:22
answer [4] 82:23 85:5 94:10 116:13
answering [1] 174:23
answers [1] 126:14
Anthony's [1] 176:15
anticipation [1] 2:5
Antigua [2] 79:10 150:3
Antiguan [1] 141:23
anxious [1] 5:17
anyhow [2] 106:2 174:17
anyway [11] 6:1 48:14 106:2 126:24 134:1 139:12 139:21 157:23 167:15 169:16 176:19
appeal [2] 157:17
appeals [1] 166:11

CERTIFICATE OF TRANSCRIPTION

The undersigned does state that to the best of his ability he transcribed the foregoing transcript from the tape recording of the body wire which was recorded on the 27th day of March, 2003.

Dated this 30th day of April, 2003.

/s/

Keith M. Evans, RPR, CSR NO. 655
Court Reporter

4138

full [6] 34:25 46:10 62:6 96:3 124:18 125:16
fun [8] 17:8 22:13 30:21 42:10 47:7 81:5 118:23 138:15
fundamentalist [1] 10:2
fundamentalists [1] 10:7
funny [27] 39:5 57:14 87:16 98:16 102:22 103:20 104:16 106:9 109:25 111:13 112:7 113:18 117:24 119:22 119:22 122:16 122:17 122:18 123:4 129:18 136:16 136:17 138:3 138:4 139:10 139:15 143:20
future [2] 141:23 145:22
G [1] 72:19
gaining [1] 85:16
gal [3] 59:11 132:21 143:25
gallivanting [1] 101:13
gals [1] 103:17
game [2] 127:25 137:2
garage [1] 176:15
gas [1] 92:3
gather [2] 11:3 175:25
gay [1] 74:16
gays [4] 74:15 74:15 74:15 74:16
Gazelle [5] 21:24 22:1 22:2 22:4 100:14
geek [4] 103:14 110:14 114:4 114:6
gees [3] 42:3 83:7 116:3
general [1] 69:6
generate [1] 42:12
generation [3] 7:24 13:10 13:13
gentle [1] 23:9
George [4] 10:10 34:18 142:16 143:17
Germany [2] 42:3 42:6
germs [1] 81:15
giant [1] 60:9
ginaw [1] 63:23
girl [90] 6:3 6:7 7:1 7:10 7:25 8:17 11:14 15:3 16:3 16:7 16:20 21:15 23:22 24:20 24:22 24:25 26:16 26:21 26:24 28:11 30:10 44:14 44:16 50:9 58:18 58:22 66:18 71:17 72:25 74:14 74:22 75:14 75:22 76:20 79:14 79:22 80:23 81:6 81:10 82:22 84:1 86:11 86:21 86:21 87:3 88:7 88:8 90:10 91:5 91:23 95:13 97:14 98:22 102:3 102:7 102:14 103:12 104:2 110:22 111:4 113:7 116:7 116:19 118:16 119:20 121:5 122:11 123:20 125:11 125:15 127:11 127:15 127:15 128:7 128:12 128:17 128:22 129:14 129:15 132:19 138:1 141:1 148:8 148:14 161:3 169:5 169:6 169:24 174:11 174:17
girlfriend [7] 7:9 9:17 11:17 78:13 78:14 103:11 118:14
girlfriends [1] 94:18
girls [61] 7:7 7:22 12:8 12:11 12:15 12:16 12:18 13:8 13:14 13:15 13:18 13:19 15:4 15:11 15:11 15:11 15:16 15:22 26:15 44:15 59:3 59:4 72:7 72:20 72:24 74:21 74:25 75:1 78:25 80:16 81:23 85:4 86:7 86:11 94:24 97:12 97:15 100:16 107:20 108:14 108:17 112:20 116:8 116:15 116:18 116:24 117:12 120:5 120:7 120:9 124:6 124:11 127:12 127:24 128:20 129:8 130:3 130:11 148:5 160:23 171:25
gist [1] 44:10
given [1] 32:1
giving [4] 22:20 47:3 77:13 121:18
glad [1] 150:7
glass [1] 24:19
glasses [4] 57:16 57:17 119:3 153:19
globe [1] 63:2
Glober [2] 126:9 126:10
God [32] 13:25 24:12 51:18 63:21 66:19 72:1 72:8 80:6 80:21 81:1 83:25 86:4 86:16 89:4 89:7 91:11 91:23 109:10 109:22 115:6 116:3 119:1 121:23 139:3 143:2 143:5 150:6 170:23 174:7 175:18 175:22 175:23
God's [1] 113:24
Goddess [1] 95:25
goes [12] 28:11 39:3 56:16 61:1 74:13 78:3 79:15 99:21 104:[illegible] 104:16 105:17 146:2
gold [1] 121:17
golden [1] 91:15
gone [11] 8:23 23:19 28:3 42:17 79:5 81:8 116:8 120:24 142:4 170:8 172:8
good [79] 2:15 2:19 2:25 3:4 4:16 5:2 9:25 15:17 17:17 21:5 21:9 21:9 28:5 28:6 36:1 36:2 36:7 44:14 45:20 45:21 45:22 45:24 45:25 46:14 46:14 51:9 51:9 51:11 52:1 52:4 56:13 56:22 57:23 58:6 61:25 64:4 70:18 71:25 74:7 79:12 80:19 90:13 93:6 97:19 97:25 99:20 100:17 106:9 106:15 106:25 106:25 107:6 112:18 119:21 121:7 127:12 128:13 128:14 128:20 129:22 137:16 137:17 137:20 139:8 139:13 140:9 140:10 140:14 140:16 143:1 143:1 143:22 144:21 148:20 152:10 165:8 165:10 171:18 174:16
goodness [2] 60:5 83:7
goodnight [2] 176:21 176:21
Goody [1] 27:10
goose [1] 7:7
gorgeous [1] 13:19
gosh [4] 69:11 69:13 92:25 119:19
gossip [1] 24:12
gossipy [1] 16:19
gotcha [4] 32:11 62:16 105:10 105:10
gotta [1] 21:19
government [5] 33:2 48:18 51:15 54:3 147:5
gowns [1] 112:20
grab [2] 126:1 126:2
grade [2] 86:14 103:13
graduate [1] 52:11
grand [7] 32:12 134:9 153:5 158:23 162:24 169:10 175:16
grandfather [2] 31:4 31:7
Grangeville [10] 2:6 24:4 24:6 26:9 42:5 42:6 46:23 51:7 51:12 136:7
Grant [1] 114:13
graphic [1] 103:25
grasp [1] 118:9
gray [2] 126:2 126:4
great [11] 11:25 41:9 42:18 67:4 67:4 72:6 84:18 94:13 102:3 125:14 135:21
greatest [2] 8:24 8:25
greed [1] 8:16
Greek [1] 55:21
Gretel [1] 48:2
grew [1] 46:11
ground [2] 53:4 101:15
group [2] 35:8 49:1
Grover [1] 126:8
grow [3] 5:23 6:9 6:15
grows [1] 59:15
guess [19] 3:18 4:19 4:20 5:7 5:8 11:10 15:13 26:4 37:15 38:3 47:5 47:9 77:22 78:19 79:3 115:7 144:17 145:4 146:24
guessed [1] 104:18
guide [4] 15:24 34:14 34:15 110:10
guilty [14] 34:14 34:16 38:19 38:20 39:19 43:23 47:1 49:18 94:17 105:15 145:19 145:20 161:4 161:8
gulf [1] 57:6
gun [4] 151:9 158:6 162:1 167:17
guns [11] 43:13 134:8 135:6 135:13 153:7 153:8 167:5 167:7 167:25 175:18 175:22
guts [2] 134:22 171:3
guy [89] 8:3 8:22 13:14 13:23 18:8 22:3 26:7 27:22 39:3 39:5 45:5 45:21 45:22 46:4 50:17 50:17 50:19 52:2 52:5 57:14 71:21 71:25 73:16 74:6 74:18 75:10 75:15 75:15 75:21 76:25 78:23 83:2 83:3 83:3 84:6 84:19 87:13 88:18 88:20 92:2 94:17 94:17 98:10 99:19 103:5 103:17 104:15 106:20 107:16 110:7 115:19 118:13 124:16 127:21 129:13 130:20 121:3 [illegible] [illegible] 136:4 136:12 138:25 143:22 146:17 147:24 149:14 151:6 151:7 151:9 151:16 153:15 153:18 153:20 153:24 155:3 155:3 156:21 157:10 158:19 159:1 159:15 159:20 162:9 169:5 169:15 175:7 175:7 175:16 176:23
guys [19] 2:7 2:20 2:24 2:25 3:4 6:18 11:16 12:21 13:22 14:10 14:14 24:7 32:18 33:24 34:24 35:7 35:11 36:7 36:11 36:18 45:14 46:2 46:13 46:14 51:1 52:1 63:23 71:11 74:11 91:17 95:11 136:3 152:6 152:7 153:23 161:18 167:20 169:10 170:20
gym [6] 21:19 22:18 22:22 24:4 24:6 100:12
hacker [2] 163:19 166:18
hacking [2] 163:6 163:18
hair [4] 28:4 63:15 127:18 148:25
haired [2] 93:9 107:16
half [9] 25:24 58:5 67:24 78:8 78:9 97:9 158:20 159:16
half-wits [1] 76:1
hand [5] 40:12 76:14 84:24 103:15 133:22
handing [1] 160:4
handle [2] 149:9 150:17
handshake [1] 81:17
hang [4] 28:21 51:16 61:21 123:7
hangers [1] 93:3
hanging [8] 13:17 13:20 16:17 51:15 76:21 78:16 127:2 134:11
hangs [3] 72:17 72:20 80:23
Hansel [1] 48:2
happening [1] 91:20
happiest [1] 127:21
happiness [2] 78:3 78:7
happy [20] 9:19 15:22 18:18 26:6 26:6 26:7 27:16 30:8 40:20 40:21 45:15 45:15 51:24 78:2 78:2 113:7 125:10 140:15 143:16 170:14

everyday [3] 47:4 47:5 92:21
everywhere [2] 124:24 146:20
evidence [1] 160:5
evident [1] 146:24
evidentiary [2] 175:15 175:24
evil [6] 51:12 136:8 137:16 137:16 162:23 170:23
ex [1] 28:6
ex-wife [2] 81:14 99:11
exactly [4] 58:14 97:1 141:6 147:20
example [3] 22:20 50:19 50:20
excellent [3] 139:6 139:6 139:7
except [4] 69:16 124:10 131:4 132:2
excess [1] 61:4
exciting [2] 74:23 89:21
excuse [5] 7:2 38:15 43:7 106:3 146:1
exercise [1] 21:21
exist [2] 49:25 169:13
expect [1] 153:18
expected [1] 153:17
experience [1] 174:20
experienced [1] 18:22
expert [1] 49:12
exposing [1] 36:13
exquisite [1] 112:19
extortion [1] 47:9
extreme [2] 15:9 74:13
extremely [2] 15:9 15:10
extremes [1] 15:9
eyeball [1] 57:18
eyeballs [1] 57:20
eyes [4] 57:12 57:13 57:15 166:1
face [6] 28:14 86:19 118:22 125:12 135:6 166:24
face-to-face [1] 147:19
fact [10] 28:4 41:13 59:10 66:22 69:17 70:17 74:5 96:2 152:18 171:8
factory [3] 5:24 68:15 71:8 76:20 117:24
facts [2] 34:6 34:7
failed [1] 34:13
failure [5] 33:14 34:16 37:11 37:13 40:3
fake [1] 58:24
falling [2] 75:24 164:25
falls [3] 53:2 53:5 53:6
false [1] 157:10
families [1] 169:20
family [2] 33:25 131:7
fancy [4] 52:18 56:7 56:9 56:11
Fantastic [1] 139:6
fantasy [3] 12:4 13:4 79:6
far [2] 26:23 129:16
fared [1] 64:3
Farm [1] 12:16
fart [1] 74:12
fast [2] 8:7 150:16
fat [1] 48:10
father [4] 34:1 81:14 161:1 161:4
father-in-law's [1] 169:10
fathom [1] 75:2
fatten [1] 48:3
fatties [1] 90:13
favor [1] 97:14
favorite [1] 106:22
favorites [1] 95:22
FBI [7] 52:7 52:10 52:11 52:20 163:4 163:7 166:7
FDA [8] 154:1 154:3 154:7 154:10 154:12 154:20 154:21 154:22
fear [1] 99:15
feast [2] 83:8 87:9
fed [9] 44:21 45:1 69:11 142:13 172:12 172:14 172:15 172:15 175:4
Fed-Ex [1] 44:6
federal [11] 19:2 19:10 32:3 32:7 32:18 34:19 46:18 52:4 52:17 92:15 154:18
feds [15] 34:2 35:12 36:1 36:3 56:15 56:25 67:25 104:3 104:4 135:2 136:13 141:13 142:4 142:18 158:21 159:17
feeling [7] 17:14 45:20 84:12 94:20 123:5 164:11 165:13
feels [2] 36:17 56:18
feet [6] 60:1 60:4 60:7 61:10 61:15 62:2
fellow [1] 18:16
felonies [1] 49:17
felt [3] 10:21 69:10 94:16
FEMALE [3] 164:19 164:21 164:23
fender [1] 11:6
fencing [2] 87:1 87:2
few [5] 27:24 51:17 51:23 75:8 98:3
fiancee [2] 126:24 164:1
fiat [1] 53:18
Fickle [1] 102:15
fifth [2] 88:14 103:13
fight [7] 136:6 142:24 143:2 143:3 146:3 146:13 149:24
fighter [1] 147:21
fighting [3] 10:18 42:23 48:24 55:7 150:13
figure [5] 21:12 30:9 32:3 32:8 75:23 97:10 102:1 133:11
figured [12] 7:1 9:18 42:10 47:11 51:23 65:12 73:8 74:25 82:25 123:12 126:21 167:19
file [24] 33:11 33:13 33:14 33:15 33:16 33:19 33:20 34:13 34:16 37:11 37:13 46:25 47:12 47:13 47:13 53:6 104:2 157:15 168:1 172:20 172:23 175:19 175:19 175:20
filed [2] 37:4 155:19
files [4] 156:9 163:19 166:10 166:19
Filing [1] 157:10
fill [1] 62:5
filled [3] 40:18 130:7 144:12
film [3] 80:2 116:18 116:25
final [1] 59:23
finally [6] 9:6 29:14 41:4 98:22 98:23 103:9
finding [1] 8:3
finds [1] 34:14
fine [16] 38:19 39:20 59:13 76:24 90:17 107:20 109:16 138:6 139:10 139:11 150:21 151:5 151:21 160:11 164:22 171:12
finger [1] 21:15
finish [3] 30:5 138:9 145:2
finished [3] 58:6 58:8 157:13
fire [9] 14:21 62:21 76:11 133:1 142:24 142:25 144:18 144:19 172:5
fired [4] 68:5 68:13 68:14 132:19
[illegible] [1] 99:23
first [16] 3:17 21:17 22:6 22:7 22:11 26:7 26:21 50:22 59:12 60:2 75:15 79:21 98:11 109:8 128:3 129:24
fish [2] 79:12 98:11
five [13] 11:14 42:16 63:11 63:13 63:15 67:23 75:16 97:16 126:23 132:5 141:9 145:10 164:2
five-day [1] 139:4
fix [1] 57:20
fixed [1] 28:1
flags [1] 175:11
flaky [1] 6:2
flee [1] 51:17
Flex [5] 21:20 21:20 21:22 100:12 100:13
flies [1] 60:9
fling [1] 17:5
floored [2] 98:19 98:20
floors [1] 98:5
Florida [1] 101:22
flow [1] 9:22
flu [2] 10:18 17:15
fluent [1] 52:15
fly [1] 138:12
flying [1] 39:3
focus [1] 119:3
follow [2] 47:14 80:14
following [3] 2:1 47:12 64:15
follows [1] 2:2
food [9] 26:2 29:3 29:8 61:5 62:4 62:7 62:24 79:12 154:4
foods [1] 31:25
foot [4] 60:11 60:11 60:17 127:17
forced [1] 39:12
foregoing [1] 177:5
foreign [2] 8:1 172:19 172:20
forever [2] 41:8 155:4
forfeiture [1] 46:10
forget [3] 59:10 59:11 155:13
forgot [2] 23:12 117:17
form [4] 51:15 53:18 54:24 59:25
former [2] 36:19 36:20
fornicating [1] 65:25
forward [2] 28:20 31:13
foul [1] 68:14
found [9] 17:5 21:20 34:16 50:23 96:9 139:7 167:20 167:20 174:11
four [9] 11:14 11:20 19:11 63:14 67:24 75:15 101:22 101:23 139:4
four-eyed [1] 57:16
four-year-old [1] 161:3
frame [1] 168:6
Francis [1] 31:4
fraudulent [1] 154:21
freaked [3] 84:13 123:24 123:25
freakozoid [1] 96:10
freaky [1] 119:2
free [2] 38:8 63:6 122:5
freed [1] 166:21
French [9] 12:9 43:7 81:6 81:12 81:13 88:3 96:5 98:23 103:12
Freon [1] 53:6
frequent [2] 122:1 122:3
friend [3] 15:7 119:7 137:5 142:16 173:1
friends [3] 46:12 124:13 142:19
frightening [1] 161:17
front [9] 40:11 55:11 113:21 134:9 136:12 136:13 153:5 158:23 175:16
frustrating [1] 135:19
frustration [1] 158:18
FTC [4] 154:16 154:17 154:19 154:21
fuck [23] 67:15 67:20 77:1 83:8 87:9 108:5 108:16 110:23 119:17 120:6 121:13 136:14 137:5 155:24 159:18 162:17 168:5 168:6 168:14 168:17 170:5
fuck'em [1] 166:4
fucker [2] 122:1 122:3 172:8
fuckers [2] 136:15 136:17
fucking [23] 28:4 67:21 103:14 111:22 120:18 133:25 150:18 153:14 155:17 158:16 159:21 160:17 160:18 160:19 160:25 161:4 161:19 161:23 165:16 167:9 168:21 169:25 170:11
fulfilled [1] 40:23
fulfilling [1] 39:18

