IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROLAND HINKSON,<br><br>Defendant. | Case No. CR-04-127-S-RCT<br><br>**ORDER** |

The Court has reviewed *in camera* the PSIR regarding Chad Croner. The Court orders the Government to produce in redacted from the portions highlighted in yellow by the Government and one additional selection, the portion of paragraph no. 84 which the Court has highlighted in orange. The Government shall disclose a copy of the redacted report to the Defendant. The Government shall file under seal with the Clerk (1) a complete, unaltered copy of the report;

**ORDER - 1**

and (2) a copy of the redacted version.

IT IS SO ORDERED.

DATED this 13th day of January, 2005, at Boise, Idaho.

                                   *Richard C. Tallman*
RICHARD C. TALLMAN
United States Circuit Judge
Sitting by designation

**ORDER - 2**