IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS

JAN 27 2005

REC'D
CAMER
CLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR-04-0127-S-RCT |
| ) | |
| v. ) | |
| ) | |
| DAVID ROLAND HINKSON, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We the Jury, find as follows:

1. As to Count One,

   __9__ guilty; __3__ not guilty.

2. As to Count Two,

   __9__ guilty; __3__ not guilty.

3. As to Count Three,

   __9__ guilty; __3__ not guilty.

4. As to Count Four,

   ~~__~~ __0__ guilty; ~~__~~ __12__ not guilty.

5. As to Count Five,

   ~~__~~ __0__ guilty; ~~__~~ __12__ not guilty.

Page 1 of 2

6. As to Count Six,

    ~~___~~ 0 guilty; ~~___~~ 12 not guilty.

7. As to Count Seven,

    12 ~~___~~ guilty; 0 ~~___~~ not guilty.

8. As to Count Eight,

    ~~___~~ 12 guilty; ~~___~~ 0 not guilty.

9. As to Count Nine,

    ~~___~~ 12 guilty; ~~___~~ 0 not guilty.

10. As to Count Ten,

    ___0___ guilty; ___12___ not guilty.

11. As to Count Eleven,

    ___0___ guilty; ___12___ not guilty.


(Have your foreperson sign and date the Verdict Form and return it to the Court.)

SO SAY WE ALL.


January 27, 2005
DATE