CRIMINAL PROCEEDING:     Order

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

The Honorable Richard C. Tallman        Date:    February 23, 2005
Case No.:    3:04cr0127 RCT             CRD:     Melanie Patrick
Location:    Boise

### United States of America vs. David Roland Hinkson

ORDER:

The Court has received a complaint from one of the jurors in this case regarding contact by defense counsel. The juror complains in part that defense counsel: (1) pressured her into allowing him to meet with her; (2) made serious allegations impugning one of the witnesses; and (3) has given her documents that were inadmissible at trial. The Idaho Rules of Profession Conduct prohibit counsel from communicating with a juror after the juror makes known her desire not to communicate, and prohibits communication that involves misrepresentation, coercion, duress or harassment. Idaho R. Prof. Conduct 3.5.

Absent prior authorization from the Court, no lawyer, investigator, or agent operating on behalf of a party to these proceedings shall have any further contact with any members of the jury that tried this action. The Court will consider granting exceptions to this order only upon motion by counsel supported by an adequate legal and factual demonstration of just cause or necessity for such contact.

It is so ordered.