BARRY M. SABIN
Acting United States Attorney
Counterterrorism Section

MICHAEL P. SULLIVAN
Special Assistant United States Attorney
MICHAEL D. TAXAY
Trial Attorney
United States Department of Justice
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-3125



05 MAR 18

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-04-127-C-RCT |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S RULE 33 MOTION |
| vs. ) | |
| ) | |
| DAVID ROLAND HINKSON, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through its undersigned attorneys, and respectfully files this supplemental memorandum in support of its motion to strike Defendant David Roland Hinkson's Rule 33 Motion for New Trial or in the Alternative Motion to Dismiss (Defendant's Motion).

First, the government would like to notify the Court that the trial government counsel had been planning to conduct this month has been continued. In light of this change, the government would request two weeks to respond to a revised Rule 33 motion, should the defendant file such

a motion that meets the 20 page limit of the Local Rules and this Court's order of February 28, 2005 (docket entry no. 223).

Second, the government notes that its motion to strike inadvertently omitted mention of the fact that defendant's Rule 33 papers also include a 40 page, single-spaced argument captioned "Statement of Facts," which is attached as Exhibit 1 to the memorandum submitted in support of Defendant's Motion. Assuming these 40 single-spaced pages would yield 80 double-spaced pages, defendant's papers therefore total 126 pages of argument. The government counts 126 pages, as follows:

A. 8-page motion that is loaded with argument,

B. 18-page affidavit of counsel Wesley W. Hoyt,

C. 20-page memorandum, and

D. 80-page statement of facts.

By any measure, defendant's legal arguments far exceed the 20-page limit.

Respectfully submitted,

/s/
MICHAEL P. SULLIVAN
Special Assistant United States Attorney
MICHAEL D. TAXAY
Trial Attorney
United States Department of Justice
Counterterrorism Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-3125

Dated: March 17, 2005

## CERTIFICATE OF SERVICE

I certify that, on this _____ day of March, 2005, I have served a true and correct copy of the forgoing GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S RULE 33 MOTION upon the persons named below by the method so indicated:

Wesley W. Hoyt  
Attorney for Defendant  
Bank One Building  
333 West Hampden #500  
Englewood, Colorado 80110

(x) U.S. Mail, 1st class postage paid  
(__) Federal Express  
(__) Hand Delivery  
(__) Facsimile: 303-806-8881  
(__) Facsimile: 208-926-7554

The Honorable Richard Tallman  
United States Courthouse  
1200 6th Avenue  
21st Floor  
Seattle, Washington 98101

(X) U.S. Mail, 1st class postage paid  
(__) Federal Express  
(__) Hand Delivery  
(__) Facsimile: 206-553-6306

_____