217086783031187712.jpg  EXHIBIT C-1



IP-Gen Surgery Staff Progress Note
* Final Report *

Hinkson, David Roland - 7666358

08795-023

Document Type:       IP-Gen Surgery Staff Progress Note
Document Subject:    Surgery Progress Note
Performed By:        Lynch, Nicholas C, MD on October 30, 2020 17:44 EDT
Verified By:         Lynch, Nicholas C, MD on October 30, 2020 17:44 EDT
Encounter Info:      000764249256, UN Union Hospital, Inpatient, 10/10/20 -

# * Final Report *
# Document Has Been Revised

## Subjective
no acute issues. tol 4 ensures, soup. no n/v. + bm + flatus.

## Physical Exam/Objective
**Vital Signs (most recent and range for last 24 hours)**
Temp (CEL) 37.1 (36.9-37.1)  Temp (FAHR) 98.8 (98.4-98.8), BP 125/82 (125-135)/(78-87), HR 74 (64-74), RR 16 (16-16), O2Sat 99 (98-99)
**Neurologic (most recent and range for last 24 hours)**
GCS 15(15-15)

## Patient Weight
Current Daily Weight:   76.5 kg    10/19/20
Previous Daily Weight:  76.5 kg    10/11/20
Weight for Nutrition:   76.5 kg    10/12/20
BMI:   24.2   10/19/20   Normal Weight (BMI 18.5-24.9)
## Patient Height
Current Height:    177.8 cm ·  10/19/20

## I/O DETAILS - Last 24 hrs (0600-0559) from 10/29 - 10/30

**TOTAL INTAKE (ml) : 2401.34**
**Intake Detail (ml):**

Oral Fluid Volume = 1320.00
Dextrose 5% Lactated Ringers = 988.00
Piperacillin-Tazobactam + Sodium Chloride 0.9% = 93.34

**TOTAL OUTPUT (ml) : 1710.00    Total Urine Output (ml) : 950**

**Output Detail (ml):**

Urine Output = 950.00
Bulb Drain Right, Midline Abdomen 10/19/2020 17:43
   Output = 760.00

URINE COUNT: 3        STOOL COUNT: 3

**BALANCE (ml) : 691.34**

**Nutritional Orders:**
Ensure Enlive, TID with Meals, 10/27/20 12:07:00 EDT, Flavor Preferred: Vanilla

Low Fiber Diet, Start on: 10/26/20 13:36:00 EDT, "No Fluid Restrictions" mL

## Medications
Home Medications (3) Active
ferrous gluconate 324 mg (37.5 mg elemental iron) oral tablet 324 mg = 1 Tablet, Orally, BID
Remeron 30 mg oral tablet 30 mg = 1 Tablet, Orally, QPM
Vitamin D3 5,000 intl units oral tablet 5,000 Units = 1 Tablet, Orally, Daily
**Active Scheduled Inpatient Medications**
cholecalciferol (Vitamin D3 5,000 intl units oral capsule), Tablet, 5,000 Units, Orally, Daily, Start: 10/11/20 09:00:00
guaifenesin (Mucinex 600 mg oral tablet, extended release), Tab, Extended Rel, 600 mg, Orally, BID, Start: 10/27/20 09:27:00
mirtazapine (Remeron), Tablet, 30 mg, Orally, QHS, Start: 10/11/20 18:00:00
pantoprazole (pantoprazole 40 mg oral delayed release tablet), Tab, Delayed Rel, 40 mg, Orally, BID, Start: 10/27/20 09:27:00
Dextrose 5% Lactated Ringers 1,000 mL IV 60 mL/hr

**One-Time Medications Given 10/29/20 00:00:00 TO 10/30/20 17:43:00**
None Reported
**PRN Medications (0600 - 0559) from 10/29 - 10/30**
acetaminophen, 650 mg, Orally, Q4H, 0 Dose(s)
hydroCODONE-acetaminophen, 1 Tablet, Orally, Q8H, 0 Dose(s)
morphine, 2 mg, IV Push, Hourly, 0 Dose(s)
morphine, 4 mg, IV Push, Hourly, 0 Dose(s)
ondansetron, 4 mg, IV Push, Q6H, 2 Dose(s)
phenol topical, 2 Spray, Orally, Q2, 0 Dose(s)