116:14 123:17 123:18 173:22 176:8 176:8
definition [1] 12:13
deflected [2] 60:13 60:14
delegation [1] 50:2
deliver [1] 40:13
demeanor [2] 81:20 85:17
Democracy [1] 51:16
demon [1] 171:5
den [1] 70:21
Dennis [18] 65:10 65:13 65:14 68:1 68:2 68:9 157:9 157:16 157:16 157:18 157:20 158:22 159:23 160:4 167:18 167:22 167:23 168:2
Dennis' [1] 134:22
dents [1] 106:12
depending [1] 60:23
depraved [1] 31:20
description [2] 80:19 171:2
deserve [3] 78:10 78:13 170:23
desires [1] 76:15
desperate [3] 67:2 125:15 125:16
destroy [1] 157:24
destroyed [1] 49:3
detector [5] 22:6 22:8 22:11 43:12 105:13
determine [1] 33:19
determined [1] 150:12
developed [1] 80:4
devious [1] 77:10
diamonds [4] 83:4 84:21 86:7 102:9
diaper [2] 31:15 31:18
dick [5] 28:12 28:13 28:13 73:16 120:2
die [2] 62:23 150:8
difference [1] 34:5
different [41] 7:4 7:24 12:7 12:17 13:10 25:17 25:17 25:19 49:1 66:13 66:14 66:22 67:13 72:9 82:8 82:12 84:11 85:6 85:7 85:18 87:6 100:16 101:23 101:23 101:24 103:8 103:10 104:17 106:6 106:18 108:14 119:13 119:18 127:11 128:16 131:23 132:6 140:25 148:7 148:7 176:23
differently [1] 152:11
digestion [1] 25:18
dingy [1] 26:21
dinner [1] 122:5
direction [2] 142:22 172:23
directly [2] 19:7 19:19
dirt-bag [1] 170:12
dirty [2] 82:24 111:13
disagree [2] 144:16 144:17
disappear [1] 77:19
disclose [1] 32:25
discouraged [1] 11:19
discouraging [1] 152:4
discovered [2] 33:6 33:7
discussion [4] 29:3 29:8 32:16 35:1
disease [2] 50:9 101:16
disgusting [2] 86:1 93:5
Dishing [1] 36:25
dislike [1] 153:21
dismissed [1] 165:21
dissident [1] 50:23
DISTRICT [2] 1:1 1:2
diverse [1] 157:16
divide [1] 45:13
divorce [1] 9:24
dizzy [1] 10:18
DJing [1] 17:9
docile [1] 130:8
doctor [3] 19:6 19:7 20:11
documented [1] 130:24
doesn't [40] 6:14 7:3 7:4 7:4 7:5 7:6 23:19 24:18 29:24 30:1 38:22 39:13 39:23 40:22 56:20 60:10 60:21 63:20 64:22 73:3 73:4 74:12 88:18 90:9 94:6 94:3 101:9 118:23 118:20 118:20 128:13 129:2 138:12 140:11 144:6 146:22 156:25 157:11 161:8 162:4
dog [2] 42:17 120:18
dog's [1] 163:10
dogs [3] 2:25 36:5 173:6
dollar [2] 168:3 172:7
dollars [3] 37:3 139:1 141:18 172:17
Dolly [1] 82:14
dome [10] 59:13 59:17 59:18 59:19 60:5 60:16 60:17 60:25 61:2 61:12
domesticated [3] 30:23 30:24
dominant [1] 13:3
dominate [1] 13:4
done [20] 19:23 37:6 40:16 40:18 58:19 59:13 59:17 59:23 81:19 82:9 125:8 125:8 132:3 148:16 149:14 152:18 164:14 164:16 172:13 172:16
Doo [1] 46:11
door [4] 3:5 122:7 123:24 135:5 153:17 155:14
doors [3] 161:14 161:25 162:4
doorway [1] 87:16
doozies [1] 27:24
dotted [1] 39:6
double [1] 130:18
douche [1] 136:11
Doug [1] 23:3
Dover [1] 163:22
down [55] 4:11 8:5 8:8 10:10 11:17 18:17 22:25 23:23 23:24 24:1 24:20 25:23 27:17 34:9 39:6 43:11 51:14 56:7 59:20 60:17 61:13 62:6 72:17 72:20 73:11 74:22 75:24 79:10 81:4 86:6 95:6 95:11 105:2 123:25 125:1 128:1 131:23 135:5 142:2 153:17 155:14 156:24 161:14 161:25 162:4 166:7 166:8 167:1 169:3 169:9 169:12 173:14 174:3 176:7 176:12
downhill [1] 8:6
download [1] 163:19
downloaded [1] 166:9
downloading [1] 166:19
Downstairs [1] 108:9
dozen [2] 134:12 160:8
Dr [2] 55:5 117:3
dragged [1] 160:12
drags [1] 34:18
drawn [1] 40:15
dress [1] 172:14
dressed [2] 96:17 112:20
dressing [1] 30:4
drink [10] 23:21 23:22 24:18 24:25 25:8 25:12 25:14 25:21 79:14 79:16
drinking [1] 23:21
drive [7] 2:21 22:15 22:21 24:8 44:15 106:12 162:24
drives [1] 24:6
driveway [1] 41:22
driving [4] 4:11 110:20 138:25 143:25
drop [1] 174:21
dropped [1] 110:5
drove [4] 43:17 150:15 150:15 158:14
drug [2] 31:10 147:22
drunk [1] 25:7
dry [1] 75:19
duck [1] 140:7
ducks' [1] 160:9
dude [25] 3:14 12:22 39:3 52:24 86:21 83:8 87:17 87:20 90:17 94:16 103:2 103:8 104:12 105:4 107:10 109:16 110:4 111:25 112:23 113:18 117:19 121:14 122:7 141:22 151:10
dumb [4] 8:20 67:16 67:17 100:24
dump [2] 27:14 130:14
dumped [2] 27:14 89:9
during [2] 34:8 176:3
dweeb [1] 9:13
dying [2] 81:17 159:3
e-mail [1] 163:15
E-ticket [1] 91:20
eagles [1] 157:8
ear [1] 130:15
early [3] 6:9 22:7 71:23
earn [1] 77:15
earned [2] 47:3 78:23
Easter [1] 78:23
easy [6] 26:17 39:2 88:18 88:20 90:21 100:22
eat [7] 26:2 26:3 28:24 48:3 79:12 106:25 157:22
eaten [1] 48:9
eating [4] 29:8 32:1 32:16 35:1
eccentric [1] 119:16
ecstasy [1] 74:13
Eddie [4] 112:23 145:23 145:23 145:25
edges [1] 75:17
Effren [1] 52:7
ego [2] 92:6 109:16
Egypt [3] 95:17 95:17 115:5
eight [10] 27:10 84:7 93:1 94:16 97:3 98:21 103:11 112:5 117:20 118:14
either [10] 6:12 16:14 25:24 73:13 75:4 127:19 154:13 160:17 176:8 176:9
Elana [3] 127:15 127:20 127:20
elegant [1] 117:3
eleven [2] 132:13 132:15
Elliott [1] 50:1
Elvis [1] 115:15
email [1] 90:11
emails [1] 146:7
embarrassing [1] 57:19
emotionally [1] 164:10
EMT [1] 11:6
end [4] 18:14 77:14 141:3 150:3 150:3 151:20
ended [1] 176:24
energy [1] 53:17
engaged [2] 2:14 2:19
engine [1] 19:14
England [1] 143:19
English [4] 90:13 90:22 128:3 128:13
enigma [1] 116:17
enjoy [4] 47:8 79:13 110:19 141:7
equal [1] 54:7
equation [1] 109:14
equipment [2] 2:11 97:24
equivalent [1] 118:12
ER [1] 101:14
erase [2] 80:1 89:22
erased [18] 81:18 81:23 82:24 83:18 83:19 83:21 89:2 91:22 91:22 91:22 97:19 98:8 98:18 100:5 103:24 103:25 117:10 127:14
erratic [1] 160:15
escort [1] 66:18
escorts [1] 66:21
Evans [2] 1:25 177:12
evasion [1] 37:8 37:13 49:25
Eve [1] 62:15
evening [1] 112:20
eventually [1] 47:22
everybody [22] 14:17 14:22 31:21 37:19 42:9 47:20 50:16 50:21 51:20 57:16 64:5 69:8 99:21 99:21 110:12 117:14 118:15 145:17 145:23 146:6 162:12 162:15

collection [1] 115:15
color [1] 113:15
Colorado [2] 138:10 138:11 138:24
colored [1] 80:16
coloring [2] 31:12 102:9
comfort [1] 75:25
coming [24] 2:7 6:8 18:13 20:13 40:25 45:16 48:11 51:2 62:3 62:3 84:9 85:17 108:23 108:23 109:1 125:11 129:14 131:24 134:19 151:20 155:5 155:5 155:6 167:18
comment [3] 66:15 137:14 145:15
Commission [1] 154:18
commit [3] 28:10 46:20 137:4
commitment [2] 7:25 8:2
committed [1] 160:17
common [2] 34:5 34:6
communication [1] 129:3
communism [2] 48:24 49:4
communist [1] 49:3
communists [1] 48:20
community [2] 66:13 168:25
company [3] 34:19 47:2 47:8
complaint [2] 25:21 136:6
complex [1] 75:22
computer [8] 96:3 103:7 103:23 108:11 117:10 156:10 163:16 166:12
conartist [1] 169:20
concave [1] 60:23
concepts [1] 41:18
conclusion [1] 46:17
concrete [2] 60:11 60:12
concur [1] 31:24
conference [1] 146:5
confused [3] 78:4 110:11 111:1
Congress [1] 49:25
conquer [1] 53:19
conquering [1] 126:17
conscience [1] 33:24
consider [1] 124:13
considers [1] 16:24
conspiracy [4] 49:17 49:20 51:20 51:21
constantly [3] 72:22 72:23 153:4
Constitution [2] 53:20 53:23
constitutional [1] 73:5
contact [1] 102:2
contend [1] 144:19
content [1] 32:1
contest [1] 13:17
continents [1] 97:16
Continued [1] 29:8
contract [3] 38:8 39:17 39:18 39:18 40:17 40:18 43:1
contracted [1] 166:8
control [1] 48:19
controlling [1] 9:20
convection [1] 60:23
conversation [4] 2:5 134:13 138:9 160:7
conversations [1] 158:13
convert [3] 9:2 9:4 52:24
Cook [1] 162:4
cooking [1] 30:23
cooky [3] 165:16 165:17 165:18
cool [22] 10:3 17:1 22:1 39:4 39:5 50:11 67:6 71:11 80:10 81:20 98:1 98:5 112:17 114:5 114:12 118:20 131:25 139:6 158:11 160:8 160:16 167:13
cooperate [1] 155:7
cooperating [1] 2:4
copper [1] 112:24
cops [1] 56:15
copy [3] 40:5 40:7 40:9
cord [1] 85:2
cordial [1] 161:18
corn [1] 67:1
corner [2] 31:11 31:14
corporation [2] 54:16 172:19
corporations [1] 172:20
cost [2] 79:16 138:25
Costs [1] 156:13
cosurety [1] 38:6
couch [1] 164:25
coughing [1] 10:23
count [1] 28:6
counter [1] 155:20
countries [3] 8:10 148:6 148:7
country [29] 6:8 8:6 12:18 12:19 18:19 36:13 44:20 49:2 51:17 55:13 56:15 66:14 69:21 69:21 87:1 133:3 135:25 137:8 137:13 137:18 140:3 146:2 147:16 148:8 148:10 148:11 150:4 152:1 156:5
county [4] 38:17 38:21 51:25 81:2
couple [14] 3:12 3:19 9:16 85:12 107:9 120:3 138:20 149:5 153:21 163:25 165:3 169:16 172:7 175:15
course [4] 8:25 59:15 89:17 127:3
court [18] 1:1 38:1 46:9 58:6 85:16 129:22 132:1 135:19 135:22 135:23 140:9 147:10 147:11 158:8 166:11 168:14 175:12 177:13
court's [1] 156:9
cover [2] 65:18 68:22
covered [2] 121:17 173:7
covert [1] 103:10
cow [1] 20:20
crack [1] 86:4
cracking [4] 118:3 146:15 166:7 166:8
crap [3] 8:4 31:1 144:11 174:22 176:18
crashed [1] 4:15
craziest [1] 107:4
crazy [33] 5:3 7:13 10:13 24:10 44:15 44:18 63:10 63:18 66:11 94:4 96:12 100:25 106:20 107:14 110:20 113:13 117:1 121:22 121:22 122:7 124:19 133:3 159:7 159:7 159:9 160:16 168:4 168:5 170:6 171:9 171:12 171:25 172:1
cream [1] 36:25
create [1] 50:1
credit [1] 56:13
creepy [1] 99:22
crime [3] 34:12 34:12 41:20 49:24 50:18 50:19 51:13 56:9
crimes [1] 46:20
criminal [4] 34:3 88:24 104:9 104:10 109:10 136:25
criminals [1] 34:5
crooked [1] 135:20
cross-dresser [2] 118:8 118:10
crossed [1] 57:13
crossing [1] 57:15
crowd [1] 48:7
crush [1] 155:9
crying [2] 165:6 165:8
CSR [2] 1:25 177:12
culture [1] 8:16
cultures [1] 12:7
cunt [1] 157:22
cure [2] 20:22 153:6
curve [1] 55:6
cushy [1] 139:5
cut [7] 58:24 71:4 71:5 73:16 75:19 140:10 140:11
cute [5] 58:1 58:1 58:15 58:16 58:20 59:1 98:10 98:13 98:16
cutoff [1] 176:4
Cybil [1] 113:17
da [5] 118:14 118:15 118:15 118:15 118:15
dad [6] 22:6 49:16 49:19 115:21 118:7 118:10 123:18 156:16
dad's [1] 78:12
daddy [1] 87:17
damages [2] 63:1 157:17
damn [5] 66:12 83:16 83:17 112:10 146:17
Dan [3] 151:11 151:12 151:13
dancer [1] 123:6
dangerous [1] 159:11
dangling [1] 13:22
dark [6] 31:20 65:11 83:13 93:9 107:16 127:18
darker [1] 108:2
date [10] 2:3 16:8 16:17 71:17 78:24 117:19 122:25 128:20 165:12 176:4
dated [2] 71:21 177:9
dates [2] 106:7 112:6
dating [1] 8:17
daughters [1] 160:24
Dave [63] 5:15 13:3 16:1 23:13 33:21 39:16 40:16 43:21 45:21 46:2 51:20 66:9 72:8 73:6 82:22 87:10 88:2 88:13 92:6 99:6 103:1 103:6 103:14 104:5 104:18 105:16 105:20 106:4 106:17 106:20 107:2 107:9 108:3 108:15 108:22 109:12 110:24 111:20 112:11 113:23 116:10 118:18 119:5 120:4 120:8 121:7 123:11 126:16 134:1 135:8 136:18 138:8 139:8 144:4 152:16 153:11 156:21 160:19 164:10 164:21 172:1 173:1 175:1
Dave's [2] 67:14 138:2
Davey [3] 160:24 176:5 176:21
David [7] 1:5 1:7 2:5 44:13 115:10 167:24 172:18
day-to-day [1] 25:25
days [23] 3:12 3:19 10:21 10:21 11:20 32:25 33:5 33:14 62:6 62:18 62:21 96:24 96:24 96:24 96:25 96:25 97:1 102:6 122:24 126:14 132:5 132:7 165:24
dead [5] 108:16 112:13 125:6 149:4 173:6
deal [16] 22:13 45:8 49:1 49:4 49:5 49:5 49:6 53:13 90:24 123:21 134:1 139:5 150:16 155:20 160:18 162:7
dealer [1] 147:22
Deanna [1] 91:21
Deanne [4] 8:18 8:19 8:20 26:24 71:16 85:20
Dear [1] 107:2
death [2] 8:23 51:14
debt [1] 141:18
decent [1] 7:9 91:1 130:4
decide [4] 13:18 33:20 78:8 81:6 99:5 99:6 99:9 125:17
decided [5] 20:4 31:3 39:20 56:25 124:1
decision [1] 28:10
declaration [1] 38:3
decorative [1] 119:15
Dedicate [1] 11:4
dedicated [1] 11:6
defend [3] 25:2 54:3 64:6
Defendant [1] 1:6
defended [1] 23:15
defending [1] 169:21
defense [5] 32:22 33:1 33:4 63:4 77:23
Define [1] 65:22
definitely [11] 10:15 17:8 18:9 63:24 66:15 66:16 115:6