## Lab Results

**All Labs Last 24 hours (No Micro or Pathology)**
Hematology:
WBC: 9.5 k/cumm (10/30/20 06:20:00)
RBC: 3.05 million/cumm Low (10/30/20 06:20:00)
Hgb: 8.7 GM/dL Low (10/30/20 06:20:00)

Printed by: Jones, Kim
Printed on: 11/4/2020 16:15 EST

Page 1 c

IP-Gen Surgery Staff Progress Note
* Final Report *

Hinkson, David Roland - 7666358

Nursing
----

**Respiratory Support Devices**
**Vent Settings - Last Documented**
None Reported

No Non-Invasive Vent in Last 24 Hrs
nad
nonlabored resps
nd, soft, nttp jp serous 200ml out.
no periph edema
**Invasive Lines**
Forearm, Left Angiocath - Closed 20 ga 10/10/2020 20:07   Tape, Transparent
Antecubital, Right Angiocath - Closed 20 ga 10/19/2020 20:00   Tape, Transparent

**Assessment/Plan**
doing well s/p sigmoidectomy
-offered pt drain removal and placing a stitch but he's concerned of ascites afterwards.
-leave drain up to 1 additional week. hopefully drain output decreases, otherwise would just have to remove regardless.
-will follow peripherally please call with any questions.

Nicholas Lynch MD
General Surgery
Pager: 812-460-8104
Answering Service Union Hospital: 812-238-7000
Office: 812-232-1123
1818 N 6th St.
Terre Haute, IN 47804
1. S/P laparoscopic-assisted sigmoidectomy   Z90.49
2. Metastatic colon cancer to liver   C18.9
3. Nosocomial pneumonia   J18.9
4. Fever   R50.9
5. Elevated CEA   R97.0
6. Chronic kidney disease, stage 1   N18.1
7. Iron deficiency anemia   D50.9
8. Pulmonary nodules   R91.8
9. Aneurysm of ascending aorta   I71.2
Orders:
  Albumin Fld QN
  Creatinine Fld QN
  Protein Fld QN

**Code Status**
None Recorded


**Signature Line**
Electronically Signed on 10/30/20 17:44 EDT

----

Lynch, Nicholas C, MD

Hct: 28.1 % Low (10/30/20 06:20:00)
MCV: 92.1 fL (10/30/20 06:20:00)
MCH: 28.5 pg (10/30/20 06:20:00)
MCHC: 31 GM/dL (10/30/20 06:20:00)
RDW: 20.3 % High (10/30/20 06:20:00)
Platelet: 323 k/cumm (10/30/20 06:20:00)
MPV: 10.2 fL (10/30/20 06:20:00)
Neutrophils %: 60.9 % (10/30/20 06:20:00)
Lymphocytes %: 17 % (10/30/20 06:20:00)
Monocytes %: 14.1 % (10/30/20 06:20:00)
Eosinophils %: 7.1 % (10/30/20 06:20:00)
Basophils %: 1.1 % (10/30/20 06:20:00)
Absolute Neutrophil: 5.8 k/cumm (10/30/20 06:20:00)
Absolute Lymphocyte: 2 k/cumm (10/30/20 06:20:00)
Absolute Monocyte: 1.34 k/cumm High (10/30/20 06:20:00)
Absolute Eosinophil: 0.67 k/cumm (10/30/20 06:20:00)
Absolute Basophil: 0.1 k/cumm (10/30/20 06:20:00)
Diff Review Comment 1: Smear Review Confirms Differential Results (10/30/20 06:20:00)
Diff Review Comment 2: Anisocytosis Slight (10/30/20 06:20:00)
Diff Review Comment 3: Elliptocytosis observed (10/30/20 06:20:00)
Smear Review: To Follow (10/30/20 06:20:00)