DAVID HINKSON · CondenseIt™ · Information - lays

174:16 174:19 174:25
175:5 175:7 175:13
176:1 176:5 176:11
176:14 176:18 176:21
Information [1] 48:19
informative [2] 55:5 55:5
inherent [1] 34:4
inject [5] 19:7 19:18 19:19 20:17 175:8
innocent [14] 46:6 46:18 49:24 105:15 108:25 111:24 140:15 140:19 140:21 142:7 152:8 161:1 161:13 171:1
insane [20] 10:14 14:24 14:24 35:8 53:12 62:21 68:14 105:4 105:5 105:20 105:21 106:17 106:17 117:20 121:9 140:2 140:2 140:3 168:24 170:7
insanity [2] 28:22 28:22
inside [3] 23:3 60:1 60:23
instance [2] 66:17 127:13
instigating [1] 155:16
instruments [2] 14:9 153:23
insulted [1] 23:13
intelligent [1] 131:8
interest [1] 100:11
interested [4] 7:25 8:2 8:2 89:9 101:5 101:6
interesting [6] 9:11 12:3 22:14 55:4 74:10 88:15 174:12 174:14
internet [2] 127:23 127:25
interpretation [1] 18:15
interpreter [2] 90:3 128:6
interpreters [1] 128:4
interviewed [1] 44:7
intimidated [1] 23:3
intrigue [8] 64:24 65:2 65:20 65:22 65:23 66:24 76:16 170:10
introvergo [1] 124:1
invasion [2] 54:4 99:24
invented [1] 22:3
inventoried [1] 167:21
investigation [2] 144:22 144:24
invitations [3] 44:1 44:3 44:7
invite [1] 120:9
invited [4] 69:2 69:3 92:20 93:17 93:18 126:24
involved [3] 47:10 51:22 162:6
Iraq [1] 161:6
irritate [1] 105:21
IRS [14] 35:23 36:4 36:12 36:20 44:24 49:25 56:7 56:12 56:15 146:3 154:8 154:20 158:22 175:15
IRS' [1] 55:23
Irwin [2] 36:19 36:22
island [3] 12:4 13:4 79:10
Israel [1] 49:7
issue [5] 5:24 6:3 41:14 42:8 46:5
issues [1] 175:11
J.C [3] 112:1 126:18 126:22 138:7 138:17
jacket [1] 172:15
jail [14] 35:16 41:1 44:19 44:20 45:5 45:24 140:22 142:6 143:4 146:8 150:4 150:8 152:17 167:13
jails [1] 46:10
Japanese [1] 52:15
Jay [1] 56:10
Jaylo [1] 83:16
jealous [2] 67:5 67:11
jealously [2] 136:9 136:10
Jehovah's [1] 52:24
Jeri [3] 77:16 77:17 174:22
jerking [1] 103:22
jerky [1] 39:24
Jesus [5] 41:7 48:2 82:18 85:24 120:4
jet [1] 57:5
JFK [1] 49:20
jig [1] 139:5
job [14] 14:18 15:21 33:19 33:19 34:18 56:22 70:11 70:12 89:8 105:17 105:18 147:16 166:24 171:1
jobs [2] 133:4 168:25
John [1] 92:15
join [1] 52:10
joke [5] 104:15 104:23 106:6 106:6 136:12
joking [1] 14:16
Jordan [1] 49:11
Jr [1] 52:7
Juan [2] 143:14 143:14
judge [11] 34:14
[illegible]
162:11 162:15 162:19
162:20
Judge's [2] 163:19 166:10
judging [2] 25:20 159:5
judgment [1] 157:20
juice [1] 21:10
juicy [1] 81:23
Jujitsu [1] 63:23
Julia [4] 112:15 112:16 113:16 126:24
Juliann [5] 87:7 87:7 87:12 87:14 88:9
July [1] 141:9
jump [1] 134:1
jumping [1] 93:25
junction [1] 119:6
June [1] 141:8
jungle [1] 83:6
junk [1] 97:24
juries [2] 32:12 134:9
jurisdiction [4] 37:17 154:3 154:13 154:14
jury [9] 34:6 34:7 34:13 51:14 132:24 146:11 153:5 158:23 175:16
justice [1] 46:9
justify [1] 50:18
keep [22] 3:6 24:2 35:8 57:13 68:6 69:23 78:9 96:25 98:6 111:25 118:3 129:20 136:13 137:18 142:3 145:8 158:18 160:7 160:8 168:14 168:17 172:2
keeping [5] 11:8 11:9 35:4 35:6 138:23
keeps [4] 155:5 156:4 156:8 156:9
Keith [2] 1:25 177:12
kept [4] 19:11 72:5 77:13 127:12
key [2] 54:13 113:4
keys [2] 3:25 4:2
kick [7] 113:18 145:22 158:8 161:14 161:25 162:4 165:12
kicked [5] 55:23 123:24 135:5 153:16 155:14
kicking [4] 34:18 47:4 47:7 58:6
kicks [1] 47:5
kid [9] 22:7 52:6 58:1 58:16 59:1 169:12 169:12 169:17 169:17
kidding 20:16
27:8 43:10 45:4
72:10 80:21 84:10
87:20 87:21 88:16
98:20 103:7 103:23
104:23 107:1 109:6
118:1 121:2 130:19
166:4
kidnapped [1] 35:23
kidnapping [1] 41:15
kids [12] 17:18 28:3 29:2 46:12 63:8 63:16 63:17 63:25 102:1 124:23 125:3 125:7
Kiev [3] 12:8 12:14 13:9
kill [8] 51:6 65:13 68:1 77:1 133:8 133:22 158:22 160:4
killer [2] 150:12
killers [1] 150:13
killing [6] 35:18 92:19 107:21 136:13 145:17 157:23
Kim [1] 29:7
Kimmy [1] 58:25
kind [29] 5:13 22:13 29:9 29:13 30:6 42:18 64:23 70:16 78:5 79:6 84:13 98:5 104:13 104:19 107:16 116:20 117:17 120:15 124:1 124:11 128:2 149:17 151:4 155:2 156:24 160:14 160:24 162:2 170:20
kindest [1] 23:8
kinds [5] 44:15 63:23 74:14 82:9 106:7
kiss [11] 12:10 12:21 12:22 43:7 81:6 81:12 81:13 81:15 88:3 96:5 98:23
kissed [4] 7:1 12:23 103:12 129:14
kissing [3] 88:12 88:14 88:14
kitchen [1] 125:22
knew [10] 15:21 15:21 20:13 24:6 46:1 53:1 70:2 72:15 102:23 159:20
knife [1] 57:21
knock [1] 122:6
knockers [1] 127:18
knockout [3] 88:8 88:16 121:12
knoll [1] 49:21
knowing [5] 55:9 123:12 138:19 146:13 150:9
knowledge [1] 11:3
known [3] 87:10 92:23 129:24
knows [10] 19:2
78:20 101:8 148:9
150:25 170:9 173:19
knuckles [4] 68:3 96:4 98:22 103:12
Kolleena [1] 127:4
lab [1] 20:23
labor [4] 34:19 35:4 45:8 142:18
laboratory [1] 34:3
laborist [1] 53:17
lady [3] 17:24 99:22 120:19
laid [3] 94:16 94:17 112:12
land [1] 53:19
landlord [2] 3:11 4:1
lands [1] 54:4
language [1] 68:14
last [33] 4:9 10:21 16:20 18:7 34:22 48:8 50:11 58:4 62:19 64:2 67:24 81:1 81:19 81:21 82:10 84:15 85:12 95:2 98:3 98:21 117:20 132:7 132:19 138:1 140:24 144:2 157:16 160:15 163:1 163:7 163:12 163:20 167:4
late [2] 164:2 164:17
lately [1] 166:6
laugh [1] 87:13
laughing [2] 104:16 119:21
laughter [19] 83:18 87:25 88:22 89:19 91:16 94:9 96:1 104:11 105:6 107:11 110:1 111:24 112:8 117:7 117:22 119:6 121:8 122:3 123:3
Laurissa [1] 100:6
law [33] 19:1 32:22 33:10 33:10 33:15 33:19 34:5 34:6 34:6 34:7 34:7 34:8 42:19 43:21 44:17 44:19 47:12 47:12 47:13 47:14 47:14 49:23 52:11 52:13 52:14 52:18 57:1 73:5 156:16 157:21 173:19 175:20 175:23
lawsuit [3] 70:20 79:9 155:19
lawsuits [3] 156:8 157:11 168:3
lawyer [10] 52:10 68:4 82:21 83:23 84:21 132:25 136:25 156:17 156:18 166:24
lay [2] 33:3 79:13
lays [1] 122:4

K & K REPORTING (208)983-2776 · Index Page 11

DAVID HINKSON · CondenseIt™ · inbred - informant

172:16 ...
173:15 173:18 173:19
173:20 174:18 174:23
175:6 175:6 175:10
175:10 175:25 176:17
176:20 176:22 176:22
inbred [1] 76:1
Inc [1] 54:16
incarcerate [2] 31:5 31:6
incessantly [1] 117:23
including [1] 56:15
income [1] 37:20
inconsistent [1] 25:9
incredible [3] 99:6 111:12 118:18
incriminate [1] 99:16
indecent [1] 93:14
indictment [1] 34:8
industry [2] 8:8 133:4
infected [2] 50:3 50:10
informant [1032]
2:7 3:4 3:7
3:10 3:14 3:16
3:22 3:25 4:4
4:6 4:8 4:11
4:15 4:18 4:21
4:25 5:2 5:6
5:10 5:13 5:20
5:22 6:4 6:7
6:12 6:14 6:20
6:22 7:3 7:14
7:19 8:4 8:13
8:19 9:4 9:8
9:10 9:15 9:18
9:21 10:1 10:5
10:9 10:12 10:16
10:20 10:22 10:25
11:4 11:8 11:18
11:22 11:24 12:2
12:4 12:13 12:16
12:18 12:24 13:1
13:4 13:8 13:24
14:2 14:5 14:12
14:17 14:22 14:25
15:7 15:13 15:16
15:23 16:6 16:9
16:13 16:21 16:23
17:1 17:3 17:6
17:8 17:14 17:16
17:18 17:22 17:25
18:2 18:4 18:6
18:8 18:10 18:12
18:15 18:20 18:23
19:4 19:13 19:17
19:22 19:25 20:6
20:10 20:13 20:17
20:21 21:1 21:3
21:5 21:9 21:14
21:23 22:1 22:6
22:11 22:17 22:24
23:1 23:7 23:10
23:14 23:18 24:9
24:13 24:17 24:23
25:1 25:4 25:10
25:12 25:17 26:11
26:25
27:2 27:5 27:9
27:13 27:15 27:19
27:21 27:24 28:2
28:8 28:13 28:15
28:20 29:1 29:4
29:7 29:9 29:16
29:20 29:23 30:3
30:6 30:11 30:20
31:1 31:6 31:12
31:18 31:24 32:5
32:10 32:13 32:17
32:24 33:3 33:9
33:12 33:21 33:24
34:3 34:21 34:23
35:2 35:6 35:12
35:15 35:17 35:22
35:25 36:2 36:7
36:10 36:16 37:5
37:9 37:12 37:15
37:18 37:21 37:24
38:2 38:6 38:12
38:17 38:21 38:24
39:2 39:9 39:14
39:23 40:2 40:7
40:12 40:15 40:25
41:4 41:7 41:16
41:20 41:23 41:25
42:3 42:6 42:9
42:11 42:15 42:17
42:21 42:25 43:2
43:6 43:10 43:14
43:19 43:21 43:24
44:2 44:9 44:14
44:23 45:1 45:4
45:7 45:9 45:11
45:14 45:16 45:20
46:1 46:6 46:11
46:20 46:22 47:2
47:16 47:21 47:25
48:2 48:6 48:10
48:13 48:15 48:19
48:22 49:5 49:8
49:10 49:14 49:19
49:22 50:6 50:11
50:14 50:25 51:5
51:10 51:16 51:22
52:1 52:6 52:12
52:15 52:20 52:22
53:4 53:8 53:11
53:22 53:25 54:5
54:9 54:11 54:14
54:20 54:22 55:1
55:4 55:14 55:16
55:18 55:20 55:22
55:25 56:3 56:5
56:9 56:14 56:23
57:2 57:5 57:10
57:14 57:17 57:23
58:1 58:4 58:12
58:14 58:20 58:23
58:25 59:2 59:5
59:8 59:14 59:18
59:20 59:22 59:25
60:3 60:5 60:8
60:11 60:14 60:19
60:22 61:3 61:7
61:9 61:11 61:14
61:18 61:22 61:25
62:8 62:11 62:13
62:16 62:18 62:21
62:25 63:5 63:9
63:13 63:21 64:2
64:8 64:13 64:17
65:11 65:16
65:19 65:22 66:1
66:4 66:14 66:19
66:24 67:2 67:10
67:16 67:19 68:2
68:6 68:9 68:12
68:16 68:20 68:25
69:2 69:4 69:7
69:10 69:16 69:19
69:23 70:3 70:6
70:8 70:14 70:17
70:19 71:2 71:4
71:7 71:15 71:19
71:24 72:1 72:4
72:8 72:10 72:14
72:19 72:22 73:3
73:5 73:9 73:12
73:15 73:18 73:21
73:24 74:4 74:8
74:16 74:18 74:24
75:2 75:6 75:13
75:18 75:20 76:3
76:6 76:8 76:12
76:17 76:24 77:7
77:11 77:22 77:25
78:5 78:11 78:18
79:1 79:7 79:17
79:20 79:23 79:25
80:3 80:5 80:7
80:10 80:12 80:14
80:16 80:18 80:20
80:22 80:25 81:4
81:6 81:10 81:12
81:16 81:19 81:24
82:1 82:4 82:6
82:8 82:14 82:18
82:22 83:1 83:7
83:9 83:11 83:15
83:20 83:23 83:25
84:3 84:5 84:9
84:14 84:18 84:22
84:24 85:2 85:5
85:10 85:15 85:22
85:24 86:2 86:5
86:9 86:12 86:14
86:17 86:21 86:24
87:2 87:5 87:8
87:10 87:13 87:15
87:20 87:24 88:1
88:5 88:8 88:10
88:13 88:20 88:23
89:1 89:4 89:7
89:11 89:13 89:15
89:17 89:20 89:24
90:2 90:4 90:8
90:12 90:17 90:20
90:23 91:3 91:7
91:10 91:12 91:15
91:17 91:20 91:24
92:2 92:5 92:8
92:11 92:13 92:17
92:19 92:23 93:3
93:7 93:9 93:13
93:18 93:22 93:24
94:1 94:4 94:8
94:10 94:15 94:20
94:23 95:1 95:5
95:7 95:10 95:14
95:16 95:20 95:24
96:2 96:8 96:10
96:14 96:19 96:21
96:23 97:2 97:4
97:6 97:8 97:13
97:20 97:23 97:25
98:4 98:10 98:12
98:15 98:19 98:25
99:5 99:12 99:15
99:19 100:2 100:4
100:6 100:8 100:15
100:19 100:23 101:5
101:9 101:13 101:18
101:21 102:5 102:10
102:15 102:17 102:19
102:21 103:5 103:20
103:25 104:4 104:7
104:9 104:12 104:22
104:25 105:4 105:7
105:10 105:14 105:16
105:20 105:23 105:25
106:2 106:12 106:15
106:19 106:23 107:3
107:9 107:13 107:16
107:18 107:20 107:24
108:3 108:5 108:9
108:13 108:15 108:19
108:21 109:1 109:6
109:10 109:12 109:19
109:21 109:24 110:2
110:4 110:7 110:11
110:17 110:20 110:23
111:1 111:4 111:7
111:9 111:12 111:17
111:20 111:22 111:25
112:5 112:9 112:16
112:19 112:22 113:5
113:8 113:10 113:15
113:17 113:21 114:1
114:7 114:10 114:12
114:17 114:19 114:21
114:24 115:2 115:6
115:10 115:13 115:15
115:22 115:25 116:3
116:6 116:10 116:17
116:21 116:25 117:3
117:6 117:8 117:11
117:14 117:19 117:23
118:2 118:6 118:11
118:18 118:23 118:25
119:7 119:12 119:16
120:2 120:6 120:8
120:10 120:13 120:15
120:17 120:19 120:21
120:23 121:3 121:7
121:9 121:14 121:18
121:21 122:1 122:4
122:9 122:13 122:15
122:18 122:23 123:1
123:4 123:9 123:16
123:22 124:1 124:4
124:8 124:12 124:19
124:21 124:23 124:25
125:2 125:6 125:9
125:13 125:19 125:23
125:25 126:4 126:6
126:9 126:12 126:16
127:1 127:3 127:6
127:9 127:16 128:5
128:15 128:19 128:21
129:1 129:6 129:12
129:16 129:21 130:6
130:13 130:16 131:11
131:13 131:15 131:19
131:22 132:9 132:11
132:15 132:20 132:23
132:25 133:5 133:8
133:10 133:13 133:16
133:18 133:21 133:24
134:5 134:11 134:20
134:23 135:2 135:4
135:7 135:12 135:14
135:17 135:21 136:1
136:5 136:10 136:23
137:3 137:10 137:20
137:24 138:13 138:15
138:17 138:19 138:22
138:24 139:3 139:15
139:19 139:21 139:24
140:1 140:4 140:14
140:20 140:23 141:5
141:7 141:11 141:14
141:17 141:22 141:24
142:3 142:9 142:12
142:14 142:21 143:7
143:10 143:13 143:18
143:20 143:22 143:24
144:4 144:8 144:15
144:21 144:23 145:1
145:3 145:8 145:13
146:1 146:4 146:17
146:20 146:24 147:2
147:7 147:12 147:15
147:18 148:3 148:13
148:17 148:20 148:23
148:25 149:3 149:8
149:11 149:13 149:19
149:21 150:1 150:7
150:9 150:15 150:21
150:24 151:3 151:9
151:12 151:14 151:18
151:21 151:25 152:3
152:5 152:10 152:15
152:20 153:1 153:9
153:11 153:13 153:19
154:1 154:5 154:7
154:9 154:11 154:15
154:17 154:19 154:24
155:4 155:9 155:11
155:15 155:20 155:24
156:3 156:6 156:11
156:14 156:19 156:21
157:6 157:8 157:23
158:4 158:11 158:13
159:4 159:13 159:15
159:19 159:25 160:2
160:6 160:11 160:14
160:22 161:3 161:7
161:10 161:15 161:17
161:22 162:4 162:8
162:11 162:14 162:19
162:21 163:2 163:5
163:7 163:9 163:12
163:14 163:17 163:22
164:4 164:8 164:11
165:2 165:6 165:8
165:13 165:15 165:19
165:23 166:2 166:14
166:17 166:21 166:23
167:2 167:6 167:9
167:11 167:19 168:4
168:13 168:17 168:20
169:2 169:12 169:14
169:19 169:22 170:1
170:5 170:9 170:11
170:16 170:19 171:6
171:12 171:15 171:19
171:23 172:4 172:7
172:12 172:14 172:21
172:25 173:4 173:6
173:10 173:13 173:16
173:21 174:1 174:3
174:6 174:9 174:13