**Micro - Last 7 days**
Resp Culture + Stain: Resp Culture + Stain (10/24/20 08:56:17)

**Diagnostics**
No qualifying data available.

----

IP-Hem/Onc Staff Progress Note

* Final Report *

Hinkson, David Roland - 76663580

    4. Liver mass  R16.0
    5. Elevated CEA  R97.0
    6. Chronic kidney disease, stage 1  N18.1
    7. Iron deficiency anemia  D50.9
       will continue with IV iron
    8. Pulmonary nodules  R91.8
    9. Aneurysm of ascending aorta  I71.2
    Suspected Bacteremia  R78.81
    Orders:
      sodium ferric gluconate complex, 125 mg, IVPB, Daily, 10/22/20
      20:30:00 EDT, for 3 Doses, 10/24/20 20:30:00 EDT, 55 mL/hr, Infuse
      Over 2 Hours, Total Volume (mL) = 110

**Code Status**
None Recorded

**Signature Line**
Electronically Signed on 10/22/20 20:56 EDT

Jabbour, Melhem , MD

**Completed Action List:**
* Perform by Jabbour, Melhem , MD on October 22, 2020 16:49 EDT
* Modify by Jabbour, Melhem , MD on October 22, 2020 20:56 EDT
* Sign by Jabbour, Melhem , MD on October 22, 2020 20:56 EDT Requested by Jabbour, Melhem , MD on October 22, 2020 16:49 EDT
* VERIFY by Jabbour, Melhem , MD on October 22, 2020 20:56 EDT

*Updated:* 10/18/2020 09:3? ?T ; *Life Cycle Date:* ?/18/20 ; *Life Cycle Status:* Active ; *Responsible Provider:* Koj, Imad G, MD; *Vocabulary:* SNOMED CT

Suspected Bacteremia
SNOMED CT
(0590012)

*Name of Problem:* Suspected Bacteremia ; *Recorder:* Patel, Pratik S, MD; *Confirmation:* Differential ; *Classification:* Medical ; *Code:* 10590012 ; *Contributor System:* PowerChart ; *Last Updated:* 10/10/2020 19:40 EDT ; *Life Cycle Status:* Active ; *Responsible Provider:* Patel, Pratik S, MD; *Vocabulary:* SNOMED CT

Diagnoses(Active)

Aneurysm of ascending aorta

*Date:* 10/18/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Aneurysm of ascending aorta ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* I71.2

Chronic kidney disease, stage

*Date:* 10/12/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Chronic kidney disease, stage 1 ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* N18.1

Elevated CEA

*Date:* 10/12/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Elevated CEA ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R97.0

Fever

*Date:* 10/10/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Fever ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R50.9

Iron deficiency anemia

*Date:* 10/13/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Iron deficiency anemia ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* D50.9

Liver mass

*Date:* 10/12/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Liver mass ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R16.0

Metastatic colon cancer to liver

*Date:* 10/17/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Metastatic colon cancer to liver ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* C18.9

Pulmonary nodules

*Date:* 10/18/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Pulmonary nodules ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R91.8

Patient Name: Hinkson, David Roland
DOB: 07/18/56
Date of Service: October 21, 2020 13:35 EDT
Physical Therapy Evaluation

| | |
|---|---|
| S/P laparoscopic-assisted sigmoidectomy | *Date:* 1/20/2020 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* S/P laparoscopic-assisted sigmoidectomy ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* Z90.49 |
| Suspected Bacteremia | *Date:* 10/10/2020 ; *Diagnosis Type:* Admitting ; *Confirmation:* Differential ; *Clinical Dx:* Suspected Bacteremia ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R78.81 |

**Signature Line**
Electronically Signed on 10/21/20 13:36 EDT

_____

Franchook, Nicole

Electronically Signed on 10/29/20 13:26 EDT

_____

Koj, Imad G, MD


Patient Name: Hinkson, David Roland
DOB: 07/18/56
Date of Service: October 21, 2020 13:35 EDT
Physical Therapy Evaluation

Page 7c

**USPS FIRST-CLASS MAIL**

8.40 oz

SHIP TO:
**Boise ID 83724**

(420) 83724

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
CLERKS OFFICE
550 W Fort st, ste 400
BOISE, ID 83724

Dennis Chan Lai
1828 Union st  Alameda  Calif 94501