K & K REPORTING (208)983-2776 · Index Page 10

DAVID HINKSON · CondenseIt™ · Hinksons - inaudible

122:3 122:8 122:10
122:14 122:17 122:22
122:24 123:3 123:8
123:13 123:19 123:23
124:3 124:6 124:10
124:15 124:20 124:22
125:1 125:5 125:8
125:10 125:14 125:20
125:24 126:2 126:5
126:8 126:10 126:13
126:18 126:19 127:2
127:4 127:7 127:10
127:17 128:7 128:16
128:20 128:22 129:2
129:9 129:14 129:20
130:2 130:10 130:14
131:5 131:12 131:14
131:16 131:21 132:7
132:10 132:12 132:18
132:22 132:24 133:3
133:6 133:9 133:12
133:15 133:17 133:20
133:22 134:2 134:6
134:15 134:22 135:1
135:3 135:5 135:11
135:13 135:16 135:18
135:23 136:4 136:6
136:21 137:2 137:7
137:12 137:22 138:5
138:7 138:11 139:2
139:14 139:18 139:20
139:23 139:25 140:3
140:13 140:18 140:21
141:3 141:6 141:8
141:12 141:16 141:18
141:20 141:21 141:23
142:2 142:4 142:11
142:13 142:16 142:22
143:9 143:12 143:14
143:19 143:21 143:23
144:3 144:6 144:9
144:18 144:22 144:24
145:2 145:7 145:10
145:14 146:2 146:5
146:19 146:22 146:25
147:3 147:8 147:14
147:16 147:21 148:4
148:15 148:18 148:21
148:24 149:2 149:7
149:10 149:12 149:17
149:20 149:23 150:2
150:8 150:11 150:19
150:23 151:1 151:8
151:11 151:13 151:16
151:19 151:23 152:1
152:4 152:6 152:14
152:17 152:24 153:4
153:10 153:12 153:16
153:24 154:3 154:6
154:8 154:10 154:12
154:16 154:18 154:20
155:1 155:5 155:10
155:13 155:18 155:22
156:2 156:4 156:8
156:13 156:15 156:20
157:4 157:7 157:9
158:1 158:5 158:12
158:18 159:11 159:14
159:18 159:22 160:1
160:3 160:10 160:12
160:21 161:1 161:5
161:9 161:12 161:16
161:21 161:24 162:6
162:10 162:13 162:15
162:20 162:22 163:4
163:6 163:8 163:11
163:13 163:16 163:18
163:23 164:5 164:9
164:13 164:20 164:22
164:24 165:5 165:7
165:11 165:14 165:18
165:21 165:24 166:9
166:15 166:18 166:22
166:24 167:3 167:8
167:10 167:17 167:22
168:8 168:16 168:18
168:23 169:11 169:13
169:18 169:21 169:24
170:2 170:7 170:10
170:14 170:17 170:22
171:10 171:14 171:18
171:21 172:3 172:6
172:10 172:13 172:16
172:22 173:3 173:5
173:9 173:11 173:15
173:18 173:25 174:2
174:5 174:8 174:11
174:15 174:18 174:23
175:1 175:6 175:8
175:14 175:20 175:21
175:23 176:2 176:10
176:13 176:17 176:20
Hinksons [3] 29:4 29:5 29:6
hire [6] 64:21 65:15 71:3 76:3 83:4 172:4
hired [4] 67:25 70:25 70:25 156:21
hires [1] 170:11
hiring [3] 65:13 65:13 133:17
Hispanic [1] 174:16
history [2] 50:22 71:11
hit [20] 2:19 59:6 60:15 60:15 64:21 65:13 65:15 67:25 86:5 118:20 118:21 136:24 144:12 145:17 145:22 158:15 158:21 163:10 166:8 168:10
Hitler [2] 162:23 170:25
hitmen [1] 133:17
hitting [4] 77:2 103:9 104:16 122:7
hoe [1] 90:15
Hokkaido [1] 63:24
hold [7] 2:8 10:16 29:11 59:25 86:22 103:15 164:7
holding [3] 84:2 162:1 162:17
hole [2] 2:21 53:2
holy [4] 29:1 102:17 121:5 122:10
home [12] 7:12 17:24 31:4 31:7 31:10 33:25 43:10 69:24 79:15 112:25 114:22 131:6
homely [1] 106:1
110:14
homemade [1] 29:19
homework [1] 32:19
honest [3] 32:19 66:5 149:24
honey [2] 83:17 84:1
honor [3] 17:12 17:13 45:18
booked [1] 27:5
booker [1] 15:24
bookers [3] 6:9 50:12 50:14
hope [2] 28:18 116:5
hopefully [1] 2:7
Horiuchi [1] 162:16
hormonal [1] 130:7
horny [2] 13:5 13:6
horrible [1] 72:8
hose [1] 86:5
hospitals [2] 70:25 101:19
hostility [1] 47:23
hot [34] 13:5 17:9 17:10 71:16 79:25 80:2 80:20 80:25 83:16 87:2 87:3 88:16 91:23 96:21 102:7 103:1 105:7 115:23 118:17 118:19 118:25 119:4 121:8 121:14 121:21 122:12 123:1 128:12 128:17 128:18 166:2 174:6 174:7 174:14
hotel [1] 14:3
hottest [1] 118:22
hottie [1] 108:20
hotties [2] 81:1 81:4
hound [1] 36:5
hour [7] 60:21 61:1 61:4 61:19 83:8 91:11 101:14
hours [3] 27:8 51:18 75:8
house [11] 59:19 61:15 61:20 61:23 63:1 70:23 76:23 144:20 147:24 157:21 160:12
huge [2] 60:5 83:5
Hugh [1] 123:2
huh [8] 42:13 55:22 80:20 86:15 116:11 119:15 150:23 163:24
huh-uh [1] 86:12
hum [2] 31:11 147:12
humming [1] 31:14
humped [1] 115:10
hundred [3] 119:13 152:7 172:7
hundreds [2] 116:25 146:6
hundredth [1] 129:16
hung [3] 26:12 114:2 159:18
hunger [1] 62:24
hungry [3] 89:12 113:8 113:9
hunkering [1] 62:6
hunt [2] 35:21 36:5
hunted [1] 35:24
hunting [2] 35:21 167:8
hurry [1] 39:3
hurt [8] 133:20 137:10 158:7 158:7 160:18 161:13 164:9 168:20
hurts [1] 140:22
husband [2] 169:25 170:4
husbands [1] 160:23
hyper [2] 114:4 114:6
ice [1] 36:25
Idaho [9] 1:2 2:6 26:20 26:22 66:15 66:16 66:20 66:22 146:19
idea [23] 11:22 44:9 44:10 57:23 74:18 80:6 92:24 103:16 103:17 114:3 117:25 119:25 122:19 122:20 139:9 139:9 146:1 148:20 153:14 164:9 166:7 166:7 166:8
ideologic [1] 140:17
ideology [1] 48:24
idiot [1] 38:25
ignore [1] 76:23
illegal [4] 55:9 83:17 154:12 166:20
imagine [4] 24:13 61:4 69:10 150:14
immoral [1] 55:9
implied [1] 5:22
important [3] 22:21 77:22 77:23
impression [1] 128:3
impressive [1] 119:14
improve [1] 125:18
inaudible [295] 2:21 2:21 2:22 2:23 2:24 3:1 3:2 3:3 3:9 3:13 3:15 3:24 4:3 4:5 5:13 5:19 5:21 6:1 6:13 6:24 7:20 7:22 8:7 9:2 10:8 10:11 10:18 13:5 13:13 14:2 15:2 17:6 18:13 19:10 20:1 20:9 20:9 20:20 20:23 21:4 21:6 21:7 21:9 21:11 21:12 21:13 21:17 21:18 21:24 22:5 22:23 23:17
23:21 25:4 26:17
26:23 27:18 28:14
28:16 28:25 28:25
29:15 29:18 29:19
29:22 30:8 32:12
32:15 32:23 33:1
34:10 34:15 36:4
36:5 37:24 42:19
45:25 46:23 46:24
47:13 47:15 47:22
48:14 48:18 48:20
48:21 48:25 50:5
51:4 51:7 51:8
51:8 51:9 51:15
51:25 52:18 53:2
53:19 55:7 55:10
55:24 56:1 57:23
58:2 58:10 58:22
60:13 60:14 60:18
60:20 60:21 61:14
62:22 62:23 64:15
66:20 69:21 70:7
71:6 71:9 71:20
72:7 72:12 73:25
75:25 79:14 80:9
80:11 80:13 80:15
80:17 80:22 80:24
81:3 81:7 81:9
81:11 81:11 81:12
81:13 81:15 82:6
82:13 83:5 83:22
83:22 85:3 85:23
85:25 86:7 86:7
86:8 87:5 88:4
89:6 89:14 89:16
90:11 91:2 91:9
91:21 92:10 92:25
93:10 95:13 95:18
96:9 96:20 97:11
99:25 100:1 101:17
102:3 102:18 102:20
104:11 105:19 105:22
105:24 107:15 108:8
108:9 108:12 108:14
109:4 109:20 110:1
110:8 110:25 111:6
111:7 111:8 111:10
111:16 111:19 112:8
112:15 112:21 113:14
113:16 113:16 113:20
114:9 114:18 115:14
116:9 116:13 117:6
117:16 117:17 118:16
119:6 119:9 119:10
120:1 120:14 120:18
121:8 121:20 122:11
122:19 122:22 122:24
125:5 125:14 126:5
126:8 126:14 127:14
128:8 128:12 128:18
129:1 129:5 130:4
136:21 137:9 138:10
139:14 139:18 139:19
139:20 139:24 139:25
140:13 140:13 141:7
142:6 143:15 146:23
147:22 147:25 148:6
148:11 148:24 153:20
156:15 156:16 157:11
157:13 157:14 159:8
159:24 160:23 161:9
162:5 163:21 163:24
164:7 164:7 164:9
164:14 164:25 165:5

K & K REPORTING (208)983-2776 · Index Page 9

DAVID HINKSON · CondenseIt™ · harbor - Hinkson

harbor [1] 50:23
hard [11] 8:11 23:21 31:5 47:3 48:19 64:6 79:3 98:15 108:12 128:5 141:21
HARPP [1] 158:9
Harpster [1] 169:4
Harry [1] 28:12
Harvard [1] 156:15
harvested [1] 53:18
harvesting [2] 53:16 142:18
Hasalone [2] 58:9 120:11
Hasselhoff [1] 115:10
hassling [2] 12:22 84:21
hat [1] 172:15
hate [13] 21:25 49:9 65:10 68:7 70:25 100:13 134:22 135:2 135:3 150:11 159:22 159:23 159:25
hates [2] 162:12 171:3
hatred [1] 143:7
hauled [1] 146:14
hauling [1] 62:4
Hawaiian [1] 74:24
head [10] 107:24 134:7 157:3 158:23 158:25 159:1 165:1 165:10 166:5 175:16
headed [2] 2:17 173:25
Headlights [1] 82:19
health [1] 154:4
healthy [5] 2:25 29:11 29:13 35:9 35:13
heap [1] 144:5
hear [11] 2:8 2:14 16:19 26:8 34:6 81:4 140:15 150:7 152:12 164:20 171:24
heard [10] 10:1 17:2 26:8 33:18 47:23 48:1 56:25 132:1 142:1 163:23
hearing [4] 146:9 152:11 152:21 175:24
hearings [1] 175:15
hears [1] 34:7
hearsay [1] 168:14
heart [3] 140:22 152:15 159:6
heartaches [1] 62:24
heavy [4] 46:22 83:25 124:12 151:9
Heck [1] 81:14
Heffner [1] 123:2
hell [14] 18:4 36:20 79:15 88:5 93:22 100:9 104:12 110:2 121:15 128:10 153:7 153:14 154:1 158:2
170:13 170:19 171:5
171:5
hello [6] 102:19 123:16 138:5 163:20 163:21 164:16
help [7] 50:8 77:13 158:9 164:13 174:4 174:5 176:9
helped [1] 165:11
helping [1] 154:10
helps [1] 11:20
herself [2] 76:14 77:8
hey [23] 3:4 3:17 19:5 28:2 39:3 46:4 64:19 64:20 76:25 94:5 102:19 103:21 112:10 112:23 119:23 123:10 124:14 125:2 130:24 138:22 158:15 159:16 169:16
hi [6] 2:24 2:24 36:19 39:15 82:19 126:22
hid [1] 57:4
hidden [2] 60:8 113:5
hide [3] 51:1 60:25 61:1
hideous [1] 55:18
hiding [1] 57:8
high [2] 12:15 62:2
Higher [1] 133:1
highly [1] 131:8
hill [4] 59:20 61:12 61:13 176:8
hilt [1] 169:20
himself [2] 116:12 144:5
Hine [1] 170:12
Hines [4] 153:24 154:1 154:23 155:1 155:5 170:12
Hinkson [1045] 1:5 1:7 2:5 3:3 3:6 3:9 3:13 3:15 3:21 3:24 4:3 4:5 4:7 4:10 4:13 4:17 4:20 4:23 5:1 5:4 5:9 5:12 5:14 5:21 6:1 6:6 6:11 6:13 6:19 6:21 6:25 7:7 7:16 7:20 8:6 8:16 8:20 9:6 9:9 9:11 9:16 9:19 9:24 10:4 10:7 10:10 10:14 10:17 10:24 11:1 11:5 11:12 11:19 11:23 12:1 12:3 12:6 12:14 12:17 12:19 12:25 13:2 13:6 13:10 13:11 13:25 14:3 14:6 14:13 14:20 14:24 15:2 15:8
15:15 15:18 16:1
16:3 16:7 16:11
16:16 16:22 16:24
17:2 17:4 17:7
17:13 17:15 17:17
17:21 17:23 18:1
18:3 18:5 18:7
18:9 18:11 18:13
18:17 18:21 18:25
19:6 19:16 19:19
19:24 20:2 20:7
20:12 20:15 20:20
20:24 21:2 21:4
21:6 21:11 21:17
21:24 22:5 22:10
22:14 22:18 22:25
23:5 23:8 23:13
23:15 23:19 24:11
24:16 24:18 24:25
25:3 25:5 25:11
25:14 25:20 26:13
26:17 26:21 27:1
27:4 27:7 27:12
27:14 27:16 27:20
27:22 27:25 28:7
28:9 28:14 28:19
28:24 29:6 29:15
29:18 29:22 30:1
30:4 30:8 30:13
30:16 30:18 30:24
31:3 31:9 31:15
31:22 32:2 32:7
32:12 32:15 32:20
33:1 33:8 33:10
33:13 33:22 34:2
34:4 34:22 34:24
35:4 35:11 35:14
35:16 35:20 35:23
36:1 36:4 36:9
36:12 36:22 37:1
37:7 37:10 37:13
37:16 37:19 37:22
37:25 38:4 38:7
38:14 38:19 38:22
39:1 39:8 39:11
39:15 39:16 39:25
40:5 40:9 40:14
40:16 40:20 41:2
41:6 41:9 41:18
41:21 41:24 42:2
42:5 42:7 42:10
42:14 42:16 42:20
42:22 43:1 43:4
43:8 43:12 43:17
43:20 43:23 43:25
44:3 44:12 44:15
44:19 44:24 45:2
45:6 45:8 45:10
45:12 45:15 45:18
45:23 46:5 46:8
46:17 46:21 46:23
47:11 47:18 47:22
48:1 48:5 48:8
48:11 48:14 48:18
48:20 48:23 49:6
49:9 49:12 49:16
49:21 49:23 50:8
50:13 50:16 51:3
51:6 51:11 51:19
51:23 52:4 52:9
52:13 52:17 52:21
53:1 53:5 53:10
53:13 53:24 54:1
54:6 54:10 54:13
54:16 54:21 54:23
55:3 55:5 55:7
55:15 55:17 55:19
55:21 55:23 56:1
56:4 56:6 56:11
56:20 56:24 57:3
57:8 57:12 57:15
57:20 57:25 58:2
58:8 58:18 58:22
58:24 59:1 59:3
59:7 59:13 59:17
59:19 59:21 59:23
60:2 60:4 60:6
60:10 60:13 60:16
60:20 60:25 61:5
61:8 61:10 61:12
61:15 61:19 61:24
62:1 62:10 62:12
62:15 62:17 62:20
62:23 63:3 63:6
63:19 63:22 64:1
64:4 64:11 64:15
64:21 64:24 65:2
65:6 65:10 65:12
65:18 65:20 65:24
66:3 66:11 66:15
66:20 66:25 67:8
67:11 67:18 67:23
68:4 68:8 68:11
68:13 68:18 68:23
69:1 69:3 69:6
69:8 69:15 69:18
69:20 70:1 70:4
70:7 70:11 70:16
70:18 70:22 71:3
71:6 71:13 71:16
71:21 71:25 72:2
72:5 72:9 72:12
72:16 72:20 72:23
73:4 73:7 73:10
73:13 73:16 73:19
73:22 74:1 74:5
74:9 74:17 74:20
74:25 75:4 75:10
75:14 75:19 75:21
76:5 76:7 76:9
76:16 76:19 77:4
77:9 77:13 77:24
78:1 78:7 78:13
78:19 79:3 79:9
79:19 79:21 79:24
80:1 80:4 80:6
80:8 80:11 80:13
80:15 80:17 80:19
80:21 80:23 81:3
81:6 81:9 81:11
81:14 81:18 81:22
81:25 82:2 82:5
82:7 82:12 82:16
82:20 82:24 83:2
83:8 83:10 83:13
83:18 83:21 83:24
84:1 84:4 84:8
84:12 84:16 84:20
84:23 85:1 85:3
85:9 85:14 85:19
85:23 86:1 86:3
86:7 86:10 86:13
86:16 86:20 86:22
86:25 87:3 87:7
87:9 87:12 87:14
87:19 87:23 87:25
88:2 88:4 88:7
88:9 88:11 88:17
88:22 88:25 89:2
89:6 89:9 89:12
89:14 89:16 89:19
89:22 90:1 90:3
90:6 90:10 90:15
90:18 90:22 91:2
91:4 91:8 91:11
91:16 91:19 91:22
92:1 92:4 92:7
92:9 92:12 92:14
92:18 92:20 93:2
93:5 93:8 93:11
93:16 93:20 93:23
93:25 94:3 94:7
94:9 94:13 94:18
94:22 94:24 95:4
95:6 95:8 95:12
95:15 95:17 95:22
96:1 96:6 96:9
96:13 96:15 96:20
96:22 97:1 97:3
97:5 97:7 97:10
97:18 97:22 97:24
98:3 98:7 98:11
98:14 98:17 98:24
99:1 99:10 99:14
99:18 99:25 100:3
100:5 100:7 100:10
100:16 100:20 101:3
101:8 101:11 101:17
101:20 102:3 102:7
102:13 102:16 102:18
102:20 103:4 103:19
103:24 104:3 104:6
104:8 104:11 104:21
104:24 105:3 105:6
105:9 105:12 105:15
105:19 105:22 105:24
106:1 106:11 106:14
106:18 106:22 107:2
107:8 107:12 107:15
107:17 107:19 107:23
108:1 108:4 108:7
108:12 108:14 108:18
108:20 108:25 109:4
109:8 109:11 109:18
109:20 109:23 110:1
110:3 110:5 110:8
110:16 110:19 110:22
110:25 111:3 111:6
111:8 111:10 111:15
111:19 111:21 111:24
112:3 112:8 112:15
112:18 112:21 113:3
113:7 113:9 113:14
113:16 113:20 113:25
114:6 114:9 114:11
114:15 114:18 114:20
114:23 115:1 115:3
115:8 115:12 115:14
115:21 115:24 116:2
116:4 116:7 116:14
116:19 116:23 117:2
117:4 117:5 117:7
117:10 117:12 117:16
117:22 118:1 118:5
118:10 118:16 118:22
118:24 119:6 119:9
119:15 119:25 120:5
120:7 120:9 120:11
120:14 120:16 120:18
120:20 120:22 121:2
121:5 121:8 121:13
121:16 121:20 121:24

K & K REPORTING (208)983-2776 · Index Page 8

DAVID HINKSON CondenseIt™ phonetic - really

29:25 30:1 66:17 93:12 102:16 102:24 125:22 127:6 133:1 138:22 139:21 145:24 147:19 158:15 173:8
phonetic [3] 53:18 73:7 85:25
Photograph [1] 84:22
photos [2] 95:18 95:18
physically [1] 31:23
pick [11] 13:14 13:22 14:15 14:18 15:3 46:6 58:3 91:13 113:6 133:1 173:1
picked [4] 8:10 24:7 128:1 128:2
picking [5] 2:14 8:8 8:9 8:9 110:8
pics [3] 97:20 97:20 97:21
picture [19] 74:21 82:16 84:19 85:20 86:18 86:19 88:12 88:13 90:16 93:23 109:23 110:9 111:13 115:8 119:9 127:14 127:19 128:12 128:14
pictures [41] 63:14 79:24 86:8 81:3 81:11 81:22 84:23 86:10 89:3 94:25 95:15 97:24 99:10 103:1 103:25 104:17 106:7 108:7 108:8 108:14 110:10 110:19 112:6 113:11 113:12 113:23 114:5 115:19 116:8 116:15 116:18 116:21 116:23 117:1 117:9 119:10 119:13 121:16 122:11 123:1 128:1
pie [1] 107:6
piece [7] 30:18 30:19 34:22 48:8 65:17 76:22 171:22
pieces [1] 2:10
Piggly [2] 112:25 113:1
pile [1] 95:21
pipe [1] 19:15
piss [1] 150:13
pissed [4] 41:2 114:21 152:25 171:14
pissing [2] 112:9 112:9
pistols [2] 167:9 167:11
pitched [1] 159:20
place [13] 4:1 15:17 30:21 50:12 50:15 66:4 66:8 79:17 91:15 130:2 144:19 157:19 169:1
places [2] 12:7 101:24
placing [1] 2:4
plague [1] 85:17
Plaintiff [1] 1:3
plan [2] 33:4 159:14
plane [2] 44:5 131:6
Planet [2] 59:6 59:6
plaques [1] 164:15
plastered [1] 24:20
play [9] 25:1 75:8 88:2 114:4 114:10 118:6 118:6 119:20
play-by-play [1] 140:8
playboy [1] 103:21
player [1] 111:22
plays [1] 75:3
plead [2] 38:19 38:20
pleasure [2] 73:10 74:13
plotting [3] 63:10 65:24 66:8
plus [3] 97:16 119:13 157:17
pocket [1] 57:21
pockets [1] 13:21
point [17] 5:18 6:2 11:23 23:20 25:6 26:18 31:16 39:12 41:17 44:21 56:21 68:8 78:14 135:25 137:3 139:21 168:16
pointy [1] 87:4
poisoning [1] 20:18
police [2] 144:12 144:12
political [4] 32:8 32:21 137:23 158:10
Pono [4] 55:12 55:15 55:16 55:22
poor [5] 67:2 94:17 103:14 112:11 118:13
popo [1] 88:15
population [2] 51:8 54:25
populous [1] 55:2
porch [1] 3:2
Posing [1] 127:4
positive [1] 171:16
posters [1] 14:3
pounds [1] 130:8
power [4] 10:13 10:15 75:23 129:16
powerful [1] 46:2
practically [1] 69:16
prairie [3] 61:16 61:16 62:2
preach [2] 36:13 36:19
preempt [1] 171:17
prefer [1] 152:21
pressure [3] 59:24 96:1 96:2
pretend [1] 116:11
pretrial [2] 175:12 176:2
pretty [21] 4:16 5:2 5:3 9:1 30:21 58:5 60:20 64:3 74:25 79:25 83:15 83:15 87:3 91:7 96:14 106:1 109:14 116:2 119:14 142:2 148:10
prevail [2] 137:20 140:16
prime [1] 78:16
principles [1] 25:22
priorities [2] 11:11 165:19
prison [23] 32:3 32:9 34:12 34:19 35:11 36:14 44:22 46:19 47:18 47:23 50:18 50:21 53:7 56:8 137:23 140:19 142:8 142:17 145:16 145:18 150:2 152:9 171:1
prisoners [4] 32:8 32:21 137:23 158:10
prisons [2] 32:7 32:18
private [1] 20:25
probation [3] 167:3 167:7 167:12
problem [14] 51:13 70:22 70:23 100:17 100:19 112:22 118:11 124:15 127:10 137:12 137:18 143:1 147:21 148:4 149:11 168:24
problems [7] 12:6 20:7 20:10 70:9 100:25 101:4 101:7
proceedings [1] 2:1
processing [2] 34:11 47:19
procrastinates [1] 3:18
produce [1] 113:1
professional [1] 22:12
professor [1] 156:16
profit [3] 15:5 34:20 153:12
project [1] 116:5
prolific [1] 10:2
promised [5] 68:19 149:2 164:1 164:6 164:17
promoting [1] 142:17
proof [4] 134:8 158:22 175:21 175:22
pros [1] 12:12
prosecution [1] 162:7
prostitutes [1] 15:19
prostrate [1] 73:24
protect [2] 136:19 173:2
protection [1] 146:12
protest [1] 48:6
protesting [4] 47:24 47:25 48:4 48:14
protrudes [1] 72:21
prove [4] 70:1 163:19 172:18 172:23
psyche [1] 75:7
psychiatrist [1] 115:18
psychic [2] 124:16 124:17
psycho [1] 79:1
public [2] 35:3 166:16
pull [3] 14:21 112:23 119:8
pulled [3] 38:24 38:25 39:2
pulling [2] 2:20 74:22
Pump [1] 87:21
pumps [1] 92:3
punishment [1] 50:5
purpose [3] 50:10 54:3 162:22
purposes [1] 63:4
pursuant [4] 54:2 54:7 144:22 144:24
pushing [1] 31:5
put [32] 12:8 19:13 19:14 21:15 26:4 30:18 31:3 31:10 32:4 32:9 32:9 37:16 38:3 54:7 55:11 57:15 63:19 66:24 99:2 120:2 121:10 131:5 133:6 135:5 139:2 141:12 141:14 142:17 145:24 152:17 157:19 164:16
puts [1] 43:13
putting [6] 13:21 31:6 50:18 63:22 99:1 142:5
Quarter [1] 61:18
Queen [1] 143:19
queers [1] 74:11
questions [2] 19:9 20:3
quick [3] 5:18 10:16 133:24
quiet [5] 28:2 30:21 69:7 103:4 103:4
quit [9] 20:9 36:9 36:10 36:12 54:10 135:21 135:22 136:19 139:22
quite [3] 59:9 77:10 159:21
quote [1] 147:11
quoted [1] 147:10
R [1] 2:3
rack [1] 48:[illegible]
racketeering [1] 168:2
racy [1] 80:5
radar [1] 43:12
radio [6] 22:8 84:25 162:22 166:10 170:24 171:10
raging [1] 130:7
rail [1] 127:18
railroad [1] 131:2
railroading [1] 35:18
rainbows [1] 78:1
raise [1] 77:16
raised [1] 30:13
ran [4] 4:8 26:7 57:4 57:4
ranchers [1] 8:9
Randy [2] 162:6 162:10
ranting [1] 135:8
rapist [1] 26:23
rate [1] 47:19
rather [4] 137:10 141:22 141:25 152:20
ratify [1] 55:1
rats [1] 20:23
raving [1] 135:9
raw [1] 49:5
reach [1] 126:20
read [11] 38:16 43:14 43:15 55:25 73:13 73:16 73:22 74:9 147:6 147:6 152:25
Reading [1] 86:9
ready [7] 36:5 59:13 78:19 99:3 164:15 165:2 168:1
real [37] 5:17 7:16 10:16 17:17 18:18 20:22 20:24 22:8 26:11 52:7 57:14 62:23 79:4 81:23 83:3 85:7 85:8 85:11 96:23 98:4 104:7 114:5 119:20 119:21 119:21 135:11 140:5 156:21 160:19 160:20 160:21 160:24 160:25 160:25 165:17 172:9 172:24
realist [1] 18:14
realize [3] 11:1 88:18 144:10
realized [1] 53:1
really [59] 6:19 7:21 11:1 11:19 11:20 11:20 12:9 22:14 23:3 25:20 26:18 31:5 31:15 31:15 31:22 42:25 48:24 49:12 50:18 52:12 56:22 62:25 71:21 71:22 77:10 86:20 90:18 91:4 91:23 98:3 98:15

K & K REPORTING (208)983-2776 Index Page 15

DAVID HINKSON CondenseIt™ nowhere - pho

[illegible] 110:20 114:13 114:17 117:16 123:20 125:10 127:19 131:22 141:5 146:9 149:21 150:5 154:25 155:20 155:23 166:12 169:21 172:3 173:25 174:19
nowhere [2] 26:20 67:7
NSA [5] 163:1 163:2 163:7 163:12 166:7
nub [1] 74:4
nude [4] 79:13 84:17 84:17 84:19
nudy [3] 91:23 98:7 104:17
nuisance [1] 29:18
number [11] 21:1 73:11 93:7 93:12 109:8 123:14 124:21 125:22 126:20 126:21 175:2
numbers [1] 123:22
Nurissa [2] 117:12 117:16
nurse [1] 70:24
nursing [3] 17:24 31:4 31:10
nut [2] 52:3 161:4
nuts [3] 63:9 98:18 118:7
nymph [1] 72:14
nymphs [3] 72:10 72:13 72:25
oath [3] 37:25 38:5 157:14
obligation [1] 40:18
obvious [2] 5:15 102:10
obviously [9] 63:16 71:10 92:19 118:19 118:20 131:23 134:13 159:19 168:13
occasion [1] 158:2
occasionally [1] 17:20
occasions [3] 26:12 134:12 149:5
occan [1] 84:23
odd [2] 5:6 119:17
off [39] 2:12 4:9 7:17 13:18 26:7 29:14 41:2 48:7 49:24 52:24 56:13 56:17 58:24 59:24 60:10 73:16 74:19 92:9 92:11 98:18 101:13 103:12 110:5 110:6 112:9 112:10 114:21 131:15 150:13 152:25 155:10 155:21 159:18 160:9 163:10 163:16 166:6 168:23 174:21
offense [1] 137:1
[illegible] 158:20 167:24 172:1
officer [1] 167:3
Officers [1] 52:9
official [1] 34:15
offshore [2] 141:19 165:25
Oil [1] 86:12
OJ [3] 174:4 174:5 176:9
Okassona [2] 109:18 109:19
Oklahoma [1] 112:25
ol' [1] 85:22
old [30] 6:4 7:25 16:10 17:24 18:8 23:20 27:19 30:12 31:9 31:13 68:9 71:22 74:12 75:2 79:15 85:24 88:24 93:17 97:14 107:18 108:18 111:13 112:24 120:13 147:9 147:9 166:3 166:4 166:5
older [4] 59:4 63:15 71:23 89:2
olds [1] 89:3
Olga [15] 91:21 107:17 109:4 109:8 110:3 110:10 111:11 111:12 114:11 114:15 115:23 115:23 116:2 127:17 130:14
Olive [1] 86:12
Olla [2] 117:7 125:11
Olympic [1] 86:25
once [5] 25:15 38:4 77:17 78:23 102:22
one [114] 3:14 12:6 12:23 15:20 15:20 19:13 21:21 21:21 22:2 22:8 22:8 22:20 24:3 24:20 25:25 26:15 26:24 28:7 32:5 32:9 36:6 36:6 41:2 43:14 46:8 47:11 52:7 54:11 56:2 56:17 56:24 58:10 58:10 59:5 60:2 60:6 62:14 65:19 71:9 71:9 71:17 72:6 74:20 77:19 82:5 82:20 82:21 84:16 86:18 86:18 86:24 87:19 87:21 91:4 91:8 91:12 91:13 92:9 92:20 93:2 95:10 95:16 95:22 96:16 96:20 97:8 97:16 100:20 103:12 105:3 105:3 105:9 106:14 106:18 106:21 107:8 107:23 108:1 109:9 109:18 109:20 111:10 114:15 115:16 115:16 115:25
[illegible] 122:12 124:2 124:15 125:11 125:11 126:5 126:5 127:13 127:19 128:7 129:9 130:24 132:13 134:15 136:4 136:15 136:16 137:15 145:4 145:5 146:5 151:19
ones [12] 10:10 57:17 81:23 82:24 83:21 90:5 91:23 96:15 97:19 98:7 98:17 153:5
onto [1] 29:11
Ooh [1] 139:16
op [1] 103:11
open [2] 48:7 66:17
opened [1] 113:22
opens [1] 34:14
operating [1] 2:18
operation [1] 172:10
opposing [1] 35:14
optimistic [2] 132:1 132:4
oral [1] 2:1
Orange [1] 61:2
orchestrated [1] 150:2
orchestrating [2] 52:14 152:11
order [2] 49:1 172:14
orgasms [2] 72:23 75:15
Oriental [1] 174:15
originally [1] 54:24
Orlando [1] 13:12
otherwise [1] 2:11
ought [2] 102:8 112:23
outdone [1] 120:4
outnumbered [2] 137:15 137:15
outside [1] 60:24
overexcited [1] 72:25
overturns [1] 58:9
owe [1] 157:17
own [7] 54:18 71:4 71:5 81:14 144:19 147:13 171:13 172:17
owner [1] 172:24
owns [3] 156:9 172:18 172:19
ozone [3] 53:2 53:5 75:24
p.m [1] 2:4
pace [1] 140:24
pack [1] 96:21
package [1] 122:14
packets [1] 116:25
paid [5] 37:3 41:17 45:12 65:14 147:3
painful [1] 131:18
paired [1] 18:1
palatable [1] 15:17
panacea [1] 142:23
panic [1] 144:9
panties [1] 138:21
pants [1] 121:22
paper [1] 40:5
paranoid [2] 26:18 26:18
Parents [1] 55:20
Paris [1] 94:5
part [8] 9:7 9:14 14:20 48:25 109:14 119:17 135:19 171:19
participate [1] 78:10
particular [1] 119:8
partner [2] 52:23 68:19
Parton [1] 82:15
party [1] 14:7
pass [1] 14:14
passage [1] 72:21
passed [2] 14:19 141:5
passport [2] 44:6 112:4
past [2] 56:22 147:4
pathetic [1] 119:20
pathological [1] 171:18
patients [3] 79:11 79:11 79:12
Patrick [5] 18:5 18:6 18:8 151:14 151:16
patriot [4] 18:9 92:7 92:13 92:15
patriots [2] 55:10 143:1
pattern [3] 7:15 7:18 7:19
patties [1] 23:25
Paul [3] 23:6 23:7 23:8
pay [15] 28:4 38:15 38:19 39:20 47:8 47:9 54:21 56:12 62:25 129:2 136:18 147:25 148:14 150:5 174:21
paying [1] 67:4
pays [1] 44:24
penalty [3] 37:2 38:4 40:10
penis [3] 74:3 74:6 121:10
people [163] 5:10 6:15 6:16 6:16 6:23 8:7 8:10 8:14 11:17 12:1 14:14 14:18 16:18 23:2 23:5 25:2 26:9 28:9 28:16 28:17 29:11 29:12 29:13 30:20 31:22 31:24 31:25 32:3 32:4 32:7 32:9 32:9 32:14 32:17 34:11 35:2 35:5 35:7 35:8 35:21 36:13 36:14 36:22 45:23 46:7 46:18 47:6 47:8 47:18 47:19 48:17 48:20 48:23 51:3 51:7 51:9 51:9 51:11 51:12 51:15 53:5 54:18 60:15 63:6 65:3 66:6 66:11 66:12 66:25 67:2 67:3 67:4 67:5 67:9 67:23 68:6 69:12 69:13 69:22 71:8 75:7 76:19 76:21 101:1 101:15 101:23 101:24 110:13 118:13 125:16 130:3 130:5 131:1 132:13 133:18 134:8 135:9 135:9 136:7 136:14 137:9 137:13 137:14 137:16 137:17 137:22 140:19 140:21 142:6 142:7 142:17 142:18 143:1 143:2 143:8 143:14 144:16 145:12 145:24 146:3 146:7 146:12 146:13 147:4 148:1 148:5 148:6 148:6 151:22 152:8 152:8 153:18 153:21 155:25 156:23 156:23 156:24 157:1 157:5 157:11 158:6 158:8 158:16 158:17 158:24 158:25 159:7 160:19 160:25 161:5 161:14 161:24 161:25 161:25 162:1 162:2 162:7 162:18 167:23 168:21 170:22 170:24 171:1 175:3 175:17
percent [6] 32:20 52:21 53:15 53:16 53:17 77:19
period [4] 21:13 51:21 70:10 134:14
perjured [3] 58:10 58:11 157:14
perjury [3] 37:2 38:4 40:10
person [14] 4:18 4:22 5:25 26:6 31:17 39:21 46:23 54:2 54:21 71:7 104:7 128:24 130:11 149:18
personal [4] 18:22 102:11 154:25 155:1
personalities [1] 107:22
Pete's [1] 42:3
petite [1] 87:21
philosophy [1] 38:12
phone [19] 2:16 10:5 17:2 24:15

K & K REPORTING (208)983-2776 Index Page 14

DAVID HINKSON CondenseIt™ mental - now

130:5 136:24 166:5 166:8
mental [3] 65:25 101:7 164:12
mentality [1] 99:22
mentally [2] 31:23 75:7
mention [5] 22:19 33:17 136:23 144:6 168:9
mentioned [5] 13:8 23:18 50:12 50:14 150:24
Meredith [3] 56:2 56:4 56:5
mess [3] 58:3 124:23 148:13
message [3] 10:6 10:16 174:24
messed [2] 23:16 84:5
messing [1] 26:15
met [11] 11:16 29:6 80:25 81:1 81:4 83:2 127:22 128:14 128:24 130:3 153:18
Mexican [3] 65:13 169:6 170:12
Mexico [7] 57:4 94:22 94:23 94:24 95:4 95:11 169:9
mic [1] 2:19
middle [2] 26:20 67:7
midnight [1] 7:12
might [24] 2:8 6:7 63:9 63:9 63:14 78:5 82:16 82:25 86:17 97:13 99:16 101:24 108:10 115:17 138:14 143:17 145:16 145:18 153:20 153:21 153:21 167:15 171:4 172:25
mile [3] 60:21 61:4 61:19
miles [4] 43:18 61:1 122:1 122:3
militia [1] 134:7
militias [3] 158:24 159:1 175:17
milk [3] 73:24 73:25 127:25
milked [1] 169:18
milking [1] 127:24
million [11] 32:2 32:7 35:2 71:10 137:22 141:18 155:14 155:22 157:19 168:3 168:3
millions [4] 37:2 37:3 46:18 172:17
mind [1] 31:18
minds [1] 38:9
mine [1] 173:11
minerals [1] 92:12
mining [1] 8:9
minute [8] 13:4 25:25 26:1 27:9 32:5 48:16 96:6 102:24
minutes [7] 50:11 75:16 126:23 163:25 164:2 164:2 164:17
misconstrue [1] 157:1
miserable [2] 23:1 155:3
misery [2] 47:2 47:7
miss [4] 12:20 12:20 16:4 16:4
missed [1] 41:21
missiles [1] 35:5
missing [1] 144:10
mission [1] 62:17
mistreats [1] 161:22
mix [3] 140:6 140:8 148:9
mob [3] 156:17 156:17 156:18
mobile [1] 112:24
models [1] 106:21
modular [1] 61:22
moly [3] 29:1 102:17 122:10
mom [3] 17:22 33:25 121:10
moment [1] 138:8
momma [1] 82:19
Monday [7] 59:23 85:11 160:16 173:23 174:17 174:20 176:9
money [35] 10:15 28:5 45:3 51:25 53:15 53:18 53:20 56:20 63:6 64:6 65:14 65:16 70:2 77:5 77:9 77:13 77:14 83:5 89:9 89:12 95:1 113:8 113:9 127:24 129:2 132:13 132:24 133:22 136:18 141:15 144:10 153:8 160:4 169:19 171:21
Monica [1] 174:16
month [8] 29:11 29:13 79:5 79:5 90:7 115:5 156:13 156:14
months [16] 11:14 44:18 84:15 85:12 92:23 94:16 98:3 98:21 100:21 109:3 112:5 112:5 114:2 119:19 141:9 145:10
moping [1] 129:25
morals [1] 12:15
Mormon [11] 7:1 8:21 9:7 9:25 26:21 27:25 52:20 89:24 103:19 103:20 126:14
Mormons [6] 9:20 10:2 10:12 49:9 52:17 52:18
morning [2] 64:18 164:6
mortgage [1] 56:12
most [8] 23:8 32:8 75:23 95:20 103:24 121:9 127:10 137:22
mostly [1] 116:15
mother [4] 81:15 93:23 136:15 136:16
motion [2] 75:21 168:22
motto [1] 139:2
mount [1] 27:8
mountain [2] 110:15 110:16
mouth [4] 13:3 25:24 134:19 142:1
move [5] 5:17 51:1 129:18 174:4 176:9
moved [3] 69:2 141:3 141:5
moves [5] 7:8 63:22 69:1 94:5 112:2
movie [2] 140:7 155:2
movies [1] 8:21
moving [2] 88:8 165:11
multiple [2] 107:22 107:25
murder [11] 53:19 68:15 125:17 135:11 135:14 135:21 136:8 136:10 145:18 150:12 161:25
murdering [2] 135:22 175:17
Murphy [1] 112:23
must [9] 13:16 58:4 58:5 58:6 129:21 131:23 139:1 166:15 174:24
Mustang [1] 18:1
nail [2] 106:16 112:1
nailed [1] 112:3
naked [3] 82:16 100:9 109:11 109:13 109:14
name [28] 8:17 8:20 18:4 18:7 20:25 29:16 37:16 38:9 55:18 55:19 77:1 92:13 92:14 113:24 117:7 117:17 122:25 125:11 127:15 128:8 128:17 151:12 151:15 162:8 162:11 162:16 168:5 170:13
names [1] 86:9
Nancy [1] 162:4
nation [3] 7:21 8:1 8:1
National [1] 163:2
nature [3] 130:4 130:6 130:8
Nazi [2] 42:3 42:6
Neal [2] 143:12 143:13
near [1] 169:7
neat [1] 18:8
necessarily [1] 13:6
need [24] 7:22 9:22 53:9 53:15 94:6 99:10 113:3 115:17 116:7 119:10 121:24 121:24 121:24 137:8 139:23 146:9 146:12 148:13 149:13 165:19 165:19 170:10 171:16 176:1
needed [4] 55:1 74:3 157:2 165:12
needle [1] 19:20
needles [1] 50:7
needs [5] 67:8 101:12 152:9 161:22 176:11
negative [3] 18:11 18:12 86:12
negligent [1] 41:25
Nein [1] 71:15
nerd [1] 116:12
nerves [5] 72:16 72:18 73:1 73:11 74:2
nervous [1] 166:15
Ness [1] 50:1
never [41] 4:23 11:7 17:19 17:20 20:13 21:12 21:23 23:18 25:13 26:2 26:2 26:16 27:22 29:6 30:20 43:6 43:22 58:14 70:1 71:13 71:21 73:1 73:12 73:13 75:14 80:4 103:6 103:8 116:12 123:13 128:9 128:24 131:7 131:12 131:17 137:9 142:5 150:3 152:21 153:17 166:11
new [15] 4:7 10:19 13:13 19:13 48:25 49:4 49:5 49:5 49:5 59:5 76:11 82:10 82:22 99:25 101:16
news [2] 23:20 48:1
next [19] 3:19 26:1 52:23 56:10 60:6 68:18 78:16 86:24 91:8 129:18 129:19 141:8 141:8 145:10 147:16 150:5 157:15 164:24 175:15
Nexus [2] 156:2 156:3
nice [25] 7:15 7:16 7:17 15:22 31:12 39:20 39:21 69:17 69:18 69:19 80:16 83:3 84:3 86:11 86:23 99:19 116:20 118:25 125:15 126:5 130:11 139:15 148:1 156:21 161:24
nicer [2] 7:10 130:5
nicest [2] 8:22 86:16
Nicholas [1] 166:2
nickname [1] 143:12
night [20] 4:9 7:12 14:6 14:20 14:21 24:3 24:4 28:12 79:16 79:21 81:20 82:12 95:8 106:10 107:6 129:17 148:7 165:3 165:8 173:21
nights [1] 138:20
nine [6] 39:4 51:6 83:9 112:5 132:13 132:15
nines [1] 112:20
Ninth [1] 157:18
nipple [1] 60:9
noble [1] 149:24
nobody [8] 12:21 35:14 35:16 71:3 147:3 150:18 159:11 168:20
Nogales [1] 128:18
noise [2] 14:8 14:23
None [1] 120:7
nonetheless [1] 58:20
nonsense [1] 59:11
normal [7] 28:23 30:10 30:13 59:4 66:8 66:9 66:9
normally [1] 132:18
nothing [31] 7:11 14:23 20:1 22:19 22:20 23:20 26:8 37:21 42:8 44:17 52:3 71:6 74:14 84:18 85:20 86:14 94:2 100:7 101:15 107:3 107:4 120:17 124:2 135:24 148:1 149:16 150:18 152:18 158:1 166:1 169:8 175:9 176:18
notice [1] 19:3
noticed [2] 29:12 121:21
novel [1] 66:1
now [61] 2:12 7:16 7:18 7:23 16:1 16:2 16:19 18:18 30:9 32:2 42:18 42:23 43:2 45:3 46:19 46:24 47:19 47:24 49:3 52:10 57:8 58:19 62:18 70:4 70:11 70:15 83:4 85:3 88:8 89:24 90:6 92:19 94:11 95:10 97:25

K & K REPORTING (208)983-2776 Index Page 13

DAVID HINKSON CondenseIt™ learn - me

learn [3] 5:23 11:1 29:21
learned [2] 49:8 49:10
least [6] 8:11 94:4 132:17 141:9 167:15 174:21
leather [1] 121:21
leave [8] 69:20 76:13 137:8 139:23 144:17 152:20 155:17 172:7
leaving [2] 69:20 139:7
leery [1] 16:14
left [14] 3:10 3:11 3:25 4:2 9:9 9:12 24:24 97:17 113:5 119:24 135:24 137:15 138:21 142:6
leg [1] 98:17
legal [9] 33:21 44:12 45:7 55:13 55:23 56:24 157:8 158:1 176:3
legally [1] 157:8
legitimate [2] 38:7 172:5
legs [4] 82:13 82:15 115:8 118:25
Lemmings [1] 13:24
Leno [1] 56:10
lens [1] 59:15
Les [1] 155:3
lesies [1] 73:7
less [2] 61:17 73:1
lesson [2] 116:22 158:3
letter [2] 41:3 41:3
letters [7] 41:3 41:9 106:7 128:23 129:4 129:4 144:7
level [1] 47:23
Lewiston [4] 21:18 22:15 22:22 43:17
Lexus [2] 156:2 156:3
liable [1] 120:3
license [2] 11:6 41:10
lie [5] 19:1 105:12 156:22 167:24 173:6
lied [2] 27:12 157:14
lien [1] 141:13
lies [2] 134:8 153:6
life [28] 4:18 4:22 5:2 6:14 7:5 7:5 8:12 12:23 28:16 28:23 67:18 67:19 73:20 74:7 74:8 76:21 58:1 101:12 120:24 120:25 121:4 130:18 130:18 130:20 130:23 148:4 158:1 164:13
lifted [1] 60:17
light [3] 2:19 59:14 106:16
liked [7] 23:3 30:7 72:2 91:5 108:1 111:3 120:5
likes [1] 56:15
liking [1] 69:15
limo [1] 138:25
line [6] 20:25 39:6 50:20 131:24 135:24 138:9
linger [1] 29:13
lingering [1] 29:10
list [1] 96:16
listen [8] 28:22 52:23 52:24 112:23 113:17 122:18 124:17 141:25
listening [3] 137:6 141:24 144:10
literally [4] 98:19 103:16 116:10 119:12
Little's [1] 22:3
live [5] 2:16 66:9 67:4 145:20 162:25
lived [1] 147:24
lives [4] 26:19 125:17 125:18 128:18
living [6] 8:7 8:11 78:12 79:12 110:14 116:12
loaded [1] 103:23
loans [2] 141:12 141:14
Lobotomy [1] 27:25
lock [1] 63:24
locked [3] 3:5 3:6 166:22
Lodge [4] 162:13 162:14 170:12 170:24
logical [1] 24:2
lonely [7] 5:25 98:21 99:20 101:2 118:14 129:13 129:25
longer [1] 120:25
Lonna [1] 104:6
Lonnie [3] 95:5 168:18 169:21
Lonnie's [2] 169:24 170:3
look [50] 4:21 9:6 14:9 27:23 28:2 28:3 28:20 31:13 44:4 44:21 63:22 67:14 71:22 71:23 72:2 82:13 82:14 82:14 83:6 83:16 84:2 85:21 87:20 88:7 88:21 90:4 93:2 93:3 94:5 95:14 95:24 100:7 100:13 107:15 109:14 111:12 111:12 111:13 111:14 114:12 115:18 115:19 115:22 118:17 121:18 139:16 143:20 147:19 147:23 166:19
looked [6] 16:9 74:21 89:5 93:21 106:15 128:3
looking [27] 2:25 11:17 33:6 40:3 71:25 78:3 88:17 89:20 103:1 109:21 111:17 111:18 112:18 118:3 120:22 121:14 122:15 125:22 127:12 128:2 128:20 143:22 169:3 169:4 173:2 174:14 174:16
looks [6] 58:25 60:9 83:15 84:5 92:2 99:12
loose [5] 7:7 15:9 35:21 35:24 53:14
Lopez [2] 147:10 147:11
Jose [4] 11:10 45:19 147:1 171:2
losing [3] 136:2 142:5 152:14
loss [2] 46:7 98:2
losses [1] 140:11
lost [6] 87:8 110:23 123:14 127:9 142:5 163:14
lots [4] 27:1 62:5 65:16 79:12
love [15] 5:24 6:1 8:23 72:10 72:14 75:1 75:16 87:21 89:12 96:22 98:14 125:21 128:23 129:3 130:11
lover [1] 123:6
loves [3] 47:2 47:7 169:22
loving [4] 7:4 7:6 23:9 27:2
luck [1] 139:13
Lucky [1] 106:25
lung [1] 101:16
Lynn [3] 56:2 56:4 56:5
M [2] 1:25 177:12
machine [12] 22:3 117:21 134:7 135:5 135:13 153:7 153:8 162:1 167:5 167:25 175:18 175:22
mad [3] 20:20 77:16 77:17
Maddy [1] 29:7
Maddy's [1] 176:15
Magazines [1] 113:23
magic [1] 142:23
magomboes [1] 85:25
magombos [1] 119:1
Magoo [1] 153:19
Main [1] 43:11
maker [1] 158:12
makes [8] 16:14 34:19 38:7 42:12 46:15 78:2 139:5 145:20
Makeup [1] 28:14
man [46] 3:1 6:5 9:18 10:17 12:23 13:2 16:24 17:21 27:15 28:15 31:2 46:22 52:8 64:18 64:21 65:13 65:15 67:25 71:22 73:10 75:3 82:8 83:15 87:24 88:3 88:15 88:16 90:17 92:5 93:3 93:4 93:7 94:20 95:14 111:13 122:23 124:23 134:2 139:8 144:13 145:17 156:2 158:21 163:10 168:11 170:25
management [1] 76:7
manager [3] 113:2 113:3 158:20
mandate [1] 34:15
mandatory [1] 34:17
mangled [1] 64:17
manipulating [1] 65:24
Manny [1] 114:17
map [1] 98:5
March [2] 1:8 177:7
Marianna [24] 7:8 64:4 64:20 65:9 67:21 68:21 69:24 76:4 79:1 105:15 105:16 107:12 129:7 129:11 132:8 134:13 134:15 136:11 144:1 147:23 150:16 157:24 168:4 169:7
Marie [4] 6:25 28:3 28:5 125:21
Marie's [1] 31:4
Mark [23] 16:5 17:9 29:18 98:9 123:5 123:12 123:16 123:19 123:21 126:8 138:5 138:6 138:8 138:12 138:13 138:14 138:16 138:18 138:20 138:23 139:5 164:24 173:7
Mark's [1] 139:2
marked [1] 172:8
marriable [1] 15:20
married [10] 12:11 16:24 73:19 78:20 78:23 97:11 97:13 99:18 99:19 156:9
marry [10] 67:12 78:22 78:23 86:11 86:23 90:18 124:11 127:20 128:9 128:17
marrying [2] 15:19 15:25
mass [1] 62:24
massage [1] 94:6
Mastercard [1] 93:19
matrix [1] 53:8
Matt [1] 94:1
matter [4] 23:19 60:10 96:24 144:16
Matthew [3] 41:18 42:7 42:23
may [3] 59:16 173:21 173:21
McQueen [3] 109:15 111:2 115:19
meal [1] 25:18
mean [105] 3:22 4:17 4:21 6:2 6:12 6:16 6:22 9:23 10:20 11:20 12:2 12:8 12:15 15:15 15:16 16:1 17:11 18:15 19:17 21:15 22:25 25:8 26:1 26:17 27:2 27:2 31:23 31:25 33:25 34:5 35:3 37:1 37:20 45:25 47:17 56:17 56:19 59:20 64:8 65:1 65:22 66:25 67:5 74:21 75:22 77:23 78:7 81:10 82:3 84:14 85:15 90:25 93:6 99:8 102:13 103:22 104:15 106:8 107:21 113:11 116:23 117:15 118:3 118:8 118:12 119:12 122:5 124:7 124:8 127:6 129:3 130:1 133:11 133:19 133:25 134:6 135:4 135:7 136:19 139:16 143:10 145:19 146:22 147:23 149:17 151:18 153:9 153:24 155:11 155:15 157:1 157:8 157:24 158:5 160:6 160:18 162:8 163:2 165:9 165:16 167:12 169:17 169:19 170:9 170:11
means [7] 10:5 18:18 20:1 47:22 49:11 49:14 63:20
Meanwhile [1] 45:12
meat [1] 30:18
meathooks [1] 90:8
mechanic [2] 23:8 23:16
meddling [2] 46:12 65:3
medical [1] 73:23
medicate [1] 31:16
Medium [1] 127:18
meet [10] 39:10 71:7 90:19 100:20 109:4 109:7 118:13 119:20 128:10 148:5
meeting [2] 6:23 38:9
Melissa [1] 124:16
men [6] 17:12 103:18

K & K REPORTING (208)983-2776 Index Page 12

DAVID HINKSON CondenseIt™ took - watching

96:21 98:13 98:16 100:8 107:20 108:6 109:21 114:20 122:16 124:19 125:23 125:25 126:22 131:11 131:11 137:12 156:12 160:19
took [15] 8:21 8:21 32:8 70:20 71:17 80:2 95:18 110:6 113:12 115:5 116:21 125:21 132:20 169:9 169:10
tool [1] 74:1
top [4] 30:18 34:9 45:17 96:16
tops [1] 15:4
total [2] 35:8 109:24
totally [9] 28:23 85:17 98:17 98:20 105:4 105:21 110:23 160:16 176:23
touch [2] 22:18 98:22
touched [4] 21:23 71:14 72:22 73:1
tough [1] 58:23
tour [1] 147:16
touring [1] 36:13
towards [1] 77:14
Tower [1] 95:3
town [4] 24:12 42:11 99:22 130:21
toys [1] 30:16
track [4] 156:4 156:8 156:9 156:20
Tracy [1] 129:7
Trade [1] 154:18
trail [1] 32:22
trained [2] 156:17 156:18
transcribed [2] 1:25 177:5
transcript [2] 1:7 177:5
TRANSCRIPTION [1] 177:2
transcripts [1] 152:25
transmission [1] 2:12
trash [2] 108:10 157:22
traumatic [1] 18:21
travel [2] 15:23 15:24
traveling [1] 163:24
treat [3] 7:10 7:17 67:13 79:11 131:9
treated [3] 7:9 93:20 125:21 127:7 131:5
treating [1] 130:12
treatment [1] 50:4
trial [13] 32:23 32:25 33:14 33:16 34:8 141:3 141:10 146:8 146:10 165:11 165:15
176:3 176:4
tried [6] [illegible] 77:15 86:3 135:11 164:16
trim [1] 95:1
trip [3] 94:5 99:25 139:4
Trojan [3] 14:3 14:4 14:4
Trojans [1] 13:13
Tropic [1] 74:24
Tropicanna [1] 131:17
trouble [6] 17:7 42:8 53:1 144:5 158:12 168:7
troubles [1] 19:1
truck [4] 4:15 64:17 169:3 169:4
true [9] 25:6 35:20 35:24 50:7 64:8 146:9 146:16 149:25 162:2
trust [2] 124:2 170:5
truth [6] 25:24 123:25 139:16 142:11 144:13 147:4
try [9] 21:25 22:2 27:17 29:18 40:2 67:13 67:23 126:19 164:15
trying [22] 13:17 17:23 26:5 41:18 42:11 42:12 52:23 71:13 77:4 83:4 98:8 105:21 112:4 122:11 153:6 155:10 164:13 172:18 172:23 173:1 173:2 175:24
tuberculosis [4] 79:11 100:3 153:6 159:2
tubs [2] 113:21 113:22
turmoil [1] 8:4
turn [2] 35:21 59:24
turned [2] 35:24 58:22
turns [2] 33:18 74:18
twenty [1] 107:19
twice [4] 50:12 50:14 99:23 102:22
two [50] 10:21 10:21 12:7 14:14 15:9 24:21 24:21 24:22 24:22 24:24 24:24 27:7 27:10 29:12 35:23 36:4 39:21 43:25 44:3 44:7 51:9 51:10 54:11 58:5 61:8 62:20 62:21 74:14 76:9 81:1 82:12 82:20 83:8 91:11 92:21 102:23 107:9 109:2 109:8 134:7 141:19 144:16 147:25 148:18 148:21 148:21 158:23 159:1 168:3 175:17
typical [1] 6:3
U.S [13] 6:3 32:9 [illegible] 52:9 54:3 54:16 54:16 75:25 101:22 102:14 166:12
UCC [8] 36:14 55:11 56:25 57:1 142:13 146:7 146:11 146:11
UCCs [1] 36:14
ugly [1] 137:8
Ulm [2] 55:1 107:19
Ukraine [10] 11:13 12:7 15:13 15:13 15:18 15:24 16:4 91:18 94:6 122:2
Ukrainian [5] 13:5 85:4 86:11 110:7 127:15
unbelievable [5] 4:14 106:7 122:23 128:15 129:6
uncomfortable [1] 69:11
unconscious [1] 14:14
uncooperative [1] 155:6
under [6] 37:2 38:4 40:10 50:5 56:6 157:14
undercover [1] 175:4
underground [1] 61:11
undersigned [1] 177:4
understand [14] 31:7 63:18 67:8 77:24 87:6 121:23 122:9 128:25 141:14 143:15 143:16 143:17 154:11 163:14
undetermined [1] 102:1
uneducated [1] 67:3
unicorn [1] 34:19
Unicorp [1] 45:9
United [3] 1:1 1:3 34:9
university [1] 52:19
UNKNOWN [3] 164:19 164:21 164:23
unless [7] 9:19 11:13 38:8 54:24 160:3 164:6 171:21
unlocked [1] 3:5
unpleasant [1] 115:1
unplug [1] 53:9
unusual [2] 50:5 102:25
up [131] 2:7 2:9 2:14 4:15 5:23 6:9 6:15 11:3 11:8 13:5 14:15 14:18 14:25 15:25 16:8 16:15 16:16 17:9 17:10 19:25 21:20 23:17 26:9
27:12 [illegible] 27:6 27:15 [illegible] 31:10 31:19 32:5 33:17 34:14 36:14 40:15 41:4 41:21 45:13 46:11 48:3 53:6 53:6 53:13 58:3 58:10 62:3 64:18 64:18 66:2 66:17 67:1 67:14 68:6 68:21 68:22 69:1 70:20 72:17 73:1 73:11 74:4 74:20 75:24 76:5 76:6 76:7 76:22 77:3 77:8 82:8 84:5 84:6 86:3 87:10 87:21 92:6 98:6 98:8 106:5 110:8 110:14 112:11 112:13 113:6 114:13 123:5 123:10 123:23 124:21 127:23 128:23 128:24 132:7 133:1 133:10 134:2 134:9 134:13 134:16 134:16 137:5 137:19 137:25 138:1 140:4 142:13 143:25 145:4 145:12 150:3 150:3 150:15 150:15 153:2 157:11 158:19 159:18 160:17 164:3 164:6 164:17 166:21 167:3 169:5 169:24 170:3 172:10 172:14 173:23 175:10 175:25
upbeat [1] 132:4
upset [4] 160:10 162:25 166:9 175:2
upsets [1] 145:14
Upstairs [1] 123:23
Ureena [1] 106:11
Urisa [1] 91:21
used [7] 7:11 53:19 57:1 58:18 68:14 78:1 101:6
using [3] 53:20 55:8 84:6 150:13 156:16
usually [2] 39:4 153:1
Utah [1] 17:23
V2G [1] 43:16
vacation [1] 148:18
vaginal [1] 73:5
valley [1] 169:3
value [1] 165:24
Vega [1] 112:24
Vegas [3] 156:17 156:17 173:14
vegetarian [1] 26:1
vehicles [1] 176:16
vein [2] 19:7 175:8
venereal [1] 50:9
Venezuela [2] 79:21 124:10
Venezuelan [1] 84:17
verify [1] 2:13
vicious [1] 92:5
victory [1] 65:3
videotape [1] 160:3
vindictive [2] 28:17 79:1
Vinya [2] 173:10 173:13
violation [2] 31:8 50:4
virtuous [1] 148:11
visa [6] 90:24 93:17 93:18 126:24 127:4 127:22
visible [1] 59:12
visit [2] 26:22 79:18
voice [1] 58:16
void [1] 78:6
VS [1] 1:4
wages [1] 67:4
waist [1] 119:2
wait [8] 6:14 27:9 30:1 32:5 40:25 48:16 96:6 100:21
waiting [1] 13:3
wake [4] 74:20 164:3 164:6 164:17
walk [1] 113:19
walked [1] 138:1
walking [3] 51:7 76:1 136:11
walks [1] 134:16
wall [2] 69:21 69:22
wallet [1] 15:4
wanting [2] 11:10 75:11
wants [20] 6:3 9:1 9:2 13:6 21:13 22:15 25:7 31:5 47:3 56:18 70:11 70:12 70:21 78:20 83:3 90:6 90:6 99:1 100:12 101:8 122:25 126:22 128:8 128:9 148:9 168:23 168:23 168:24
war [7] 41:2 54:2 54:6 54:9 54:17 146:25 147:1
warehouse [1] 70:15
warheads [1] 35:5
warlock [1] 99:12
warm [4] 12:9 12:11 12:12 98:24
warmth [1] 16:4
warpath [1] 142:19
warrant [3] 39:24 41:14 154:22
Washington [3] 66:17 66:19 66:23
waste [3] 11:12 11:13 30:11
watch [3] 71:7 71:8 115:13
watching [5] 13:25 69:8 99:21 140:7

K & K REPORTING (208)983-2776 Index Page 19

DAVID HINKSON CondenseIt™ stood - t

stood [2] [illegible] 128:24
stop [7] 19:3 36:15 55:12 55:12 134:14 135:9 152:9
stories [3] 4:13 26:8 134:21
storing [1] 62:5
storms [1] 62:21
story [14] 4:17 35:20 35:24 61:8 64:16 77:4 107:5 110:11 117:12 117:13 117:15 127:11 127:19 139:10
straight [4] 104:9 111:18 165:20 176:22
strange [3] 5:4 116:17 119:7
street [3] 43:11 46:25 51:7
strength [5] 130:16 130:25 131:19 131:21 131:22
stretchers [1] 14:13
stripper [1] 123:6
strung [1] 78:9
stuck [3] 67:1 76:22 176:15
studies [1] 19:23
stuff [24] 3:5 4:24 20:22 26:16 31:25 46:15 58:6 67:6 73:22 103:11 104:17 104:17 109:13 124:16 124:17 129:22 140:9 142:17 146:15 154:23 155:22 159:22 166:19 166:20 167:17 175:25
stupid [17] 19:9 19:10 19:17 20:6 36:23 42:2 47:11 48:20 76:1 113:15 115:3 117:3 136:7 137:25 150:18 168:21 172:18
subject [1] 134:16
successful [1] 131:17
such [8] 2:25 16:18 49:16 49:19 51:12 111:22 113:17 171:22
suck [4] 9:12 52:22 57:20 114:24
sucked [1] 124:4
sudden [1] 75:16
suddenly [18] 33:5 85:17 87:16 94:11 97:25 98:4 99:7 99:9 108:23 108:23 109:1 110:21 113:19 114:4 124:9 130:24 131:24 132:4
sue [6] 70:4 70:12 105:16 105:18 135:16 168:2
sued [4] 68:4 120:12 120:12 132:22
suffer [1] 153:3
suing [3] 68:18 133:20 149:12 155:13 157:18
suit [1] 132:9
sulfates [1] 25:15
summer [3] 116:4 116:5 148:22
suntan [1] 74:21
Super [1] 46:11
supplements [1] 154:4
supposed [14] 19:3 40:21 46:3 47:12 47:14 61:3 62:8 62:18 63:3 95:11 96:17 128:13 172:20 175:19
supposedly [2] 19:2 49:3
Supreme [4] 46:8 147:10 147:11 175:11
surgery [1] 58:18
surprise [1] 16:12
surprised [2] 17:18 153:16
surreal [2] 79:7 79:8
surrounding [1] 94:11
survive [1] 26:2
surviving [1] 26:3
suspend [1] 41:10
suspended [2] 144:18 144:25
suspension [1] 144:20
suspicious [5] 20:15 20:24 64:11 64:22 68:23
swear [4] 38:5 40:10 98:19 159:4
swearing [1] 37:25
sweat [3] 56:17 160:9 163:10
Sweeney [1] 18:7
sweet [8] 90:10 90:12 92:16 94:7 117:18 128:10 129:9 130:14
sweetie [3] 107:6 107:7 128:10
swig [2] 24:19 25:14
swinging [1] 65:11
sword [1] 110:9
synthetic [1] 23:25
syphilis [1] 50:3
system [15] 33:23 34:10 36:8 36:15 38:5 45:18 55:8 55:8 135:19 140:15 142:18 145:20 147:13 150:14 174:24
T-shirt [1] 13:17
T-shirts [1] 13:18
tail [1] 19:15
takeover [3] 48:21
[illegible]
takers [1] 54:15
takes [6] 11:2 11:14 11:15 67:21 75:3 130:25
taking [5] 104:17 124:6 130:12 138:25 142:7
tall [1] 127:17
tangled [1] 166:14
TAP [1] 1:7
tape [2] 176:24 177:5
tarp [1] 126:25
tart [1] 88:15
taste [1] 32:1
tasty [2] 87:24 111:9
taught [3] 5:23 50:21 116:22
tax [17] 33:12 36:16 36:20 36:23 37:1 37:4 37:8 37:13 46:25 49:25 53:6 54:1 54:7 62:25 63:5 172:20 175:19
taxation [1] 53:22
taxes [2] 53:15 56:21
taxing [1] 63:4
taxpayer [1] 38:10
TB [1] 100:2
teach [3] 41:18 158:2 158:8
teaching [2] 146:2 147:17
team [1] 76:7
telephone [1] 90:11
telling [13] 2:15 16:19 25:23 37:19 43:8 75:4 118:7 134:9 142:3 146:9 147:4 158:18 169:2
temper [1] 16:22
ten [9] 47:1 47:19 51:6 51:9 51:11 71:8 95:2 137:15 164:1
tens [2] 45:23 46:17
termination [1] 70:5
terrible [6] 74:8 99:17 125:17 134:10 147:23 156:20
terrified [1] 50:6
terrorizes [1] 134:3
test [1] 105:13
tested [1] 43:17
testified [1] 157:13
testimony [1] 58:11
testosterone [1] 130:7
thank [4] 2:20 2:20 37:12 89:4
Thanks [2] 123:18 143:21
that' [1] 170:16
theme [2] 75:24 76:1
theories [1] 75:5
theory [1] 72:12
therefore [2] 41:13 41:13
Thereupon [1] 2:1
they've [13] 14:11 17:21 42:19 49:3 76:10 102:1 102:2 113:22 142:5 142:5 158:1 160:19 172:17
thick [2] 60:12 119:3
thief [1] 169:20
thinking [14] 3:8 3:12 15:5 30:22 46:16 64:5 67:17 67:20 77:2 84:7 93:14 130:1 137:18 145:3
thinks [5] 104:16 139:10 151:19 175:18 175:22
third-world [4] 6:7 7:21 8:1 8:10
thought [28] 5:22 20:11 20:17 20:19 23:2 27:9 28:15 52:2 65:8 69:11 69:12 69:13 74:10 74:22 76:25 103:13 103:14 106:20 107:13 131:17 143:15 143:24 145:10 145:19 152:12 153:20 168:10 173:13
thousand [3] 15:6 146:13 152:7
thousands [6] 45:23 46:18 119:13 130:23 139:1 143:4
three [27] 2:10 10:21 19:11 29:1 29:10 62:6 84:15 92:21 92:23 94:15 98:21 101:22 101:23 107:9 109:3 113:21 113:22 114:2 114:16 119:19 132:7 134:24 135:2 136:13 149:11 152:6 155:18
three-day [1] 62:9
thrilled [1] 18:24
throat [2] 71:4 71:5
through [8] 6:17 41:16 87:15 103:17 103:18 140:4 145:4 162:25
throw [4] 17:24 44:22 45:5 56:8 108:10 157:21
throwing [3] 13:15 142:7 152:8
throws [1] 170:25
thumb [1] 15:25
Thursday [1] 167:4
ticket [8] 38:13 38:15 38:16 39:19 40:8 40:11 41:23 42:23
tickets [1] 41:7
tie [2] 75:20 170:14
tight [2] 96:14 121:21
Tim [1] 92:8
times [12] 19:11 32:10 39:5 85:12 85:13 102:23 102:24 108:21 117:20 138:3 160:8 165:3
Tiny [1] 92:8
tips [1] 131:16
tired [10] 28:15 28:16 28:17 64:24 65:20 85:9 85:19 116:7 120:22 121:14
Titania [1] 128:16
tits [5] 13:16 13:20 13:22 86:16 87:4
titties [3] 58:24 86:18 117:9
to-wit [1] 2:2
today [11] 19:6 36:3 47:23 57:5 58:8 59:23 106:25 137:14 157:12 170:23 175:4
together [4] 6:8 46:24 57:13 71:11
tolerate [1] 131:10
tomorrow [6] 133:2 138:14 139:7 151:20 173:22 176:9
ton [1] 35:2
tones [1] 112:24
tongue [2] 13:2 127:2
tonight [3] 46:24 149:22 153:13 159:4 176:23
Tony [1] 22:3
Tonya [41] 12:19 13:3 16:4 16:17 16:19 43:25 44:3 44:12 67:8 75:14 78:20 79:4 82:25 85:16 88:17 88:18 89:22 91:6 95:12 95:17 96:7 96:8 98:14 98:24 99:14 115:4 115:5 115:5 116:4 116:5 119:10 125:10 127:23 128:14 129:20 131:8 140:10 148:8 148:9 148:19 148:24
too [56] 3:7 4:14 7:15 7:16 8:11 16:4 26:5 28:12 29:10 30:7 30:8 31:16 34:24 44:25 47:7 48:17 51:25 52:18 54:9 60:8 62:2 64:1 64:9 68:20 68:20 68:21 70:6 70:8 70:9 71:16 71:19 73:12 76:21 78:21 81:16 82:2 90:24 93:20

K & K REPORTING (208)983-2776 Index Page 1

DAVID HINKSON CondenseIt™ sentenced - stolen

sentenced [1] 57:3
sentences [1] 34:17
sentencing [1] 34:14
September [2] 141:5 165:22
serious [15] 7:23 11:13 11:15 14:16 18:10 44:17 101:3 102:8 108:16 125:3 125:6 137:5 148:9 149:4 159:4
seriously [12] 6:23 67:21 99:8 107:24 108:22 109:1 109:16 110:13 112:10 122:4 135:10 149:17
servant [1] 116:4
served [5] 40:1 40:5 40:7 40:9 47:20
service [2] 66:18 156:13
set [4] 53:13 67:13 168:21 172:10
setting [2] 36:14 77:8
settle [1] 8:5
seven [3] 112:5 122:4 145:18
several [1] 26:12
sex [13] 13:14 13:23 72:21 73:2 73:19 74:6 74:7 74:8 86:3 95:13 98:24 99:1 128:9
sexuality [2] 73:22 75:16
sexy [4] 79:15 109:21 111:4 111:4
Shack [1] 22:8
shaft [1] 148:2
shaking [1] 107:24
shame [1] 102:7
share [1] 128:22
sharks [1] 153:22
she' [1] 24:21
shedding [1] 15:4
sheriff [3] 151:1 157:21 159:23
Shiff [2] 36:19 36:22
Shiff's [1] 37:19
shifts [1] 101:14
shirts [2] 14:10 14:11
shit [45] 2:21 3:1 4:6 20:12 67:21 68:16 69:24 70:14 76:22 81:13 86:3 87:18 88:6 96:11 99:12 109:6 112:13 120:2 121:5 124:18 127:8 128:12 132:1 132:16 132:22 134:14 136:20 140:5 140:11 141:15 142:1 144:1 144:10 150:19
151:4 158:17 160:24 169:4 170:21 171:16 171:22 171:25 172:1 175:3
shit-faced [3] 24:20 25:8 25:13
shitting [3] 104:14 106:5 107:13
shitty [1] 7:19
shoes [1] 27:10
shoot [1] 162:1
short [1] 16:18
shot [3] 49:20 50:7 105:8 115:18 162:16
shots [2] 23:22 25:18
shoved [1] 19:25
show [13] 7:11 16:3 58:10 81:2 95:12 107:15 107:17 115:15 128:11 131:19 131:22 166:10 175:20
showed [4] 42:7 83:21 97:18 130:25 153:13 167:3
shower [2] 86:6 164:18
shown [3] 96:15 130:16 130:17
shows [3] 8:21 69:1 96:20
shrimp [1] 90:25
shut [4] 33:17 137:4 163:16 166:25
shutting [1] 8:8 166:16
sic [2] 15:20 53:17
sick [10] 10:20 29:10 29:12 29:13 31:23 81:17 89:4 95:16 101:25 111:13
side [4] 104:19 107:21 153:13 168:18
sign [16] 13:5 36:23 37:10 37:16 37:19 38:9 39:6 39:8 39:12 42:23 42:24 43:2 43:3 43:4 121:7 155:7
signal [1] 43:13
signature [3] 38:7 38:10 43:7
signed [3] 39:22 40:6 43:1
signing [2] 37:1 37:22
silent [1] 99:16
silver [6] 19:7 19:13 19:14 19:19 20:17 142:23
Simbelous [1] 52:7
similar [1] 128:17
sincere [1] 124:7
sincerely [3] 32:13 32:17 76:24
single [4] 26:16 71:7 126:14 171:1
sister [4] 44:4 44:5 44:6 44:10
sit [3] 23:23 31:19 142:19
sits [1] 170:25
sitting [9] 31:13 45:24 67:17 116:10 137:23 140:19 150:4 164:24 171:6
situation [2] 116:19 125:15
six [7] 44:18 63:14 96:21 100:21 117:19 122:4 132:5
size [1] 2:13
sized [1] 127:18
skinhead [1] 146:19
Skinny [2] 127:18 153:19
skis [1] 57:5
sky [3] 53:2 59:7 59:15
Slamming [1] 25:18
slave [3] 35:4 45:8 142:18
sleep [2] 14:7 176:6
sleepy [1] 164:25
sleeve [1] 17:9
slicker [1] 3:1
slow [1] 39:5
slowed [1] 43:18
slut [3] 27:11 88:21 89:25 94:21 162:23
sly [1] 169:16
smacky [1] 87:17
small [2] 42:11 99:22
smart [11] 44:9 64:1 76:12 83:1 102:4 129:21 141:17 141:20 144:15 144:15 144:15
smell [2] 138:23 175:4
smiling [4] 89:16 89:17 89:20 117:23
smitten [1] 170:23
smoothie [1] 145:2
smorgasbord [1] 93:13
smuggle [1] 90:25
snake [2] 70:21 166:1
sob [1] 110:11
Social [1] 6:16
socialize [1] 76:19
sold [4] 22:6 22:11 169:13 175:21
solicited [4] 136:24 136:24 136:2 138:2
someone [4] 47:7 99:22 103:12 137:25
sometime [1] 141:6
sometimes [3] 25:2
156:23 156:23
somewhere [12] 11:2 30:16 34:3 35:17 76:13 88:11 101:14 113:6 131:4 137:4 147:8 161:8
son [2] 22:12 93:16
song [3] 72:14 75:24 76:1
soon [2] 9:1 112:12
sorry [9] 3:14 17:16 55:19 94:20 99:2 123:5 159:2 161:9 164:18
sound [3] 15:17 80:18
sounding [2] 19:16 89:24
sounds [8] 12:4 53:11 58:15 59:10 64:11 72:11 80:5 102:17
South [2] 81:22 95:12
speak [3] 52:15 90:13 128:13
speaker [2] 138:22 146:6
speaking [2] 121:3 154:20
speaks [1] 90:22
special [4] 21:10 59:14 59:14 104:1
speechless [2] 128:21 129:18
speed [1] 43:22
spend [4] 42:11 62:6 78:16 115:3 145:10 148:18
spent [10] 8:22 37:2 51:25 93:18 95:1 115:4 115:4 129:17 164:13 172:17
spirited [1] 120:19
splatter [1] 101:15
split [1] 64:5
spoke [1] 128:3
sponsored [2] 14:5 45:9
spooky [2] 66:5 66:8
sport [2] 36:1 36:2
sporting [1] 36:3
spot [2] 72:19 73:20
spray [1] 59:23
spread [1] 63:20 98:17 100:9
spring [2] 13:11 13:12
springs [1] 57:18
spy [1] 66:1
square [4] 60:1 60:4 60:6 61:10
squeeze [1] 165:3
squeezed [1] 165:13
St [1] 10:10
stack [1] 167:25
stairs [1] 26:9
stakeout [1] 52:22
stalked [2] 157:4 157:6
stalking [2] 155:2 157:10
Stalling [1] 175:14
stand [2] 15:2 92:22
standing [5] 13:15 13:19 14:12 15:3 142:12
stands [1] 41:13
start [10] 6:23 35:17 57:15 62:4 62:24 63:7 99:23 122:7 130:12 152:16
started [7] 8:25 10:22 22:8 41:2 141:15 158:9 164:14
starting [4] 101:18 101:18 141:2 141:10
state [6] 54:18 54:19 54:24 55:1 164:12 177:4
statement [3] 37:23 66:21 133:16
states [4] 1:1 1:3 34:9 66:16
statute [2] 34:6 34:7
statutory [1] 42:18
stay [9] 5:12 35:9 51:17 55:6 71:9 94:14 114:25 173:21 176:7
staying [2] 35:12 78:11
stays [1] 56:13
steal [5] 45:13 53:19 70:2 150:20 168:8
stealing [3] 65:18 168:11 171:21
stepped [1] 87:15
Steve [4] 109:15 111:3 115:18 158:19
stick [3] 31:10 74:1
sticking [1] 75:22
still [15] 10:12 10:12 10:13 10:22 29:15 74:6 84:12 86:10 88:17 96:2 102:13 105:12 126:2 153:14 166:22
sting [1] 172:10
stink [1] 138:24
stinking [1] 69:21
stir [1] 24:10
stirred [1] 166:25
stole [3] 64:6 77:9 132:13
stolen [2] 69:24 77:6

K & K REPORTING (208)983-2776 Index Page 17

DAVID HINKSON CondenseIt™ rear - senten

100:17 100:21 102:7 111:3 119:3 119:4 120:4 123:20 127:11 129:23 130:3 130:10 130:10 131:14 138:11 143:9 143:11 145:6 145:21 149:17 152:11 165:11 166:6 169:17 169:17 171:14 171:24 174:6
rear [1] 40:7
reason [6] 22:19 50:2 53:15 102:21 119:17 150:17
reasons [1] 172:5
rebutted [1] 41:13
recognize [1] 20:25
recommendation [1] 144:20
record [1] 156:20
recorded [1] 177:6
recorder [1] 2:4
recording [1] 177:6
records [1] 154:22
rectum [1] 73:11
red [2] 2:19 175:11
reeling [1] 96:2
refined [1] 85:11
refinement [1] 67:7
refuse [1] 50:3
regarding [1] 29:3
regular [4] 57:17 166:19 166:19 166:20
reiterate [1] 37:15
relationship [1] 69:4
relative [1] 143:17
relax [1] 92:4
relaxed [1] 85:7
release [3] 88:20 140:13 158:9
religion [1] 9:13
remain [1] 99:16
remember [7] 63:20 94:7 112:17 116:19 121:6 126:24 127:3
remind [1] 130:19
reminds [1] 130:22
renewed [1] 11:9
rent [2] 62:14 148:1
rents [1] 57:5
repent [4] 27:18 89:23 89:25 97:12
replace [1] 106:17
report [3] 132:10 132:11 144:12
Reporter [1] 177:13
required [2] 33:13 40:11
respectful [1] 161:18
return [6] 36:23 37:1 37:4 37:20 46:25 53:6
returns [3] 33:12 172:20 175:19
reveal [4] 99:5 99:7 99:9 119:24
revelation [4] 103:2 103:21 121:9 124:12
revenue [2] 42:13 54:20
reversed [1] 157:19
rhetoric [1] 152:12
rich [4] 77:1 131:12 131:13 156:16
rid [7] 21:7 28:6 51:3 119:10 121:24 148:13 172:3
ride [2] 91:11 91:20
ridiculous [1] 42:13
rifle [1] 167:8
right [130] 2:9 2:12 2:16 7:21 10:15 11:18 14:12 21:19 22:2 22:17 23:10 24:23 24:24 25:10 28:7 29:9 29:20 30:9 32:2 33:3 37:15 39:23 40:12 43:14 44:2 44:10 45:3 46:19 46:24 48:17 48:17 51:5 51:10 52:10 54:5 54:6 57:8 62:10 67:12 67:18 67:19 70:19 71:2 72:4 72:18 73:18 75:6 75:13 77:11 78:5 79:7 83:4 89:15 90:12 95:9 95:22 96:24 97:5 99:7 100:10 100:19 101:14 103:6 103:9 103:14 104:21 105:5 105:20 106:8 106:9 106:10 106:13 106:23 106:24 107:5 107:6 113:21 115:6 115:6 119:9 120:17 120:20 120:23 120:24 120:25 123:20 124:5 125:10 129:10 131:22 132:20 132:23 133:1 133:5 133:21 133:24 134:5 135:7 135:17 135:21 136:5 139:13 139:16 139:17 142:6 142:14 142:21 142:21 145:1 146:9 146:22 147:2 149:19 149:24 150:1 150:5 159:13 159:23 159:25 160:1 160:2 160:11 161:15 164:24 166:12 166:17 167:2 169:21 172:3 174:1
rights [3] 31:8 31:9 50:5
rip [1] 92:11
ripped [3] 13:18 92:9 162:24
rise [2] 137:19 158:2
rises [1] 47:23
road [4] 4:9 26:8 81:1 145:22
roaming [3] 116:7
122:24 126:16
robbed [4] 5:1 95:8 144:20 169:14
robbing [1] 95:7
Roca [1] 82:4
rogue [1] 35:8
ROLAND [1] 1:5
rolling [1] 146:14
Rolls [1] 53:4
Roman [5] 97:20 97:22 110:5 110:7 110:10
Roman's [2] 97:20 97:20
roof [2] 60:15 61:20
room [3] 33:20 43:15 122:6
rope [1] 76:14
rotten [5] 93:6 127:13 130:2 137:16 137:17
rotting [2] 46:18 140:21
rough [3] 64:2 64:2 98:3
round [1] 60:22
rounds [2] 48:7 99:24
routine [1] 114:10
RPR [2] 1:25 177:12
rub [3] 88:3 96:4 103:12
rubbers [2] 13:15 13:21
rude [2] 107:10 115:1
rugrat [1] 57:23
rugrats [1] 29:1
rule [1] 171:3
ruled [2] 147:10 162:22
rules [2] 163:20 166:10
rulings [1] 175:12
rumor [1] 167:4
run [11] 7:8 7:17 13:22 15:3 28:13 49:2 55:10 78:24 131:2 131:3 176:12
running [8] 14:22 21:24 49:2 64:6 79:2 136:7 164:20 171:7
runs [1] 30:4
rural [1] 12:14
Russia [2] 116:14 121:17
Russian [4] 103:2 110:7 116:23 131:6
rust [1] 169:5
safe [2] 119:24 159:8
salad [2] 28:25 30:4
salve [1] 34:19
Sam [2] 28:11 28:13
Samson [1] 151:13
SARS [1] 101:16
satanic [1] 9:7
Satanists [1] 162:3
Saturday [1] 24:3
saucy [1] 93:7
sauna [3] 109:11 109:13 109:13
save [1] 140:22
saved [1] 104:1
saw [7] 26:2 39:15 46:1 81:21 84:16 91:21 95:16
says [68] 4:24 8:22 12:20 12:20 12:21 12:21 12:22 12:23 13:2 16:11 17:4 19:19 23:16 23:20 24:4 24:5 24:20 24:22 25:21 27:23 33:10 33:15 33:18 34:9 34:10 34:15 34:16 38:15 38:16 39:12 39:17 39:19 40:21 40:23 44:12 47:12 49:16 49:19 50:16 53:21 54:1 64:19 64:19 71:21 76:9 99:2 99:3 103:9 104:4 123:10 132:14 132:25 134:16 143:25 144:1 158:20 159:16 162:23 167:4 167:24 169:5 169:7 169:9 169:25 170:2 170:3 175:20 175:23
scanned [1] 95:18
scared [3] 26:23 160:15 176:22
scary [5] 20:22 26:16 50:25 65:19 71:19
scenario [2] 33:4 97:2
scene [2] 149:15 149:15
scenery [3] 79:14 116:16 116:21
schedule [1] 24:7
school [1] 52:11
Scooby [1] 46:11
Scooter [1] 23:4
scratch [1] 18:3
scrawny [1] 153:18
scream [3] 72:24 72:24 72:24
screaming [2] 29:15 34:18
screwed [1] 165:10
screwing [1] 7:8
Scrub [1] 108:12
search [1] 154:22
Sears [1] 95:2
second [6] 2:8 44:7 59:12 86:23 90:19 174:1
secrecy [1] 94:10
secret [9] 88:1
104:19 104:22 107:21 110:17 130:17 130:18 130:20 130:23
secretary [2] 68:5 68:13
secrets [2] 82:9 112:14
section [4] 85:4 85:20 86:22 97:18
security [4] 6:16 14:10 14:18 163:2
seduce [2] 27:17 71:13
see [101] 4:7 5:15 7:7 8:4 14:10 16:13 17:9 17:18 17:19 20:21 22:14 24:5 25:24 28:13 28:13 32:10 38:17 38:21 38:22 38:22 39:12 39:13 39:17 39:19 39:20 39:22 40:14 40:16 40:20 40:21 40:22 40:23 40:25 44:21 46:3 46:11 47:16 53:21 54:16 54:22 59:7 59:8 59:15 59:16 61:14 62:3 67:6 68:16 70:2 70:3 70:16 70:24 76:17 80:8 85:3 89:5 91:5 97:21 99:10 101:18 102:23 104:24 104:25 104:25 107:16 108:7 109:12 110:9 112:6 113:21 114:11 114:12 114:13 115:17 116:15 119:4 121:18 121:19 123:14 123:21 123:24 126:13 127:14 127:19 128:8 128:14 128:22 132:18 132:19 140:5 140:6 140:7 140:8 140:14 140:18 141:20 142:5 145:8 159:15 159:19 164:12
seem [5] 64:22 78:21 79:8 85:7 85:11
sees [2] 18:18 80:18
seething [1] 143:7
sell [1] 146:14
selling [6] 134:7 153:7 153:8 167:4 167:25 175:17
send [2] 109:5 122:25
sends [2] 39:24 43:12
seniority [1] 166:4
sense [9] 22:20 22:20 23:20 24:3 37:14 42:12 46:14 50:24 160:13
sent [14] 41:3 41:3 43:25 92:21 93:20 114:15 114:20 114:22 115:24 115:25 129:4 129:4 131:6 165:25
sentence [2] 47:1 51:14

K & K REPORTING (208)983-2776 Index Page 16

145.5
**water** [8] 21:10 61:5 62:5 62:6 62:7 111:15 164:20 176:1
**WaterOz** [6] 67:25 158:21 159:17 169:5 172:18 172:19
**waves** [1] 84:22
**weak** [1] 75:7
**wear** [2] 29:14 63:15
**weave** [1] 166.14
**Weaver** [2] 162:7 162:10
**web** [1] 166:14
**website** [2] 156:6 166:12
**wedged** [1] 63.13
**week** [30] 11:2 16:20 17:21 58:4 58:5 59:12 64:2 64:2 77:17 77:20 81:1 81:19 82:10 87:11 97:5 97:7 97:8 97:8 101:23 126:6 130:21 138:1 140:24 144:2 157:15 160:15 163:1 163:7 163:9 163:12
**weekend** [3] 64.3 173:23 174.4
**weekends** [1] 174.10
**weeks** [11] 29:10 58:5 77:18 82:13 92:21 114:16 141:19 148:18 148:21 148:21 175:15
**weird** [20] 26:24 30:21 47:4 66:1 66.13 68:16 69:3 69:6 69:9 81:16 96:11 101:10 101:11 112:14 123:4 127:16 143:25 144:1 144:3 173:4
**weirder** [5] 107:5 108:15 108:15 108:16 121:11
**weirdest** [1] 129:17
**weirdness** [1] 42:18
**weirdos** [2] 100:25 121:3
**welfare** [1] 6:16
**West** [5] 8:18 8:19 8.20 26:24 71:16
**wet** [1] 13:17
**whack** [7] 134:17 136:2 136.15 136:16 137:14 158:25 170:12
**whacked** [2] 30 14 118:8
**whacking** [4] 35:7 35:9 134.8 158:24
**whacko** [2] 26:19 171:12
**whereas** [1] 102 11
**wherever** [2] 78:3
150.3
**whew** [21] 52:6 57:10 58:12 76.3 80:5 83:12 87:22 89:7 90:9 90:14 92:17 93:3 94.2 109:21 110:11 111:20 116:6 128:19 129.18 139:4 166:14
**whispering** [1] 66:6
**white** [2] 36:6 63:1
**whoa** [2] 16:8 74:4
**whole** [40] 7:3 8:16 9:5 10:14 11:22 12:23 25:19 30.7 33:3 33:4 43:18 53:13 58:7 66:12 66:14 69:20 69:21 70:19 74:10 74:18 74:19 81.20 84:15 86:21 86:22 86:25 93:15 95:18 96:4 108:11 115:5 119:18 139:10 140:1 143:24 144:13 156:4 164:13 167:25 169:6
**whore** [6] 50:3 82:8 88:3 120:16 122.23 139:8
**wicked** [7] 51:12 77:10 136:8 153:24 153:25 170:23 171:2
**wife** [14] 7:12 9:24 11:17 17:4 67:14 73:20 73:24 92:25 125.20 130:21 130:22 157:22 169:24 170:3
**Wiggly** [2] 112:25 113:1
**wild** [1] 13:22
**William** [1] 2.3
**willing** [3] 70:11 70.20 125:18
**Wilson** [1] 36:3
**win** [7] 79:9 135:23 137:19 146:25 146:25 155:16 176:2
**wind** [2] 61:23 62:1
**winds** [7] 60:21 61:1 61:4 61.16 61:17 61:19 62:3
**wine** [3] 24:19 25:15 25.15
**wing** [1] 10:15
**winning** [2] 45:16 152.16
**wire** [2] 1:7 177:6
**wisemen** [1] 149:11
**wish** [3] 125 8 138:15 138:16
**wither** [1] 112:13
**within** [1] 33:5
**withstand** [1] 60:21
**witness** [4] 2.5 33:6 33:8 52:24
**witnesses** [4] 39.21
40:6 40:10 58:10
**wives** [1] 160:23
**woman** [9] 56:6 68:13 86:20 89.1 91:7 92:25 99:20 128:11 162:17
**women** [9] 7:15 8:15 30:9 119:14 123:2 127:10 130.4 130:23 162:1
**won** [1] 56:21
**wonder** [7] 69:13 91:17 112:13 129:6 133:3 142:4 155:6
**wondering** [2] 20:21 146:21
**woofing** [1] 24:1
**word** [5] 14:24 49.8 49:10 65:23 103:9
**words** [5] 20:15 25:5 25:6 146:9 168:10
**wore** [1] 119:3
**worked** [6] 39:24 70:24 157:12 157:12 168:25 169:1
**works** [3] 54:22 116:5 154:11
**world** [14] 6:15 18:13 23:16 35:6 48:25 48:25 53:19 117:14 125:16 127:21 130:2 136:23 151:19 171:4
**worried** [1] 81:15
**worries** [2] 132:17 140:18
**worry** [4] 10:25 44:17 67:9 141.10
**worse** [3] 7:10 157:23 170:25
**worst** [1] 14:20 97:2 101.25
**worth** [5] 15:18 15:25 37:3 137:17 141:18
**wow** [19] 3.1 13:1 13:4 15:5 27:5 34:21 35:25 42:9 43:19 44:9 49.22 60:19 82:1 108:19 116:3 116:3 120:10 120:21 131:11
**wrist** [1] 119:2
**write** [2] 105:2 163:15
**writing** [1] 14:11
**wrong** [17] 9:22 19:2 45:21 55:9 71:6 84:17 84:18 99:3 106:4 107:25 142:22 152:18 162:22 163:20 166:10 172:2 172:23
**wrongful** [1] 70:4
**wrote** [7] 128:23 146.16 146:17 146:18 146:21 147:5 147:8
**X** [2] 59.6 59:6
**Yanna** [6] 86:23 91:8 91:11 104:24 104:25 111 3
**year** [5] 41:6 54:11 87:9 89:3 141:4
**years** [33] 6:4 7:20 7:24 9:16 11.9 27:10 30:12 34:13 42.16 47:1 47:19 47:24 48:4 55:24 57:3 67:24 78:16 79:15 84:7 93:1 94:16 95:2 97:14 98.22 103:11 117:20 118:14 145:18 147:25 150:5 155:18 163:20 166:11
**yellow** [1] 14:11
**yep** [2] 169:11 169:11
**yesterday** [2] 85:10 157:12
**yet** [9] 6:18 6:19 7:1 29:24 101:25 123:11 132:1 147:10 166:21
**York** [1] 99:25
**young** [8] 14:14 27.23 74.12 78:21 83:10 118:19 120:13 120:19
**younger** [1] 78:15
**yourself** [8] 11:4 37:17 99:5 99:7 119:24 120:4 141:7 156:24
**yuck** [1] 139:16
**zero** [6] 36:23 37:19 37:20 37:20 37:22 43:13
**Zion** [1] 49:10
**Zionist** [2] 49:6 49:7
**Zionists** [1] 49:9
**zone** [1] 30:22